**UNITED STATES DISTRICT COURT**
FOR THE EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
ALBERT V. BRYAN U.S. COURTHOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

ELIZABETH H. PARET
CLERK OF COURT

| | |
|---|---|
| CIVIL | 299-2101 |
| CRIMINAL | 299-2102 |
| JURY/NATURALIZATION | 299-2104 |
| FINANCIAL | 299-2105 |
| SYSTEM | 299-2106 |
| ADMINISTRATION 299-2107 | |

June 6th, 2005

United States District Court
District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

Re: USDC-EDVA-Alexandria Div. CA 1:05cv427(CMH/BRP)
Saleh, et al. v. The Titan Corporation, et al.

Dear Sir/Madame:

Pursuant to an order of this Court, filed June 3rd, 2005 and signed by the Honorable Claude M. Hilton, United States District Judge, the above entitled matter is TRANSFERRED to the United States District Court for the District of Columbia.

The papers enclosed constitute the entire file in this case, except that a certified copy of the order of transfer is enclosed in lieu of the original. A certified copy of the docket entries is also enclosed.

A copy of this letter is enclosed for your convenience in acknowledging receipt.

Very truly yours,

ELIZABETH H. PARET, CLERK OF COURT

By: _____
Deputy Clerk

Enclosures

cc: Susan L. Burke
    Thomas M. Craig
    Randy Scott Grossman
    James W. Hundley
    Shari Lynn Klevens
    Ellen D. Marcus
    John F. O'Connor
    Jonathan H. Pyle
    Robert D. Rose