## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SAMI ABBAS AL RAWI** et al**,**
      Plaintiff(s),

      vs.                                 Civil Case No.  05-1165 (JR)

TITAN CORPORATION et al
      Defendant(s).

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibit, has been filed in paper form in a the Clerk's Office.  It is available for public viewing and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.

                                                        **NANCY MAYER-WHITTINGTON**

                                                        Clerk