AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AL RAWI et al.,

        Plaintiff(s)   )   **APPEARANCE**
                    )
        vs.          )   CASE NUMBER   1:05-cv-1165
TITAN CORPORATION, et al.   )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Adam L. Rosman__ as counsel in this
                          (Attorney's Name)

case for: __Adel L. Nakhla__
       (Name of party or parties)

June 15, 2005
Date

*[Signature]*
Signature

Adam L. Rosman
Print Name

DC Bar No. 454-810
BAR IDENTIFICATION

Zuckerman Spaeder LLP
Address

1201 Connecticut Ave., NW, Washington, DC 20036
City       State       Zip Code

(202) 778-1859
Phone Number