AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AL RAWI et al.,

        Plaintiff(s)    )    **APPEARANCE**

vs.    )    CASE NUMBER   1:05-cv-1165

TITAN CORPORATION, et al.

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Eric R. Delinsky__ as counsel in this
(Attorney's Name)

case for: __Adel L. Nakhla__
(Name of party or parties)

June 15, 2005
Date

*(signature)*
Signature

Eric R. Delinsky
Print Name

DC Bar No. 460958
BAR IDENTIFICATION

Zuckerman Spaeder LLP
Address

1201 Connecticut Ave., NW, Washington, DC 20036
City    State    Zip Code

(202) 778-1831
Phone Number