# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

J. William Koegel Jr.
202.429.6408
wkoegel@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

*Request denied. /s/ Hogan C.J. 6/10/05 9:00 AM*

*RECEIVED JUN 9 2005 CHAMBERS OF CHIEF JUDGE THOMAS F. HOGAN*

June 9, 2005

**VIA HAND DELIVERY**

Honorable Thomas F. Hogan
Chief Judge, United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

*C.A. No. 05-1165*

**FILED JUN 10 2005**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

RE:   *Saleh v. Titan Corporation, et al.*, No. 05-427 (E.D.Va.)

Dear Chief Judge Hogan:

    We represent defendants CACI International Inc, CACI Inc.-Federal and CACI N.V. (collectively "CACI"), in the above-captioned action. This letter is to request that you ask the clerk of the Court not to docket the above-captioned action until the United States District Court for the Eastern District of Virginia has ruled on our motion asking that Court to request this Court not to docket this action and to return the case file so that CACI may pursue a mandamus petition in the Fourth Circuit.

    The above captioned action was filed in June 2004 in the United States District Court for the Southern District of California. On March 21, 2005, the Southern District of California issued an order granting CACI's motion and transferring the case to the United States District for the Eastern District of Virginia. The plaintiffs filed a motion to stay the transfer order, and also filed a petition for mandamus with the Ninth Circuit. Notwithstanding those filings, the clerk office's in the Southern District of California mailed the case file to the Eastern District of Virginia. The Honorable John S. Rhoades, United States District Judge for the Southern District of California, by letter (and with the consent of all parties) requested that the Eastern District of Virginia not docket the action pending disposition of the plaintiffs' mandamus petition. That request was based on caselaw holding that completion of the physical transfer of an action by docketing in the transferee forum divests an appellate court of jurisdiction to review a transfer order.

    The Eastern District of Virginia honored Judge Rhoades' request. Specifically, Judge Hilton issued an order directing the clerk not to docket the action. Subsequently, the Ninth Circuit denied the plaintiffs' mandamus petition. The case was then docketed in E.D.Va. Plaintiffs then filed a motion to transfer the action to the United States District Court for the

The Honorable F. Hogan
June 9, 2005
Page 2

District of Columbia. Judge Hilton granted that motion. The Court's order was signed on June 3, 2005 and docketed on June 6, 2005.

When the Clerk's office in Alexandria opened on June 7, 2005, we filed a motion to stay the transfer order pending the filing and disposition of the mandamus petition in the Fourth Circuit. We subsequently learned that, earlier in the morning, the Clerk's office had given the case file to United Parcel Service for delivery to this Court. As of the close of business on June 8, 2005, the case had not been docketed in this Court.

At 10:00 a.m. today, when the Clerk's Office in Alexandria opens, we are filing a motion asking the Court in E.D.Va. to request that this Court not docket the action and return the case file so that we may pursue the mandamus petition. A copy of that motion is enclosed. We are also today filing the petition for a writ of mandamus in the Fourth Circuit.

We respectfully request that the Court direct the Clerk not to docket the above-captioned action until Judge Hilton has ruled on our motion.

We are available at the Court's convenience if the Court should have any questions regarding this request.

Sincerely,

William Koegel, Jr.
(Bar No. 323402)
*Counsel for Defendants CACI International Inc, CACI Inc.- Federal and CACI N.V.*

cc:   Honorable Claude M. Hilton (By Hand Delivery)
      Nancy Mayer – Whittington, Clerk (By Hand Delivery)
      All Counsel of Record (By Email and First Class Mail)