UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SALEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No. 05-CV-427 |

**CACI DEFENDANTS' MOTION TO SEEK RETURN
OF THE FILE IN THIS ACTION FROM THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Defendants CACI International Inc, CACI, INC. – FEDERAL, and CACI N.V. (collectively, the "CACI Defendants") hereby move the Court to request the United States District Court for the District of Columbia not to docket this case and to return the case file in this action so that the CACI Defendants may seek appellate review of the Court's transfer motion through a petition for a writ of mandamus to the United States Court of Appeals for the Fourth Circuit. The bases for the CACI Defendants' motion are set out in greater detail in the accompanying Memorandum.

WHEREFORE, the CACI Defendants respectfully request that the Court ask the District of Columbia District Court not to docket this case and to seek the return of the court file in this action so that the CACI Defendants may pursue with the United States Court of Appeals for the Fourth Circuit their petition for a writ of mandamus.

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: *[signature]*

J. William Koegel, Jr. (VSB #38243)
John F. O'Connor
Frank H. Griffin, IV (VSB #48337)
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-6408
*Counsel for Defendants CACI International Inc,
CACI Incorporated-Federal and CACI N.V.*

June 9, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

SALEH, et al.,

    Plaintiffs,

v.

TITAN CORPORATION, et al.,

    Defendants.

Case No. 05-CV-427

**CACI DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR
MOTION TO SEEK RETURN OF THE FILE IN THIS ACTION
FROM THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF COLUMBIA</u>**

Defendants CACI International Inc, CACI, INC. – FEDERAL, and CACI N.V. (collectively, the "CACI Defendants") hereby move the Court to ask the United States District Court for the District of Columbia not to docket this action and return the file in this action to this Court so that the CACI Defendants may seek appellate review of the Court's transfer Order through a petition for a writ of mandamus to the United States Court of Appeals for the Fourth Circuit. As the Fourth Circuit has recognized, the physical transfer of the case file would deprive the CACI Defendants of the opportunity to seek appellate review of the Court's transfer Order. Therefore, in order to permit the CACI Defendants' to seek appellate review, the Court should ask that the case not be docketed in District of Columbia and request the return of the case file in this action so that the CACI Defendants may pursue a petition for a writ of mandamus.

**I.    BACKGROUND**

On June 3, 2005, this Court signed an order granting Plaintiffs' motion to transfer the action to the United States District Court for the District of Columbia. The order was docketed

on June 6, 2005 and was mailed by the clerk's office to the parties that same day. The CACI Defendants did not receive a copy of the Order until midday on June 6, 2005, when they obtained a copy of the order from the clerk's office. At approximately 8:30 a.m. on June 7, 2005, undersigned counsel telephoned the clerk's office. Counsel intended to alert the clerk's office that the CACI Defendants would file a motion to stay the transfer Order when the clerk's office opened. The Civil Division telephone was not answered, so counsel left a voicemail requesting the case manager to return the telephone call.

The CACI motion for a stay of the Court's transfer Order was filed on June 7, 2005 at 10:17 a.m. At the time of filing, undersigned counsel asked that Judge Hilton's chambers and the case manager be alerted promptly to the pendency of the motion. Subsequently, undersigned counsel received a telephone call from the case manager, who informed him that the clerk's office had given the case file to United Parcel Service prior to the 10:00 a.m. opening of the clerk's office.

CACI is today filing a petition for a writ of mandamus in the United State Court of Appeals for the Fourth Circuit. The physical transfer of the case file would, however, divest CACI of the ability to pursue this mandamus petition. As the Fourth Circuit noted in *TechnoSteel, LLC v. Beers Construction Co.*, 271 F.3d 151, 154 n.2 (4th Cir. 2001), an appellate court overseeing the transferor court loses jurisdiction to review an order transferring an action to another federal court once the case file has been physically transferred to the transferee court.

Physical transfer appears to mean docketing of the case in the transferee forum. See *Lou v. Belzberg*, 834 F.2d 730, 733 (9th Cir. 1987) (citations omitted).[1]

Because the physical transfer of the case file has the effect of divesting the court of appeals of jurisdiction to review the transfer Order, the Fourth Circuit has observed that courts regularly stay the transfer of the case file in cases where they have granted a motion to transfer venue. *Gower v. Lehman*, 799 F.2d 925, 928 n.1 (4th Cir. 1986) ("Several courts and commentators have suggested that because a transfer order is appealable, if at all, only in the transferring court's circuit, the better practice is for the transferring court to stay the transfer routinely for a sufficient time to permit appellate review."); *see also Matrix Group Ltd., Inc. v. Rawlings Sporting Goods Co., Inc.*, 378 F.3d 29, 32 (1st Cir. 2004) ("[T]ransferring a case outside the circuit while an interlocutory appeal is pending should be disfavored. The preferred procedure is for §1404 transfer orders to be stayed when issued until any available interlocutory appeals arising from the case are resolved...."); 15 Charles A. Wright et al., *Federal Practice & Procedure* § 3846 (2d ed. 1986 & Supp. 2005) (citing cases approving of stay of transfer orders for purposes of appellate review) ("[T]he better practice, often codified in local rules, is routinely to stay grants of transfer for a sufficient period for appellate review to be sought.").

CACI acted expeditiously in seeking a stay of the transfer Order. In fact, CACI filed its stay motion before receipt of the Order mailed by the clerk's office to the parties. Notwithstanding that effort, the physical transfer of the case file, once completed, would prevent the CACI Defendants from pursuing the mandamus petition they are today filing in the Fourth Circuit. To permit the CACI Defendants to seek appellate review in the Fourth Circuit, they

---

[1] "[D]uring the time between entry of the transfer order and the receipt of the case file in the transferee court, the transferor court remains the forum in which pleadings may be filed." *Wilson v. City of San Jose*, 111 F.3d 68, 692 (9th Cir. 1997)



respectfully request that this Court ask the U.S. District Court for the District of Columbia not to docket the action and to return the case file to this Court. That procedure represents an efficient manner for permitting the appellate review that CACI signaled an intent to pursue. Such a request is comparable to the request that Judge Rhoades made to this Court when the clerk's office in the Southern District of California mailed the file to this Court despite the pendency of a stay motion and mandamus petition filed by plaintiffs. And it is analogous to the Order issued by this Court directing the clerk not to docket this action until the Ninth Circuit had ruled on plaintiff's mandamus petition.

### III.  CONCLUSION

For the foregoing reasons, the Court should request that the District of Columbia District Court not docket this action and return the case file to this Court.

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: *[signature]*
J. William Koegel, Jr. (VSB #38243)
John F. O'Connor
Frank H. Griffin, IV (VSB #48337)
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
(202) 429-6408
*Counsel for Defendants CACI International Inc, CACI Incorporated-Federal and CACI N.V.*

June 9, 2005

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing CACI Defendants' Motion to Seek Return of the File in this Action from the United States District Court for the District of Columbia, Memorandum in Support Thereof, and the proposed Order, was served this 9th day of June, 2005, by electronic transmission and first-class U.S. mail, postage prepaid, on the following counsel of record:

Susan L. Burke
Montgomery, McCracken, Walker &
  Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

**Attorneys for Plaintiffs**

Henry E. Hockeimer, Jr.
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
heh@hangley.com

**Attorneys for Defendant Steven Stefanowicz**

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder
1201 Connecticut Avenue, N.W.
Washington, DC 20036
arosman@zuckerman.com
emarcus@zuckerman.com

**Attorneys for Defendant Adel Nakhla**

F. Whitten Peters
Ari Zymelman
Williams & Connolly
725 12th Street, N.W.
Washington, DC 20005
wpeters@wc.com
azymelman@wc.com

**Attorneys for Defendant Titan Corporation**

Alison Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
adoyle@mckennalong.com
sklevens@mckennalong.com

**Attorneys for Defendant John Israel**

_____
J. William Koegel, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| SALEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TITAN, et al., <br><br> Defendants. | Case No. 1:05cv427 (CMH/BRP) |

**NOTICE OF HEARING ON MOTION OF THE CACI DEFENDANTS
FOR RETURN OF CASE FILE**

PLEASE TAKE NOTICE that at 10:00 a.m. on Friday, June 17, 2005 or as soon thereafter as counsel may be heard, at the United States Courthouse, 401 Courthouse Square, Alexandria, Virginia, Defendants CACI International Inc, CACI Incorporated-Federal and CACI N.V. will bring on for hearing their Motion for Return of the Case File.

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: _____
William Koegel, Jr. (VSB #38243)
John F. O'Connor
Frank H. Griffin, IV (VSB #48337)
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-6408

*Counsel for Defendants CACI International Inc,
CACI Incorporated-Federal and CACI N.V.*

June 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of June 2005, a true and correct copy of the foregoing Notice of Hearing on Motion of the CACI Defendants for Return of Case File was served by electronic mail and U.S. first class mail, postage prepaid, upon the following counsel of record:

Susan L. Burke
Montgomery, McCracken, Walker &
  Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

**Attorneys for Plaintiffs**

Henry E. Hockeimer, Jr.
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, PA  19103-6933
heh@hangley.com

**Attorneys for Defendant Steven Stefanowicz**

F. Whitten Peters
Ari Zymelman
Williams & Connolly
725 12th Street, N.W.
Washington, DC  20005
wpeters@wc.com
azymelman@wc.com

**Attorneys for Defendant Titan Corporation**

Alison Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC  20006
adoyle@mckennalong.com
sklevens@mckennalong.com

**Attorneys for Defendant John Israel**

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder
1201 Connecticut Avenue, N.W.
Washington, DC  20036
arosman@zuckerman.com
emarcus@zuckerman.com

**Attorneys for Defendant Adel Nakhla**

_____
J. William Koegel, Jr.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SALEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No. 05-CV-427 |

**ORDER GRANTING MOTION TO SEEK RETURN OF CASE FILE**

Upon consideration of the motion of the CACI Defendants asking that the Court ask the United States District for the District of Columbia not to docket this action and to return the case file, and plaintiffs' response thereto, the motion is granted.

IT IS SO ORDERED.

Date: _____         _____
                              CLAUDE M. HILTON
                              JUDGE, UNITED STATES DISTRICT COURT