# STEPTOE & JOHNSON LLP
### ATTORNEYS AT LAW

J. William Koegel, Jr.
202.429.6408
wkoegel@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902

June 9, 2005

**VIA HAND DELIVERY**

Honorable Thomas F. Hogan
Chief Judge, United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

RE:   *Saleh v. Titan Corporation, et al.*, No. 05-427 (E.D.Va.)

Dear Chief Judge Hogan:

This letter is to inform the Court that counsel in this action conducted a telephone conference with Judge Hilton this morning. In that conference, we asked Judge Hilton to informally ask this Court not to docket the above-captioned action until he has had an opportunity to decide our motions: (1) asking him to request that this Court not docket this action and return the file to the Eastern District of Virginia pending disposition of the mandamus petition that the CACI defendants are today filing in the U.S. Court of Appeals for the Fourth Circuit; and (2) seeking a stay of the transfer order pending disposition of the mandamus petition.

Judge Hilton informed the parties that he would not make the request, as it was his view that this Court should make its own determination on whether to docket the action when the case file arrives via United Parcel Service. Judge Hilton also informed the parties that on June 17, 2005, he will hear the motion of the CACI defendants to stay his transfer order pending disposition of the mandamus petition by the Fourth Circuit. Given Judge Hilton's decision to hear CACI's stay motion on June 17, we submit that it would be appropriate for this Court to refrain from docketing the case.

We are available at the Court's convenience if the Court should have any questions regarding this matter.

Sincerely,

J. William Koegel, Jr.
(Bar No. 323402)

*Counsel for Defendants CACI International Inc,
CACI Inc.- Federal and CACI N.V.*



STEPTOE & JOHNSON LLP

Honorable Thomas F. Hogan
June 9, 2005
Page 2

JWK/lpc
cc:   Honorable Claude M. Hilton (By Hand Delivery)
      Nancy Mayer – Whittington, Clerk (By Hand Delivery)
      All Counsel of Record (By Email and First Class Mail)