AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AL RAWI et al.,

      Plaintiff(s) )

       ) **APPEARANCE**

      vs. ) CASE NUMBER   1:05-cv-1165

TITAN CORPORATION, et al.,

      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Henry E. Hockeimer, Jr.__ as counsel in this
(Attorney's Name)

case for: __Stephen A. Stefanowicz__
(Name of party or parties)

June 20, 2005
Date

Signature

DC Bar No. 429798
BAR IDENTIFICATION

Henry E. Hockeimer, Jr.
Print Name

Hangley Aronchick Segal & Pudlin
Address

One Logan Square, Philadelphia, PA  19103
City            State            Zip Code

(215) 496-7035
Phone Number