UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL RAWI, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>TITAN CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:05-cv-01165-JR |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective July 1, 2005, the Washington, D.C. office of the law firm of Zuckerman Spaeder LLP relocated to 1800 M Street, N.W., Washington, D.C. 20036-5802. All facsimile and telephone numbers remain the same.

/s/ Ellen D. Marcus
Ellen D. Marcus, D.C. Bar No. 475045
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036-5802
Telephone: (202) 778-1800
Facsimile:   (202) 822-8106

*Counsel for Defendant Adel L. Nakhla*

Dated: July 6, 2005

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2005, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

        By:  /s/ Ellen D. Marcus_____
              Ellen D. Marcus