UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., <br><br> Plaintiffs, <br> v. <br><br> TITAN CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:05-cv-01165-JR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

To the Clerk of this court and all parties of record:

Please take notice that counsel for plaintiffs, Susan L. Burke and Jonathan H. Pyle, formerly with Montgomery, McCracken, Walker & Rhoads, LLP, have changed their law firm affiliation. Please direct all future pleadings and correspondence at the address shown below and revise your service list accordingly:

> Susan L. Burke
> Jonathan H. Pyle
> BURKE PYLE LLC
> 3527 Lancaster Avenue
> Philadelphia, PA 19104
> Telephone: (215) 387-4705
> Facsimile: (215) 387-4713
> Email: sburke@burkepyle.com
>         jpyle@burkepyle.com

Dated: August 2, 2005

_____
Susan L. Burke (D.C. Bar # 414939)
Jonathan H. Pyle
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:  (215) 387-4705
Facsimile:  (215) 387-4713

Jennifer Green
Judith Brown Chomsky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   (212) 614-6439
Facsimile:   (212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:   (248) 594-9595
Facsimile:   (248) 594-4477

Joseph Margulies
Locke Bowman
MACARTHUR JUSTICE CENTER
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL 60637
Telephone:   (773) 702-9560
Facsimile:   (773) 702-0771

Susan Feathers
UNIVERSITY OF PENNSYLVANIA
     LAW SCHOOL
3400 Chestnut Street
Philadelphia, PA 19104-6204
Telephone:   (215) 898-0459
Facsimile:   (215) 573-5808

*Counsel for Plaintiffs and Class Plaintiffs*

# CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 2nd day of August 2005, I caused a true and correct copy of the foregoing Notice of Change of Law Firm Affiliation to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individuals at the addresses indicated:

F. Whitten Peters
Thomas M. Craig
Williams and Connolly
725 12th Street, North West
Washington, DC 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, North West
Washington, DC 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal, and CACI N.V.*

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, North West
Washington, DC 20036
arosman@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer Jr.
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
heh@hangley.com
*Counsel for Defendant Steven Stefanowicz*

James W. Hundley
Briglia & Hundley, P.C.
Mosby Professional Building
10560 Main Street, Suite 314
Fairfax, VA 22030
jhundley@briglia-hundley.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, North West
Washington, DC 20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

_____
Jonathan H. Pyle
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:   (215) 387-4713