**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMI ABBAS AL RAWI, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.   : | Civil Action No. 05-1165 (JR) |
| : | |
| TITAN CORPORATION, *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

This case and <u>Ibrahim v. Titan Corporation</u> (04-cv-1248) appear to deal with substantially the same issues.  The Clerk is directed to **set a status conference** for both cases 30 days hence.  Parties should not file briefs in anticipation of that conference, but should meet and confer and be prepared to set a briefing schedule at that time.  **IT IS SO ORDERED.**


                                JAMES ROBERTSON
                         United States District Judge