IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION<br>3033 Science Park Road<br>San Diego, CA 92121-1101,<br>*et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 05-01165 (JR) |

## NOTICE OF ENTRY OF APPEARANCE

Defendant L-3 Communications Titan Corporation, formerly known as The Titan Corporation ("Titan"), hereby notifies the Court of the entry of appearance of F. Whitten Peters, Ari S. Zymelman, and F. Greg Bowman as counsel of record for Titan in the above captioned matter. This entry of appearance complies with the requirements of Local Civil Rule 83.6(a).

Respectfully submitted,

*/s/*

F. Whitten Peters (DC Bar No. 255083)
Ari S. Zymelman (DC Bar No. 421593)
F. Greg Bowman (DC Bar No. 486097)

WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for L-3 Communications Titan Corporation*

Dated: Aug 16, 2005