IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION, *et al.*,<br><br>   Defendants. | Civil Action No. 05-01165 (JR) |

**DISCLOSURE OF CORPORATE AFFILIATIONS OF
L-3 COMMUNICATIONS TITAN CORPORATION**

Certificate required by Local Civil Rule 7.1 of the United States District Court for the District of Columbia:

I, the undersigned, an attorney of record for Defendant L-3 Communications Titan Corporation, formerly known as The Titan Corporation ("Titan"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Titan that may have any outstanding securities in the hands of the public:

**Parent company:**
L-3 Communications Corporation
600 Third Avenue
New York, NY 10016

**Subsidiaries or affiliates:** None.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Ari S. Zymelman (DC Bar No. 421593)
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorney for L-3 Communications Titan Corporation*

Dated: August 16, 2005