UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH, et al.,  )
　　　　　　　　)
　　　Plaintiffs,  )   Civil Action No. 1:05-cv-01165-JR
v.  )
　　　　　　　　)
TITAN CORPORATION, et al.,  )
　　　　　　　　)
　　　Defendants.  )

## DECLARATION OF SHEREEF H. AKEEL

I, Shereef H. Akeel ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is a partner in the law firm Akeel & Valentine, P.C. and requests permission to participate in this action as counsel for plaintiffs.

2. <u>Name and Address of Applicant's Law Firm</u>:

   Shereef Hadi Akeel
   Akeel & Valentine, P.C.
   401 South Old Woodward Avenue
   Suite 430
   Birmingham, MI 48009
   Telephone:    (248) 594-9595
   Facsimile:     (248) 594-4477
   Email:          shereef@akeelvalentine.com

3. <u>Bar Admissions</u>: Applicant is a member of the State Bar of Michigan and is also admitted to practice before the United States District Court for the Eastern District of Michigan, South Division and the United States Court of Appeals for the 6th Circuit.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has been admitted once *pro hac vice* in this Court within the last two years.

6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of August, 2005.

Shereef H. Akeel