UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., <br><br>    Plaintiffs, <br>v. <br><br>TITAN CORPORATION, et al., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:05-cv-01165-JR <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Shereef H. Akeel for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

_____
The Honorable James Robertson
United States District Judge