UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., <br><br> Plaintiffs, <br> v. <br><br> TITAN CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:05-cv-01165-JR <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION OF JONATHAN H. PYLE FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jonathan H. Pyle, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Pyle provides his declaration, attached as Exhibit A.

Dated: August 30, 2005

/s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
Jonathan H. Pyle
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:   (215) 387-4713

Jennifer Green
Judith Brown Chomsky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:   (212) 614-6439
Facsimile:   (212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:   (248) 594-9595
Facsimile:   (248) 594-4477

- 2 -

       Joseph Margulies
       Locke Bowman
       MACARTHUR JUSTICE CENTER
       UNIVERSITY OF CHICAGO LAW SCHOOL
       1111 East 60th Street
       Chicago, IL 60637
       Telephone:   (773) 702-9560
       Facsimile:    (773) 702-0771

       Susan Feathers
       UNIVERSITY OF PENNSYLVANIA
           LAW SCHOOL
       3400 Chestnut Street
       Philadelphia, PA 19104-6204
       Telephone:   (215) 898-0459
       Facsimile:    (215) 573-5808

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 30th day of August 2005, I caused a true and correct copy of the foregoing Motion of Jonathan H. Pyle for Admission *Pro Hac Vice* to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individuals at the addresses indicated:

F. Whitten Peters
Thomas M. Craig
Williams and Connolly
725 12th Street, North West
Washington, DC 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, North West
Washington, DC 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal, and CACI N.V.*

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, North West
Washington, DC 20036
arosman@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer Jr.
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
heh@hangley.com
*Counsel for Defendant Steven Stefanowicz*

James W. Hundley
Briglia & Hundley, P.C.
Mosby Professional Building
10560 Main Street, Suite 314
Fairfax, VA 22030
jhundley@briglia-hundley.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, North West
Washington, DC 20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

Jonathan H. Pyle
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:    (215) 387-4713