UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., <br><br> Plaintiffs, <br> v. <br><br> TITAN CORPORATION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:05-cv-01165-JR <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF JONATHAN H. PYLE

I, Jonathan H. Pyle ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is a member in the law firm Burke Pyle LLC and requests permission to participate in this action as counsel for plaintiffs.

2. <u>Name and Address of Applicant's Law Firm</u>:

    Burke Pyle LLC
    3527 Lancaster Avenue
    Philadelphia, PA 19104
    Telephone:    (215) 387-4705
    Facsimile:    (215) 387-4713

3. <u>Bar Admissions</u>: Applicant is a member of the Bar of the Commonwealth of Pennsylvania and is also admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Ninth Circuit.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>:  Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6. <u>Residence Outside District</u>:  Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of August, 2005.

_____
Jonathan H. Pyle