**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALEH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:05-cv-01165-JR |
| TITAN CORPORATION, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Jonathan H. Pyle for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

_____
The Honorable James Robertson
United States District Judge