UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SALEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TITAN CORPORATION, et al., <br><br> Defendants. | Case No. 1:05-CV-1165 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John F. O'Connor, of Steptoe & Johnson LLP, enters his appearance in this action as counsel for Defendants CACI International Inc, CACI, INC. - FEDERAL, and CACI N.V. (collectively, the "CACI Defendants"). This entry of appearance is without prejudice to the CACI Defendants' position that the Court lacks jurisdiction over this action pursuant to *Starnes v. McGuire*, 512 F.2d 918, 924 n.6 (D.C. Cir. 1974).

Respectfully submitted,

*/s/ John F. O'Connor*
J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
telephone: (202) 429-3000
facsimile: (202) 429-3902
wkoegel@steptoe.com
joconnor@steptoe.com

**Attorneys for Defendants CACI International Inc, CACI, INC. – FEDERAL, and CACI N.V.**

August 31, 2005