No. 05-1636

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## IN RE CACI INTERNATIONAL, INC, CACI, INC. – FEDERAL, AND CACI N.V.

On Petition for Writ of Mandamus from the United States District Court for the Eastern District of Virginia at No. 05-CV-00427

## JOHN B. ISRAEL'S RESPONSE TO PETITIONERS' SECOND ADDENDUM TO PETITION FOR WRIT OF MANDAMUS

Alison L. Doyle
Shari L. Klevens
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
202-496-7500 (Tel.)
202-496-7756 (Fax)

Attorneys for Respondent John B. Israel

Respondent John B. Israel, "Israel," hereby joins in the arguments set forth in the Joint Response to Petitioner's Second Addendum by Respondents The Titan Corporation, Adel L. Nakhla, and Steven A. Stefanowicz and supports the issuance of a writ directing the United States District Court for the Eastern District of Virginia to vacate its June 3, 2005 order transferring this action to the United States District Court for the District of Columbia. Consistent with his motion to dismiss filed in the United States District Court for the Eastern District of Virginia, Respondent Israel continues to maintain that neither the United States District Court for the Eastern District of Virginia nor the United States District Court for the District of Columbia has personal jurisdiction over him.

Respectfully submitted,

_____
Alison L. Doyle
Shari L. Klevens (VA Bar No. 44257)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
202-496-7500 (Tel.)
202-496-7756 (Fax)

Attorneys for Respondent John B. Israel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing John B. Israel's Response to Petitioners' Second Addendum to Petition for Writ of Mandamus was served this July 8, 2005 in the manner indicated below upon the following:

### District Court

The Honorable Claude M. Hilton (by overnight delivery)
United States District Judge
United States District Court
    for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

### Counsel of Record

J. William Koegel, Jr. (by first class, United States mail)
John F. O'Connor
Frank H. Griffin, IV
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
**Attorneys for Petitioners CACI International Inc.,**
  **CACI Incorporated - Federal, CACI N.V.**

Susan L. Burke, Esq. (by first class, United States mail)
Jonathan H. Pyle, Esq.
Montgomery, McCracken, Walker & Rhoads
123 S. Broad Street, Suite 2400
Philadelphia, PA 19109
**Attorneys for the Saleh Plaintiffs/Respondents**

F. Whitten Peters, Esq. (by first class, United States mail)
Ari S. Zymelman, Esq.
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
**Attorneys for Respondent Titan Corporation**

Adam L. Rosman, Esq. (by first class, United States mail)
Ellen D. Marcus, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC 20036
**Attorneys for Respondent Adel L. Nakhla**

Henry E. Hockeimer, Jr., Esq. (by first class, United States mail)
Shawn Weede, Esq.
Hangley, Aronchick, Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
**Attorneys for Respondent Stephen A. Stefanowicz**

_____
Alison L. Doyle