**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SALEH et al., <br><br> Plaintiffs, <br> v. <br><br> TITAN et al. <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 05-cv-1165 (JR) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of The Motion of *Saleh* Plaintiffs for Leave To Amend, it is hereby ORDERED as follows:

    1.    The Motion of *Saleh* Plaintiffs for Leave To Amend is GRANTED.

    2.    Pursuant to Local Rule 7(i), Plaintiffs' Third Amended Complaint is deemed to have been filed and served on the date of entry of this Order.

IT IS SO ORDERED.

Dated: _____

                                                                                            JAMES ROBERTSON
                                                                                            United States District Judge