UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:05-CV-1165 (JSR) |
| TITAN CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF AUTHORITY

Defendants CACI International Inc, CACI, INC. - FEDERAL, and CACI N.V. (collectively, the "CACI Defendants") hereby submit for the Court's information the attached decision of the United States Court of Appeals for the Fourth Circuit in *In re CACI International Inc*, No. 05-1636 (4th Cir. Sept. 13, 2005). On June 9, 2005, the CACI Defendants filed a petition for a writ of mandamus in the Fourth Circuit with respect to the decision of the United States District Court for the Eastern District of Virginia to transfer the present action to this Court. On September 13, 2005, the Fourth Circuit issued an order granting the CACI Defendants' mandamus petition and directed the United States District Court for the Eastern District of Virginia to "obtain the case file from the District Court for the District of Columbia and reconsider the plaintiffs' motion to transfer." The Fourth Circuit's order is attached hereto as Exhibit A.

- 2 -

        Respectfully submitted,

        */s/ John F. O'Connor*
        J. William Koegel, Jr. (Bar No. 323402)
        John F. O'Connor (Bar No. 460688)
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        telephone: (202) 429-3000
        facsimile: (202) 429-3902
        wkoegel@steptoe.com
        joconnor@steptoe.com

        **Attorneys for Defendants CACI International Inc, CACI, INC. – FEDERAL, and CACI N.V.**

September 14, 2005