```
                                     FILED:  September 13, 2005

            UNITED STATES COURT OF APPEALS
               FOR THE FOURTH CIRCUIT
            ─────────────────────────────

                      No. 05-1636
                      (CA-05-427)
            ─────────────────────────────


In Re: CACI INTERNATIONAL, INCORPORATED, a
Delaware Corporation; CACI, INCORPORATED -
FEDERAL; CACI N.V., a Netherlands
Corporation,

                                             Petitioners.


            ─────────────────────────────

                       O R D E R
            ─────────────────────────────
```

Petitioners have filed a petition for writ of mandamus, and an addendum and second addendum to petition for writ of mandamus. Respondents have filed responses.

The petition for a writ of mandamus is granted. We direct the district court to obtain the case file from the District Court for the District of Columbia and reconsider the plaintiffs' motion to transfer. In reconsidering that motion, the district judge should determine whether the District of Columbia is "a district . . . where [the action] might have been brought." 28 U.S.C.A. § 1404(a). To that end, the district court should consider whether the District Court for the District of Columbia has personal jurisdiction over the defendants under either RICO's



EXHIBIT A

nationwide-service-of-process provisions or the long arm statute for the District of Columbia.

Entered at the direction of Judge Williams, with the concurrence of Judge Michael. Judge Widener dissents. He would deny the petition for mandamus.

For the Court

/s/ Patricia S. Connor
_____
Clerk