UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH, et al., )
 )
　　　Plaintiffs, )
 )
v. ) Case No. 1:05-CV-1165 (JSR)
 )
TITAN CORPORATION, et al., )
 )
　　　Defendants. )

**CACI DEFENDANTS' MOTION TO STAY BRIEFING AND
CONSIDERATION OF PLAINTIFFS' MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT**

Defendants CACI International Inc, CACI, INC. - FEDERAL, and CACI N.V. (collectively, the "CACI Defendants") hereby move for an order staying all briefing and consideration of Plaintiffs' motion for leave to file a Third Amended Complaint, which Plaintiffs' filed on September 12, 2005.[1] The reason for this request is that the United States Court of Appeals for the Fourth Circuit issued a writ of mandamus directing the United States District Court for the Eastern District of Virginia to request a return of the file for the above-captioned action so that it can reconsider its order transferring the action to this Court. At a September 16, 2005 status conference, this Court indicated that it would direct the clerk's office to comply with the forthcoming request for return of the case file to Virginia, and the Court later entered a minute order to that effect. The CACI Defendants submit that the proper course is for

---

[1] Counsel for all Defendants have advised counsel for the CACI Defendants that all Defendants join in this motion.

-2-

the United States District Court for the Eastern District of Virginia to determine, upon return of the case file, the manner in which it desires to proceed, including whether consideration of Plaintiffs' motion for leave to file a Third Amended Complaint should await the court's reconsideration of its transfer order as mandated by the Fourth Circuit.

WHEREFORE, the CACI Defendants respectfully request that the Court stay briefing and consideration of the Motion of *Saleh* Plaintiffs to Amend. A proposed order is attached.

Respectfully submitted,

/s/ J. F. O'Connor

J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
telephone: (202) 429-3000
facsimile: (202) 429-3902
wkoegel@steptoe.com
joconnor@steptoe.com

***Attorneys for Defendants CACI International Inc, CACI, INC. – FEDERAL, and CACI N.V.***

October 6, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:05-CV-1165 (JSR) |

**CACI DEFENDANTS' MEMORANDUM IN SUPPORT OF
THEIR MOTION TO STAY BRIEFING AND CONSIDERATION OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**[1]

This motion is about the proper order in which pending matters should be considered. As the Court is aware on September 13, 2005, the United States Court of Appeals for the Fourth Circuit issued a writ of mandamus to the United States District Court for the Eastern District of Virginia directing that court to request return of this action's case file so that it can reconsider its order transferring the action to this Court. This Court has stated its intention to comply with the forthcoming request that the case file be returned to Virginia. Nevertheless, Plaintiffs contend that briefing and consideration of Plaintiffs' motion for leave to file a Third Amended Complaint should proceed *in this Court*.

Defendants CACI International Inc, CACI, INC. - FEDERAL, and CACI N.V. (collectively, the "CACI Defendants") submit that, in light of the case file's imminent return to

---

[1] Counsel for all Defendants have advised counsel for the CACI Defendants that all Defendants join in this motion.

the Eastern District of Virginia, *that* court should decide the order in which pending matters are to be taken up by the court. Presumably, given the Fourth Circuit's instructions, the first order of business will be reconsideration of the court's prior transfer order.

Plaintiffs assert that briefing of Plaintiffs' motion for leave to file a Third Amended Complaint should occur now. This makes little sense when considering that: (1) the case file will be returning to the Eastern District of Virginia imminently; (2) the Fourth Circuit has instructed the Eastern District of Virginia to reconsider its prior transfer order upon return of the case file; (3) that reconsideration necessarily will be based on the *Second* Amended Complaint, the operative complaint at the time of the prior transfer order; and (4) Plaintiffs have asserted that the Third Amended Complaint is necessary to comply with precedent in the D.C. Circuit (including this Court's motion to dismiss ruling in *Ibrahim v. Titan Corp.*, No. 04-CV-01248 (D.D.C.)), when it is far from clear that this case will be proceeding in this Court.[2] The following timeline sets forth the relevant dates relating to the CACI Defendants' motion:

| Sept. 12, 2005: | Plaintiffs file Motion of the *Saleh* Plaintiffs to Amend, thereby seeking leave to file a Third Amended Complaint. Plaintiffs' moving papers state that the amendment is necessary, in part, to conform the complaint to D.C. Circuit case law in light of the transfer of the action to this Court from the Eastern District of Virginia. *See* Pl. Mem. in Support of Mot. of *Saleh* Pl. to Amend at 1 (representing that the proposed Third Amended Complaint "reflects the change in controlling jurisprudence resulting from the |

---

[2] The CACI Defendants also submit that the Court lacks jurisdiction over this action because the physical transfer of the case file occurred after the CACI Defendants' petition for a writ of mandamus had been docketed in the Fourth Circuit. *See Starnes v. McGuire*, 512 F.2d 918, 924 n.6 (D.C. Cir. 1974). However, the CACI Defendants are filing the present motion in this Court (and not in the Eastern District of Virginia) because, to the CACI Defendants' understanding, the case file remains physically located in this Court pending receipt of the forthcoming request to return the case file to the Eastern District of Virginia.

|  |  |
|---|---|
|  | transfer to this Court"). |
| Sept. 13, 2005: | The United States Court of Appeals for the Fourth Circuit issues a writ of mandamus directing the Eastern District of Virginia to request that this Court return the case file so that the court can reconsider its prior order transferring the present action to this Court. |
| Sept. 16, 2005: | At a status conference for both this action and the *Ibrahim* action, the Court acknowledges the Fourth Circuit's writ of mandamus and states that the Court will order the clerk's office to comply with the forthcoming request for return of the case file to the Eastern District of Virginia. At no time during that status conference do the Plaintiffs in this action ask the Court to take any action or to consider Plaintiffs' motion for leave to file a Third Amended Complaint. |
| Sept. 27, 2005: | Plaintiffs' counsel for the first time advises Defendants' counsel of Plaintiffs' contention that the briefing and consideration of Plaintiffs' motion for leave to amend should proceed. |

Given the above-referenced events, the CACI Defendants submit that it makes no sense for briefing and consideration to proceed in this Court on Plaintiffs' motion for leave to file a Third Amended Complaint. Given that the case file will be returning to the Eastern District of Virginia, that court should make the decision as to the best manner of proceeding. While the instructions from the Fourth Circuit certainly suggest that the proper course will be to delay consideration of Plaintiffs' motion to amend until the Court has reconsidered its prior transfer order, that is a decision that ultimately should be made in the Eastern District of Virginia. It particularly makes no sense for this Court to consider Plaintiffs' motion for leave to amend given that Plaintiffs' motion is premised upon the case being in this Court when the case will be returning to the Eastern District of Virginia imminently.

- 4 -

For all of these reasons, the Court should issue an order staying any briefing and consideration of Plaintiffs' motion for leave to file a Third Amended Complaint pending the case file's return to the Eastern District of Virginia.

- 5 -

Respectfully submitted,

*/s/ John F. O'Connor*
_____
J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
telephone: (202) 429-3000
facsimile: (202) 429-3902
wkoegel@steptoe.com
joconnor@steptoe.com

**Attorneys for Defendants CACI International Inc, CACI, INC. – FEDERAL, and CACI N.V.**

October 6, 2005