UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., )<br>)<br>　　　Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN CORPORATION, et al., )<br>)<br>　　　Defendants. )<br>) | Case No. 1:05-CV-1165 (JSR) |

**[PROPOSED] ORDER**

　　The Court, having considered the CACI Defendants' Motion to Stay Briefing and Consideration of Plaintiffs' Motion for Leave to File Third Amended Complaint, as well as any oppositions and replies thereto, finds that the CACI Defendants' motion is well taken. Therefore, it is hereby ORDERED that the briefing of the Motion opf Saleh Plaintiffs to Amend is hereby stayed until further order of this Court or of the United States District Court for the Eastern District of Virginia upon the case file's return to that court.

　　SO ORDERED this _____ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES S. ROBERTSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE