IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH et al., <br><br> Plaintiffs, <br> v. <br><br> TITAN et al. <br> Defendants. | Case No. 05-cv-1165 (JR) |

**SALEH PLAINTIFFS' OPPOSITION TO CACI DEFENDANTS' MOTION TO STAY BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs' motion to amend their complaint should not be delayed. For reasons articulated in Jalel Mahdy Hadood's Emergency Motion for Temporary Stay, which is being filed by undersigned counsel in the *Ibrahim* case today and is attached as Exhibit 1, a briefing schedule should be set that requires defendants to respond to *Saleh* plaintiffs' motion to amend regardless of the outcome of the Eastern District of Virginia's order on reconsideration of its motion to transfer.

Dated: October 17, 2005       /s/ Susan L. Burke
                              Susan L. Burke (D.C. Bar # 414939)
                              Jonathan H. Pyle (admitted *pro hac vice*)
                              BURKE PYLE LLC
                              3527 Lancaster Avenue
                              Philadelphia, PA 19104
                              Telephone:    (215) 387-4705
                              Facsimile:    (215) 387-4713

                              Jennifer Green
                              Judith Brown Chomsky
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, NY 10012

Telephone: (212) 614-6439
Facsimile: (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone: (248) 594-9595
Facsimile: (248) 594-4477

Joseph Margulies
Locke Bowman
MACARTHUR JUSTICE CENTER
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL 60637
Telephone: (773) 702-9560
Facsimile: (773) 702-0771

Susan Feathers
UNIVERSITY OF PENNSYLVANIA
   LAW SCHOOL
3400 Chestnut Street
Philadelphia, PA 19104-6204
Telephone: (215) 898-0459
Facsimile: (215) 573-5808

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 17th day of October 2005, I caused a true and correct copy of the foregoing *Saleh* Plaintiffs' Opposition to CACI Defendants' Motion To Stay Briefing and Consideration of Plaintiffs' Motion for Leave To File Third Amended Complaint to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individuals at the addresses indicated:

F. Whitten Peters
Thomas M. Craig
Williams and Connolly
725 12th Street, North West
Washington, DC  20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, North West
Washington, DC  20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal*

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, North West
Washington, DC  20036
arosman@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer Jr.
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, PA  19103-6933
heh@hangley.com
*Counsel for Defendant Steven Stefanowicz*

James W. Hundley
Briglia & Hundley, P.C.
Mosby Professional Building
10560 Main Street, Suite 314
Fairfax, VA  22030
jhundley@briglia-hundley.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, North West
Washington, DC  20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

Craig T. Jones
The Candler Building, Suite 410
127 Peachtree Street, North East
Atlanta, GA  30303
cjones@edmondfirm.com
*Counsel for Ibrahim Plaintiffs*

L. Palmer Foret
Two Wisconsin Circle
Suite 660
Chevy Chase, MD  20815
LPForet@aol.com
*Counsel for Ibrahim Plaintiffs*

    /s/ Jonathan Pyle
Jonathan H. Pyle
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:    (215) 387-4705
Facsimile:    (215) 387-4713