IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN CORPORATION, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:05-cv-01165-JR |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

To the Clerk of this Court and all parties of record:

Please take notice that counsel for defendant Steven A. Stefanowicz, Henry E. Hockeimer, Jr., formerly with Hangley Aronchick Segal & Pudlin, has changed his law firm affiliation. Please direct all future pleadings and correspondence to the address shown below and revise your service list accordingly:

> Henry E. Hockeimer, Jr.
> Ballard Spahr Andrews & Ingersoll, LLP
> 1735 Market St., 51st Floor
> Philadelphia, PA 19103
> Telephone: (215) 864-8204
> Facsimile: (215) 864-9078
> Email: hockeimerh@ballardspahr.com

> Respectfully submitted,
>
> _____/s/_____
> Henry E. Hockeimer
> Ballard Spahr Andrews & Ingersoll, LLP
> 1735 Market St., 51st Floor
> Philadelphia, PA 19103
>
> *Counsel for Steven A. Stefanowicz*

November 1, 2005

## **CERTIFICATE OF SERVICE**

I, Shawn A. Weede, hereby certify that on this 1st day of November, 2005, I caused a true and correct copy of the foregoing Notice of Change of Law Firm Affiliation to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individuals at the addresses indicated:

John F. O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Shari L. Klevens, Esq.
Alison L. Doyle, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Adam L. Rosman, Esq.
Ellen D. Marcus, Esq.
Zuckerman Spaeder LLP
1201 Connecticut Avenue, N.W.
Washington, DC  20036

Susan L. Burke, Esq.
Jonathan H. Pyle, Esq.
Burke Pyle LLC
3527 Lancaster Avenue
Philadelphia, PA  19104

F. Whitten Peters, Esq.
Ari S. Zymelman, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C.  20005

_____/s/_____
Shawn A. Weede