UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., <br><br> Plaintiffs, <br> v. <br><br> TITAN CORPORATION, et al., <br><br> Defendants. | Civil Action No. 1:05-cv-01165-JR |

## PLAINTIFFS' MOTION FOR AN EXPEDITED
## STATUS CONFERENCE

The District Court for the Eastern District of Virginia (J. Hilton) transferred this action to the District of Columbia (J. Robertson). Plaintiffs respectfully request that, if possible, the Court convene a status conference prior to January 27, 2006. Plaintiffs request an expedited status conference in order to seek the Court's guidance on the following questions:

*First*, the *Saleh* plaintiffs would like guidance as to whether they should file papers on January 27, 2006. Defendants CACI and Titan have claimed that they stand in the shoes of, and are acting on behalf of, the United States federal government when they are torturing people held in United States' custody in Iraq. Defendants claim that therefore they are permitted to rely on the judicially-created "government contractor defense" to immunize them from civil lawsuit brought by torture victims. This issue will be briefed by the plaintiffs in *Ibrahim v. Titan Corp.*, No. 04-1248, on January 27, 2006, which is the agreed-upon deadline for submitting either oppositions or Fed. R. Civ. P. 56 affidavits.

If the invocation of this defense was valid (which it is not), it may lead to the dismissal of the related *Ibrahim* action and this action. For that reason, counsel for the *Saleh* plaintiffs and the putative class are entitled to participate in the briefing and discovery relating to the

government contractor defense in order to protect the interests of their clients and the putative class. When this concern was raised by the *Saleh* counsel during the September 16, 2005, status conference, the Court logically viewed the concern as premature given the then-pending writ of mandamus. The Court held it would "cross that bridge when we come to it" and in the meantime proceed with the *Ibrahim* case "subject to the concerns that class plaintiffs have, which we'll deal with later, if necessary." *September 16, 2005 Transcript at 8.* Now, with January 27, 2006 fast approaching, the undersigned counsel would like the Court's guidance. Counsel respectfully suggest that they be permitted to file on January 27, 2006, a Fed. R. Civ. P. 56 affidavit and to participate (with the *Ibrahim* counsel) in the conduct of that discovery.

*Second*, counsel would like guidance from the Court on how to proceed with respect to Jalel Mahdy Hadood, who has recently been released from prison. The Court had previously dismissed Hadood's claims without prejudice because he was being held incommunicado. Now, Hadood is free and back in contact with counsel. He would like to join the *Saleh* action as a class representative. Prior to the Court's order dismissing Hadood, undersigned counsel had filed a motion to amend that, if granted, would result in the joinder of Hadood. However, Hadood's joinder is opposed by Defendants, who have shared with undersigned counsel their intent to oppose the joinder and the motion to amend. Given the opposition, undersigned counsel have prepared and are ready to file on Hadood's behalf a new complaint if that is the course of action preferred by the Court.

For the foregoing reasons, and in order to set briefing and discovery schedules, Plaintiffs respectfully request that the Court schedule a status conference.

Defense counsel have advised the undersigned that they will have serious scheduling difficulties if the Court convenes a status conference prior to January 27, 2006. Defense counsel will be providing the Court with proposed dates.

Dated: January 20, 2006
          /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
Jonathan H. Pyle (admitted *pro hac vice*)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone: (215) 387-4705
Facsimile: (215) 387-4713

Jennifer Green
Judith Brown Chomsky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6431
Facsimile: (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone: (248) 594-9595
Facsimile: (248) 594-4477

Joseph Margulies
Locke Bowman
MACARTHUR JUSTICE CENTER
UNIVERSITY OF CHICAGO LAW SCHOOL
1111 East 60th Street
Chicago, IL 60637
Telephone: (773) 702-9560
Facsimile: (773) 702-0771

Susan Feathers
UNIVERSITY OF PENNSYLVANIA
  LAW SCHOOL
3400 Chestnut Street
Philadelphia, PA 19104-6204
Telephone: (215) 898-0459
Facsimile: (215) 573-5808

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 20th day of January 2006, I caused a true and correct copy of the foregoing Plaintiffs' Motion for an Expedited Status Conference to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individuals at the addresses indicated:

F. Whitten Peters
Thomas M. Craig
Williams and Connolly
725 12th Street, North West
Washington, DC 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, North West
Washington, DC 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal*

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, North West
Washington, DC 20036
arosman@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer, Jr.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St, 51st Floor
Philadelphia, PA 19103
hockeimerh@ballardspahr.com
*Counsel for Defendant Steven Stefanowicz*

James W. Hundley
Briglia & Hundley, P.C.
1921 Gallows Road, Suite 750
Vienna, Virginia 22182
jhundley@briglia-hundley.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, North West
Washington, DC 20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

Craig T. Jones
The Candler Building, Suite 410
127 Peachtree Street, North East
Atlanta, GA 30303
cjones@edmondfirm.com
*Counsel for Plaintiffs Ibrahim, Aboud, Abbas, Al Jumali, Khalaf, and Al Rhman in Ibrahim v. Titan Corp., No. 04-1248*

L. Palmer Foret
Two Wisconsin Circle
Suite 660
Chevy Chase, MD 20815
lpforet@aol.com
*Counsel for Plaintiffs Ibrahim, Aboud, Abbas, Al Jumali, Khalaf, and Al Rhman in Ibrahim v. Titan Corp., No. 04-1248*

Jonathan H. Pyle
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:   (215) 387-4705
Facsimile:    (215) 387-4713