UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI ABBAS AL RAWI, *et al.*,          :
                                       :
    Plaintiffs,                     :
                                       :
  v.                                   : Civil Action No. 05-1165 (JR)
                                       :
TITAN CORPORATION, *et al.*,           :
                                       :
    Defendants.                     :

### NOTICE TO COUNSEL

      The Eastern District of Virginia's order affirming the referral of this case to this Court is not yet of record. The Clerk will set a status conference when the case is again docketed here, having due regard for the schedules of all counsel.

                                          JAMES ROBERTSON
                                 United States District Judge