# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL RAWI et al , | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No.  05-cv-01165-JR |
| | ) |
| | ) |
| TITAN CORPORATION et al, | ) |
| | ) |
| Defendant(s). | ) |

## NOTICE REGARDING COURT FILE

The original file, certified copy of transfer order, and docket sheet received from the U.S. District Court for the Eastern District of Virginia-Alexandria  is in paper form only and is being maintained in the in the Clerk's office.  The EDVA-Alexandria Case Number is 05cv0427. These documents  will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON, CLERK

Date:   January 30, 2006