**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SALEH et al.,                              )<br>                                                    )<br>        Plaintiffs,                       )  Case No. 05-cv-1165 (JR)<br>v.                                              )<br>                                                    )<br>TITAN et al.                               )<br>        Defendants.                   )<br>                                                    ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave To Amend, it is hereby ORDERED as follows:

1. The motion for leave to amend is GRANTED;

2. Pursuant to Local Rule 7(i), Plaintiffs' Third Amended Complaint shall be deemed to have been filed on the date of entry of this Order.

IT IS SO ORDERED.

Dated: _____            _____
                                                                              Robertson, J.