# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AL RAWI, et al.,                      )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )         Case No.1:05-cv-1165 (JR)
                                      )
TITAN CORPORATION, et al.             )
                                      )
            Defendants.               )
                                      )

## STIPULATION

The undersigned parties, which include plaintiffs and all defendants except for the CACI entities (the "non-CACI defendants") (collectively, the "parties"), through their undersigned counsel, have met and conferred and have reached the following stipulation:

1.      To avoid duplicative and piecemeal litigation and unnecessary disputes over the procedural posture of the case, the non-CACI defendants do not oppose the Court granting plaintiffs' February 9, 2006 motion to amend the complaint. The non-CACI defendants instead will assert their challenges to the Third Amended Complaint in motions to dismiss and other appropriate motions.

2.      The parties agree that, by not opposing this amendment of the Complaint, the non-CACI defendants are not waiving any legal or factual challenges to the Third Amended Complaint including without limitation, the jurisdiction of the Court, the effect of plaintiff Hadod's (also known as Hadood) prior claim in the *Ibrahim* action, and personal jurisdiction, whether asserted under Fed. R. Civ. P. 12 or any other provision. The non-CACI defendants are also not agreeing with plaintiffs' characterization of the procedural or factual background set forth in the motion to amend.

3.      The parties agree that any response to the Third Amended Complaint (whether by motion or by answer) will be due as set forth by Court order to be issued at or after the status conference currently set for March 8, 2006.

Respectfully submitted,

Susan L. Burke (D.C. Bar No. 414939)
Jonathan H. Pyle (admitted *pro hac vice*)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:     215-387-4705
Facsimile:     215-387-4713

*Counsel for Plaintiffs*

F. Whitten Peters (D.C. Bar No. 255083)
Ari S. Zymelman (D.C. Bar No. 421593)
F. Greg Bowman (D.C. Bar No. 486097)
WILLIAMS & CONNOLLY LLP
725 112th Street, N.W.
Washington, D.C. 20005
Telephone:     202-434-5000
Facsimile:     202-434-5029

*Counsel for Defendant L-3 Communications
Titan Corporation*

Henry E. Hockeimer
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone:     215-864-8204
Facsimile:     215-864-9078

*Counsel for Defendant Steven A. Stefanowicz*

Adam L. Rosman (D.C. Bar No. 454810)
Eric R. Delinsky (D.C. Bar No. 460958)
Ellen D. Marcus (D.C. Bar No. 475045)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036-5802
Telephone:     202-778-1800
Facsimile:     202-822-8106

*Counsel for Defendant Adel L. Nakhla*

Shari L. Klevens
Stephen M. Lastelic
Alison L. Doyle
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone:     202-496-7500
Facsimile:     202-496-7756

*Counsel for Defendant John B. Israel*