# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

CACI PREMIER TECHNOLOGY, INC. and )
CACI INTERNATIONAL INC )
                                  )
            Plaintiffs,           )   No. 1:05 CV 1111 (GBL)
                                  )
      v.                          )
                                  )
RANDI RHODES and PIQUANT, LLC d/b/a )
AIR AMERICA RADIO                 )
                                  )
            Defendants.           )

## AMENDED COMPLAINT

For its Complaint in the above-captioned action, Plaintiffs CACI Premier Technology, Inc. and Plaintiff CACI International Inc, (collectively, "Plaintiffs" or "CACI") allege as follows:

## NATURE OF ACTION

1. This is an action for monetary damages for defamation *per se* against Defendants Randi Rhodes ("Rhodes") and Piquant, LLC, doing business as Air America Radio ("Piquant"). Plaintiffs' claims arise out of false and defamatory statements made by Rhodes on or about August 25-26, 2005, during a radio show broadcast and published by Defendant Piquant. Plaintiffs bring this action to vindicate CACI's good name and defend CACI's reputation from the tarnish applied by Ms. Rhodes' false and defamatory statements regarding CACI's provision of interrogators to the U.S. military in Iraq.

## PARTIES

2.  Plaintiff CACI Premier Technology, Inc. ("CACI PT"), is a corporation organized under the laws of the State of Delaware and maintains a principal place of business in this District at 14151 Park Meadow Drive, Chantilly, Virginia 20151. CACI PT is a wholly-owned subsidiary of CACI, INC. - FEDERAL. CACI PT specializes in intelligence solutions and has provided intelligence services, including interrogators, to the United States military in Iraq pursuant to contracts with the United States.

3.  Plaintiff CACI International Inc ("CACI International") is a corporation organized under the laws of the State of Delaware and maintains a principal place of business in this District at 1100 North Glebe Road, Arlington, Virginia, 22201. CACI International is a publicly-traded company and the ultimate parent of CACI PT. CACI International is an international corporation providing high-technology and professional services specializing in systems integration, managed network solutions and information assurance.

4.  CACI's largest customer is the United States Department of Defense, which is headquartered in this District. Because of the Defense Department's status as CACI's largest customer, CACI's reputation within the Defense Department, and in particular its reputation among Defense Department leadership and government procurement officials located in the Pentagon and elsewhere in this District, is vitally important to CACI's successful business operations.

5.  Because both CACI PT and CACI International are headquartered in this District, and perform a significant amount of their work under government contracts in this District, they recruit a significant portion of their employees from the labor force in this District. The ability

of CACI PT and CACI International to recruit a highly-qualified work force therefore depends to a significant degree on the companies' reputation in this District.

6. Defendant Rhodes, an individual, is a radio personality who headlines a radio show called The Randi Rhodes Show. The Randi Rhodes Show is broadcast Monday through Friday throughout a considerable portion of the United States as part of radio programming provided by Piquant under the trade name Air America Radio. The Randi Rhodes Show is broadcast into this District through one of the radio stations nationwide that carries this radio program. Rhodes is not a domiciliary of the Commonwealth of Virginia or the State of Delaware.

7. Piquant is a limited liability company with offices in New York. Piquant provides packages of radio programming under the trade name Air America Radio that can be purchased for broadcast by radio stations in the United States. Piquant's principal place of business is at 641 Sixth Avenue, New York, New York 10011. The Randi Rhodes Show is one of the radio programs that Piquant markets and licenses to radio stations in the United States as part of its package of programming. Piquant directs the broadcast of The Randi Rhodes Show into the Commonwealth of Virginia, and into this District, through radio broadcast on WWRC-AM 1260, through direct Internet feed on http://www.airamericaradio.com, and through satellite radio. On information and belief, none of the members of Piquant is a domiciliary of the Commonwealth of Virginia or the State of Delaware.

## JURISDICTION AND VENUE

8. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the Defendants are domiciled in states other than the states in which Plaintiffs

are domiciled and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

9. Defendants are subject to personal jurisdiction in this District because they have contracted to supply services or things in the Commonwealth of Virginia, have caused tortious injury to Plaintiffs through acts or omissions in the Commonwealth of Virginia, and, to the extent that Plaintiffs have been injured as a result of acts or omissions by Defendants occurring outside the Commonwealth of Virginia, Defendants regularly do or solicit business in the Commonwealth of Virginia and derive substantial revenue from their ability to provide radio broadcasting to listeners in the Commonwealth of Virginia.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

## FACTUAL ALLEGATIONS

11. Pursuant to contracts with the United States, Defendant CACI PT has provided civilian interrogators to support the United States military's mission in Iraq. CACI International provides no interrogators in Iraq itself, but is the ultimate parent company of CACI PT. Neither CACI International nor CACI PT, nor any CACI company for that matter, has provided interrogators to support the United States in Afghanistan or Guantanamo Bay, Cuba.

12. The Randi Rhodes Show is a radio program marketed and licensed by Piquant, under the trade name Air America Radio, to radio stations throughout the United States. As a result of these marketing and licensing efforts, The Randi Rhodes Show may be heard over the radio in a number of localities, including in this District. In addition to ordinary radio broadcast, Plaintiffs have made The Randi Rhodes Show available to listeners throughout the world by virtue of a direct Internet feed and satellite radio broadcast.

13. Between August 24-26, 2005, Defendant Rhodes published false and defamatory statements concerning CACI on the Randi Rhodes Show, including the following:

> There are videos [taken in Abu Ghraib prison in Iraq], and yes they clearly show rape and murder, and yes they show the rapes of children, and yes they show the murder of people who, you know, have been caught in these dragnets in Iraq. And nobody knows what they've done, and a year later some of them who survive it get released. But, you know, if you are in when we decide to murder and rape, then that's your lot in life according to what some these people have said. So here are some of the most disgusting pictures since the pictures of Bush driving past Cindy Sheehan in his motorcade...[discussion of previous caller]...And now we have this documentary, photographic, videographic evidence of some of the really sick, twisted stuff that was ordered by our President and his civilian cabinet that was done and carried out, not by generals and not by military people, but were ordered by people who were for private contractors, mercenaries if you will, who were then able to access our kids and tell our kids: "We're from Special Forces," or "We're from the CIA. You don't need to know who we are, but we know who you are, and you are going to do this because this is what we want you to do."...[discussion of U.S. soldiers]...And of course, it wasn't the military that was taking control of these kids. Janis Karpinski gave an interview, uh, I'll post the interview. It's the most amazing thing how she was shunted aside, told not to go in there any more. They had control of the prisons. It was obviously the contractors who then misrepresented to our kids who they were and what they were ordered to do...[discussion of conservatives' view of Iraq]...You know, unless we actually apologize for these, unless we actually have a President of the United States who says, "Look what's been done here, and I know who did it. This is who did it. And it was CACI, and it was Titan, and it was Blackwater, and it was Halliburton, and it was Bechtel, and it was Dyncorp, and it was this one, and it was Triple (inaudible)." Whoever it was, and he actually says "These people are going to be put on trial. And they're going to be charged with murder. They'll be charged with rape. They'll be charged with molesting children. They'll be charged with crimes against humanity." Until and when and if that happens, the recruitment for Al Qaeda is going to surpass our recruitment capabilities here in the United States.

\* \* \*

> This is really sad, but, I was looking at an interview that Janis Karpinski did with a woman named Marjorie Cohen. It's posted on my website, therandirhodesshow.com. And its right next to the pictures of Abu Ghraib prison. And that is the choice we made, by the way, Abu Ghraib. We chose that. And how did we choose that? Well, the President let those contractors go in there, and he let those contractors lie to our kids, and those kids believed that those contractors were military intelligence units, that they were CIA. But they weren't. They were employees of CACI and Titan.

-5-

\* \* \*

[Iraq] deteriorated into contractor heaven. Mercenaries, all over the country killing people. She [Janis Karpinski] said they had no previous training. The ones from CACI and Titan who were sent to the prison, to Abu Ghraib. She said they were supposed to be interrogators, but that CACI and Titan had offered them a chance to upgrade their employment to interrogators. And she said it was a deadly mix, because they had no training in being interrogators. They were translators. But CACI and Titan was going to pay them more if they would interrogate the prisoners. So they kicked her out of the compound at night. Told her that she couldn't travel at night to the cell blocks, couldn't come to Abu Ghraib at night. And at night, the little mice would play. And they would play rape the boys, and rape the girls, and pile 'em high. And they'd use the low level military people. And they wore military uniforms too, these contractors. They literally impersonated officers. And no one knows what to do about it because there's no freakin' law for them. You know memos that were just released by Newsweek magazine have an explanation of why we should opt out of Geneva Convention in Afghanistan, but in Iraq they didn't. They didn't. So instead in Iraq what you saw were contractors getting their hands dirty, contractors getting their hands bloody, contractors were the ones that were actually doing the bad stuff. But what you did have in Iraq was an executive order that said there was no law in Iraq. So the only law that anybody who wants to prosecute CACI and Titan - and believe me people do - and the only law that people can find to prosecute CACI and Titan is this obscure Department of Defense law, and its says that they have had to committed a crime that has a penalty over a one year maximum. And they don't know what the definition of "torture" is, 'cause of Alberto Gonzales, and so they don't know what to charge them with.

\* \* \*

They [Iraqi citizens] say that the raping of their children, and the raping of their children in front of them is no different than Saddam. It's incredible. So this was Donald Rumsfeld's wet dream. And all this came from the civilians in the Defense Department, by the way. It was all civilians, and she names them all the generals, Colonel Pappas, she names General Miller, and she names General Fast, and she explains how this went and why they did it. Well not why, but just how they did it. That they were paid in cash these contractors, and that these contractors were supposed to help, and be translators and they became the interrogators and they had no experience doing it. And it became this free for all.

\* \* \*

And people ask what are you for?. . .I'm for getting the mercenaries, who are making 3,000 dollars a week, out of there, who are not loyal to your [Cindy Sheehan] son, who are not loyal to this country, don't care a thing about

democracy. They care about the bottom line of Triple Canopy, or Blackwater, or CACI, or Titan, or Dyncorp. And they are some of the most notoriously evil people, and they're getting paid with our tax dollars. These are guys that were for, they would fight on the side of the government of South Africa who wanted to keep apartheid. They fought on the side of the government that was literally chopping off young boys hands, 'cause they didn't want to kill them. They wanted them to be handless, as little reminders to everybody, that if you stood up to this government, that's what's going to happen to you. And they were like walking billboards for tyranny, for treachery, for murder. And that's whose fighting along side your son.

\*   \*   \*

CALLER: I really am annoyed that this thing that's being passed on - the costs of Iraq, I'm still going to have to pay for it once I'm older.

RHODES: Not only are you going to have to pay for the actual bombs, and the war, and the mercenaries and their billions of dollars that they got. You know you've got guys over there making what, three thousand (3,000) dollars a week, three hundred (300) dollars a day.

CALLER: Yeah, contractors from Halliburton.

RHODES: Yeah, don't call them contractors, call them what they are, they're hired killers, they're mercenaries.

CALLER: Hired killers, yeah.

RHODES: Yeah, they are hired killers.

CALLER: Hired killers from Halliburton.

RHODES: They're from everywhere. They're from Dyncorp, and CACI and Titan in the prisons, and you've got Triple Canopy and Blackwater. There's a ton of new...I mean, these companies didn't even exist before this war. They did not even exist. And you have a bunch of retired Delta guys who said, "uh, what can we do to keep America safe?" And all of a sudden they realized the Department of Defense was giving out these big huge contracts, and they just hired any old schmuck. You know, if the Delta guys only hired Delta guys we might be in o.k. shape. I don't know. There's still no chain of command. There's still no body for them to be loyal to. So its not about mom and apple pie. It's certainly not about the Constitution. It's about the company, and the company's bottom line, which is what business is supposed to be about.

14. In sum, on or about August 24-26, 2005, Defendant Rhodes made a number of false and defamatory statements about CACI on The Randi Rhodes Show, publishing those false statements of fact in this District and elsewhere. Those statements, when read in their entirety, falsely state, among other things (1) that CACI participated in the rape and murder of Iraqi citizens in Abu Ghraib prison; (2) that CACI employees misrepresented themselves as members of the U.S. Armed Forces -- CACI's largest customer -- for the purpose of directing the torture of Iraqi citizens; (3) that CACI directed the torture of persons held in United States custody in Iraq; and (4) that CACI employees were engaged in Iraq as "mercenaries" and "hired killers."

15. Without the benefit of discovery, and specifically the complete transcripts and recordings of these broadcasts, CACI alleges that Defendant Rhodes published additional defamatory statements during the same broadcasts including the following: (1) that CACI imported into Iraq torture techniques that CACI supposedly had used in Afghanistan and Guantanamo Bay, Cuba; and (2) that "Air America tried to contact CACI for comment but CACI isn't talking," or words to that effect.

16. Defendant Rhodes' statement that CACI employees were involved in or encouraged the rape and murder of Iraqi citizens in U.S. custody in Iraq is maliciously false.

17. Defendant Rhodes' statement that CACI directed the torture of persons held in United States custody in Iraq is maliciously false.

18. Defendant Rhodes' statement that CACI employees were engaged in Iraq as "mercenaries" or "hired killers" is maliciously false.

19. Defendant Rhodes' statement that CACI employees misrepresented themselves as members of the armed forces for the purpose of directing the torture of persons held in United States custody in Iraq is maliciously false.

20. Defendant Rhodes' statement that CACI fought "on the side of the government of South Africa who wanted to keep apartheid" and "on the side of the government that was literally chopping off young boys' hands," is maliciously false.

21. Defendant Rhodes' statement that CACI imported into Iraq torture techniques that CACI supposedly had used in Afghanistan and Guantanamo Bay, Cuba is maliciously false. Indeed, even a cursory review of CACI's website reveals an explicit denial that CACI ever provided interrogators in Afghanistan or Guantanamo Bay, Cuba.

22. Defendant Rhodes' statement that "Air America tried to contact CACI for comment but CACI isn't talking," or words to that effect, is maliciously false. CACI has no record of any request by Air America that CACI provide comment on any issue relating to its provision of interrogators to support the United States military in Iraq.

23. The above-referenced statements published by Defendants on The Randi Rhodes Show impute to Plaintiffs the commission of criminal offenses involving moral turpitude, impute to Plaintiffs unfitness to perform the duties of their contracts with the United States referenced in paragraph 11, and cast aspersions on CACI's character, prestige, and standing within its field of business and constitute defamation *per se*. The effects of the false and defamatory statements published by Defendants on The Randi Rhodes Show are particularly acute in this District given that CACI's largest customer is located in this District and CACI recruits employees extensively in this District.

24. Defendants were informed by letter dated August 26, 2005, from counsel for Plaintiffs that Defendant Rhodes' statements were demonstrably false and defamatory. This letter demanded a written and broadcast retraction of these statements and stated that CACI

would not hesitate to take legal action to protect its rights and reputation if immediate corrective action were not taken.

25. While Defendants, through counsel, acknowledged receipt of CACI's letter, Defendants have not taken any corrective action to ameliorate the damage caused to CACI as a result of the false and malicious statements published by Defendants on The Randi Rhodes Show.

## COUNT I
## DEFAMATION *PER SE*

26. Plaintiffs repeat the allegations contained in Paragraphs 1-23 as if fully set forth herein.

27. The statements referenced above made by Defendant Rhodes and published by Defendants in this District and elsewhere are false and misleading.

28. The statements referenced above made by Defendant Rhodes impute to Plaintiffs the commission of criminal offenses involving moral turpitude, impute to Plaintiffs unfitness to perform the duties of their contracts with the United States referenced in paragraph 11, cast aspersions on Plaintiffs' honesty, efficiency, prestige, and standing in their field of business. The effects of the false and defamatory statements published by Defendants on The Randi Rhodes Show are particularly acute in this District given that CACI's largest customer is located in this District and CACI recruits employees extensively in this District.

29. The statements referenced above made by Defendant Rhodes were made with knowledge that they were false or with reckless disregard as to whether they were false.

30. Defendants Rhodes and Piquant published the false statements by Defendant Rhodes by arranging for the broadcast of these statements on radio stations throughout the

United States, including upon radio stations broadcasting into this District and on Internet feed and satellite radio broadcasts available in this District.

31. Defendant Piquant also is liable for Defendant Rhodes' statements on a respondeat superior theory and under principles of agency law.

32. As a result of the statements referenced above made by Defendant Rhodes, Plaintiffs have been damaged.

## PRAYER FOR RELIEF

Plaintiffs hereby request that the Court enter judgment in Plaintiffs favor and:

(a) Adjudge Defendants jointly and severally liable to pay CACI compensatory damages in an amount no less than $1,000,000.00;

(b) Adjudge Defendants jointly and severally liable to pay CACI punitive damages in an amount no less than $10,000,000.00; and

(c) Adjudge Defendants jointly and severally liable to pay CACI the amounts it incurs in attorneys fees and costs in the prosecution of this action.

## JURY DEMAND

Plaintiffs demand a trial by jury.

Respectfully submitted,

*[signature: J. William Koegel, Jr.]*

J. William Koegel, Jr. (Va. Bar # 38243)
John F. O'Connor
Frank H. Griffin, IV (Va. Bar # 48337)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel:   202.429.3000
Fax:   202.429.3902

*Counsel for Plaintiffs CACI Premier Technology, Inc. and CACI International Inc*

Respectfully submitted,

*[signature]*

J. William Koegel, Jr. (Va. Bar # 38243)
John F. O'Connor
Frank H. Griffin, IV (Va. Bar # 48337)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel:   202.429.3000
Fax:   202.429.3902

*Counsel for Plaintiffs CACI Premier Technology, Inc. and CACI International Inc*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Amended Complaint was served by U.S. mail and electronic mail this 10th day of November 2005 on:

Melvin L. Wulf
Vera M. Scanlon
BEDLOCK, LEVINE & HOFFMAN, LLP
99 Park Avenue, 16th Floor
New York, New York 10016
(202) 490-0400

Richard T. Rossier
Marc E. Miller
MCLEOD, WATKINSON, & MILLER
One Massachusetts Avenue, Suite 800
Washington, DC 20001
(202) 842-2345

*Attorneys for Defendants Randi Rhodes and Piquant, LLC*

_____
Frank H. Griffin, IV