IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TITAN CORP., *et al.*, <br><br> Defendants. | Civil Action No. 05-CV-1165 (JR) |

## DECLARATION OF MARK W. BILLINGS

I, Mark W. Billings, hereby declare as follows:

1. I am the Senior Director of the Operations, Intelligence and Investigations of CACI Premier Technology, Inc. In this capacity, I supervise various project managers with respect to contract administration, and am familiar with the work orders that are issued to CACI Premier Technology, Inc. under its contracts.

2. I have personal knowledge of the facts to which I attest herein. I could testify to such things in a court of law, and would, if called to do so.

3. I am aware Plaintiffs have submitted a copy of a Work Order issued under Contract Number GS-35F-5872H as "Exhibit N" in support of their Motion for Leave to Amend to File A Third Amended Complaint, and that the document identifies "CACI, INC.-FEDERAL" as the recipient of the order.

4. Having reviewed Exhibit N, it is clear that the identification of "CACI, INC.-FEDERAL" is a result of a clerical error, and that the real recipient of the work order was CACI

- 2 -

Premier Technology, Inc. The "GSA Contract Number" and the "Name of Effort" fields clearly identify the purchase agreement by which CACI Premier Technology, Inc. provided interrogation services in support of the United States military's mission in Iraq.

5.  I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of March, 2006.

*[signature]*
Mark W. Billings