UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
SAMI ABBAS AL RAWI, et al.,      :
                                 :
        Plaintiffs,              :
                                 :
    v.                           :  Civil Action No. 05-1165 (JR)
                                 :
TITAN CORPORATION, et al.,       :
                                 :
        Defendants.              :
```

### ORDER

Plaintiff's motion for leave to file third amended complaint [28] is **denied**, without prejudice to the filing of an amended complaint that makes allegations as to the individual CACI corporations now lumped together in the proposed third amended complaint as "the CACI Corporate defendants" (para. 21) specific enough that such allegations may be tested against the requirement of Rule 11 that they "have evidentiary support, or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery."

JAMES ROBERTSON
United States District Judge