IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-CV-1165-JR |
| v. ) | |
| ) | |
| TITAN CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered the Motion to Dismiss the Third Amended Complaint by Defendants CACI Premier Technology, Inc., CACI International Inc, and CACI, INC.-FEDERAL, as well as its accompanying memorandum and any oppositions and replies submitted in connection with said motion, and having heard the oral argument of counsel, finds that the motion is well taken. Accordingly, the Court hereby DISMISSES WITH PREJUDICE the Third Amended Complaint.

SO ORDERED this _____ day of _____, _____.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE