IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al.<br>　　Plaintiffs,<br><br>v.<br><br>TITAN CORPORATION, et al.<br>　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 05-cv-1165 (JR)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendant John B. Israel's Motion to Dismiss Plaintiffs' Third Amended Complaint, it is hereby

ORDERED this ___ day of _____, 2006 that Mr. Israel be dismissed from this action with prejudice, each party bearing its own fees and costs.

_____
United States District Judge

Copies of this Order should sent electronically to:

Alison L. Doyle, adoyle@mckennalong.com,

Shari L. Klevens, sklevens@mckennalong.com,

Shereef Akeel, shereef@akeelvalentine.com,

Susan L. Burke, sburke@burkepyle.com

Eric R. Delinsky, edelinsky@zuckerman.com

Henry Eric Hockeimer , Jr., hockeimerh@ballardspahr.com, natalij@ballardspahr.com

Ellen D. Marcus, emarcus@zuckerman.com

John F. O'Connor, Jr., joconnor@steptoe.com,

Adam L. Rosman, arosman@zuckerman.com

Ari Shlomo Zymelman, azymelman@wc.com,

Copies of this Order should be sent by other means to:

Joseph William Koegel , Jr
STEPTOE & JOHNSON, L.L.P.
1330 Connecticut Avenue, NW
Washington, DC 20036

Jonathan H. Pyle
BURK PYLE LLC
3527 Lancaster Avenue
Philadephia, PA 19104