IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., ) | |
| ) | Civil Action No. 05-1165 (JR) |
| Plaintiffs, ) | |
| v. ) | |
| TITAN CORPORATION, et al., ) | |
| Defendants. ) | |

**DEFENDANT ADEL L. NAKHLA'S MOTION TO DISMISS
THE THIRD AMENDED COMPLAINT**

For the reasons stated in the accompanying memorandum of law, as well as the reasons stated in the memoranda of law supporting the motions to dismiss of defendants Titan, CACI, John B. Israel, and Steven A. Stefanowicz, defendant Adel L. Nakhla respectfully moves under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) to dismiss the Third Amended Complaint.

Respectfully submitted,

/s/ Adam L. Rosman
Adam L. Rosman, D.C. Bar No. 454810
Eric R. Delinsky, D.C. Bar No. 460954
Ellen D. Marcus, D.C. Bar No. 475045
ZUCKERMAN SPAEDER LLP
1201 Connecticut Avenue, N.W.
Washington, DC 20036
202-778-1800 (phone)
202-822-8106 (facsimile)

Dated: April 7, 2006         *Counsel for Defendant Adel L. Nakhla*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of April 2006, I caused the foregoing Motion and accompanying Memorandum of Law to be served on counsel of record via ECF.

                                                 /s/ Adam L. Rosman