## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH, et al., | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| v. | ) |
| TITAN CORPORATION, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant Adel L. Nakhla's Motion to Dismiss the Third Amended Complaint under Fed. R. Civ. P. 12(b)(2) and (b)(6), it is this _____ day of _____ hereby

ORDERED that the Motion is GRANTED.

_____
JAMES ROBERTSON
United States District Judge