UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 05-1165 (JR) |

### [PROPOSED] ORDER

Upon consideration of the Defendant Titan's Motion to Dismiss, any Opposition thereto, and arguments of counsel, it is

**ORDERED** that the Defendant Titan's Motion to Dismiss is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

_____
JAMES ROBERTSON
United States District Judge

Dated: _____