## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SALEH *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 05-cv-1165 (JR) |
| v. | ) | |
| | ) | |
| TITAN *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION
## FOR LEAVE TO FILE MATTER UNDER SEAL

Plaintiffs hereby move for leave to file under seal identifying information about the

named plaintiffs for the reasons stated in the attached Memorandum of Points and Authorities.


Respectfully submitted,


Date:  May 17, 2006

       /s/ Susan L. Burke
Susan L. Burke (D.C.  Bar # 414939)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:    (215) 387-4705
Facsimile:    (215) 387-4713

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439
Facsimile:    (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430

Birmingham, MI 48009
Telephone:      (248) 594-9595
Facsimile:      (248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| SALEH *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 05-cv-1165 (JR) |
| v. | ) | |
| | ) | |
| TITAN *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE MATTER UNDER SEAL**

Plaintiffs seek leave to file under seal identifying information about the named plaintiffs.

Four of the plaintiffs are minors and identified only by their first names in the Third Amended

Complaint. The other plaintiffs have placed their full names on the public record, but hope to

preserve their privacy by filing their prisoner identification numbers under seal. The information

proposed for filing under seal, referenced in Exhibit A, consists of the full names of the minor

plaintiffs and prisoner numbers (if available) for all plaintiffs. Plaintiffs are willing to serve

opposing counsel with a copy of the information, but are seeking to keep it under seal due to the

highly sensitive nature of the allegations in this case. As set forth in plaintiffs' Third Amended

Complaint, the named plaintiffs were victims of assaults, including sexual assault and

humiliation.

The matters at issue in this litigation raise substantial questions of public concern. Courts

exercise caution in placing documents under seal, as it is an exception to the general rule that

court proceedings are conducted on the public record. *Weaver v. Bratt*, 421 F. Supp. 2d 25, 43

(D.D.C. 2006) ("This Court has recognized a strong presumption in favor of public access to

judicial proceedings."), *citing Cobell v. Norton*, 157 F. Supp. 2d 82, 88 (D.D.C. 2001). The

Court of Appeals for the D.C. Circuit in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), articulated six factors to consider in placing documents under seal: (1) the need for public access to the documents at issue; (2) the extent to which the public had access to the documents prior to the sealing order; (3) the fact that a party has objected to disclosure and the identity of that party; (4) the strength of the property and privacy interests involved; (5) the possibility of prejudice to those opposing disclosure; and (6) the purposes for which the documents were introduced. *Hubbard* at 317-22.

Many of the *Hubbard* factors side in favor of keeping this limited subset of information – the prisoner numbers of the named plaintiffs and the full names of the minor plaintiffs – under seal. Most importantly, the privacy interests involved are paramount. Many of the allegations made by the named plaintiffs involve acts of sexual assault, humiliation, and other deeply personal and embarrassing treatment. These plaintiffs seek some degree of privacy in keeping their prisoner identification numbers off the public record. The *Hubbard* court noted that although courts have recognized the public interest in access to criminal proceedings, courts have in the past excluded from the public record proceedings or documents relating to "the privacy and reputation of victims of crimes." *Hubbard* at 316. *See also Horowitz v. Peace Corps*, 428 F.3d 271, 279 (D.C. Cir. 2005) (finding that identity of complainant in sexual misconduct report was shielded from disclosure under Freedom of Information Act in part because "[v]ictims of sexual assaults have an arguably greater interest in the protection of their privacy").

The privacy interests of the victims in this case overshadow any interest in the public disclosure of their prisoner identification numbers and, in the case of the minor plaintiffs, their full names. There is little apparent need for public access to this information about individual victims and placing this information under seal will not affect public access to the vast majority

- 2 -

of the pleadings in this matter.  Plaintiffs respectfully request that the Court grant the proposed

form of order.

Respectfully submitted,

Date:  May 17, 2006

       /s/ Susan L. Burke

Susan L. Burke (D.C.  Bar # 414939)
BURKE PYLE LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
Telephone:     (215) 387-4705
Facsimile:     (215) 387-4713

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:     (212) 614-6439
Facsimile:     (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:     (248) 594-9595
Facsimile:     (248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on this 17th day of May, 2006, I caused

a true and correct copy of the foregoing Motion For Leave To File Matter Under Seal and

the document sought to be filed under seal to be served via FedEx upon the following

individuals at the addresses indicated:

F. Whitten Peters
Thomas M. Craig
WILLIAMS AND CONNOLLY
725 12th Street, NW
Washington, DC 20005
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Counsel for Defendants CACI
International Inc., CACI Inc-Federal, and
CACI-PT*

Adam L. Rosman
Ellen D. Marcus
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer Jr.
Jessica Natali
BALLARD SPAHR ANDREWS &
INGERSOLL LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006-1108
*Counsel for Defendant John B. Israel*

Jonathan H. Pyle