**EXHIBIT A**

This Exhibit is being hand-delivered to the Court to be filed under seal.