**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 05-cv-1165 (JR) |
| v. | ) |
| | ) |
| TITAN *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

AND NOW this _____ day of May, 2006, it is hereby ORDERED that Plaintiffs' Motion For Leave To File Matter Under Seal is GRANTED. The document referenced in plaintiffs' motion is placed under seal.

**BY THE COURT**:

_____
**ROBERTSON, J**.