# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

J. William Koegel, Jr.
202.429.6408
wkoegel@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
Tel 202.429.3000
Fax 202.429.3902
steptoe.com

May 19, 2006

**BY HAND DELIVERY**

The Honorable James Robertson
United States District Judge
United States District Court
  for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Saleh, et al. v. Titan Corp., et al.*
      No. 05-CV-01165 (D.D.C.)

Dear Judge Robertson:

We write on Defendants' behalf to follow up on the Court's May 9, 2006 telephone conference with counsel regarding Plaintiffs' filing of apparently classified documents in opposition to Defendants' motions to dismiss. During that telephone conference, the Court informed the parties that it had removed Plaintiffs' opposition papers from the Court's public docket and had directed Plaintiffs' counsel to remove those papers from the Burke Pyle website. The Court also indicated that it would entertain further comment from counsel as to the proper treatment of those papers.

We promptly contacted the head of litigation for the United States Army to advise him of the issue so that the agency best able to assess the extent of any restrictions on disclosure of the documents filed by Plaintiffs could identify any disclosure restrictions and protects its interests. The Army's head of litigation has advised us that none of the documents filed by Plaintiffs remains classified, although a number of them have "For Official Use Only" status and have not been publicly released by the Army.

We were further advised by the Army's head of litigation that the Army had asked a Special Assistant United States Attorney ("SAUSA") for the District of Columbia to contact chambers on this issue, and that the SAUSA was advised by chambers that the Court intends to keep Plaintiffs' opposition papers under seal unless a motion is filed to unseal those papers.

Defendants agree with this treatment of Plaintiffs' pleadings. Defendants will defer to any position that the United States might take on whether the Court should impose any further restrictions on the disclosure and use of the "For Official Use Only" non-publicly released

STEPTOE & JOHNSON LLP

The Honorable James Robertson
May 19, 2006
Page 2

documents filed by Plaintiffs. Defendants remain of the belief that there is no good reason to have these documents in the public record, since the exhibits filed by Plaintiffs, and referred to in Plaintiffs' briefs, are matters outside the Third Amended Complaint and are therefore not proper for consideration in connection with the motions to dismiss. We anticipate that one or more Defendants will further address this issue in their reply memorandum.

We are available at the Court's convenience if the Court has any questions about Defendants' position or the matters addressed in this letter.

Sincerely,

J. William Koegel, Jr.

JWK/lpc
cc:    All Counsel of Record (by email)