IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al.<br>    Plaintiffs,<br><br>v.<br><br>TITAN CORPORATION, et al.<br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 05-cv-1165 (JR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT JOHN B. ISRAEL'S JOINDER TO DEFENDANTS'
OPPOSITIONS TO PLAINTIFFS' MOTION FOR LEAVE TO FILE MATTER UNDER SEAL**

Defendant John B. Israel, by and through undersigned counsel, being similarly situated to Defendant L-3 Communications Titan Corporation, Defendants CACI International Inc., CACI, Inc. – FEDERAL, and CACI Premier Technology, Inc., hereby respectfully joins in: 1) Defendant L-3 Communications Titan Corporation's Opposition to Plaintiffs' Motion for Leave to File Matter Under Seal; and 2) Response of Defendants CACI International Inc., CACI, Inc. – Federal, and CACI Premier Technology, Inc. to Plaintiffs' Motion for Leave to File Matter Under Seal.

                                        Respectfully submitted,

                                        s/ Shari L. Klevens/
                                        Alison L. Doyle. (Bar No. 376480)
                                        Shari L. Klevens (Bar No. 467476)
                                        McKenna Long & Aldridge LLP
                                        1900 K Street, N.W.
                                        Washington, D.C.  20006
                                        Phone:  (202) 496-7500
                                        Fax:  (202) 496-7756

                                        Counsel for Defendant John Israel

June 6, 2006