**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| v. | ) |
| | ) |
| TITAN CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion For A Partial Lift Of The Seal and any response thereto, it is hereby ORDERED that plaintiffs may disclose the pleadings and exhibits currently under seal in this matter with a designated member of the United States.

_____
ROBERTSON, J.