IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| v. | ) |
| | ) |
| TITAN CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PRAECIPE FOR CHANGE OF COUNSEL ADDRESS**

Plaintiffs hereby note a change in address and telephone number for plaintiffs' counsel Susan L. Burke. Effectively immediately, the address and telephone numbers are as follows:

>Susan L. Burke
>BURKE PYLE LLC
>4112 Station Street
>Philadelphia, PA 19127
>Telephone:  (215) 487-6590
>Facsimile:   (215) 482-0874

Respectfully submitted,

Dated: June 9, 2006

/s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:  (215) 487-6590
Facsimile:   (215) 482-0874

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439
Facsimile:    (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:    (248) 594-9595
Facsimile:    (248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 9th day of June 2006, I caused true and correct copies of the foregoing Praecipe For Change of Counsel Address to be served via electronic mail, upon the following individuals at the addressed indicated:

F. Whitten Peters
Thomas M. Craig
Williams and Connolly
725 12th Street, NW
Washington, DC  20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal, and CACI-PT*

Adam L. Rosman
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC  20036
arosman@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer Jr.
Jessica Natali
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St, 51st Floor
Philadelphia, PA 19103
hockeimerh@ballardspahr.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC  20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

_____
Jonathan H. Pyle