IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, | ) |
|     Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| v. | ) |
| TITAN CORPORATION *et al.*, | ) |
|     Defendants. | ) |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion For Summary Judgment Against Titan On The Government Contractor Defense and any response thereto, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 56 that defendant Titan is not eligible to assert the government contractor defense as an affirmative defense at trial.

                                                                                                           _____
                                                                                                                ROBERTSON, J.