central EPW collecting point, normally along the main supply route (MSR) within or near the division support command (DISCOM).

The distance between the interrogation facility and G2 section (rear) is not as critical as at brigade level. Personal liaison between the interrogation and intelligence sections, although important, may not be required as frequently as at brigade.

At division, the G2 directs interrogation section collection efforts in conjunction with the CM&D section and the MI battalion commander, who serves as one of his principal assistants.

Compared to brigade facilities, division interrogation facilities are expanded. This is because the division interrogation section handles and interrogates more captured personnel, and interrogations are conducted in greater detail. When practicable, interrogations at division should be conducted in improvised interrogation rooms in buildings adjacent to the division collecting point. If possible, separate rooms should be available to permit several interrogations at once.

## CORPS FACILITIES

The corps EPW holding area is established and operated by MP under the supervision of the corps provost marshal. The Corps Interrogation Facility (CIF) will usually be a more permanent type facility than at echelons below corps. It should consist of operations and interrogation areas with separate, enclosed interrogation booths or rooms. If possible, there should be a separate DOCEX area. Figure 2-12 shows a sample CIF.



Figure 2-12. Sample Corps Interrogation facility (CIF).

The commander, CI Interrogation Company, MI Battalion (TE), MI Brigade (Corps), is the CIF commander. CIFs are the principal establishment for the exploitation of captured personnel and CEDs. Functions of the centers include—

- Conducting tactical and strategic interrogations based on the intelligence requirements and specific guidance of the corps G2 section.
- Screening to select sources suited for further exploitation at a higher echelon interrogation center.
- Screening of EPW and other sources of specific CI interest.
- Interrogating sources of interest to PSYOP intelligence based on their requirements.
- Preparing and disseminating interrogation reports.

Continuous coordination between the CIF commander and EPW holding area commander is essential. At a sub-level, it is also important for interrogators to maintain a good working relationship with MP at the holding area.

MP, who are in constant contact with EPWs or detainees, can provide interrogators valuable information on individual sources. By properly handling prisoners at all times, they also contribute to the success of interrogation operations by helping to reduce resistance by the sources.

The CIF should be administratively and operationally self-sufficient and located within or adjacent to the EPW holding area, close enough to facilitate operations.

## ADEQUATE INTERROGATION FACILITIES

At corps level, particular emphasis should be placed on providing facilities adequate for the interrogation of EPWs of higher positions or rank. Because interrogations will normally last longer than at division, a greater degree of comfort should be provided, if possible. In other respects, the type of interrogation facilities and equipment parallels those found at division.

## OB SECTION

OB analysts are a valuable interrogation facility asset. They ensure PIR, IR, and SIR are updated, and reporting is in response to them. In addition, they maintain a situation map (SITMAP) and OB updates to keep interrogators current on tactical situations.

## EDITORIAL PERSONNEL

The senior interrogator may assign interrogators to edit INTREPs. They also may use the organizational chain of command to ensure quality control of reporting. When OB analysts are available, the commander may task them to edit reports.

## DOCEX SECTION

The DOCEX section receives documents taken from captured personnel, battlefield casualties, and positions abandoned by the enemy. It processes captured documents; for example, screens for intelligence value, categorizes, and translates. It forwards translation reports on information of immediate tactical value. (Chapter 4 describes document categories.)

## SPECIALIZED INFORMATION

The scope of interrogations at corps is widened by the commander's intelligence requirements, SIR of the numerous technical service staff agencies, and other intelligence agencies and services. All such special needs for information are coordinated by the corps G2 section. Interrogators must be aware of these overall intelligence requirements to adequately exploit captured personnel.

Because of the range of specialized information required, interrogation at corps level should be conducted by interrogators who specialize in fields such as armor, engineering, medicine, and other specialized subject areas.

To extract detailed EPW information, the senior interrogator will assign some interrogators as screeners and others to specialized areas. However, he must coordinate, for example, with technical intelligence (TECHINT) assets. This is to prevent duplication or gaps in information obtained.

Continuous coordination is required between all echelon interrogators to ensure a smoothly functioning operation.

The corps MI brigade applies the technical expertise, intelligence manpower, and equipment needed by G2 to produce integrated combat intelligence. The corps commander has OPCON, while the G2 has staff supervision over the MI brigade.

## ECHELONS ABOVE CORPS FACILITIES

At echelons above corps (EAC), the MI company (I&E), MI battalion (C&E) or (I&E), MI brigade (EAC), will form the Theater Interrogation Facility (TIF). The TIF, which is commanded by an MI captain, provides interrogation support to the theater or joint command and to national level intelligence agencies. The TIF will—

- Be located within the main theater EPW internment facility.
- Be tailored organizationally to meet requirements of the theater and situation.
- Include interrogators, CI personnel, and intelligence analysts from the Army, Air Force, Marine Corps, and, in some cases, the Navy.
- Be organized similarly to the CIF; that is, by function.
- Have intelligence analysts to handle requirements and keep interrogators informed of changes in the operational or strategic situation.
- Maintain the capability to deploy "GO" teams to multiple theater EPW camps, as well as to forward deploy them to corps and ECB as needed.
- Provide experienced senior interrogation warrant officers and NCOs who are graduates of the Department of Defense (DOD) Strategic Debriefer Course (additional skill identifier 9N or N7) and physical plant for the Joint Debriefing Center (JDC), where exploitation of high-level (Category A) sources takes place on operational and strategic topics.

## MEDICAL COMPANY INTERROGATIONS

Sometimes it may be advantageous to conduct interrogations at the medical company. Wounded prisoners being evacuated through medical channels are frequently valuable sources of information; however, interrogators cannot represent themselves as medical or Red Cross personnel.

The fact the EPW is wounded, and in an "enemy" hospital, puts him in a state of mind conducive to interrogation. The permission of competent medical authority is required before wounded prisoners can be interrogated.

US Army doctors and medics are considered competent medical authorities. In their absence, the interrogation may not commence, even upon direction of nonmedical military authority.

When interrogating a sick or wounded EPW, great care must be taken to avoid implying that treatment will be withheld if cooperation is denied. The interrogation process must not interfere with timely medical treatment, to include administering medication to relieve pain.

## INTERROGATION AT BRIGADE AND BELOW

Interrogators are not usually attached below brigade level unless the combat situation requires limited tactical interrogation at battalion or lower. In this event, skilled interrogators from the MI battalion will be attached temporarily to committed battalions. They will assist in exploiting EPW immediately upon capture to extract information needed in support of the capturing unit.

Interrogations at battalion or lower are brief and concerned only with information bearing directly on the combat mission of the capturing unit. The following are examples of circumstances warranting an interrogation:

- A unit or landing force assigned an independent mission in which the S2 is primarily responsible for collecting information necessary to fulfill the unit's mission. Immediate tactical intelligence is necessary for mission accomplishment.
- There is a definite need for interrogation at a lower level to permit rapid reaction based on information obtained.
- It is advantageous to have an EPW point out enemy defenses and installation from observation points in forward areas.

### BATTALION S2 CONTROLS

Interrogators employed for temporary periods at battalion level receive PIR, IR, and SIR from the sup-

ported battalion S2. This will ensure interrogators are fully oriented to the battalion's collection mission.

In other instances, interrogators may be placed at brigade in an "on-call" status, from which they can proceed to any of the subordinate battalions as circumstances warrant. Upon completion of a low-level, immediate-type interrogation, they can return to brigade and again become available for immediate employment.

Commanders and S2s below brigade level who are unable to obtain interrogator support from higher echelons should include provisions in unit and staff standing operating procedures (SOPs) for the "tactical questioning" (not interrogation) of EPWs or detainees. They should identify assigned personnel for language capability.

Interrogation personnel should provide training in the area of tactical questioning to designated S2 personnel. The potential for abuse of the EPW is greatest at the initial capture and tactical questioning phase. With the excitement and stress of the battlefield, it may become easy for unskilled personnel to resort to illegal techniques to elicit critical information.

Your instruction must stress the importance of the proper treatment of EPWs. Emphasize that the abuse of an EPW at the initial stage of contact often renders future interrogation futile.

If you are engaged in, or supervising the tactical questioning of EPWs, you are responsible for ensuring that EPWs are treated in accordance with the requirements of international and US law. Any tactical questioning conducted must be in response to the supported commander's PIR. Appendix C discusses S2 tactical questioning.

At this level the brigade S2 must maintain secure communication with interrogation personnel to ensure requirements are answered. Except under extreme weather conditions, and MP availability, it is not necessary to keep EPWs within the confines of a building or other shelter at battalion level since they will not remain for more than a few hours before being evacuated.

The capturing unit escorts or transports EPWs or detainees to the nearest collecting point, and turns them over to the MP. Interrogators in DS of the brigade will screen and categorize all EPWs or detainees, question them, and report information obtained in response to brigade PIR, IR, and SIR. They will do this under time constraints, as all EPWs or detainees must be evacuated without delay.

In spite of the temporary nature of the forward EPW collecting point, interrogators should maintain enough space between the collecting point and the interrogation site to ensure the privacy of interrogations. EPWs or detainees should not be able to observe or hear interrogations in progress.

### INTERROGATIONS IN OTHER OPERATIONS

The functions and basic operational techniques employed by the interrogation element attached to the infantry division apply to interrogation elements supporting armored, amphibious, and airborne operations in any terrain or climate.

Differences arise primarily in the planning stages and interrogation objectives. These differences normally result from the inherent characteristics of each type of unit and terrain and climate involved.

For example, the interrogator engaging in airborne and amphibious operations will be dependent upon intelligence support from higher agencies during the planning stage. This is necessary because the unit does not have actual contact with the enemy until a specific operation begins.

Once H-hour arrives, the interrogator will be faced with a rapidly developing and changing tactical situation. At this time, the degree of success correlates to the preparations made during the planning stage.

Consequently, the interrogator must make a concerted effort to learn everything possible about the objective area—terrain, enemy, and weather—and relate these factors to the mission of the unit supported. Only by taking these steps will the interrogator be able to ensure success, and be prepared to begin interrogations as soon as possible after contact with the enemy is established. Interrogation objectives depend upon the mission assigned and type of unit supported.

## SPECIAL FORCES

Special Forces perform five primary missions:

- Unconventional warfare.
- Foreign internal defense.
- Direct action.
- Special reconnaissance.
- Counterterrorism.

The primary role of Special Forces is to influence deep, close, or rear operations beyond the forward limits of conventional military forces. These operations may extend into a hostile nation's homeland or into the territory of hostile states that threaten lines of communication in the friendly strategic rear.

The Special Forces Group (SFG) normally deploys three two-person teams, as required, to support group operations. One of the teams may be attached to the joint interrogation facility (JIF). Special Forces interrogation activities include, but are not limited to—

- Interrogating EPWs, debriefing detainees and returned US personnel, and other persons of intelligence interest to the supported commander.
- Exploiting documents that appear to directly satisfy the supported commanders specific operational requirements (SORs).
- Participating in overt elicitation activities. These activities include liaison, escort, observer, and treaty verification measures.

## AMPHIBIOUS OPERATIONS

The assault landing team is the basic subordinate task organization of the assault echelon of a landing force. Regardless of whether a battalion or brigade landing team is the basic element, it will operate independently during the first stages of the landing, and be organized to land, overrun beach defenses, and secure terrain objectives.

The interrogation element, along with CI teams, should participate in all aspects of the planning phase affecting the landing force to which it is attached. Interrogators should conduct specialized training. The chief interrogator should coordinate with the landing force intelligence officer on all matters concerning interrogators after the landing has been made.

The interrogators obtain as much background information about the enemy as possible to interrogate captured enemy personnel. Interrogators should study—

- All maps, charts, and photographs of the terrain and defenses of the landing areas.
- All INTREPs on the enemy armed forces in that area.
- Available information on enemy reserves, as well as on civilians residing in the area.

Interrogators should engage in other phases of training, including rehearsals, to smoothly execute embarkation, movement, and debarkation operations.

The interrogation element attached to an amphibious landing force will be OPCON to the landing force intelligence officer, and employed at his direction. Small interrogation teams may be formed, which will embark on separate ships. Communication silence will place an effective barrier between these teams until that silence is lifted.

When the assault begins, organizational artillery, air support, and naval gunfire depend primarily on shore units for accurate target information. As a result, interrogators may be required to concentrate their efforts on target acquisition.

The importance of information obtained from captured enemy personnel is magnified when establishing a beachhead. This is because the commander is unable to undertake probing actions to "feel out" the enemy as he can during a more conventional land operation.

### INITIAL INTERROGATIONS

Interrogators should conduct initial interrogations near the landing beach close to the CP to communicate information without delay. If necessary, interrogators may be sent forward to operate with assault companies. EPW are turned over to the landing force shore party for custody and eventual evacuation.

Further instructions on interrogations and EPW handling are in the intelligence annex of the landing force operations order (OPORD). The interrogation of civilians for information of intelligence value also is an important part of the interrogation mission.

### ESTABLISH AND OPERATE

When headquarters of the next higher echelon above the landing force has landed and established its CP, some of the interrogators may be returned to the command level from which they were originally detached. At this time, collecting points and interrogation facilities can be established and operated as in ordinary ground operations.

The shore party or helicopter support teams operate EPW collecting points in the vicinity of the landing beaches. EPW are evacuated from these points to designated ships by landing craft, helicopter, or amphibious vehicle. Retention in the objective areas is begun as increased facilities, supplies, and personnel permit, consistent with reasonable EPW safety from enemy action.

## AIRBORNE OPERATIONS

The functions and basic methods of operations by interrogation personnel with airborne operations are similar to that of an infantry division. However, the method of employment of interrogators is somewhat different. Interrogators who are to operate with airborne units must understand the peculiarities in operations, as well as in training.

The most significant difference between airborne and normal ground operations is airborne operations are usually carried out behind enemy lines. Before the operation, airborne qualified interrogators must—

- Gain a realistic and complete picture of the enemy situation.
- Study enemy units identified in the objective area, and those capable of moving to counterattack our forces.
- Locate significant terrain features in the objective area.

The command echelon to which interrogators will be attached depends on each airborne battalion for the assault phase. Interrogators move into the objective area with the unit they are supporting. They are OPCON to the unit intelligence officer.

As soon as the objective areas and the missions of the respective units within an airborne force are designated, the interrogators who are to take part in the operation must receive details on most aspects of the operation. Interrogators must be provided with—

- The SIR and proposed H-hour.
- Maps, photographs, and other data required for interrogations.
- All information on enemy units which are outside the objective area, but are capable of being employed to counterattack US forces.

Interrogators should spend sufficient time coordinating with other intelligence specialists, particularly analysts, to provide a realistic and complete picture of the enemy situation.

They must study enemy units identified in the objective area, as well as significant terrain features, to provide a background for more comprehensive interrogations when the first EPWs are captured. Prior to the actual airborne assault, interrogators must know CP locations of the division and its subordinate units.

Interrogators involved in airborne operations must anticipate the numerous problems which will affect the interrogation mission. For example, it is conceivable during the assault phase that no basic transportation will be available to interrogation personnel; thus, flexibility is critical in planning and executing airborne operations.

### COLLECTING POINTS AND INTERROGATION FACILITIES

Collecting points and interrogation facilities are established and operated as in other operations when—

- Headquarters of the next higher echelon above the assault units have been airdropped.
- Assault units have established physical contact with higher headquarters.

### AIR ASSAULT (AIRMOBILE) OPERATIONS

Air assault operations are characterized by a high degree of tactical mobility. They are conducted by transporting infantry and field artillery units, with the necessary combat support (CS) and combat service support (CSS), into battle by helicopter. Once deployed on the ground, air assault infantry battalions fight like other infantry battalions. The essence of air assault tactics is a rapid tempo of operations over extended ranges. In division air assault operations, to support more than

one brigade, there must be corps augmentation. FM 71-101 describes air assault operations.

Security of aircraft enroute to landing zones (LZs) is a major concern. Friendly aircraft and air defense support must ensure air routes are free of enemy aircraft and air defense systems.

When remotely monitored battlefield sensor systems (REMBASS) are available, friendly ground assets emplace REMBASS along likely enemy ground approach routes in the LZ to detect and report ground movement. Ground surveillance radar (GSR) is employed to warn of enemy movement on friendly flanks.

Air assault operations require extensive HUMINT support in operation planning. CI analysis is critical to ensure OPSEC measures are taken to prevent divulging critical information, such as—

- Date and time of operation.
- Size of force to be employed.
- Air routes to and from planned LZs.
- Planned LZ locations.

CI must also support staging area actions to prevent espionage, sabotage, and acts of terrorism which could adversely affect the operation.

Interrogation is a primary source of information for air assault operations IPB. Interrogation support of initial stages of the operation may be critical to its success.

The assault force commander needs immediate and current enemy intelligence. Lack of immediate questioning of EPWs captured in securing the LZs or in follow-up actions may cause failure of the operation.

Planners must consider the difficulty in getting EPWs back to a support area during the early stages of an air assault operation. Interrogators should support the air assault elements as soon as possible. This may mean an interrogation team is included in the air assault force to operate at a forward EPW collecting point established in the vicinity of the LZ.

Normally, one interrogation team should support each air assault battalion during the assault phase. If the air assault battalion is using more than one LZ, the team may be split to support each LZ.

After assault units have established a ground link-up, some or all of the interrogators may be returned to the echelon of command from which they were detached.

Interrogators supporting the early stages of an air assault operation must be provided with the SIR, which are critical to the operation's success. Interrogators must plan ahead on how to question EPWs to satisfy immediate collection requirements.

### ARMORED AND MECHANIZED INFANTRY OPERATIONS

Armored units normally operate on extensive fronts, with deep zones of action and dispersed formations. Because of the mobility and wide range of action of armored units, interrogation normally is not as detailed as in other divisions. Interrogators must remain mobile, operate with minimum facilities, and be alert for sudden changes in the tactical situation.

#### Planning and Operation

With a few exceptions, the planning and preparation necessary for interrogators supporting armored units is the same as for those supporting regular infantry units. Since radio is the normal means of communication, all interrogation team members must be familiar with voice radio procedures and know how to operate radio equipment common to armored units.

#### Interrogator Employment

Interrogator personnel who support armored or mechanized units will come under OPCON of the J2, G2, or S2 of the supported unit. Interrogators at all levels of armored or mechanized units must be able to operate during fluid situations, and remain mobile at all times. Because of this mobility, liaison with the J2, G2, or S2 will not be as frequent as in other units.

Interrogators must operate with maximum efficiency on the basis of radio communications, messages, and written reports. As in other type units, interrogation personnel remain OPCON to the G2 until operations begin. At that time, the division MI battalion will attach interrogation personnel to subordinate units. After an operation is completed, interrogation personnel will revert to division control, pending a future mission.

Normally, interrogations within armored units will be limited to interrogating EPWs for location and deployment of antitank weapons and defenses, enemy roadblocks, and presence of enemy armor. In fast

moving offensive operations, interrogators are best employed with the forward elements of the units.

### Limited Interrogations

EPWs are questioned briefly at the point of capture (POC), and evacuated to division EPW forward collecting points, or are turned over to division MP for evacuation. Interrogators with battalions and brigades in armored operations should have vehicles equipped with radios so they can communicate with the respective intelligence officers and other intelligence agencies.

General exploitation techniques and procedures are modified to fit the environment and objectives of each interrogation.

EPWs are a primary source of information during tactical operations. The ability to exploit that source is a critical factor in mission success. EPWs are first-hand and last-minute observers of enemy operations. They represent one of the few forms of direct association with the enemy and usually possess valuable information.

Other sources of information are enemy and friendly civilians, refugees, defectors, captured agents, and informers. Because these sources may have lived in or passed through areas occupied or controlled by the enemy, they can provide valuable information.

CEDs are another important source of information which interrogation personnel will exploit in tactical operations. Documents will be found in the possession of EPWs or other detainees and on the battlefield. Often, they provide critical and sometimes detailed enemy information.

### CAPTURE RATES

US military involvement in tactical operations during and since World War II has shown that conflict generates large numbers of EPWs, other detainees, and CEDs. The higher the intensity of conflict, the larger the number of EPWs, detainees, and CEDs.

In OPERATION DESERT STORM, EPWs were captured, and surrendered, in such great numbers that many with information had little or no contact with interrogators until they were transported to rear area collecting points. By this time, any tactical information they had was of limited use.

In LIC operations in Grenada and Panama, the EPW capture rate was lower, but the detainee rate was higher. The following factors contributed to an extreme challenge for interrogation operations:

- Limited size of US forces.
- Limited number of language-qualified interrogators.
- The focus on local populace.
- Massive amounts of CEDs.

To be successful, interrogation support to tactical operations must be carefully planned. Available interrogation assets must be balanced against the operations objective, enemy situation estimate, and projected EPW capture rates.

The formulas in Table 2-1 are used to estimate the approximate division-level EPW capture rates. These formulas could vary according to type of conflict and mission.

Table 2-1. Division-level EPW capture rate.

| Defensive Posture | Offensive Posture |
|---|---|
| .00035 EPWs* = 9 EPWs/day | .00367 EPWs* = 94 EPWs/day |
| *per combat soldier per day. | |

### Counterinsurgency Operations

EPW capture rate for counterinsurgency operations may be very low. However, failure of the enemy to wear a uniform or other recognizable insignia results in an identification problem. As a result, large numbers of civilian suspects may also be detained during operations.

This requires individual screening at brigade and division levels of detained personnel to determine their status and appropriate disposition. In Viet Nam, the ratio of EPWs approximated one for each six detainees taken into custody.

### Terrorists

Terrorists are a fact of contemporary life. They are dedicated, intelligent, well financed, resourceful, and astute planners. They are difficult to identify and are not easily captured or interned. The use of terrorist tactics worldwide has increased significantly over the past 25 years, and this trend is not expected to abate in the future.

Besides peacetime, acts of terrorism should also be expected in time of armed conflict. US forces must be prepared to engage in counterterrorist activities to assist the civil and military police. Current doctrine states counterterrorist activities may involve use of general purpose forces as well as those specifically organized and trained in counterterrorist techniques. There is no data available on projected terrorist capture rates.

## INTERROGATION OF PROTECTED PERSONS

Civilians and refugees caught in the middle of a conflict are protected by the GWS, GPW, and GC. Most of the provisions discussed below apply whether the civilian or refugee is found in the territory of a party to the conflict, or in occupied territory. Civilians and refugees fall into the broadly defined category of protected persons under the GC.

It is important to keep in mind that protected persons, even those who might be detained by you, are not EPWs. They must be treated differently and kept segregated from EPWs. The rights and protections afforded EPWs and protected persons, as well as those control and disciplinary measures that may be used against them, are different. Appendix D provides GWS, GPW, and GC provisions for protecting persons rights.

## INTERROGATOR SUPPORTED OPERATIONS

Combat operations which the tactical interrogator supports are discussed below. No matter what the operation is called, it is still incumbent upon the interrogator to gain critical combat information in support of that operation. The interrogator plays a key role to ensure the combat operation is a success.

### OFFENSIVE OPERATIONS

Successful offensive operations demand imagination, thorough coordination, and skilled execution. These operations are characterized by—

- Aggressiveness.
- Initiative.
- Rapid shifts in the main effort to take advantage of opportunities.
- Momentum.
- Deep and rapid destruction of enemy forces.

Offenses should move fast, follow successful probes through gaps in the enemy defenses, and shift strength quickly to widen penetrations and reinforce successes to carry the battle deep into the enemy rear operations. They should destroy or control the forces or areas critical to the enemy's overall defensive organization before the enemy can react.

In the offense, certain principles are essential to battlefield success:

- Knowing the battlefield.
- Denying the enemy intelligence.
- Disrupting and destroying enemy command, control, communications, and intelligence ($C^3I$).
- Maintaining operational integrity.

Interrogation provides a high percentage of information on the enemy and terrain which, along with weather, are the key elements in knowing the battlefield.

### Movement to Contact

Movement to contact is a tactical operation to find and engage the enemy. The force is organized to hold the bulk of its combat power in the main body. It moves aggressively toward the enemy, making maximum use of IEW resources to find the enemy before the enemy detects the friendly force.

When contact is made, combat information and intelligence determine where and with what force to attack and overcome enemy resistance. Interrogation is an important source of that information.

In a movement to contact, the friendly force may encounter an enemy defending or moving to contact. Once contact is made, the action must be resolved quickly if the movement to contact operation is to continue. This is normally done by a hasty attack launched as quickly as possible with whatever assets are on hand. No time is available for detailed IPB and analysis, other than what has been done prior to movement to contact. The analyst quickly updates the intelligence analysis for

as quickly as possible with whatever assets are on hand. No time is available for detailed IPB and analysis, other than what has been done prior to movement to contact. The analyst quickly updates the intelligence analysis for the commander and continues the update as the attack progresses.

IEW resources look deep to determine second-echelon vulnerabilities. These vulnerabilities form the basis for friendly offensive action, particularly deep interdiction.

While continuing to look deep, IEW resources also support close operations directly. They continue to be sensitive to enemy vulnerabilities which would bring maximum friendly success when exploited. Where possible, IEW resources support deception operations.

In the movement to contact, interrogators should be deployed forward to interrogate EPWs as well as indigenous personnel, particularly refugees, to determine as much as possible about the enemy and terrain which lies in the path of the advancing force.

### Meeting Engagement

The meeting engagement may be the result of movement to contact. It occurs when a moving force, incompletely deployed for battle, engages an enemy force about which it has inadequate intelligence. Once contact is made, electronic countermeasures (ECM) are employed against enemy key $C^3$ and electronic guidance systems.

All available collection resources deploy to determine the size, composition, disposition, capabilities, and intentions of the enemy force. They immediately report critical information, such as the location of assailable flanks and other enemy vulnerabilities, to the force commander. The commander needs this information quickly to decide whether to bypass, attack, or defend against the enemy.

Meeting engagement battles can be avoided if IEW resources are effectively integrated and used. If intelligence is effective, the commander can prepare for battle before encountering the enemy force.

### Hasty and Deliberate Attacks

In hasty and deliberate attacks, IEW tasks are virtually the same. MI resources determine as much information as possible about the enemy's defensive posture. Key information determined by IEW assets includes—

- How the enemy's defense is organized.
- Where enemy reserve and counterattack forces are located, and when they move.
- What NBC weapons systems the enemy has, and where they are located.
- Where the enemy's conventional artillery is located.
- Where enemy radio electronic combat (REC) assets are located.

In a hasty attack, the need for rapid collection of combat information is critical. In such an attack it may be advantageous to deploy interrogation teams down to battalion level to operate in a similar manner as in the movement to contact.

In the deliberate attack, intelligence on the enemy is more complete, and interrogation support may not be provided below brigade. However, planning for a deliberate attack should task organize interrogation assets to satisfy the greatest need.

For example, a committed brigade that conducts the main attack receives the support of two interrogation teams; a brigade in a supporting attack receives only one team; and a brigade in reserve receives no interrogation support.

### Exploitation and Pursuit

Commanders planning offensive operations must be prepared to conduct exploitation and pursuit actions. Without prior detailed planning for these contingencies, fleeting opportunities to press a successful attack to completion may be missed. IEW resources, particularly MI assets, play an important part in planning for and executing exploitation and pursuit missions.

IPB is critical and helps identify enemy vulnerabilities. Intelligence supports targeting by identifying, locating, and tracking enemy forces which may move to counter exploitation forces.

After the initial assault, MI assets determine the integrity of enemy defenses. They locate gaps, holes, and weak spots that may be exploited. They determine if the enemy intends to defend in place, delay, or withdraw to subsequent defensive positions. ECM are maximized to increase enemy force confusion.

### Reconnaissance in Force

A reconnaissance in force (RIF) is a limited objective operation by a substantial force to obtain information and to determine enemy dispositions and strengths.

The RIF also tests enemy reactions to friendly force action. Enemy reactions may reveal major defensive weaknesses which could be exploited.

Even when using RIF to gain information, commanders executing it must be alert to seize an opportunity to exploit tactical success. If the enemy situation must be developed across a broad front, a RIF may probe the enemy at selected points.

Recognizing that RIF is primarily an information-gathering operation, commanders must carefully consider the risks involved. Precise plans must be made in advance to extricate the force or to exploit success.

In many respects, MI RIF support is like movement to contact. Interrogation support is critical since EPWs will be an important source of the information the RIF seeks. Interrogation support, described in movement to contact, may be the most efficient means of supporting the RIF.

### River Crossing

River-crossing operations are an integral part of land warfare. The objective of any river-crossing operation is to project combat power across a water obstacle while ensuring the integrity and momentum of the force. Because the modern battlefield is so lethal, and small enemy units can be destructive, crossings must be quick and undetected. Therefore, it is essential that rivers be crossed in stride as a continuation of operations.

MI units contribute to the planning and execution phases of river-crossing operations:

- IPB enables the commander to select the best crossing site and know the battlefield beyond, so operations can be sustained without interruption.
- IEW forces deploy forward and continue seeking enemy weaknesses for exploitation, and to warn of enemy forces capable of affecting the operation.
- Other elements guard the flanks to prevent enemy surprise.
- MI resources further help the commander know the battlefield and guard against a surprise attack by identifying, locating, and tracking enemy NBC-capable delivery systems.

Based on the picture of the battlefield drawn by the G2 as a result of IPB, the commander decides whether the crossing will be—

- Hasty or deliberate.
- Day or night.
- Wide or narrow on the front.

MI units normally are not part of the assault force; however, GSR teams may accompany the assault force if surveillance of enemy approaches to the exit bank cannot be conducted from the entry bank. Additionally, interrogators should be included in the assault force if immediate EPW exploitation is deemed critical to developing intelligence on the exit-bank battlefield.

Evacuation of EPWs back over the crossing site to a support area collecting point normally will be delayed. This is due to the need to get the maximum amount of force across the river in the shortest time. Two-way traffic in the early stages of the crossing may be precluded.

A forward collecting point on the exit-bank side of the river may be established immediately behind the assault force, and interrogations can be conducted to obtain information critical to the immediate situation. To accomplish this, organization of interrogation assets as outlined under movement to contact may be employed.

### DEFENSIVE OPERATIONS

Defensive operations can retain ground, deny the enemy access to an area, and damage or destroy attacking forces. They cannot, however, win the battle by imposing the will of the commander on the enemy. For this reason, the defense is a temporary expedient, undertaken only when it is impossible to conduct offensive operations, or when attacking in another area. All defensive actions are undertaken in anticipation of ultimately resuming the offense.

Commanders plan the overall defensive effort on the basis of the METT-T. MI assets are allocated within the elements of the organizational framework to support the overall scheme. The IEW principles for supporting offensive operations apply to the defense, as well as to other operations. Interrogation support to defensive operations, likewise, is basically the same as that provided to offensive operations. Listed below are important factors to consider in defensive operations:

- The primary focus of intelligence requirements is on which enemy will attack and when, where, and how they intend to do it.
- The decentralized, fluid nature of the covering force battle requires interrogation support at the lowest possible echelon. This requires DS inter-

rogation teams from the division MI battalion and the MI brigade (Corps). Questioning of civilians and EPWs is brief and is conducted to obtain information of immediate tactical value. Interrogators gather information about the identification, composition, disposition and direction of movement, strength, and capabilities of enemy forces involved in the immediate covering force battle.

- More interrogation support is required at corps. The enemy has the initiative, and will probably conduct operations in the friendly rear area.

Support of defense operations requires the closest management of interrogation assets. The necessity to support the covering force must be balanced against the increased corps rear operations support. The increased emphasis on rear operations may mean fewer corps interrogation assets available to support division.

The G2, in coordination with the MI unit commander, may determine that an echelon between the covering force and corps will not be supported. For example, EPWs may be interrogated by DS interrogators supporting the covering force, and then be evacuated back to division, bypassing brigade. Additionally, the five-member DS team, which provides flexibility, may have to be reduced to two or three interrogators. Table 2-2 shows interrogation support in LIC.

Table 2-2. Interrogation support in LIC.

| INSURGENCY | COUNTERINSURGENCY |
|---|---|
| • Interrogate EPWs and detainees. | • Interrogate EPWs and detainees. |
| • Exploit CEDs. | • Exploit CEDs. |
| • Provide PSYOP linguistic support. | • Train HN forces in interrogation techniques. |
| • Train insurgent combatants in interrogation techniques. | • Provide linguistic support to other US forces, advisors, and trainers. |
| **COMBATTING TERRORISM** | • Provide PSYOP linguistic support. |
| • Provide PSYOP linguistic support directed against terrorists. | • Provide CA linguistic support. |
| • Provide CA linguistic support. | • In counter-drug operations— |
| • Provide linguistic support for liaison with military or paramilitary HQ. | —Train HN personnel in interrogation techniques. |
| • Provide linguistic support during PW exchanges. | —Exploit and analyze drug-related documents. |
| • Debrief members of US peacekeeping forces for intelligence purposes. | **PEACETIME AND PEACEKEEPING OPERATIONS** |
| | • Provide PSYOP linguistic support. |
| | • Debrief knowledgeable civilians being evacuated from danger zones during NEO. |
| | • Support counter-drug operations by— |
| | —Training HN personnel in interrogation techniques. |
| | —Exploiting and analyzing narcotics-related documents. |

# THEATER INTERROGATION FACILITY

The EAC interrogation facility will normally be designated as the TIF. A TIF is staffed by US Army interrogators and analysts, with support from Air Force, Navy, Marine Corps, and other US national agencies as required. In a multinational operation, a combined interrogation facility may be established with allied interrogator augmentation. In addition to conventional theater Army operations, a TIF may be established to support a joint or unified command to meet theater requirements during crisis or contingency deployments.

MI battalion companies, MI brigade (EAC) provide US Army interrogation support to the EAC TIF. The mission of the TIF is to—

- Establish liaison with host nation (HN) commanders to achieve critical intelligence information in response to theater and national level intelligence collection requirements.

- Ensure communication between HN and US military TIF commanders, and establish rapport with HN interrogation activities.

- Coordinate for national level collection requirements.

- Interrogate PWs, high-level political and military personnel, civilian internees, defectors, refugees, and displaced persons.

- Participate in debriefings of US and allied personnel who have escaped after being captured, or who have evaded capture.

- Translate and exploit selected CEDs.

- Assist in technical support activity (TSA) operations (see FM 34-5(S)).

The MI battalion (I&E) has an HHC for $C^3$, and three interrogation companies, of which one is Active Component (AC) and the other two are RC. The companies consist of two MI companies, I&E (EPW support) and one MI company, I&E (GS-EAC).

The two MI companies support EPW compound operations. Their elements are primarily for GS at EAC, but may be deployed for DS at corps and division. The MI company (I&E) (GS-EAC) provides priority interrogation and DOCEX support to corps and divisions, to the TIF, and to temporary EPW compounds as required.

A TIF is organized into a headquarters section, operations section, and two interrogation and DOCEX sections. It will normally have an attached TSA section from Operations Group, and a liaison team from the Joint Captured Materiel Exploitation Center (JCMEC). The JCMEC liaison team assists in exploiting sources who have knowledge of captured enemy weapons and equipment.

The headquarters section provides all command, administrative, logistical, and maintenance support to the TIF. It coordinates with—

- Commander, MI Battalion (I&E) for personnel status, administrative support, and logistical support prior to deployment.

- Battalion S3 for deployment of interrogation assets.

- Theater J2 for reporting procedures, operational situation update, and theater and national level intelligence requirements.

- Provost marshal for location of theater EPW camps, and for procedures to be followed by interrogators and MP for processing, interrogating, and internment.

- Commanders of theater medical support units and internment facility for procedures to treat, and clear for questioning, wounded EPWs.

- Commander, CI company, for CI requirements and joint interrogation and CI procedures.

## OPERATIONS SECTION

This section (where ideally the officer in charge [OIC] has the 3Q additional skill identifier) is organized into the operations, OB, and communications elements. The operations section—

- Designates work areas for all TIF elements.

- Establishes and maintains TIF functional files.

- Establishes interrogation priorities.

- Maintains a daily log and journal.

- Disseminates incoming and outgoing distribution.

- Conducts liaison with local officials, adjacent and subordinate intelligence activities, CI, MP, PSYOP, the JCMEC, Plans and Policy Directorate (J5), and provost marshal.

- Conducts coordination with holding area OIC or enclosure commander for screening site, medical support, access, movement, and evacuation procedures for EPWs.
- Conducts operations briefings when required.
- Manages screening operations.
- Manages EPW access for intelligence collection.
- Assigns control numbers (see DIAM 58-13).
- Supervises all intelligence collection activities within the TIF.

### OB ELEMENT

This element—

- Obtains the initial data base and updates and maintains it.
- Establishes and maintains OB workbooks and files to include data generated by intelligence information which has not been verified.
- Maintains SITMAPs displaying enemy and friendly situation.
- Catalogs, cross-references, and disseminates collection requirements to TIF collection elements.
- Reviews INTREPs for inclusion into data base.
- Conducts OB briefings when required.

### OTHER MI ELEMENTS

Collection missions are tailored and assigned by the CM&D section subordinate to the G2 at corps and division. The same functions are performed at brigade and battalion by the battlefield information control center (BICC). These elements must ensure the assigned collection mission is passed by secure means, through established channels, to the interrogation element.

If interrogators are deployed in a GS role, the CM&D section will pass its interrogator taskings to the MI battalion TOC. If interrogators are deployed in a DS role, they will receive taskings directly from the BICC.

The CM&D section (through the MI battalion TOC) or the BICC must maintain close contact with the interrogation element. This contact allows a two-way flow of communication.

The CM&D or BICC element needs the contact to accomplish the preceding three steps. They also use the contact to revise the interrogation element's collection mission as required. The interrogation element requires the contact to ensure it receives current guidance, direction, and assistance in solving collection problems.

### ALL SOURCE ANALYSIS SYSTEM (ASAS)

This system provides assistance to the J2, G2, or G3 and MI unit commanders who collect and analyze intelligence and perform CI and EW functions. The following elements feed into the ASAS.

#### Imagery Exploitation

Interrogators should maintain close contact with imagery exploitation elements. Interrogators may be required to identify items on air photographs and should report information of interest to the imagery analysts. Imagery analysts can aid interrogation personnel by furnishing photographs for use in connection with interrogation and by verifying leads originally obtained through interrogation.

#### TECHINT Personnel

Normally, interrogation elements coordinate with the TECHINT sections of the RC battalion (TE). The TECHINT section, and its field teams, furnishes guidance and requirements to the interrogation elements through questionnaires and interrogation guides. These are valuable aids to the interrogator in obtaining specific TECHINT information.

Interrogators notify the nearest TECHINT personnel to obtain detailed technical information and guidance. At tactical levels, this is the exception rather than the rule, but it may be necessary when information is of immediate tactical value.

### COUNTERINTELLIGENCE

Coordination between CI and interrogation elements is always necessary. This coordination is effected continuously, directly or indirectly, and at the discretion of the intelligence officer. CI elements are active in the security screening of refugees and civilians in the combat zone.

CI personnel and interrogators must work together to ensure proper interrogation of enemy civilians or personnel speaking the enemy's language. Interrogator personnel can further assist the CI effort by—

- Furnishing leads on suspected enemy agents and intelligence personnel.
- Informing CI elements concerning enemy personnel dressed in other than enemy uniforms.

- Referring to CI elements, or making available to them for interrogation, all EPWs and other sources of CI interest. CI personnel are trained for interrogation in cases of suspected espionage, sabotage, or subversion. Their knowledge of the CI situation (to include hostile intelligence activities) enhances full exploitation of appropriate sources.

### MILITARY POLICE

The corps MP commander operates the corps EPW holding area and provides escort guard support to divisions for EPW evacuation in routine or medical channels. EPWs are evacuated from the corps holding area to the next higher echelon with the least possible delay.

The MP commander also arranges and coordinates transportation requirements to include rations and water, if required, for the movement to include number of vehicles, railroad or passenger cars, or aircraft with the time and place of departure.

Expeditious EPW evacuation is provided by the prior dispatch of escort guards to establish a ready reserve at the supported divisions. This reserve evacuation capability is maintained by sending additional escort guards on a continuing or as required basis. These guards may also be attached to EPW and processing reception camps as needed.

EPW administrative processing is done by MP PW processing units. Processing includes personnel record preparation, fingerprint and identity cards (if needed), and internment serial number assignment.

### PSYOP

Normally, interrogation elements coordinate with PSYOP elements to obtain information concerning the motivational factors and cultural value systems of the individuals to be interrogated.

PSYOP units, as a part of their normal operations, develop detailed analysis concerning psychological and cultural factors of friendly and hostile elements in the AO. Such information will help interrogation personnel to understand the source's attitude, value system, and perception; it will also help to obtain information more rapidly, and at the same time, PSYOP information on current conditions in enemy country or among enemy forces. A PSYOP PIR would be established to cover this requirement.

## SUPPORT RELATIONSHIPS

Successful interrogation operations require support from elements within their echelon of assignment, including all major staff organizations. These elements are collectively responsible for the planning that creates the overall environment for interrogators. The intelligence staff's (J2, G2, or S2) direct contribution to interrogation operations has already been discussed. Its general responsibilities are outlined below, along with those of other staff and support elements.

### PERSONNEL (G1 AND S1)

The G1 and S1 are responsible for—

- Supervising the medical support furnished to sources.

- Maintaining a list (by language and proficiency) of qualified linguists within their command.

- Coordinating with the G5 for procurement and payment of other interpreters and translators needed to perform intelligence and nonintelligence duties.

The G1 and S1 ensure the echelon's operations plan (OPLAN) contains complete provisions for source handling and evacuation. This plan must satisfy the interests of all other staff officers and provide for—

- Humane treatment of all sources.

- Prompt evacuation from the combat zone.

- Opportunities to interrogate sources.

- Integration of procedures for the evacuation, control, and administration of sources with other CS and CSS operations (through the provost marshal).

- Training for all troops on the provisions of international agreements and regulations relating to sources.

- Ensuring delivery of EPW and detainee mail.

- Maintaining EPW and detainee statistics.

- Administration and control of EPW currency and pay records, to include coordination with appropriate intelligence authorities about investigation of large sums of money.

FM 34-52

### INTELLIGENCE (J2, G2, AND S2)

The J2, G2, and S2 are responsible for supervising appropriate censorship activities relating to sources. They also—

- Coordinate with the G3 to ensure plans for interrogation, CI, PSYOP, and CA operations are included in unit training plans and OPLANs.

- Draft instructions for MI handling, evacuating, and exploiting captured enemy personnel and CEDs. (They coordinate with the G3 to ensure draft instructions are included in the command SOP, OPLANs, and supplementary orders.)

- Project source capture flows.

- Determine the number of interpreters and translators needed to perform intelligence duties.

- Control the procedures used to process and grant clearances to the interpreters and translators who need them.

- Coordinate with G5 on screening of non-suspect local nationals and displaced persons.

### OPERATIONS (G3 AND S3)

The G3 and S3 are responsible for operations, plans, organization, and training. Where MP assets are not available, or insufficient, they are responsible for obtaining, organizing, and supervising employment of additional personnel as guards. The G3 and S3—

- Prepare, coordinate, and publish the command SOP, OPLANs, and supplementary orders. This includes instructions for handling, evacuating, and exploiting captured enemy personnel and CEDs, which are drafted by the G2.

- Incorporate interrogation operations into future plans and operations.

- Ensure subordinate units are trained in proper handling and evacuation of captured enemy personnel, captured enemy materiel (CEM), and CEDs.

- Train guard personnel.

- Provide G2 and S2 with details of planned operations.

- Plan and supervise all PSYOP activities in support of tactical operations.

- Evaluate, in coordination with the G2 and G5, enemy PYSOP efforts and effectiveness of friendly PSYOP on target groups.

### SUPPLY (G4 AND S4)

The G4 and S4 are responsible for storing and maintaining supplies and equipment needed by subordinate units to conduct source handling operations, as well as delivering them to subordinate units as they are needed. The G4 and S4 also supervise—

- Command policy for evacuation and internment of captured enemy personnel, and evacuation and safekeeping of CEM and CEDs.

- Real estate acquisition and construction of source holding area facilities.

- Collection and distribution of captured enemy supplies. (This is coordinated with the intelligence and operations staffs.)

- Procurement and distribution of rations to source holding areas. (Captured enemy rations will be used when possible.)

- EPW and detainee transportation.

- Determination of requirements for use of source labor for the logistical support needed in source handling operations.

- Logistical support to interpreter personnel.

### CIVIL-MILITARY OPERATIONS (G5 AND S5)

The G5 and S5 are responsible for CA. They—

- Advise, assist, and make recommendations that relate to civil-military operations (CMO) and CA aspects of current or proposed operations.

- Prepare estimates and conduct studies and analyses for CMO activities.

- Prepare the portions of operations, administrative, and logistics plans and orders for CMO activities.

- Determine requirements for resources to accomplish command CMO activities, including CA units and personnel.

- Coordinate with local US government, G1 and S1 representatives, and HN armed forces for procuring native linguists for interpreter support.

- Recommend command policy on obligations between civil and military authorities; on the AO