# APPENDIX A

# UNIFORM CODE OF MILITARY JUSTICE EXTRACT

### Article 78, Accessory after the fact

Text of the offense: Any person subject to this chapter who, knowing that an offense punishable by this chapter has been committed, receives, comforts, or assists the offender in order to hinder or prevent his apprehension, trial, or punishment shall be punished as a court-martial shall direct.

### Article 80, Attempts

Text of the offense:

(a) An act, done with specific intent to commit an offense under this chapter, amounting to more than mere preparation and tending, even though failing, to effect its commission, is an attempt to commit that offense.

(b) Any person subject to this chapter who attempts to commit any offense punishable by this chapter shall be punished as a court-martial may direct, unless otherwise specifically prescribed.

(c) Any person subject to this chapter may be convicted of an attempt to commit an offense although it appears on the trial that the offense was consummated.

### Article 81, Conspiracy

Text of the offense: Any person subject to this chapter who conspires with any other person to commit an offense under this chapter shall, if one or more of the conspirators does an act to effect the object of the conspiracy, be punished as a court-martial may direct.

### Article 93, Cruelty and maltreatment

Elements of the offense:

(1) That a certain person was subject to the orders of the accused; and

(2) That the accused was cruel toward, or oppressed, or maltreated that person. (The cruelty, oppression, or maltreatment, although not necessarily physical, must be measured by an objective standard.)

### Article 118, Murder

Text of the offense: Any person subject to this chapter who, without justification or excuse, unlawfully kills a human being, when he—

(1) has a premeditated design to kill;

(2) intends to kill or inflict great bodily harm;

(3) is engaged in an act that is inherently dangerous to others and evinces a wanton disregard of human life; or

(4) is engaged in the perpetration or attempted perpetration of a burglary, sodomy, rape, robbery, or aggravated arson;

is guilty of murder, and shall suffer punishment as a court-martial shall direct, except that if found guilty under clause (1) or (4), he shall suffer death or imprisonment for life as a court-martial may direct.

### Article 119, Manslaughter

Text of the offense:

(a) Any person subject to this chapter who, with an intent to inflict great bodily harm, unlawfully kills a human being in the heat of sudden passion caused by adequate provocation is guilty of voluntary manslaughter and shall be punished as a court-martial may direct.

(b) Any person subject to this chapter who, without an intent to kill or inflict great bodily harm, unlawfully kills a human being—

(1) by culpable negligence; or

(2) while perpetrating or attempting to perpetrate an offense, other than those named in clause (4) of Article 118, directly affecting the person; is guilty of involuntary manslaughter and shall be punished as a court-martial may direct.

### Article 124, Maiming

Text of the offense: Any person subject to this chapter who, with intent to injure, disfigure, or disable, inflicts upon the person of another an injury which—

(1) seriously disfigures his person by any mutilation thereof;

(2) destroys or disables any member or organ of his body; or

(3) seriously diminishes the physical vigor by the injury of any member or organ;

FM 34-52

is guilty of maiming and shall be punished as a court-martial may direct.

### Article 127, Extortion

Text of the offense: Any person subject to this chapter who communicates threats to another person with the intention thereby to obtain anything of value or any acquittance, or immunity is guilty of extortion and shall be punished as a court-martial may direct.

### Article 128, Assault

Text of the offense:

(a) Any person subject to this chapter who attempts or offers with unlawful force or violence to do bodily harm to another person, whether or not the attempt or offer is consummated, is guilty of assault and shall be punished as a court-martial may direct.

(b) Any person subject to this chapter who—

(1) commits an assault with a dangerous weapon or other means or force likely to produce death or grievous bodily harm; or

(2) commits an assault and intentionally inflicts grievous bodily harm with or without a weapon;

is guilty of aggravated assault and shall be punished as a court-martial may direct.

### Article 134, Homicide, negligent

Elements of the offense:

(1) That a certain person is dead;

(2) That this death resulted from the act or failure to act of the accused;

(3) That the killing by the accused was unlawful;

(4) That the act or failure to act of the accused which caused the death amounted to simple negligence; and

(5) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

### Article 134, Misprision of a serious offense

Elements of the offense:

(1) That a certain serious offense was committed by a certain person;

(2) That the accused knew that the said person had committed the serious offense;

(3) That thereafter, the accused concealed the serious offense and failed to make it known to civilian or military authorities as soon as possible;

(4) That the concealing was wrongful; and

(5) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

### Article 134, Soliciting another to commit an offense

Elements of the offense:

(1) That the accused solicited a certain person or persons to commit a certain offense under the code other than one of the four offenses named in Article 82;

(2) That the accused did so with the intent that the offense actually be committed; and

(3) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

### Article 134, Threat, communicating

Elements of the offense:

(1) That the accused communicated certain language expressing a present determination or intent to wrongfully injure the person, property, or reputation of another person, presently or in the future;

(2) That the communication was made known to that person or a third person;

(3) That the communication was wrongful; and

(4) That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

## APPENDIX B

## QUESTIONING GUIDES

This appendix contains sample tactical questions and topics for specific EPWs and detainees. It also contains a sample overall objective statement for an interrogation element and a sample overall objective statement with IEW tasks.

### RIFLEMEN

Depending on assignment and experience, riflemen can be expected to have tactical information concerning mission, organization, and locations of enemy infantry units. Topics for interrogation include—

- Identification of source's squad, platoon, company, battalion, regiment, and division.
- Organization, strength, weapons, and disposition of squad, platoon, and company.
- Number of newly assigned personnel in unit within last 30 days.
- Location and strength of men and weapons at strongholds, outposts, and observation posts in source's immediate area.
- Source mission immediately before capture as well as mission of source's squad, platoon, company, and higher echelons.
- Location and description of defensive installations, such as missile sites, antitank ditches, and emplacements, minefields, roadblocks, and barbed wire entanglements in source's area before capture. Description of weapons in which these locations are covered.
- Names and personality information of small unit commanders known to source.
- Possible identifications of support mortar, artillery, and armored units.
- Status of food, ammunition, and other supplies.
- Troop morale.
- Casualties.
- Defensive and protective items of NBC equipment; status of NBC training and defensive NBC instructions, and offensive capability of NBC operations.
- Status of immunizations; new shots, booster shots more frequently than normal.
- Stress on care and maintenance of NBC protective equipment.
- Issuance of new or different NBC protective equipment.
- Morale and esprit de corps of civilians.
- Civilian supply.
- Health of civilians, and medicine availability.
- Night maneuvers, rehearsals, unit size, night vision devices, and special equipment.

### MESSENGERS

Messengers are frequently chosen on the basis of above-average intelligence, ability to observe, and to remember oral messages and instructions. Messengers, who have an opportunity to travel within the immediate combat zone, generally, will have a good picture of the current situation, and are excellent prospects for tactical interrogation on the following:

- Nature and exact contents of messages he has been carrying over a reasonable period of time, as well as names of persons who originated these messages, and names of persons to whom messages were directed. Description of duty positions of such personalities.
- Information as to extent which messengers are used in the applicable enemy unit, routes of messengers, and location of relay posts.
- Locations of message center and communications lines.

Case 1:05-cv-01165-JR    Document 64-2    Filed 06/12/2006    Page 4 of 16

FM 34-52

- Conditions of roads, bridges, and alternate routes.
- Location of CPs and names of commanders and staff officers.
- Location of artillery, mortars, and armor seen during messenger's movement through the combat area.
- Location of minefields and other defensive installations.
- Location of supply and ammunition dumps.
- Description of terrain features behind enemy lines.
- NBC weapons, installations, and units.
- Morale and esprit de corps of civilians.
- Relocation of movement of civilians.
- Civilian supply.
- Health of civilians and medicine availability.
- Use of radio equipment in applicable enemy units.

## SQUAD AND PLATOON LEADERS AND COMPANY COMMANDERS

Squad and platoon leaders, as well as company commanders, generally possess information on a broader level than discussed to this point. In addition to the information possessed by the riflemen, they may be able to furnish information on the following:

- Plans and mission of their respective units.
- Organization of their units as well as their regiment and battalion.
- Number of newly assigned unit personnel within last 30 days.
- Disposition of companies, regiments, and reserves of each.
- Identification and general organization of supporting units such as artillery, armor, and engineer units.
- Location, strength, and mission of heavy weapons units.
- Offensive and defensive tactics of small units.
- Quality and morale of subordinate troops.
- Doctrine for employment of NBC weapons.
- Doctrine for defense against NBC weapons.
- Status of NBC defense SOPs and current NBC training.
- Communications procedures and equipment.
- Issuance of NBC detection equipment and detector paints or paper.
- Morale of civilians.
- Relocation or movement of civilians.
- Civilian supply.
- Health of civilians and availability of medicine.
- Instructions on handling and evacuating US and allied prisoners.
- Night maneuvers, rehearsals, unit size, night vision devices, and special equipment.

## RADIO AND TELEPHONE OPERATORS

Radio and telephone operators, like messengers, are frequently familiar with the plans and instructions of their commanders. In general, they can be expected to know the current military situation even more thoroughly because of the greater volume of information which they normally transmit. The following questions could be asked:

- Nature and exact contents of messages sent and received during a given tactical situation.
- Code names or numbers of specific enemy units—those appearing in enemy telephone directories—and in other signal operations instructions (SOI), such as unit identification panel codes.
- Major enemy units to your front and their code names.
- Units and individuals in radio nets, their call signs, call words, and operating frequencies.
- Names and code names of commanders and their staff officers.

- Types, numbers, and basic characteristics of radios and telephone equipment used at company, regiment, and division levels.
- Identification and location of units occupying front-line positions.
- Location of artillery and mortar positions.
- Information on enemy codes and ciphers.
- Code names given to operations or specially designated supply points such as for special weapons.
- Names and signals designating various types of alerts.

## DRIVERS

Questions directed to captured EPW drivers of command and staff vehicles, supply vehicles, and vehicles drawing weapons should concern the aspects of the enemy situation which the prisoner would know because of his driving assignments. The following questions could be asked:

- Identification and location of CPs of higher, lower, and supporting units.
- Names and personal character traits of commanders and staff officers.
- Plans, instructions, orders, and conversations of commanders and staff officers.
- Attitudes of commanders and staff officers toward each other, civilians, units under their command, and the general military situation.
- Routes of communications and their condition.
- Tactical doctrine of commanders.
- Command and staff organization.
- Supply routes and road conditions.
- Location of supply points and types of military and civilian vehicles carrying supplies.
- Sufficiency or lack of civilian and military supplies.
- Types, numbers, and condition of military and civilian vehicles carrying supplies.
- Location of artillery and mortar positions.
- Troop movements and assembly areas.
- Location of truck parks and motor pools.
- Organization of antitank and air defense artillery (ADA) units. Include their weapons and strength.
- Location of antitank and ADA positions.
- Names of commanders of antitank and ADA units.
- Mission of antitank and ADA.
- Types and status of ammunition.
- Voluntary or forced evacuation or movement of civilians.
- Morale and health of civilians.

## PATROL LEADERS AND MEMBERS

The degree of patrol activity on the enemy's part is often a good indication of enemy plans. The following can be asked:

- Specific mission of the patrol.
- Exact routes used, and time of departure and return of patrol.
- Location of enemy forward edge of the battle area (FEBA), general outpost, combat outpost, and outposts.
- Location of platoon, company, battalion, regiment, or division headquarters.
- Routes of approach and enemy positions.
- Enemy strongholds and fields of fire.
- Machine gun and mortar positions of the enemy.
- Observation and listening posts.
- Condition of bridges and location of fords.
- Description of key terrain features.
- Location and description of defensive positions such as antitank weapons, roadblocks, mines, barbed wire entanglements, gaps in wire and safe lanes, trip flares, booby traps, tank traps, and ambushes.

FM 34-52

- Other reconnaissance objectives, agencies, and patrols.
- Organization and equipment of tactical reconnaissance agencies in regiments and divisions.
- Passwords and countersigns of patrols and line units.
- Patrol communications system and range of radios.
- Names of commanders, staff officers and, particularly, enemy unit intelligence officers.
- Coordination of patrol activities with other units such as rifle companies and mortar and artillery units.
- Morale and esprit de corps of civilians.
- Relocation or movement of civilians.
- Civilian supply.
- Health of civilians and availability of medicine.

## MEMBERS OF MACHINE GUN AND MORTAR UNITS

Members of machine gun and mortar units can be expected to know, on the basis of their experience or observation, the following:

- Location of their own, as well as other, machine gun and mortar positions and projected alternate positions.
- Organization, strength, casualties, and weapons of the source's unit.
- Targets for machine guns and mortars.
- Names of small-unit leaders.
- Status of weapons crew training.
- Disposition of small rifle units, squads, and platoons.
- Supply of ammunition to include type of ammunition in the basic load or on hand; for example, chemical and biological ammunition.
- Location of forward ammunition points.
- Characteristics of weapons used.
- Food and other supplies.
- Morale.
- Effect of our firepower upon their positions.
- Availability of nuclear capability.
- Number of newly assigned personnel to the unit within last 30 days.

## LIAISON OFFICERS

The liaison officer is the commander's agent for accomplishing coordination among the headquarters of lower, adjacent, and higher units. The liaison officer also may be called upon to effect coordination between infantry units and supporting or supported armor and artillery, engineer, and reconnaissance units.

- Contents of field orders, such as composition of attacking forces--location and direction of attack; missions of individual units; objectives; plans for attack, defense, or withdrawals; and plans for communication and coordination among units.
- Location of lower, adjacent, higher, and supporting unit CPs as well as location of supply and communications installations.
- Locations of observation posts and outposts.
- Assembly areas for troops and location of supply points.
- Disposition of regiments, battalions, and companies of a division.
- Identification and disposition of reserves.
- Status of supplies of all types.
- Civilian social and economic conditions.
- Evacuation or movement of civilians.

## ARMORED TROOPS

Armored troops are good interrogation prospects concerning enemy tank tactics, communications, logistics, and based on combat experience, mines, traps, and ambushes. Topics for interrogation should cover—

- Unit identifications.
- Designation and strength of supporting or supported infantry units.
- Types and characteristics of tanks employed.
- Mechanical and tactical weaknesses of these tanks.
- Means of communications between tanks and between tanks and infantry.
- Missions and objectives.
- Routes of approach.
- Armored units in reserve.
- Location of tank parks and assembly areas.
- Location of impassable terrain features.
- Methods of mortar, artillery, and tank coordination.
- Location of tank repair depots and petroleum, oils, and lubricants (POL) dumps (to include resupply and refueling techniques).
- Effect of weather on tank operations.
- Armored reconnaissance missions.
- Number of newly assigned personnel in unit within last 30 days.
- Morale and esprit de corps of civilians.
- Relocation or movement of civilians.
- Civilian supply.
- Health of civilians and availability of medicine.
- Status of ammunition and POL resupply.
- Location of ammunition supply points.
- Ammunition supply to include type in the basic load or on hand; for example, chemical ammunition.
- Measures for defense against NBC and radiological attack, to include type of NBC defensive equipment installed in the tank.
- Night maneuvers, rehearsals, unit size, night vision devices, and special equipment.

## ARTILLERYMEN

Topics to be covered when questioning captured artillerymen are broken down as follows by forward observers, artillery firing battery personnel, and air defense artillerymen.

### FORWARD OBSERVERS

- Location, organization, and number of guns of the battery or battalion whose fire the source was observing and directing.
- Location of front lines, outposts, and observation posts.
- Location of alternate observation posts.
- Location and probable time of occupation of present or alternate gun positions.
- Deployment of artillery.
- Characteristics of guns, including caliber and range.
- Targets for various types of fire during different phases of combat.
- Nature of the infantry artillery communication net.
- Type and location of artillery fire requested by infantry units.
- Identification of corps or other supporting artillery units.
- Plan of attack, defense, or withdrawal of enemy units.
- Methods of coordinating artillery fire with infantry maneuver.
- Mission and objectives of source's unit as well as of supported units.
- Routes of approach and their condition. Characteristics of terrain features.

- Methods of observing and directing artillery fire, including information such as types of aircraft employed.
- Methods of counterbattery fire and protecting enemy positions from counterbattery fire.
- Use and location of dummy artillery positions.
- Types of artillery ammunition used for various targets, new types of ammunition, conservation of fires and reasons for conservation.
- Location of artillery and infantry unit CPs.
- Trafficability of routes appropriate for movement of heavy artillery.
- Names of commanders, staff officers, and their attitudes toward each other and infantry commanders.
- Number of newly assigned personnel to the unit within last 30 days.
- Effect of our artillery upon enemy units.
- Location and numbering of defensive concentrations.
- Location of ammunition supply points.
- Radio channels used for fire control nets.
- Identification and location of supporting battalions.
- Availability of nuclear fire support.
- Morale and esprit de corps of civilians.
- Relocation or movement of civilians.
- Civilian supply.
- Health of civilians and availability of medicine.

### ARTILLERY FIRING BATTERY PERSONNEL

- Measures of defense against friendly artillery fire.
- Counterbattery protection for artillery installations.
- Effect of friendly counterbattery fire.
- Location of battery ammunition points.
- Disposition of local security weapons.
- Direction and elevation of fire.
- Instructions concerning ammunition use.
- Names of battery and other commanders.
- Detailed description of artillery weapons used.
- Status of weapons crew training.
- Information on food supplies and morale of military and civilians.
- Measures for defense against NBC attack.
- Types and amount of ammunition, to include chemical and nuclear, in basic load or on hand.
- Location of chemical and biological ammunition.
- Location targets marked for chemical and biological fires.

### AIR DEFENSE ARTILLERYMEN

- Location and number of air defense weapons.
- Detailed description and characteristics of air defense guns and missiles used.
- Shape, size, and location of ground radars.
- Organization of air defense units.
- Types of areas defended.
- Nuclear capability.
- Methods of attack against friendly aircraft, by type of aircraft.
- Avenues of approach and altitudes most and least advantageous to enemy air defense.
- Methods of identifying unknown aircraft.

## MEDICAL CORPSMEN

Although medical personnel are entitled to special protective measures under international agreements, they can be and are interrogated without infringement of any existing laws or rules of warfare. The following questions could be asked:

- Number of casualties over a given phase of combat operations.
- Weapons accounting for most casualties.
- Key personnel who have been casualties.

- Conditions of health and sanitation in enemy units.
- Ratio of dead to wounded.
- Commander's tactics in relation to number of casualties.
- Adequacy and efficiency of casualty evacuation.
- Weapons most feared by the enemy.
- Location and staffing of aid stations and hospitals.
- Organization of division, regiment, and battalion medical units.
- Status and types of medical supplies.
- Use and characteristics of newly developed medicine or drugs.
- Data on wounded, sick, or dead in enemy hands.
- Skill of enemy medical personnel.
- Information on mass sickness or epidemics in the enemy forces.
- Types of treatment and medication for NBC casualties.
- Supply and availability of materials used in treatment of NBC causalities.
- Special training or treatment of NBC casualties.
- New or recent immunizations.
- Morale and esprit de corps of civilians.
- Relocation or movement of civilians.
- Civilian supply.
- Health of civilians and availability of medicine.
- Location and present condition of civilian hospitals, factories producing medical supplies, and warehouse and stores containing medical supplies.

## ENGINEER TROOPS

Engineer personnel are prime interrogation candidates for information concerning bridges, fortifications, minefields, and coordination between infantry and supported units. Topics to be covered are—

- Mission of supported unit.
- Exact location and pattern of existing minefields, location of bridges, buildings, airfields, and other installations prepared for demolition, and types of mines of explosives used.
- Doctrine pertaining to the use of mines and booby traps to include types of mines, characteristics of firing devices, and minefields patterns.
- Location of roadblocks and tank traps and how they are constructed.
- Conditions of roads, bridges, and streams or rivers for trafficability of personnel, vehicles, and armor; weight-carrying capacity of bridges and location and description of fords.
- Location of engineer materials and equipment such as road material, bridge timber, lumber, steel, explosives, quarries, rock crushers, sawmills, and machine shops.
- Location of dummy vehicles and tank and gun positions.
- Location of camouflaged positions and installations.
- Water supply and locations of water points.
- Organization, strength, and weapons of engineer units.
- Presence of other than organic engineer units at the front, and mission of such units.
- Number of trucks, tractors, and other engineer vehicles available.
- Location of new or repaired bridges.
- Use of demolitions.
- Morale and esprit de corps of civilians.
- Relocation or movement of civilians.
- Civilian supply.
- Health of civilians and availability of medicine.
- Location and present conditions of civilian power plants, water works, and sewage disposal plants.
- Night maneuvers, rehearsals, unit size, night vision devices, and special equipment.

## RECONNAISSANCE TROOPS

Reconnaissance personnel and degree of activity are good indicators on enemy intentions. Topics for questioning are—

- The reconnaissance plan, march order, time schedule, and specific missions of all elements, means of coordination and communication between elements, and unit and higher headquarters.
- Nature of orders received from higher headquarters.
- Identification, organization, composition, strength, means of transportation, and weapons of the unit.
- Routes of approach used by the unit.
- Identification, composition, organization, strength, and disposition of the main body of troops and reinforcements. Routes to be used.
- General quality of troops of the reconnaissance unit and of the main body.
- Radio communication equipment and frequencies used.
- Night maneuvers, rehearsals, unit size, night vision devices, and special equipment.

## LOCAL CIVILIANS

Civilians who recently left enemy-held areas normally have important information, and often give this information readily.

This information is usually important to CA and PSYOP personnel. The following questions could be asked:

- Location of enemy front lines and major defensive positions.
- Location of artillery positions.
- Location and nature of minefields in enemy rear area.
- Description of key terrain.
- Condition of roads, bridges, and major buildings.
- Enemy policy and attitude toward local civilians.
- Human and material resources of the area.
- Morale and esprit de corps of local civilians.
- Data on important civilian personalities remaining in enemy areas.
- Health and medical status of local populace.
- Effect of friendly operations on civilian populace.
- Instructions to prepare for defensive measures against NBC attack.
- Recent immunizations.

## POLITICAL AND PROPAGANDA PERSONNEL

Personnel recently acquired through combat operations and identified as involved with political and PSYOP should be questioned as follows:

- Policy, plans, and objectives.
- Organization and training.
- Current and past activities, to include themes of any propaganda programs.
- Enemy analysis of our weaknesses and strengths.
- Target audiences for propaganda, including priorities.
- Effects of our PSYOP.
- Analysis of enemy weaknesses and strengths.
- Enemy counterpropaganda activities.

## GUERRILLA PERSONNEL

Guerrilla personnel, depending of assignment, can be expected to have information concerning activities, strength, equipment, leadership, and local influence or support. Topics to be covered are—

- Area of activities.
- Nature of activities.
- Strength.
- Equipment.
- Motivation.
- Leadership.
- Reliability.
- Contacts.
- External direction or support.

## NBC OPERATIONS

The following topics are of interest when interrogating personnel about NBC operations:

- What items of NBC protective equipment have been issued to troops? Is there any differentiation in issue of items for particular areas? If so, what items for what areas?
- Are there any new or recent immunizations indicated by sources during interrogations?
- What immunizations have troop units received, as indicated in captured immunization records?
- Are troops equipped with protective masks? Is the individual required to carry the mask on his person? Are there any sectors where the mask is not required equipment for the individual? What accessory equipment is issued with the mask?
- Is protective equipment issued to troops? If so, what type of clothing or articles? If special clothing is used, is it for any particular geographic area?
- Have troop units constructed NBC protective shelters? If so, what type?
- Are fortification, individual and collective, provided with overhead cover?
- Are troops issued any protective footwear or other means to provide protection against penetration by liquid agents?
- Are tanks and armored vehicles provided with specially installed protective equipment to protect the crew in case of chemical attack?
- Are troops issued any type of individual protective items for first aid, such as antidotes or protective ointment?
- Are there any areas for which additional or unusual NBC safety precautions have been established?
- What is the size and composition of NBC specialist troop units? Where are they located? Why?
- Have troops been issued any special precautionary instructions concerning consumption of food and water or handling of livestock in areas that may be overrun by enemy forces?
- What training, if any, have troops received in the use of incapacitating-type agents and their dissemination?
- What items of chemical detection equipment have been issued to troops? Are the items operated continuously, irregularly, or not at all? Is there any differentiation made regarding their use in certain areas?
- What type radiation-measuring instruments are issued to troop units and what is their range or limit? How are they distributed?
- How many hours of training with radiation-measuring instruments have monitoring and survey personnel received?
- How many hours of NBC training have troops received? How many hours of individual training are devoted to chemical, biological, and radiological operations? Have troops received any special or accelerated training above what is considered routine?
- Do units have decontamination materials on hand? If so, what type and quantity?
- Have you observed decontamination stations or installations established in your area? If so, what are their location and composition?
- Are troop units issued biological sampling kits or devices? If so, what is their type and composition?
- Have you observed any cylinders or containers which might contain bulk chemical agents?

- Have you observed any tactical aircraft equipped with accessory tanks which indicated a spray capability?
- Are you aware of location of dumps of chemical-filled ammunition, bombs, clusters, and bulk chemical agents?
- Do artillery, mortar, or rocket units have chemical ammunition on hand?
- At what radiological exposure or dose are troops required to relocate?
- Are there any problem areas or shortcomings in NBC material?

> NOTE: The following are applicable or internal defense operations in appropriate theaters of operations.

- What types of tunnels, caves, and modifications are used in defense against riot control agents and explosive gases?
- What defensive material and instructions are issued for defense against riot control agents?
- What defensive measures are taken against defoliation and anticrop agents?

## OVERALL OBJECTIVE STATEMENT

Figure B-1 shows a sample overall objective statement for an interrogation element in division GS. It is not all inclusive. PIR and IR shown are not comprehensive and are used as subheadings with intelligence indicators grouped under each. Figure B-2 contains an overall objective statement that includes the six IEW tasks.

FM 34-52

---

**PRIORITY INTELLIGENCE REQUIREMENTS**

I. NBC WEAPONS.

  1. Are NBC weapons present in any of the brigade sectors?

  2. When will these NBC weapons be used?

  3. Where will these NBC weapons be used?

  4. How many of these NBC weapons will be used against each target?

  5. What systems will deliver these NBC weapons?

II. ENEMY ATTACK.

  1. When will the enemy attack?

  2. Where will the enemy attack?

  3. What is the attack's main objective?

  4. What units will conduct the attack?

  5. What is the combat effectiveness of attack units?

  6. What artillery groups, regimental or divisional, will support the attack?

  7. Where are these artillery groups located?

III. ENEMY DEFENSE.

  1. Where will the enemy establish lines of defense?

  2. What enemy units have been assigned to each defensive belt?

  3. What is the combat effectiveness of the units assigned to each defensive belt?

  4. What types of antitank weapons have been assigned to each defensive belt?

  5. What obstacles have been emplaced in each defensive belt?

  6. What minefields have been emplaced in each defensive belt?

  7. What enemy units comprise the reaction force to counter friendly armor or heliborne assaults?

  8. What types of artillery are assigned to support the defense?

  9. Where is this artillery located?

IV. ENEMY RETREAT.

  1. What units will take part in the retreat?

  2. What are the current positions of the retreating units?

  3. When will each of the retreating units begin its movement?

  4. What routes will be taken by the retreating units?

  5. What units have been designated the rear guard for the retreat?

---

Figure B-1. Sample overall objective statement.

B-11

6. What units have been designated the covering force for the retreat?

7. Where will each of the retreating units establish new positions?

8. What types of artillery have been assigned to support the retreat?

9. What deception efforts will be made to conceal the retreat?

V. ENEMY REINFORCEMENT.

1. What units comprise the enemy's second echelon?

2. What is the combat effectiveness of the units in the enemy's second echelon?

3. What is the direction of travel for each unit in the enemy's second echelon?

4. How soon will units in the enemy's second echelon begin to enter each brigade's AO?

5. What units within the enemy's first echelon will receive reinforcements of personnel or equipment?

6. To what extent will these units be reinforced?

7. How soon will these reinforcements arrive?

8. By what routes will these reinforcements arrive?

### INFORMATION REQUIREMENTS

I. SUPPLY POINTS.

1. What types of ammunition is the enemy stockpiling?

2. What are the types of POL the enemy is stockpiling?

3. Where are these supply points located?

4. What units are serviced by these supply points?

5. How much materiel is currently stockpiled at these locations?

II. VULNERABILITIES.

1. What malfunctions are occurring with the enemy's--

   a. Weapons?

   b. Vehicles?

   c. Communications?

   d. Ammunition?

2. What are the enemy's major supply routes?

3. How often are supplies transported over these routes?

4. What transportation priority has the enemy assigned to each category of supplies?

5. What choke points has the enemy identified along his own lines of communications?

Figure B-1. Sample overall objective statement (continued).

FM 34-52

I. SITUATION DEVELOPMENT.

  1. Are NBC weapons present in any of the brigade sectors?

      a. Have any tracked, self-propelled rocket launchers been sighted within any of the brigade sectors?

      b. Have any small convoys been sighted traveling under unusually heavy security within any of the brigade sectors?

      c. Have light aircraft been sighted circling over convoys moving in any of the brigade sectors?

      d. Have any noncommunications emitters normally associated with NBC weapons been identified in any brigade sector?

      e. Have any installations with unusually heavy security been identified within any of the brigade sectors?

      f. Have any tall, slender objects (such as towers, chimneys, or narrow trees) suddenly appeared in any of the brigade sectors?

  2. When will these NBC weapons be used?

      a. Have contingency orders been received by any enemy units in any of the brigade sectors which indicate circumstances under which NBC weapons will be used?

      b. Have code words been disseminated to alert enemy troops that NBC weapons will be used in any of the brigade sectors?

      c. What procedures are to be followed by enemy troops in any brigade sector immediately following receipt of alert codes?

      d. Have any front-line enemy troops in any brigade sector inexplicably slowed or halted their advance?

      e. Has any very heavy artillery been moved to within supporting distance of front-line enemy troops within any brigade sector?

      f. Has random firing of very heavy artillery occurred within any of the brigade sectors?

  3. Where will these NBC weapons be used?

      a. Have all known enemy agents suddenly disappeared from any areas within any of the brigade sectors?

      b. Has enemy air activity suddenly increased in any areas within any of the brigade sectors?

      c. Is unusual enemy air activity taking place in any areas within any of the brigade sectors?

      d. Is smoke being used or planned for use as cover for any front-line enemy troops in any of the brigade sectors?

      e. Have specific areas within any brigade sector been identified as targets for NBC weapons?

Figure B-2. Sample overall objective statement (IEW tasks).

 f. Have orders been received by any enemy units in any brigade sector which indicate that NBC weapons might be used in support of their activities?

 4. How many of these NBC weapons will be used against each target?

  a. How many very heavy artillery dispositions have been identified within each brigade sector?

  b. How many noncommunications emitters associated with NBC weapons have been identified within each brigade sector?

  c. How many transporter-erector-launchers (TELs) have been sighted within each brigade sector?

  d. How many enemy units within each brigade sector have been notified that NBC weapons might be used to support them?

  e. How many front-line enemy units within each brigade sector have inexplicably slowed or stopped their advance?

 5. What types of systems will be used to deliver these NBC weapons?

  a. What calibers of very heavy artillery have been identified within each of the brigade sectors?

  b. What types of TELs have been identified within each brigade sector?

  c. What types of chemical agents have been identified within each brigade sector?

  d. What types of biological agents have been identified within each brigade sector?

  e. What types of noncommunications emitters have been identified within each brigade sector?

 6. When will the enemy attack?

  a. Have any enemy units in any of the brigade sectors received orders to conduct assault operations?

  b. Is the enemy massing mechanized infantry units in any of the brigade sectors?

  c. Is the enemy massing armor units in any of the brigade sectors?

  d. Is the enemy massing artillery units in any of the brigade sectors?

  e. Are front-line enemy troops disposed along relatively narrow fronts in any areas within any of the brigade sectors?

  f. What rumors indicating future offensive operations are circulating within enemy units in each brigade sector?

 7. Where will the enemy attack?

  a. What avenues of approach will be used by specific enemy units within each brigade sector?

  b. How many enemy units will use each avenue of approach within each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).