c. Where are the enemy's large concentrations of mechanized infantry units within each brigade sector?

    d. Where are the enemy's large concentrations of armor units within each brigade sector?

    e. Where are the enemy's large concentrations of artillery units within each brigade sector?

8. What is the attack's main objective?

    a. What objectives have been assigned to specific enemy units in each brigade sector for their offensive operations?

    b. How many objectives have been assigned to specific enemy units in each brigade sector for their offensive operations?

    c. How many enemy units within each brigade sector have been assigned the same objectives?

9. What units have been assigned to conduct the attack?

    a. What enemy units in any of the brigade sectors have received orders to conduct assault operations?

    b. What enemy units are rumored to be preparing to conduct offensive operations within any of the brigade sectors?

    c. What enemy units have been assigned to use specific avenues of approach within each brigade sector?

    d. What specific enemy units have been assigned the same objectives within each brigade sector?

10. What is the combat effectiveness of the units assigned to conduct the attack?

    a. How many personnel are currently fit for duty within the specific enemy units assigned to conduct offensive operations in any of the brigade sectors?

    b. How many vehicles are currently operational within the specific enemy units assigned to conduct offensive operations in any of the brigade sectors?

    c. How many weapon systems are currently operational within the specific enemy units assigned to conduct offensive operations in any of the brigade sectors?

    d. What is the morale of the personnel assigned to the specific enemy units assigned to conduct offensive operations in any of the brigade sectors?

11. What artillery groups, regimental or divisional, have been assigned to support the attack?

    a. What artillery units have been ordered to support the enemy regiments or divisions assigned to conduct offensive operations in each of the brigade sectors?

    b. What artillery assets have been identified within supporting distance of the enemy regiments or divisions assigned to conduct offensive operations?

    c. What types of noncommunications emitters associated with regimental or divisional artillery groups have been identified within each of the brigade sectors?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

12. Where will the enemy establish lines of defense?

    a. Where are enemy units preparing extensive field fortifications within each brigade sector?

    b. Where are enemy units establishing antitank strong points within each brigade sector?

    c. To which front-line enemy units within each brigade sector are antitank units being attached?

    d. Where are alternate artillery positions being prepared within each brigade sector?

    e. Where are obstacles being emplaced within each brigade sector?

    f. Where are mines being emplaced within each brigade sector?

13. What enemy units have been assigned to each defensive belt?

    a. What specific enemy units are preparing extensive field fortifications within each brigade sector?

    b. What specific enemy units are establishing antitank strong points within each brigade sector?

    c. What specific enemy units within each brigade sector are receiving attached antitank units?

    d. What specific enemy units within each brigade sector are preparing alternate artillery positions?

    e. What specific enemy units are emplacing obstacles within each brigade sector?

    f. What specific enemy units are emplacing mines within each brigade sector?

14. What is the combat effectiveness of the units assigned to each defensive belt?

    a. How many personnel are currently fit for duty within the specific enemy units assigned to the defensive belts in each brigade sector?

    b. How many vehicles are currently operational within the specific enemy units assigned to the defensive belts in each brigade sector?

    c. How many weapons systems are currently operational within the specific enemy units assigned to the defensive belts in each brigade sector?

    d. What is the morale of the personnel assigned to the specific enemy units assigned to the defensive belts in each brigade sector?

15. What types of antitank weapons have been assigned to each defensive belt?

    a. What types of antitank weapons are possessed by the specific enemy units assigned to the defensive belts in each brigade sector?

    b. What types of antitank units have been attached to specific enemy units assigned to the defensive belts in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

16. What obstacles have been emplaced in each defensive belt?

   a. What natural obstacles have been incorporated into the defensive belts in each brigade sector?

   b. What manmade antipersonnel obstacles have been emplaced by the specific enemy units assigned to the defensive belts within each brigade sector?

   c. What manmade anti-vehicular obstacles have been emplaced by the specific enemy units assigned to the defensive belts within each brigade sector?

17. What minefields have been emplaced in each defensive belt?

   a. What types of antipersonnel mines are being emplaced by the specific enemy units assigned to the defensive belts in each brigade sector?

   b. What types of antitank mines are being emplaced by the specific enemy units assigned to the defensive belts in each brigade sector?

18. What units comprise the reaction force to counter friendly armor or heliborne assaults?

   a. What enemy units have received orders to act as the reaction force for defensive positions in each brigade sector?

   b. What enemy units are rumored to be the reaction force for defensive positions in each brigade sector?

   c. What enemy units are located behind, but in proximity to, the defensive positions in each brigade sector?

19. What types of artillery are assigned to support the defense?

   a. What enemy artillery units have received orders to support the defensive positions in each brigade sector?

   b. What enemy artillery units are rumored to be supporting the defensive positions in each brigade sector?

   c. What types of artillery have been identified within each brigade sector?

20. Where is this artillery located?

   a. What is the current location of the enemy artillery units ordered to support the defensive positions in each brigade sector?

   b. What is the current location of the enemy artillery units rumored to be supporting the defensive positions in each brigade sector?

   c. What is the current location of all artillery identified within each brigade sector?

21. What units will take part in the retreat?

   a. What enemy units in each brigade sector have received orders to participate in a retreat?

   b. What enemy units in each brigade sector are rumored to be participating in a retreat?

   c. What enemy units within each brigade sector are disposed along an extended front?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

    d. What enemy units in each brigade sector have been notified their artillery support is moving to the rear?

    e. What enemy units in each brigade sector have been notified their logistical support is moving to the rear?

22. What are the current positions of the retreating units?

    a. What is the current location of enemy units in each brigade sector ordered to participate in a retreat?

    b. What is the current location of enemy units in each brigade sector rumored to be participating in a retreat?

    c. What is the current location of enemy units within each brigade sector disposed along an extended front?

    d. What is the current location of artillery units supporting enemy units in each brigade sector?

    e. What is the current location of logistical units supporting enemy units in each brigade sector?

23. When will each of the retreating units begin its movement?

    a. At what time have specific enemy units in each brigade sector been ordered to begin their retreat?

    b. What start times are being mentioned in rumors about the retreat of specific enemy units in each brigade sector?

24. What routes will be taken by the retreating units?

    a. What movement routes have been assigned for the retreat of specific enemy units in each brigade sector?

    b. What movement routes are being cited in rumors about the retreat of specific enemy units in each brigade sector?

    c. What movement routes are being used or planned for use during the retreat of enemy artillery units in each brigade sector?

    d. What movement routes are being used or planned for use during the retreat of enemy logistical units in each brigade sector?

25. What units have been designated the rear guard for the retreat?

    a. What specific enemy units have been ordered to act as rear guard for the retreat in each brigade sector?

    b. What specific enemy units are rumored to be rear guard for the retreat in each brigade sector?

26. What units have been designated the covering force for the retreat?

    a. What specific enemy units have been ordered to act as covering force for the retreat in each brigade sector?

    b. What specific enemy units are rumored to be covering force for the retreat in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

27. Where will each of the retreating units establish new positions?

    a. Where are the new positions assigned to retreating enemy units in each brigade sector?

    b. What are the new positions being cited in rumors about the retreat of enemy units in each brigade sector?

    c. Where are the new positions assigned to retreating enemy artillery units in each brigade sector?

    d. Where are the new positions assigned to retreating enemy logistical units in each brigade sector?

28. What types of artillery have been assigned to support the retreat?

    a. What specific enemy artillery units have been assigned to support the retreat in each brigade sector?

    b. What specific enemy artillery units are rumored to be supporting the retreat in each brigade sector?

29. What deception efforts will be made to conceal the retreat?

    a. What deception efforts have been ordered in conjunction with the retreat in each brigade sector?

    b. What specific enemy units are conducting deception efforts in conjunction with the retreat in each brigade sector?

    c. What deception efforts are being cited in rumors about the retreat in each brigade sector?

    d. What enemy units are rumored to be conducting deception efforts in conjunction with the retreat in each brigade sector?

30. What units comprise the enemy's second echelon?

    a. What specific units are known to be part of the enemy's second echelon in each brigade sector?

    b. What specific units are rumored to be part of the enemy's second echelon in each brigade sector?

    c. How many units comprise the enemy's second echelon in each brigade sector?

    d. What type of units comprise the enemy's second echelon in each brigade sector?

31. What is the combat effectiveness of the units in the enemy's second echelon?

    a. How many personnel are currently fit for duty within the specific enemy units comprising the second echelon in each brigade sector?

    b. How many vehicles are currently operational within the specific enemy units comprising the second echelon in each brigade sector?

    c. How many weapons systems are currently operational within the specific enemy units comprising the second echelon in each brigade sector.

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

    d. What is the morale of the personnel assigned to the specific enemy units comprising the second echelon in each brigade sector?

32. What is the direction of travel for each unit in the enemy's second echelon?

    a. What is the known direction of travel for units comprising the enemy's second echelon in each brigade sector?

    b. What are the known movement routes for units comprising the enemy's second echelon in each brigade sector?

    c. What is the rumored direction of travel for units comprising the enemy's second echelon in each brigade sector?

    d. What are the rumored movement routes for units comprising the enemy's second echelon in each brigade sector?

33. How soon will units in the enemy's second echelon begin to enter each brigade's AO?

    a. What is the current known location of units comprising the enemy's second echelon in each brigade sector?

    b. What is the current rumored location of units comprising the enemy's second echelon in each brigade sector?

    c. What is the known rate of travel for units comprising the enemy's second echelon in each brigade sector?

    d. What is the rumored rate of travel for units comprising the enemy's second echelon in each brigade sector?

34. What units within the enemy's first echelon will receive reinforcements of personnel or equipment?

    a. What personnel or equipment replacement have been ordered for specific front-line enemy units in each brigade sector?

    b. What specific front-line enemy units in each brigade sector are rumored to be receiving personnel or equipment replacements?

35. To what extent will these units be reinforced?

    a. How many personnel replacements have been ordered for specific enemy units in each brigade sector?

    b. How many personnel are cited in the rumors concerning replacements for specific enemy units in each brigade sector?

    c. How much lost equipment has been ordered replaced in specific enemy units in each brigade sector?

    d. How much equipment is cited in the rumors concerning replacements for specific enemy units in each brigade sector?

36. How soon will these reinforcements arrive?

    a. At what time will scheduled personnel replacements arrive at specific enemy units in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

b. At what time will scheduled equipment replacements arrive at specific enemy units in each brigade sector?

c. What time is cited in rumors concerning personnel replacements for specific enemy units in each brigade sector?

d. What time is cited in rumors concerning equipment replacements for specific enemy units in each brigade sector?

37. By what routes will these reinforcements arrive?

a. What is the current known location of personnel and equipment replacements for specific enemy units in each brigade sector?

b. What is the current rumored location of personnel and equipment replacements for specific enemy units in each brigade sector?

c. What are the known movement routes of personnel and equipment replacements for specific enemy units in each brigade sector?

d. What are the rumored movement routes for personnel and equipment replacements for specific enemy units in each brigade sector?

38. What type of ammunition is the enemy stockpiling?

a. What type of small arms ammunition is the enemy stockpiling in each brigade sector?

b. What type of ammunition is the enemy stockpiling for crew-served weapons in each brigade sector?

c. What type of ammunition is the enemy stockpiling for armored vehicles in each brigade sector?

d. What type of artillery ammunition is the enemy stockpiling in each brigade sector?

39. What type of POL is the enemy stockpiling?

a. What type of fuel is the enemy stockpiling in each brigade sector?

b. What type of oil is the enemy stockpiling in each brigade sector?

c. What type of lubricants is the enemy stockpiling in each brigade sector?

40. Where are these supply points located?

a. Where are the enemy's ammunition supply points located in each brigade sector?

b. Where are the enemy's POL supply points located in each brigade sector?

41. What units are serviced by these supply points?

a. What ammunition supply points support specific enemy units in each brigade sector?

b. What POL supply points support specific enemy units in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

42. How much material is currently stockpiled at these locations?

    a. How much ammunition is stockpiled at specific supply points in each brigade sector?

    b. How much POL are stockpiled at specific supply points in each brigade sector?

43. What malfunctions are occurring with the enemy's weapons?

    a. What malfunctions are occurring with the enemy's small arms in each brigade sector?

    b. What malfunctions are occurring with the enemy's crew-served weapons in each brigade sector?

    c. What malfunctions are occurring with the enemy's artillery in each brigade sector?

44. What malfunctions are occurring with the enemy's vehicles?

    a. What malfunctions are occurring with the enemy's tracked vehicles in each brigade sector?

    b. What malfunctions are occurring with the enemy's wheeled vehicles in each brigade sector?

45. What malfunctions are occurring with enemy communications?

    a. What malfunctions are occurring with enemy vehicle-mounted communications equipment in each brigade sector?

    b. What malfunctions are occurring with enemy manpacked communications equipment in each brigade sector?

    c. What malfunctions are occurring with enemy pyrotechnic means of communication in each brigade sector?

46. What malfunctions are occurring with enemy ammunition?

    a. What malfunctions are occurring with enemy small arms ammunition in each brigade sector?

    b. What malfunctions are occurring with enemy artillery ammunition in each brigade sector?

    c. What malfunctions are occurring with enemy ammunition for armored vehicles in each brigade sector?

    d. What malfunctions are occurring with enemy ammunition for crew-served weapons in each brigade sector?

47. What are enemy main supply routes?

    a. What are the known movement routes used by enemy supply convoys in each brigade sector?

    b. What movement routes are rumored to be used by enemy supply convoys in each of the brigade sectors?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

c. What is the known direction of travel for enemy supply convoys passing named areas of interest (NAIs) in each brigade sector?

d. What direction of travel is rumored for enemy supply convoys passing NAIs in each brigade sector?

48. How often are supplies transported over these routes?

a. How often are specific enemy units in each brigade sector resupplied?

b. How often are enemy supply convoys sighted along established movement routes in each brigade sector?

49. What transportation priority has the enemy assigned to each category of supplies?

a. What is the enemy's known transportation priority for each category of supplies in each brigade sector?

b. What is rumored to be the enemy's transportation priority for each category of supplies in each brigade sector?

c. What is the frequency with which specific enemy units in each brigade sector receive each category of supplies?

50. What choke points has the enemy identified along his own LOCs?

a. What choke points are known to exist along the enemy's LOCs in each brigade sector?

b. What choke points are rumored to exist along the enemy's LOCs in each brigade sector?

II. TARGET DEVELOPMENT AND ACQUISITION.

1. Are NBC weapons present in any of the brigade sectors?

a. Where have tracked, self-propelled rocket launchers been sighted within any of the brigade sectors?

b. What was the direction of travel of any small convoys sighted traveling under unusually heavy security in any of the brigade sectors?

c. Where have light aircraft been sighted circling over convoys moving in any of the brigade sectors?

d. Where have noncommunications emitters normally associated with NBC weapons been identified in any brigade sectors?

e. Where have installations with unusually heavy security been identified within any of the brigade sectors?

f. Where have tall, slender objects (such as towers, chimneys, or narrow trees) suddenly appeared in any of the brigade sectors?

2. Where will these NBC weapons be used?

a. Where has enemy air activity suddenly increased within any of the brigade sectors?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

FM 34-52

    b. Where is unusual enemy air activity taking place within any of the brigade sectors?

    c. Where is smoke being used or planned for use as cover for any front-line enemy troops in any of the brigade sectors?

    d. Where has very heavy artillery been moved to within supporting distance of front-line enemy troops within any brigade sector?

    e. Where has random firing of very heavy artillery occurred within any of the brigade sectors?

  3. Where will the enemy attack?

    a. Where are the enemy's large concentrations of mechanized infantry units within each brigade sector?

    b. Where are the enemy's large concentrations of armor units within each brigade sector?

    c. Where are the enemy's large concentrations of artillery units within each brigade sector?

  4. What artillery groups, regimental or divisional, have been assigned to support the attack?

    a. What artillery units have been ordered to support the enemy regiments or divisions assigned to conduct offensive operations in each of the brigade sectors?

    b. How many artillery dispositions have been identified within supporting distance of the enemy regiments or divisions assigned to conduct offensive operations?

  5. Where will the enemy establish lines of defense?

    a. Where are enemy units preparing extensive field fortifications within each brigade sector?

    b. Where are enemy units establishing antitank strong points within each brigade sector?

    c. Where are alternate artillery positions being prepared within each brigade sector?

    d. Where are obstacles being emplaced within each brigade sector?

    e. Where are mines being emplaced within each brigade sector?

  6. What units comprise the reaction force to counter friendly armor or heliborne assaults?

    a. What is the location of the enemy units ordered to act as the reaction force for defensive positions in each brigade sector?

    b. What is the location of the enemy units rumored to be the reaction force for defensive positions in each brigade sector?

  7. What is the location of artillery units assigned to support the enemy's defense?

    a. What is the current location of the enemy artillery units ordered to support the defensive positions in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

    b. What is the current location of the enemy artillery units rumored to be supporting the defensive positions in each brigade sector?

  8. What are the current positions of retreating enemy units?

    a. What is the current location of enemy units in each brigade sector that have been ordered to participate in a retreat?

    b. What is the current location of enemy units in each brigade sector that are rumored to be participating in a retreat?

    c. What is the current location of enemy units within each brigade sector disposed along an extended front?

    d. What is the current location of artillery units supporting enemy units in each brigade sector?

    e. What is the current location of logistical units supporting enemy units in each brigade sector?

  9. What routes will be taken by retreating enemy units?

    a. What movement routes have been assigned for the retreat of specific enemy units in each brigade sector?

    b. What movement routes are being cited in rumors about the retreat of specific enemy units in each brigade sector?

    c. What movement routes are being used or planned for use during the retreat of enemy —

      (1) Artillery units in each brigade sector?

      (2) Logistical units in each brigade sector?

  10. Where will each retreating enemy unit establish its new position?

    a. Where are the new positions assigned to retreating enemy units in each brigade sector?

    b. What are the new positions being cited in rumors about the retreat of enemy units in each brigade sector?

    c. Where are the new positions assigned to retreating enemy artillery units in each brigade sector?

    d. Where are the new positions assigned to retreating enemy logistical units in each brigade sector?

  11. How soon will units in the enemy's second echelon begin to enter each brigade's AO?

    a. What is the current known location of units comprising the enemy's second echelon in each brigade sector?

    b. What is the current rumored location of units comprising the enemy's second echelon in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

c. What is the known rate of travel for units comprising the enemy's second echelon in each brigade sector?

d. What is the rumored rate of travel for units comprising the enemy's second echelon in each brigade sector?

12. By what routes will enemy reinforcements arrive?

a. What is the current known location of personnel and equipment replacements for specific enemy units in each brigade sector?

b. What is the current rumored location of personnel and equipment replacements for specific enemy units in each brigade sector?

c. What are the known movement routes of personnel and equipment replacements for specific enemy units in each brigade sector?

d. What are the rumored movement routes of personnel and equipment replacements for specific enemy units in each brigade sector?

13. Where are the enemy's supply points located?

a. Where are the enemy's ammunition supply points located in each brigade sector?

b. Where are the enemy's POL supply points located in each brigade sector?

14. What are the enemy's main supply routes?

a. What are the known movement routes used by enemy supply convoys in each brigade sector?

b. What movement routes are rumored to be used by enemy supply convoys in each of the brigade sectors?

c. What is the known direction of travel for enemy supply convoys passing NAIs in each brigade sector?

d. What direction of travel is rumored for enemy supply convoys passing NAIs in each brigade sector?

15. What choke points has the enemy identified along his own LOCs?

a. Where are choke points along the enemy's LOCs in each brigade sector known to exist?

b. Where are choke points rumored to exist along the enemy's LOCs in each brigade sector?

III. INTELLIGENCE PREPARATION OF THE BATTLEFIELD.

1. Are NBC weapons present in any of the brigade sectors?

a. Have any noncommunications emitters normally associated with NBC weapons been identified in any brigade sector?

b. What is the circular area in each brigade sector within which these noncommunications emitters are probably located?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

c. What is the nomenclature or operating frequency of the noncommunications emitters identified in each brigade sector?

2. Where will these NBC weapons be used?

a. Have specific areas within any brigade sector been identified as targets for NBC weapons?

b. Have orders been received by any enemy units in any brigade sector which indicate NBC weapons might be used in support of their activities?

3. What types of systems will be used to deliver these NBC weapons?

a. What noncommunications emitters associated with very heavy artillery have been identified within each brigade sector?

b. What noncommunications emitters associated with TELs have been identified in each brigade sector?

c. What is the nomenclature or operating frequency of any noncommunications emitters identified in each brigade sector?

4. When will the enemy attack?

a. What rumors indicating future offensive operations are circulating within enemy units in each brigade sector?

b. Is the enemy massing mechanized infantry units in any of the brigade sectors?

c. Is the enemy massing armor units in any of the brigade sectors?

d. Is the enemy massing artillery units in any of the brigade sectors?

e. What is the nomenclature or operating frequency of any electronic emitters belonging to enemy units preparing to conduct offensive operations in each brigade sector?

5. Where will the enemy attack?

a. What avenues of approach will be used by specific enemy units within each brigade sector?

b. Where are the enemy's large concentrations of mechanized infantry units within each brigade sector?

c. Where are the enemy's large concentrations of armor units within each brigade sector?

d. Where are the enemy's large concentrations of artillery units within each brigade sector?

e. What is the nomenclature or operating frequency of any electronic emitters belonging to enemy units preparing to conduct offensive operations in each brigade sector?

6. What units have been assigned to conduct the attack?

a. What enemy units are rumored to be preparing for offensive operations within any of the brigade sectors?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

   b. What enemy units have been assigned to use specific avenues of approach within each brigade sector?

   c. What is the nomenclature or operating frequency of any electronic emitters belonging to enemy units preparing to conduct offensive operations in each brigade sector?

7. What artillery groups, regimental or divisional, have been assigned to support the attack?

   a. What artillery units have been ordered to support the enemy regiments or divisions assigned to conduct offensive operations in each of the brigade sectors?

   b. What is the nomenclature or operating frequency of noncommunications emitters belonging to the regimental or divisional artillery groups identified within each of the brigade sectors?

   c. What is the nomenclature or operating frequency of communications emitters belonging to the regimental or divisional artillery groups identified within each of the brigade sectors?

8. Where will the enemy establish lines of defense?

   a. Where are enemy units preparing extensive field fortifications within each brigade sector?

   b. Where are alternate artillery positions being prepared within each brigade sector?

9. What enemy units have been assigned to each defensive belt?

   a. What specific enemy units are preparing extensive field fortifications within each brigade sector?

   b. What specific enemy units within each brigade sector are preparing alternate artillery positions?

   c. What is the nomenclature or operating frequency of electronic emitters belonging to enemy units establishing lines of defense within each brigade sector?

10. What units comprise the reaction force to counter friendly armor or heliborne assaults?

   a. What enemy units are rumored to be the reaction force for defensive positions in each brigade sector?

   b. What enemy units are located behind, but in proximity to, the defensive positions in each brigade sector?

   c. What is the nomenclature or operating frequency of electronic emitters belonging to the units which are part of the enemy's reaction force within each brigade sector?

11. What types of artillery are assigned to support the defense?

   a. What artillery units are rumored to be supporting the enemy's defensive positions in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

   b. What is the current location of the enemy artillery units rumored to be supporting the defensive positions in each brigade sector?

   c. What is the nomenclature or operating frequency of electronic emitters belonging to the artillery units rumored to be supporting the enemy's defensive positions in each brigade sector?

12. What enemy units will take part in a retreat?

   a. What enemy units in each brigade sector are rumored to be participating in a retreat?

   b. What enemy units in each brigade sector have been notified their—

      (1) Artillery support is moving to the rear?

      (2) Logistical support is moving to the rear?

   c. What is the nomenclature and operating frequency of electronic emitters belonging to retreating enemy units in each brigade sector?

13. What are current positions of retreating units?

   a. What is the current location of enemy units in each brigade sector rumored to be participating in a retreat?

   b. What is the current location of artillery units supporting enemy units in each brigade sector?

   c. What is the current location of logistical units supporting enemy units in each brigade sector?

14. When will each of the retreating units begin its movement?

   a. At what time have specific enemy units in each brigade sector been ordered to begin their retreat?

   b. What start times are being mentioned in rumors about the retreat of specific enemy units in each brigade sector?

15. What routes will be taken by the retreating units?

   a. What movement routes are being cited in rumors about the retreat of specific enemy units in each brigade sector?

   b. What movement routes are being used or planned for use during the retreat of enemy artillery units in each brigade sector?

   c. What movement routes are being used or planned for use during the retreat of enemy logistical units in each brigade sector?

16. Where will each of the retreating units establish new positions?

   a. Where are the new positions being cited in rumors about the retreat of enemy units in each brigade sector?

   b. Where are the new positions assigned to retreating enemy artillery units in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).

c. Where are the new positions assigned to retreating enemy logistical units in each brigade sector?

17. What units comprise the enemy's second echelon?

a. What specific units are rumored to be part of the enemy's second echelon in each brigade sector?

b. How many units comprise the enemy's second echelon in each brigade sector?

c. What type of units comprise the enemy's second echelon in each brigade sector?

d. What is the nomenclature and operating frequency of electronic emitters belonging to units in the enemy's second echelon in each brigade sector?

18. What is the direction of travel for each unit in the enemy's second echelon?

a. What is the rumored direction of travel for units comprising the enemy's second echelon in each brigade sector?

b. What are the rumored movement routes for units comprising the enemy's second echelon in each brigade sector?

19. How soon will units in the enemy's second echelon begin to enter each brigade's AO?

a. What is the current rumored location of units comprising the enemy's second echelon in each brigade sector?

b. What is the rumored rate of travel for units comprising the enemy's second echelon in each brigade sector?

20. How soon will enemy reinforcements arrive?

a. What times are being cited in rumors about the arrival of personnel replacements at specific enemy units in each brigade sector?

b. What times are being cited in rumors about the arrival of equipment replacements at specific enemy units in each brigade sector?

21. By what routes will enemy reinforcements arrive?

a. What are the current locations of replacement personnel and equipment cited in rumors about specific enemy units in each brigade sector?

b. What are the movement routes of replacement personnel and equipment cited in rumors about specific enemy units in each brigade sector?

22. What specific enemy units are serviced by enemy supply points?

a. What ammunition supply points support specific enemy units in each brigade sector?

b. What POL supply points support specific enemy units in each brigade sector?

c. What is the nomenclature or operating frequency of electronic emitters belonging to enemy supply points in each brigade sector?

Figure B-2. Sample overall objective statement (IEW tasks) (continued).