FM 34-52

## BIOGRAPHIC DATA ENTRIES

The following data prosigns are used in biographic reporting. If available, biographic information will fit in the summary of the IIR; the text entry will be NONE.

Should the reportable information exceed the limitations of the summary, entries will be made in the text. When making entries, ensure that the numbers and prosigns shown here are those used in the biographic report; if you have no data for a particular item, skip it and list the next item for which you have a data entry. Items skipped are not listed on the report.

The paragraph classification follows the biographic prosign. Do not use colons to separate the prosign and data entries. Minimum essential data (MED) prosigns are asterisked.

## SUMMARY INTERROGATION REPORT

The rationale behind the summary interrogation report, shown at Figure E-8, is to preclude duplication of effort. In DESERT STORM, as EPWs were being evacuated up the chain, the gaining interrogator would ask questions only to be told the same questions had already been asked by somebody else at a previous location. This is embarrassing, and does not foster rapport building, because the gaining interrogator had no previous EPW screening or interrogation reports. It was assumed this was the first time the EPW was questioned.

If the previous echelon received EPW information pertaining only to their immediate tactical situation, with no reports being forwarded, it would have been to the gaining interrogators advantage to be apprised of what transpired at the lower echelon; hence the summary interrogation report. This report is simple in design and purpose, but reveals EPW information that gives the gaining interrogator insight as to what was developed at the previous echelon.

FM 34-52



VOICE MESSAGE TEMPLATE FOR A SPOT (SALUTE) REPORT

_G2, X Corps_ THIS IS _G2, 25th Inf Div_ SALUTE, OVER
addressee                              originator

            THIS IS                    SEND SALUTE, OVER
originator                      addressee

            THIS IS                    SALUTE PROBLEMS
addressee                              originator

FLASH  IMMEDIATE  <u>PRIORITY</u>  ROUTINE  (Underline and transmit the
                                              precedence of this message.)

TOP SECRET  SECRET  CONFIDENTIAL  (Underline and transmit the
                                   security classification of
        CLEAR      <u>UNCLASSIFIED</u>       this message.)

SALUTE REPORT

1.  SIZE _SQUAD_            (Enter the size of the unit
                              or target.)

2.  ACTIVITY _RECON_        (Enter a description of the
                              activity detected.)

3.  LOCATION _CR 123456_    (Enter the target location
                              [UTM].)

4.  UNIT _1 MRS/2/3/44/59 MRD_   (Enter the unit identity or
                                   type.)

5.  TIME _NLT 171800ZFEB99_   (Enter the time of the
                                sighting.)

6.  EQUIPMENT _NA_          (Enter the name of any
                              equipment sighted.)

7.  DIRECTION _NA_          (Enter the direction if
                              target is moving in degrees
                              or mils.)

8.  TIME _1105T_           (Enter hour-minute-zone.
                              See NOTE.)

9.  AUTHENTICATION IS _170225_   (Enter message authentication
                                   See NOTE.)

10.  OVER

NOTE:  The message DTG is used when required to identify message time of origin.
Authentication will be in accordance with joint task force procedures.

Figure E-1. Spot report voice message template.

FM 34-52

---

### BATTLEFIELD TECHINT SPOT REPORT

TO:  VI CORPS TECHINT TEAM

THRU:  RS2, 14th ACR

FROM:  SS2, 3/14th ACR

DTG: 300700ZJAN99              REPORT NO:  07-0623

SIZE: 3xMissiles, 1xSuitcase, 1xControl Box with periscope sight,
    1xSpent missile round.

ACTIVITY:  Capture of antitank wire-guided missile system.  NATO nomenclature
    AT-3/SAGGER  Mannpack.

LOCATION: Capture at coordinates //32UNB538331//.

TIME:  Time of capture was 300530ZJAN99.

EQUIPMENT/HOW:
    System captured intact after overrunning enemy ambush  position.  No
    associated enemy captured.  Equipment secure.  Awaiting disposition
    instructions.

REMARKS:

    SOURCE DATA:  Captured Enemy Equipment.

    MAP DATA:  GERMANY, 1:50,000, LAUTERBACH, L5322, EDITION 5

    MISC DATA:  REPORT NO:  07-0623

---

**Figure E-2.  Sample battlefield TECHINT spot report.**

**(CLASSIFICATION)**

**TACTICAL INTERROGATION REPORT**

NAME OF PRISONER: KLEYMENOV    INTERROGATOR: SGT ROYCE.

CATEGORY: A (B) C D

UNIT/FORMATION TO WHICH
INTERROGATOR ATTACHED: Intg Sec,
Intel-Surv Co, 231st MI Bn, 23d Inf Div

INTG SERIAL NO: US-AR-1234-1    MAPS USED: GERMANY, 1:50,000,
                                          EISENAC HUNFELD, Ed #2.

DTG OF INTG: 221700ZNOV99    LANGUAGE USED: Russian

INTG REPORT NO: PT-001    INTERPRETER: None

PART I - INTELLIGENCE POTENTIAL OF ENEMY PRISONER OF WAR (EPW)

A. PERSONAL PARTICULARS:

1. Rank, full name, service number, and position: JrLT, Dimitar KLEYMENOV,
   No. 0506031, Plt Ldr.

2. Date and place of birth: 23 May 72, TBILISI, Georgian SSR, USSR.

3. Nationality: Soviet (Ethnic Rumanian) (Religion: Orthodox).

4. Knowledge of languages and proficiency: Russian (N).

5. Unit, formation, or organization: 2 MR Plt (MRP), 2 MR Co (MRC), 3 MR Bn
   (MRB), 62 MR Regt (MRR), 34 MR Div (MRD)(2MRP/2/3/62/34MRD).

6. Date/time, place/grid references, capturing unit and circumstances of capture:
   221330ZNOV99, Hill 457 (NB625305), A/1/2/3, captured after taking Hill 457.

B. CAREER:

1. Premilitary: Gymnasium graduate, attended 1 year at
   University of Moscow.
   Vocational training: None.
   Paramilitary training: None.

2. Military: 5 years military service, attended OCS Oct97; previous military jobs:
   Assistant Platoon Leader.

DOWNGRADING/DECLASSIFICATION DATA:
(NOTE: This report is UNCLASSIFIED.
The word "CLASSIFICATION" is used for training purposes
 to denote lines which may carry classification markings on an
 actual report.)

**(CLASSIFICATION)**

Figure E-3. Sample TIR.

FM 34-52

**(CLASSIFICATION)**

C. ASSESSMENT OF INTELLIGENCE VALUE:

  1. Intelligence, experience, cooperation, reliability: EPW seemed cooperative in that he did not hesitate to answer questions. EPW has 5 years' military experience. EPW appeared reliable in that no discrepancies were noted through the use of control and repeated questions. EPW was of average intelligence as he attended 1 year University of Moscow.

  2. Specialist knowledge: None.

  3. Discussion of approach techniques: EPW cooperated on the orchestration of the Incentive (better treatment) and Pride and Ego Up (too good to do mundane EPW work) approaches.

D. DOCUMENTS CARRIED AT TIME OF CAPTURE:

  1. List of documents: 1xID card No. 0506031 (returned to EPW).

  2. Details of money and valuables: 18xrubles (impounded and receipted).

E. EQUIPMENT OF INTELLIGENCE INTEREST CARRIED AT TIME OF CAPTURE:

  1. Personal equipment: 1xShMK protective mask (returned to EPW).

  2. Weapons: 1x9mm PM pistol, 2xempty magazines, 1xfull magazine (all evacuated through supply channels).

**PART II - INFORMATION OBTAINED**

A. SUMMARY:

  1. DOI is 221330ZNOV99 unless otherwise indicated in the body of this report.

  2. This report contains information pertaining to the 34th MRD, or units subordinate thereto.

B. TEXT:

  1. MISSIONS:

    a. EPW:

      (1) TOC: To establish Plt OP and defensive position for 2MRP/2/3/62/34MRD.

      (2) FUTURE: To assist calling in artillery fire on enemy positions.

      (3) PAST: Participated in assault against Hill 457 (NB625305).

    b. UNIT: (2MRP/2/3/62/34MRD).

      (1) PRESENT: To establish and maintain OP and defensive positions.

      (2) FUTURE: To monitor convoy traffic, use position as jumping off point for future operations.

**(CLASSIFICATION)**

Figure E-3. Sample TIR (continued).

**(CLASSIFICATION)**

    (3) PAST: Assaulted Hill 457 (NB625305).

  c. UNIT: (2MRC/3/62/34MRD).

    (1) PRESENT: To continue offensive operation east on highway.

    (2) FUTURE: To link up with the 3MRB in ALSFELD (NB1922) NLT 27NOV99.

    (3) PAST: Crossed international border 18NOV99 to liberate oppressed populace.

2. <u>COMPOSITION</u>: (62MRR/34MRD).

  a. 62MRR had 2xMRB, dsg 1 and 3. 1xArty Btry, dsg unk. 2xEngr Bn, dsg unk.

  b. 2MRB/62MRR had 3xMRC dsg 1, 2, and 3.

  c. 2MRC/3/62MRR had 1xHq Section and 3xMRP dsg 1, 2, 3.

  d. Ea MRP/2/3/62MRR had 3xMRS, dsg 1, 2, 3.

3. <u>STRENGTH</u>: (2MRC).

  a. Personnel: (2MRC).

    (1) 2MRC had 93xpersonnel(6xOff/87xEM).

    (2) Hq Sec/2MRC had 6xpersonnel (3xOff - CO, PO, TO/3xEM 1SG, BMP driver/mechanic, BMP commander/gunner).

    (3) Ea MRP/2MRC had 29xpersonnel(1xOff - Plt Ldr/28xEM - 1xPlt SGT and 27xPlt mbrs).

    (4) Ea MRS/ea MRP/2MRC had 9xEM (1xSqd Ldr, 8xSqd mbrs).

  b. WEAPONS AND EQUIPMENT: (2MRP/2MRC).

    (1) Individual Weapons: (2MRP).

      (a) 7x9mm pistol (1xPlt Ldr, 1xea RPG-16 gunner, 1xea BMP driver/mechanic).

      (b) 16x5.45mm AK-74 rifles (1xea remaining EM except RPK-74 gunners).

      (c) 1x7.62mm SVD sniper rifle carried by sniper, 2MRP.

    (2) Crew-served Weapons: (2MRP).

      (a) 6x5.45mm RPK-74 LMG (2xea MRS/2MRP).

      (b) 3x58mm RPG-16 ATGL (1xea MRS/2MRP).

    (3) Other Weapons: (2MRP) Ea mbr/2MRP carried unk no RGD-5 and F-1 hand grenades.

    (4) Armored Vehicles: (2MRP) (3xBMP, ea armed with 1x73mmsmoothbore gun, 1x7.62mm coaxial MG, and 1xAT-3 SAGGER ATGM, 1xea MRS/2MRP).

    (5) Other Vehicles: Unk.

**(CLASSIFICATION)**

Figure E-3. Sample TIR (continued).

FM 34-52

**(CLASSIFICATION)**

(6) Communication Equipment: (2MRP).

    (a) 3xR-123 transceivers, 1xea BMP/2MRP.

    (b) 1xR-126 transceivers, 1xPlt Hq/2MRP.

(7) NBC Equipment: (2MRP).

    (a) Individual:

        (1) 29xShM protective masks (1xea mbr/2MRP).

        (2) 29xU/I protective clothing sets (1xea mbr/2MRP).

        (3) 29xU/I individual decon kits (1xea mbr/2MRP).

    (b) Vehicular: (2MRP) 3xU/I air filtration systems (1xea BMP/2MRP).

(8) Specialized equipment: None.

4. <u>DISPOSITIONS</u>:

    (a) CP, 3MRB/62/34MRD loc vic NB673344 in abandoned 2xstory building in HEIMBOLDSHAUSEN (NB6734) (H/S, CO, 2MRC/3MRB, DOI: 211200ZNOV99).

    (b) CP, 2MRC/3/62/34MRD loc vic NB639310 in building at road intersection in RANSBACH (NB6331) (DOI: 211130ZNOV99).

    (c) CP, 1MRP/2/3/62/34MRD loc vic NB626291, in building N of road junction WEHRSHAUSEN (NB6229) (DOI: 210800ZNOV99).

    (d) CP, 3MRP/2/3/62/34MRD loc vic NB608324 in one-story, white building in HILMES (NB6032) (DOI: 210800ZNOV99).

    (e) CP, artillery battery, FUD UNK, loc vic NB626334. (H/S, CO, 2MRC/3/62/34MRD DOI: 220400ZNOV99).

    (f) CP, 2MRP/2/3/62/34MRD, Hill 457, loc vic NB625305. (DOI: 221330ZNOV99).

5. <u>TACTICS</u>: (2MRC/3/62/34MRD) To continue rapid advance toward ALSFELD (NB1922) where various U/I units will consolidate and then advance SW.

6. <u>TRAINING</u>: (2MRC/3/62/34MRD) Practiced small unit and company-size attack formation along with ground control of attack formations.

7. <u>COMBAT EFFECTIVENESS</u>: (2MRC/3/62/34MRD).

    a. Losses: (2MRC).

        (1) Personnel: 10xKIA in 2MRS/1/2/MRC due to artillery barrage on 20NOV99.

        (2) Equipment: 1xBMP in 2MRS/1/2/MRC due to artillery barrage on 20NOV99.

    b. Replacements: (2MRC).

**(CLASSIFICATION)**

Figure E-3. Sample TIR (continued).

FM 34-52

**(CLASSIFICATION)**

(1) Personnel: 5xEM received by 2MRS/1/2MRC to replace losses.

(2) Equipment: 1xBMP received by 2MRS/1/2MRC within 8 hours of loss.

c. Reinforcements: Unk to EPW.

d. Combat experience: Unk to EPW.

e. Morale: (2MRP/2MRC) Morale was good due to offensive going as planned and faith in leaders. PO, 3MRB/62/34MRC gives good political indoctrination.

f. Electronic technical data: Unk to EPW.

8. LOGISTICS: (2MRP/2/3/62/34MRD).

(a) Weapons and Ammunition: (2MRP).

   (1) Weapons: (2MRP) All weapons were in excellent condition due to inspection in early Nov99. Spare parts for all weapons were stored in BMPs. No shortages of weapons or spare parts.

   (2) Ammunition: (2MRP) All ammunition were in excellent condition as it was issued new and also was inspected in early Nov99. No shortages.

(b) Vehicles and POL: (2MRP).

   (1) Vehicles: (2MRP) All BMPs were in good conditions due to regular maintenance. Ea BMP/2MRP carried its own spare parts and tool kit. No shortages of vehicle spare parts.

   (2) POL: (2MRP) POL was resupplied ea evening by a U/I tanker truck at approximately 1800. No shortages.

(c) Food/Water: (2MRP).

   (1) Food: (2MRP) All personnel eating field rations since offensive began. Each member eats 2xcanned rations each day. Resupply every 3xdays. Last resupply on 20NOV99. No shortages.

   (2) Water: (2MRP) Water was obtained from local sources. Each member/2MRP has purification tablets to be used as necessary. No shortages.

(d) Communication Equipment: (2MRP) All transceivers are in good working order as they were inspected in early Nov99. Spare parts are stored in BMPs.

(e) Medical: (2MRP) Each member had 1xfirst-aid kit.

(f) NBC Equipment: (2MRP) All NBC gear was in excellent condition as it was inspected in late Oct99.

9. MISCELLANEOUS: (3MRB).

a. Personalities: (3MRB/62/34MRD).

**(CLASSIFICATION)**

**Figure E-3. Sample TIR (continued).**

FM 34-52

(CLASSIFICATION)

| Last Name | First Name | MN/I | Rank | Psn | FUD |
|-----------|-----------|------|------|-----|-----|
| GARNOV | W. | MNU | MAJ | PO | 3MRB |
| PANKRATOV | A. | MNU | CPT | CO | 2MRC/3MRB |
| ZAGORSKIY | H. | MNU | SrSGT | 1SG | 2MRC/3MRB |
| MEL'NIKOV | C. | MNU | SrLT | Plt Ldr | 1MRP/2/3MRB |
| KOVALEV | I. | MNU | SGT | Plt Ldr | 2MRP/2/3MRB |
| KHOLODNOV | M. | MNU | JrLT | Plt Ldr | 3MRP/2/3MRB |

   b. Code names/numbers:  Unk to EPW.

   c. Radio frequencies:  (2MRC/3MRB) Frequencies for the R-123 transceiver on
      22NOV99 were:  Primary - 14.70MHz.  Alternate - 18.36MHz.  Frequencies changed
      daily at 2400 per unit SOI.  Effective date:  22NOV99.

   d. Call Signs:  (2MRC/3MRB) Call signs for 22NOV99 were  CO, 2MRC TASC 20;
      1MRP/2MRC - PZQN 11; 2MRP/2MRC - PZQN 12; 2MRP/2MRC - PZQN 13.  Call
      signs  changed daily at 2400 per unit SOI.  Effective date:  22NOV99.

   e. Passwords:  (2MRC/3MRB) Challenge for 22NOV99 was NOS; Countersign was
      UTROM.  Passwords changed daily at 2400 per unit SOP.

   f. Obstacles:  Unk to EPW.

   g. PSYOP:  Unk to EPW.

## PART III - REMARKS

Recommend EPW for further interrogation on annual training competition at battalion
and regimental levels.

(CLASSIFICATION)

**Figure E-3.  Sample TIR (continued).**

FM 34-52

Attach to PW

**Part A**

Serial No. of Tag: _026AR17_

Nationality of Capture Unit:
_US_

Capturing Unit: _US-A/1/2/3_

DTG of Capture: _110645Z Aug 99_

Location of Capture: _CA123456_

PW Name: _FLORES, JUAN_
       (Last Name, First, MI)
PW Rank: _PVT_

PW DOB: _15 MAY 79_

PW Service Number: _6543210_

Power Served by PW: _REPUBLIC OF ARMANDA_
Part B attached to Equipment
or Documents: (YES) / NO
Comments or remarks on reverse

REMARKS:
Include any information that
may assist in the intel-
ligence effort; eg, special
circumstances of capture.
Associated PW captured at
same time/location. PW
Power Served, etc.

---- Perforation ------------

**Part B**

Serial Number of Tag: _026AR17_

Nationality of Capture Unit:
_US_

PW Name: _FLORES, JUAN_
       (Last Name, First, MI)
PW Rank: _PVT_
Power Served by PW: _REPUBLIC OF ARMANDA_

DTG of Capture: _110645Z Aug 99_

Location of Capture: _CA123456_

Attach to PW equipment
documents. Ensure all
documents/equipment are
secure in one package.
Mark with X in box below
if of particular intell-
igence importance.

**Figure E-4. Standardized EPW and personal equipment and document captive tag (STANAG 2044).**

FM 34-52

---

(CLASSIFICATION)

FM    G2, 12 INF DIV

TO    G2, XII CORPS

INFO  G2, X CORPS

CLASSIFICATION/CAVEATS

- SERIAL: (U).

- PASS: (U) OPTIONAL.

- COUNTRY: (U).

- SUBJ: IIR COMBAT/ LOSSES (U)

WARNING: (U) THIS IS AN INFORMATION REPORT, NOT FINALLY
EVALUATED INTELLIGENCE. REPORT CLASSIFIED
(CLASSIFICATION/CAVEATS, WITH CAVEATS ABBREVIATED).

- DOI: (U).

- REQS: (U).

- SOURCE: (U).

- SUMMARY: (U).

- TEXT: (U).

- COMMENTS: (U).
//IPSP: (U) BT //.
//COMSOBJ: (U) BT //.
PROJ: (U).
COLL: (U) (OPTIONAL).
PREP: (U).
ENCL: (U) TO FOLLOW: 1 ENCLOSURES. (OPTIONAL). WARNING:
(U) REPORT CLASSIFIED (CLASSIFICATION/CAVEATS WITH CAVEATS
SPELLED OUT).

- DECL: OADR ##

NOTE: LEFT MARGIN DASHES ENSURE PROPER SPACING BETWEEN
      PROSIGNS.

(UNCLASSIFIED)

---

Figure E-5. Format for intelligence information report (IIR).

*1. NAME OF COUNTRY

2. DATE OF INFORMATION (for example, YYMMDD or YYMMDD-YYMMDD)

3. DATE OF REPORT (for example, YYMMDD)

*4.A. FULL NAME (Must be listed in Roman letters in the order normally used by the individual, with surname in capital letters; accent on last name, if known; phonetic pronunciation, as appropriate.)

4.B. NAME(S) BY WHICH INDIVIDUAL PREFERS TO BE ADDRESSED

  (1) IN OFFICIAL CORRESPONDENCE

  (2) ORALLY AT OFFICIAL GATHERINGS

4.C. FULL NAME IN NATIVE ALPHABET (Include standard telegraphic code or other transcription code.)

4.D. VARIANTS, ALIASES, OR NICKNAMES

*5. RANK (List complete official rank)

5.A. ENGLISH LANGUAGE (List American equivalent.)

5.B. NATIVE

6. DATE OF RANK (for example, YYMMDD)

7. POSITION/BILLET

*7.A. PRESENT POSITION (List what the person is and where.)

7.B. MILITARY ADDRESS

7.C. DATE ASSUMED POSITION (for example, YYMMDD)

7.D. SCHEDULED DATE OF DEPARTURE (for example, YYMMDD)

7.E. NAME OF PREDECESSOR

  (1) PREDECESSOR'S RANK

  (2) PREDECESSOR'S BRANCH OF ARMED SERVICE

  (3) DATE PREDECESSOR ASSIGNED (for example, YYMMDD)

  (4) DURATION OF PREDECESSOR'S ASSIGNMENT (List from and to date in YYMMDD order.)

*8. BRANCH OF ARMED SERVICE (for example, Army, Navy, Air Force, Special Branch)

9. SPECIALITY/OTHER ORGANIZATIONS (List affiliation with Ministry of Defense, a space program, or other specialized agencies or programs.)

10. DATE OF BIRTH (for example, YYMMDD)

11. PLACE OF BIRTH (List town, state, province, country.)

Figure E-6. Format for biographic report.

**FM 34-52**

12. SEX

13. HOME ADDRESS

14. TELEPHONE NUMBER (Include area code, if applicable.)

14.A. HOME

14.B. WORK

15. MARITAL STATUS (List married, single, divorced, widowed, or separated.)

16. CITIZENSHIP (List country or countries where citizenship is held.)

17. ETHNIC GROUP (for example, Caucasian)

18. NATIONALITY

19. RELIGIOUS AFFILIATION

19.A. NAME (for example, Roman Catholic)

19.B. PRACTICING OR NON-PRACTICING

20. TITLES, HONORIFICS

21. HIGH ORDER DECORATIONS (List native, US, other country awards, by what government awarded, and when.)

22. PHYSICAL DESCRIPTION

22.A. FACIAL HAIR (List beard, mustache, other.)

22.B. TEETH (Yes or No. Note whether teeth are natural.)

22.C. HARD OF HEARING (Yes or No)

22.D. GLASSES (Yes or No)

22.E. COLOR OF EYES

22.F. BALD (Yes or No)

22.G. COLOR OF HAIR

22.H. WRITING HAND

22.I. POSTURE (List whether erect or round-shouldered.)

22.J. HEIGHT (List in inches.)

22.K. WEIGHT (List in pounds.)

22.L. BUILD (List small, medium, or large.)

23. MEMBERSHIP IN ORGANIZATIONS (List professional, social, military, and other organizations and inclusive date in YYMMDD order.)

24. PREFERENCES (List preferences for food, drink, tobacco, entertainment, sports, and hobbies.)

25. PUBLISHED WORKS--BY OR ABOUT INDIVIDUAL (List title and publication date of article or book. If an article, list name of publication in which article appeared.)

Figure E-6. Format for biographic report (continued).

26. CIVIL EDUCATION (List college or highest level schools, locations, major courses, degrees, honors, and inclusive dates in YYMMDD order.)

27. LANGUAGES (List proficiency, dialects, degree of fluency, and ability to act as a translator or interpreter.)

28. INTERNATIONAL TRAINING/TRAVEL (List countries, purpose, and inclusive dates in YYMMDD order.)

29. PHOTOGRAPH SUBMITTED (Yes or No)

30. DATE OF PHOTOGRAPH, IF SUBMITTED (for example, YYMMDD)

31. MILITARY SERVICE (Chronologically, list inclusive dates in YYMMDD order and locations. List all military schools, in-country and foreign; promotions and demotions by listing rank to which moved and effective date in YYMMDD order; foreign service; units served and position held; retired or reserve status; and involvement with programs, activities, and key people.)

32. FULL NAME OF SPOUSE

32.A. MAIDEN NAME (for example, ESCOBAL)

32.B. DATE OF BIRTH (for example, YYMMDD)

32.C. PLACE OF BIRTH (List town, state, province, and country.)

32.D. CITIZENSHIP (List country or countries in which citizenship held.)

32.E. ETHNIC GROUP

32.F. NATIONALITY

32.G. RELIGIOUS AFFILIATION

  (1) NAME (for example, Roman Catholic)

  (2) PRACTICING OR NON-PRACTICING

32.H. BACKGROUND (List education; languages; preferences in food, drink, hobbies, and entertainment; special interests; and professional societies and groups.)

33. NAMES OF CHILDREN (Include sex, date of birth in YYMMDD order, marital status, and any other items of interest such as schools, health, or military service.)

34. SIGNIFICANCE:

The following paragraphs are classified, except number 40.

35. POLITICS

36. MILITARY REPUTATION

37. CHARACTER

38. ACQUAINTANCES/RELATIONS INFLUENCE

39. PERSONAL CHARACTERISTICS

40. POLICE RECORD (Not a classified paragraph.)

41. EVALUATION

42. ADDITIONAL INFORMATION ON SPOUSE

Figure E-6. Format for biographic report (continued).

FM 34-52

PRECEDENCE/DTG

FM

TO

INFO

BT OR ZEN

CLASSIFICATION/CAVEATS/CODEWORDS

CITE:

SERIAL:

SUBJ:  KNOWLEDGEABILITY BRIEF (Classification)

REF:

SUMMARY:  (Classification) (Source description limited to 414 characters, 6 message lines)

TEXT:

1.  (Classification) PERSONAL DATA:

1A.  NAME:

1B.  SRCNO:  (14-characters)

1C.  SRCNO1:  (14-characters)

1D.  SRCNO2:  (14-characters)

1E.  SRCNO3:  (14-characters)

1F.  CITIZEN:  (2-characters)

1G.  BIRTCITY:  (30-characters including blanks)

1H.  BIRTCRTY:  (2-characters)

1I.  BIRTDT:  (YYMMDD -- 6-characters)

1J.  PCO:  (2-characters)

1K.  LEFTDT:  (YYMMDD -- 6-characters)

1L.  INITCTDT:  (YYMMDD -- 6-characters)

1M.  LASTCTDT:  (YYMMDD -- 6-characters)

1N.  LASTCTRY:  (YYMMDD -- 6-characters)

1O.  LANGCOMP:  (3-characters; 3 occurrence limit.)

2.  (Classification) EDUCATION:

2A.  C or M (1 character; YY-YY; educational institution in 76-characters including blanks; geographic coordinates in 15-characters without blanks; city name in 30-characters including blanks; country code in 2-characters; degree/certificate/diploma and major in 32-characters including blanks.

Figure E-7.  Format for a knowledgeability brief.

2B-2E.  (Include these subparagraphs as needed using format above.)

3.  (Classification) EMPLOYMENT:

3A.  YY-YY:  (Employment installation in 76-characters  including blanks; geographic coordinates in 15-characters without blanks; city name in 30-characters including blanks; country code in 2-characters; employment position and duties in 30-characters including blanks; security clearance in 1 character.)

3B-3G.  (Include these subparagraphs as needed using format above.)

4.  (Classification) MIL SERVICE:

4A.  YY-YY:  (Military installation in 76-characters including blanks; geographic coordinates in 15-characters without blanks; service component in 2-characters; rank in 2-characters; unit in 30-characters including blanks; city name in 30-characters including blanks; country code in 2-characters; military specialty and duties in 30-characters including blanks; security clearance in 1 character.)

4B-4T.  (Include these subparagraphs as needed using format above.)

5.  (Classification) SPECIFIC KNOWLEDGEABILITY:  Free/text variable length (maximum 6,900-characters or 100 message lines) to address full source knowledgeability. The last two elements or paragraph, list applicable military equipment and IPSP codes, as follows:

//MILEQUIP:  Two 8-CHARACTER CODE; CODE; CODE; CODE; CODE; CODE// (6-CODE LIMIT).

//IPSP:  Six 7-CHARACTER CODE; CODE; CODE; CODE; CODE; CODE; CODE// CODE// (8-CODE LIMIT).

6.  (Classification) COLLECTOR'S COMMENTS:  Free text/variable length (maximum 1,380-characters or 20 message lines) to address collection capability.

7.  (Classification) GUIDE:  Free text/variable length (maximum 1,380-characters or 20 message lines) to address desired method of intelligence tasking.


DECL:  OADR

Figure E-7.  Format for a knowledgeability brief (continued).