FM 34-52

```
┌─────────────────────────────────────────────────────────┐
│                     (CLASSIFICATION)                      │
│                                                           │
│  SOURCE NAME YUSSEF MAGRIM AL-MUFAJIR DATE   7 OcT 99     │
│                                                           │
│  SOURCE's RANK AND SERVICE/SERIAL NO.  PVT 1234567        │
│                                                           │
│  SOURCE's DPOB   29 Sep 80, MEDINA                        │
│                                                           │
│  SOURCE's UNIT ISQD/2/3/MRC   INTG SEQUENCE  017          │
│                                                           │
│  DOC/EQUIP CAPTURED W/SOURCE  AK-47, PicTure of FATHER    │
│                                                           │
│  CIVILIAN CAREER  STUDENT                                 │
│                                                           │
│  MILITARY CAREER  RIFLEMAN                                │
│                                                           │
│  SPECIALIST KNOWLEDGE  NONE                               │
│                                                           │
│  DURATION OF INTG 30 MIN    INTG LOCATION AB 123456       │
│                                                           │
│  REPORTS GENERATED  PERS LOSSES                           │
│                                                           │
│  INFO OBTAINED SUMMARY  SOURCE UNIT SUFFERED 60%          │
│  CASUALTIES DURING COALITION ATTACK.                      │
│                                                           │
│                                                           │
│  INTG NAME AND UNIT  SFC SMITH                            │
│                                                           │
│  LANGUAGE USED ARABIC  SOURCE's MP SERIAL No. US-2307.912 │
│                                                           │
│                     (CLASSIFICATION)                      │
│                                                           │
└─────────────────────────────────────────────────────────┘
```

Figure E-8.  Sample summary interrogation report.

## APPENDIX F

# COMMAND LANGUAGE PROGRAM

Foreign language knowledge is a perishable skill. Without constant reinforcement, this knowledge quickly fades. In a combat situation, this knowledge will be most critical. It is incumbent on the commander to establish and maintain an effective CLP.

## STANDARDS

The goal for any language maintenance program is to have all linguists perform critical wartime mission tasks proficiently. Scoring 2/2/2 or better on the listening, reading, and speaking portion of the Defense Language Proficiency Test (DLPT) is the minimum standard for foreign language proficiency. However, there are several reasons why this should not be the sole criteria for judging the effectiveness of a language maintenance program nor an individual's proficiency.

Languages have different degrees of difficulty. The Defense Language Institute, Foreign Language Center (DLIFLC) has divided languages into four categories according to difficulty for an English speaker. The romance languages belong to Category I (easiest), while most of the Asian languages belong to Category IV (hardest). Therefore, a 2 on the DLPT for Korean does not correspond to a 2 for French.

There are several versions of the DLPT for each language. A 2 result on a version I examination is not the same as a 2 result on a version III examination, even in the same language. There are different forms (For example, A, B, or C) within each examination version.

Nevertheless, unless there is a qualified native speaker who can evaluate language proficiency, the DLPT can be used to evaluate language maintenance program effectiveness.

## METHODS

The best method of learning and maintaining a foreign language is total immersion. Opportunities for total immersion include in-country temporary duty and teaching institutions. Unfortunately, in-country experience is not readily available for all languages, and immersion courses can be cost prohibitive.

A substitute for immersion training is one-on-one instruction or conversation with a native speaker. This can be part of the formal instruction at DLIFLC, Presidio of Monterey, CA; at the Foreign Language Training Center, Europe (FLTCE), Garmisch, Germany; and university refresher training courses or a DA-sponsored institute. It can also be done through hiring native speakers at unit locations.

The most prevalent, but probably least effective, method is through self-study materials, such as US Army Forces Command Language Maintenance Refresher and Improvement Course (FLAMRIC) and foreign language tapes. Most of these materials are available from DLIFLC or local language learning centers.

There is satellite communications for learning which transmits in-language news broadcasts from countries around the world.

An effective CLP begins with the commander. He must have a clear and accurate picture of his language mission requirements and be accountable for the CLP.

A command language council is formed to assist the commander. Council recommendations should become policy following command endorsement. This council—

- Consists of unit members who have a CLP interest.
- Consists of members who are appointed on orders.
- Should meet at least quarterly and follow an agenda.
- Should prepare and disseminate meeting minutes to unit linguists.

The CLP manager (CLPM) chairs the CLP council. Units commanded by a colonel should have a full-time CLPM. In lieu of rank and duty position, the CLPM should be appointed based on academic credentials or

FM 34-52

experience. The CLPM's tenure should be at least one year or longer.

The CLPM should maintain an individual linguist data base, with the following information:

- Duty assignment.
- Primary military occupational specialty (MOS).
- On-going language training.
- Post-DLIFLC language training.
- Expiration term of service (ETS) date.
- Permanent change of station (PCS) and date eligible for return from overseas (DEROS) date (if applicable).
- Foreign language proficiency pay (FLPP) status.
- DLPT dates and scores, to include which version.
- Required DLPT test.
- Individual training plan.
- Year-to-year test results.
- Current DA Form 330 (Language Proficiency Questionnaire).

The command should have a detailed SOP covering all CLP aspects. It should be specific in task assignments and self-explanatory. It is updated regularly and becomes an integral part of the unit or command SOP.

Unit language training time, governed by AR 611-6, is designated at regular intervals on the training schedule, and should take priority over competing and unscheduled training. Each linguist should have the opportunity to attend a specified amount of language training with established objectives and goals.

Units should have a refresher language training program. Self-study materials should be available, and off-duty use encouraged.

The CLPM should be aware of adult language education courses in the community. Both duty-hour and off-duty hour attendance are encouraged.

Opportunities for operational readiness training (REDTRAIN) should be used in support of the CLP. These opportunities include, but are not limited to, forward area training, live environment training, and summer language programs.

Monetary support for language maintenance programs comes mainly from REDTRAIN funds. These funds are normally located at major Army commands and are available to subordinate units. However, this should not preclude use of a unit's regular funds to support language sustainment when available.

Funding to support CLPs must be identified and documented regularly. These requirements must be addressed in annual budget planning. The CLP should also be represented in long-range budget planning. CLP requirements should be separate from other training budgets.

A good incentive is the FLPP for qualified linguists, depending on how they score on their DLPT. Only qualified linguists are eligible to receive FLPP.

A state-of-the-art language training vehicle is the teletraining network, or commonly referred to as video teletraining (VTT).

The VTT system was used by DLIFLC to teach Arabic to troops being deployed to Southwest Asia. DLIFLC broadcasts Arab language instruction to Fort Hood and Fort Huachuca. Other critical instruction was passed through the system.

The VTT is versatile and has many applications. Video and audio can be transmitted from one site to any number of receiving sites. In a two-way interactive mode, two sites can hold a bidirectional video and audio conference. In the multipoint mode, up to eight locations can hold a conference. The host site transmits the video and audio, while other locations receive the host's audio and video, plus all audio from the remaining sites. Any site can request, during the conference, to become the host site.

DLIFLC is committed to the VTT concept. It is ready to assist units having VTT capability with their remedial foreign language sustainment and enhancement programs.

For information concerning VTT language training, contact DLIFLC's Distance Education Division at DSN 878-5746/5747; Commercial (408) 647-5746/5747; or FAX at DSN 878-5512 or Commercial (408) 647-5512.

VTT is a proven cost effective and viable language training tool; for example, training soldiers in their units with qualified native speakers, which dramatically reduces travel and per diem costs.

## APPENDIX G

# INDIVIDUAL AND COLLECTIVE TRAINING

"In no other profession are the penalties for employing untrained personnel so appalling or so irrevocable as in the military."—General Douglas MacArthur.

Interrogator employment during OPERATION DESERT STORM demonstrated that units whose mission training plans (MTPs) were battle focused and based on the principles of training outlined in FM 25-100 and FM 25-101, accomplished the EPW and DOCEX mission more efficiently and timely.

The commander bears the ultimate responsibility for training his soldiers to fight and win. This appendix is designed to make the interrogation unit commander aware of aspects to consider when developing unit training programs.

There are no commissioned interrogation officers. The commissioned interrogation specialty was eliminated in 1970. The Interrogation Warrant Officer (351E), and the Senior Enlisted Interrogator (97E4L) advise the commander on the training and employment of interrogators. They provide the technical expertise required to develop the unit mission-essential task list (METL) and training plans and exercises to support that METL.

## MISSION-ESSENTIAL TASK LIST

To train interrogators in the areas critical to the unit's mission accomplishment, the commander (CI/Interrogation Company or I&S Company) develops a complete and accurate METL. During the METL development process, the commander—

- Analyzes the MI battalion commander's restated wartime mission and approved METL; identifies specified and implied tasks.

- Uses situation training exercises (STXs) and field training exercises (FTXs) in ARTEP 34-298-10-MTP to determine collective tasks in support of critical wartime missions.

- Sequences collective tasks as he expects them to occur during the execution of the company's wartime mission.

- Obtains battalion commander's approval of the company METL.

- Briefs company leadership (officers and NCOs); uses soldiers training publications, soldiers manuals, and MTPs to identify leader and soldier tasks to support the collective critical tasks which comprise the METL.

When developing the METL, the commander keeps in mind, regardless of echelon, that interrogators have a mission to perform at the next lower echelon as GS or DS. For this reason, they must train and practice performing their mission at the assigned and lower echelon, and deploy with both echelons.

In addition to understanding the METL of your unit, you must be familiar with the METL of supported staffs and units. Other unit METLs to consider are--

- Supported S2s and the maneuver brigade and battalion staffs to which they belong. Train with these staffs during FTXs and command post exercises (CPXs) to facilitate team cohesiveness for combat. The S2 should know and train with his interrogation support team to prepare for wartime operations.

- Train and deploy with CI personnel. Interrogation and CI personnel should cross-train on each others respective wartime critical tasks.

- Train with combat arms units. Interrogators should train and emphasize the importance of tagging and evacuating EPWs and CEDs. Stress that EPWs and CEDs provide information that saves lives.

FM 34-52

## JOINT MILITARY INTELLIGENCE AND MILITARY POLICE TRAINING

OPERATIONS URGENT FURY, JUST CAUSE, and DESERT STORM demonstrated the need for interrogators and MP to conduct integrated training with regard to EPW and civilian internee operations.

For effective, meaningful training to occur, commanders must plan, develop, and coordinate many tasks. Interrogators must be familiar with the METL of the MP unit assigned to your echelon with regard to EPW operations. Without integrating the two METLs, you cannot develop scenarios that allow soldiers to train in a battle-focused environment. The two units must learn to work together and understand the requirements and functions each unit will have to perform in wartime. Members of the band are trained and may be employed as augmentees to the holding area perimeter security force.

## EXERCISE REQUIREMENTS

In addition to normal personnel and equipment required of any unit exercise, the following must be planned for and considered.

### SCENARIO

The most time consuming and complicated portion of an interrogation exercise is scenario development. Included in the scenario must be reasonable actions of enemy and friendly forces.

Stories must be developed for EPWs and civilian internees; for example, as in the technical support packages and interrogator comprehensive evaluation. These stories should be entered into an automated HUMINT data base, and should interact with each other at least minimally. For example:

- Units should cross match.
- Missions should fit together.
- Some degree of personality (names of leaders and soldiers) should be shared by personnel.

It is not necessary that all EPWs and civilian internees have stories that include information of intelligence value nor that stories be complete in all aspects. There should be enough material in the stories to provide a realistic "skeleton" on which role players can build.

If possible, interrogators should develop or assist with story development. The stories should tie into real world exercise play and provide indicators of enemy COAs to the G2. Tying EPW and CI stories to exercise play facilitates incorporating EPW play into G2 exercise planning and execution. This will help identify and fix many shortcomings in the stories.

### PERSONNEL

Additional personnel must be employed to make an interrogation exercise successful. Personnel will be needed to serve as EPWs, civilian internees, medical personnel, interpreters, CI teams, and EPW civilian internee guards for lower echelon units. The numbers of personnel needed can be varied and personnel may be reinserted any number of times, in any number of roles.

The minimum number of personnel serving as EPWs and civilian internees at any one time should not be allowed to go below 10 to 15. Personnel should be able to speak a foreign language; preferably, languages of assigned interrogators. This allows for optimum training and practice in performing the actual job of an interrogator.

Possible sources for linquistically capable EPW and civilian internee role players include—

- Other interrogation units.
- EW and CI personnel.
- PYSOP personnel.
- MP personnel.
- CA personnel.

Linquistically capable personnel may also be in other MOSs and units not normally associated with foreign language capabilities.

Another source of linquistic support is the US Army Reserve (USAR) and the Army National Guard (ARNG) units for AC units and vice versa. A few personnel with languages not indigenous to the unit should be included so interpreters can be trained when used.

If possible, at least one insertion of mass numbers of EPWs and civilian internees should occur. The number of personnel should be at least double the number of available interrogators. One way of simulating this is to—

- Insert a large quantity of individuals.

- Allow a short time for MP and interrogator personnel to work with this.

- Remove a portion of the personnel.

- Immediately reinsert them as new EPWs and civilian internees. The knowledgeability and cooperativeness of the sources should be mixed; for example, some may be of CI interest, some may have no information, and a few may refuse to break.

## DOCUMENTS

Documents present another time consuming and difficult consideration for interrogation operation exercises. Documents should be in foreign languages; numerous documents should be relevant to scenario documents which are developed to interact with the EPWs and civilian internees and as stand-alone intelligence sources.

The number of documents used during an exercise should be excessive; large quantities of documents should be input into the scenario at the same time EPWs are being inputted. This allows simulation of EPWs and civilian internees, and documents arriving on the same sources of transportation.

## MULTIPLE EXERCISE LOCATIONS

In order to exercise evacuation of EPWs and civilian internees, support to lower echelons' multiple exercise locations is necessary. These locations do not need to be drastically separated, but should not be within sight of each other.

For example, location to simulate a medical aid station should also be included along with personnel to simulate medical personnel. This allows personnel to practice interrogating EPWs and civilian internees in the medical evacuation system. Having multiple locations serves several purposes.

- Both interrogation and MP units have functions that must be performed at a lower echelon.

- Interrogators must be able to support the lower echelons with interrogations. This means teams must be able to deploy and act without normal unit leadership.

- Coordination must be affected with the supported lower echelon unit.

- Reports must be transmitted to the supported unit and accompany EPWs being evacuated.

- MP must receipt and receive EPW and civilian internees from lower echelons and guard them during the evacuation process from lower echelon to assigned echelon.

There is also a need to practice having multiple EPW and civilian internee facilities at the assigned echelon. When these are established, MP and interrogation assets must be divided in order to operate the additional facilities.

An additional aspect of using additional locations is training of interrogation and MP units to function with reduced staffing necessitated by performing multiple missions simultaneously.

## OTHER SUPPORT

For corps interrogation platoon exercises, a food services section of the HHS company should be deployed in support of the exercise. This allows the food service section to practice operating two separate mess facilities required by doctrine.

# GLOSSARY

| | |
|---|---|
| AC | Active Component |
| ACE | analysis and control element |
| ACR | armored cavalry regiment |
| ADA | air defense artillery |
| AI | area of interest |
| AIRDOC | Air Force document |
| AO | area of operations |
| armd | armored |
| ARNG | Army National Guard |
| ARTEP | Army Training Evaluation Program |
| ASAS | All-Source Analysis System |
| ASPS | all-source production section |
| ATGM | antitank guided missile |
| | |
| BICC | battlefield information control center |
| BIRTCRTY | birth country |
| BIRTCITY | birth city |
| BIRTDT | birth date |
| bn | battalion |
| BSA | brigade support area |
| BT | message break indicator |
| | |
| CA | Civil Affairs |
| CAP | civic action program |
| $C^3$ | command, control, and communications |
| $C^3I$ | command, control, communications, and intelligence |
| C-E | communications-electronics |
| C&E | collection and exploitation |
| CEE | captured enemy equipment |
| CCIF | combined corps interrogation facility |
| CED | captured enemy document |
| CEM | captured enemy materiel |
| CHA | central holding area |
| CI | counterintelligence |
| CID | Criminal Investigation Division |
| CIF | Corps Interrogation Facility |
| CLP | Command Language Program |
| CLPM | Command Language Program Manager |

| | |
|---|---|
| CM&D | collection management and dissemination |
| CMEC | Captured Materiel Exploitation Center |
| CMO | civil-military operations |
| co | company |
| COA | course of action |
| coll | collection |
| CONUS | continental United States |
| CP | command post |
| CPR | common point of reference |
| CPT | captain |
| CPX | command post exercise |
| CS | combat support |
| CSS | combat service support |
| | |
| DA | Department of the Army |
| DCPR | destination common point of reference |
| DECL | declassify |
| DEROS | date eligible for return from overseas |
| DIA | Defense Intelligence Agency |
| DISCOM | division support command |
| DISUM | daily intelligence summary |
| div | division |
| DLEA | drug and law enforcement agency |
| DLPT | Defense Language Proficiency Test |
| DLIFLC | Defense Language Institute Foreign Language Center |
| doc | document |
| DOCEX | document exploitation |
| DOD | Department of Defense |
| DOI | date of information |
| DOS | disk operating system |
| DPOB | date and place of birth |
| DPRK | Democratic People's Republic of Korea |
| DS | direct support |
| DSA | division support area |
| dsg | designation |
| DSN | digital support network |
| DST | decision support template |
| DTG | date-time group |

FM 34-52

| | | | |
|---|---|---|---|
| ea | each | hq | headquarters |
| EAC | echelons above corps | HHC | headquarters and headquarters company |
| ECB | echelon corps and below | | |
| ECM | electronic countermeasures | HHS | headquarters, headquarters and service |
| EM | enlisted member | | |
| encl | enclosure | HIC | high-intensity conflict |
| engr | engineer | HPT | high-payoff target |
| EPW | enemy prisoner of war | H/S | hearsay |
| equip | equipment | HUMINT | human intelligence |
| ETS | expiration term of service | HVT | high-value target |
| EW | electronic warfare | hwy | highway |
| | | | |
| FAX | facsimile | ICF | Intelligence Contingency Fund |
| Feb | February | ICPR | initial common point of reference |
| FEBA | forward edge of the battle area | I&E | interrogation and exploitation |
| FIS | foreign intelligence and security | IEW | intelligence and electronic warfare |
| FLAMRIC | US Army Forces Command Language Maintenance Refresher and Improvement Course | IHA | initial holding area |
| | | IIR | intelligence information report |
| | | IMINT | imagery intelligence |
| FLPP | foreign language proficiency pay | info | information |
| FLTCE | Foreign Language Training Center, Europe | intg | interrogation |
| | | INTSUM | intelligence summary |
| FM | field manual | INTREP | intelligence report |
| FS | fire support | IO | information objectives |
| FTX | field training exercise | IPB | intelligence preparation of the battlefield |
| | | IPW | prisoner of war interrogation |
| G1 | Assistant Chief of Staff (Personnel) | IR | intelligence requirements |
| G5 | Assistant Chief of Staff (Civil Affairs) | I&S | intelligence and surveillance |
| GAZ | Soviet truck | I&W | indications and warning |
| GC | Geneva Convention Relative to the Protection of Civilian Persons in Time of War of August 12, 1949 | | |
| | | J5 | Plans and Policy Directorate |
| GPW | Geneva Convention Relative to the Treatment of Prisoners of War of August 12, 1949 | JCMEC | Joint Captured Materiel Exploitation Center |
| | | JIF | Joint Interrogation Facility |
| GS | general support | JTF | joint task force |
| GSR | ground surveillance radar | jr | junior |
| GWS | Geneva Convention for the Amelioration of the Wounded and Sick in Armed Forces in the Field of August 12, 1949 | JUMP | job, unit, mission, and PIR, IR, and SIR |
| | | k | thousand |

FM 34-52

| | | | | |
|---|---|---|---|---|
| KB | knowledgeability briefs | | NCOIC | noncommissioned officer in charge |
| | | | NEO | noncombatant evacuation operations |
| | | | no | number |
| LANGCOMP | language competency | | NSA | National Security Agency |
| ldr | leader | | | |
| LIC | low-intensity conflict | | OADR | Originating Agency's Determination Required |
| LLSO | low-level source operations | | | |
| loc | location | | OB | order of battle |
| LN | local national | | OBSTINTEL | obstacle intelligence |
| LRS | long-range surveillance | | OCONUS | outside continental United States |
| LZ | landing zone | | OCS | officer candidate school |
| | | | off | officer |
| MASINT | measurement and signature intelligence | | OP | observation post |
| mbr | member | | OPCON | operational control |
| MDCI | multidiscipline counterintelligence | | OPLAN | operations plan |
| MED | minimum essential data | | OPORD | operations order |
| METL | mission essential task list | | OPSEC | operations security |
| METT-T | mission, enemy, troops, terrain, and time available | | | |
| MHz | megahertz | | PC | personal computer |
| MI | military intelligence | | PCS | permanent change of station |
| MIC | mid-intensity conflict | | PERINTREP | periodic intelligence report |
| MID | military intelligence detachment | | pers | personnel |
| mil | military | | PHA | permanent holding area |
| misc | miscellaneous | | PIR | priority intelligence requirements |
| MN/I | middle name or initial | | plt | platoon |
| MOS | military occupational specialty | | PM | Makarov pistol (Soviet) |
| MP | military police | | PO | political officer |
| MRC | motorized rifle company | | POC | point of capture |
| MRD | motorized rifle division | | POL | petroleum, oils, and lubricants |
| MRR | motorized rifle regiment | | prep | preparation |
| MRS | motorized rifle squad | | proj | project |
| MS | microsoft | | PSA | post-strike assessment |
| MSR | main supply route | | PSYOP | psychological operations |
| MTF | Message Text Format | | PW | prisoner of war |
| NA | not applicable | | QSTAG | Quadripartite Standardization Agreement |
| NAI | named area of interest | | | |
| NATO | North Atlantic Treaty Organization | | RAM | random access memory |
| NAVDOC | Navy document | | RC | Reserve Components |
| NBC | nuclear, biological, and chemical | | REC | radio electronic combat |
| NCA | national command authority | | recon | reconnoiter |
| NCO | noncommissioned officer | | REDTRAIN | readiness training |

**Glossary-3**

FM 34-52

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_


FM 34-52

| RIF | reconnaissance in force |
| S&T | scientific and technical |
| S2 | Intelligence Officer |
| SALUTE | size, activity, location, unit, time, equipment |
| sec | section |
| SFG | Special Forces Group |
| SFGA | Special Forces Group (Airborne) |
| SJA | staff judge advocate |
| SIGINT | signals intelligence |
| SIR | specific information requirements |
| SITMAP | situation map |
| SOF | special operations forces |
| SOP | standing operating procedure |
| SOI | signal operation instruction |
| SOR | specific operational requirement |
| sqd | squad |
| sr | senior |
| srchno | search number |
| SSO | special support office |
| STANAG | Standardization Agreement |
| STX | situation training exercise |
| SUPINTREP | supplementary intelligence report |
| SVD | Soviet rifle |
| SW | southwest |

| TCAE | technical control and analysis element |
| TE | tactical exploitation |
| TECHDOC | technical document |
| TECHINT | technical intelligence |
| TEL | transporter-erector-launcher |
| THA | temporary holding area |
| TIF | Theater Interrogation Facility |
| TIR | tactical interrogation report |
| TOC | tactical operations center |
| TOE | tables of organization and equipment |
| TQ | tactical questioning |
| TRADOC | United States Army Training and Doctrine Command |
| TSA | technical support activity |

| UCMJ | Uniform Code of Military Justice |
| U/I | unit of issue |
| unk | unknown |
| USAR | United States Army Reserve |
| USMTF | United States Message Text Format |
| UTM | universal transverse mercator (grid) |
| vic | vicinity |
| VTT | videoteletraining |
| w | with |
| XO | executive officer |

# REFERENCES

## SOURCES USED

These are the sources quoted or paraphrased in this publication.

### <u>Army Publications</u>

AR 310-50. Authorized Abbreviations and Brevity Codes. 15 November 1985.

DA Form 330. Language Proficiency Questionnaire. July 1985.

AR 350-30. Code of Conduct/Survival, Evasion, Resistance and Escape (SERE) Training. 10 December 1985.

AR 380-5. Department of the Army Information Security Program. 25 February 1988.

FM 21-26. Map Reading and Land Navigation. 30 September 1987.

FM 21-31. Topographic Symbols. 19 June 1961.

(C)FM 21-78. Resistance and Escape (U). 15 June 1989.

FM 34-2. Collection Management. 20 October 1990.

FM 34-3. Intelligence Analysis. 15 March 1990.

FM 34-54. Battlefield Technical Intelligence. 5 April 1990.

FM 34-60. Counterintelligence. 5 February 1990.

FM 34-130. Intelligence Preparation of the Battlefield. 23 May 1989.

FM 100-20. Low Intensity Conflict. 5 December 1990.

FM 101-5-1. Operational Terms and Symbols. 21 October 1985.

STP 21-1-SMCT. Soldier's Manual of Common Tasks, Skill Level 1. 1 October 1990.

STP 21-24-SMCT. Soldier's Manual of Common Tasks, Skill Levels 2-4. 10 January 1989.

STP 34-97E1-SM. Soldier's Manual, Skill Level 1, MOS 97E, Interrogator. 27 June 1990.

## DOCUMENTS NEEDED

These documents must be available to the intended users of this publication.

DA Form 1132-R. Prisoner's Personal Property List - Personal. April 1986.

DA Form 2028. Recommended Changes to Publications and Blank Forms. February 1974.

DA Form 2662-R. United States Army EPW Identification Card. May 1982.

DA Form 4237-R. Prisoner of War Personnel Record. August 1985.

DA Form 5976. Enemy Prisoner of War Capture Tag. January 1991.

DODD 5100.77. Department of Defense Law of War Program.

AR 381-10. US Army Intelligence Activities. 1 July 1984.

AR 12-15. Joint Security Assistance Training (JSAT) Regulation. 28 February 1990.

AR 190-8. Enemy Prisoners of War - Administration, Employment, and Compensation. 1 June 1982.

AR 190-57. Civilian Internees - Administration, Employment, and Compensation. 4 March 1987.

AR 210-174. Accounting Procedures for Prisoners' Personal Property and Funds. 17 September 1986.

**FM 34-52**

AR 500-51. Emergency Employment of Army and Other Resources Support to Civilian Law Enforcement. 1 July 1983.

AR 611-6. Army Linguist Management. 16 October 1985.

FM 19-4. Enemy Prisoners of War, Civilian Internees, and Detained Persons. 23 May 1984.

FM 25-100. Training the Force. 15 November 1988.

FM 25-101. Battle Focused Training. 30 September 1990.

FM 27-10. The Law of Land Warfare. 18 July 1956.

FM 34-1. Intelligence and Electronic Warfare Operations. 2 July 1987.

(S-NF)FM 34-60A. Counterintelligence Operations (U). 6 June 1989.

FM 71-101. Infantry, Airborne, and Air Assault Division Operations. 26 March 1980.

FM 100-5. Operations. 5 May 1986.

(S)TC 34-5. Human Intelligence Operations (U). 3 October 1988.

ARTEP 34-298-10-MTP. Mission Training Plan for Interrogation Platoon Military Intelligence Battalion Light Infantry Division. 8 October 1991.

STP 34-97E24-SM-TG. Soldier's Manual, Skill Levels 2/3/4 and Trainer's Guide, MOS 97E, Interrogator. 27 June 1990.

(S-NF)DIAM 58-13. Defense Human Resources Intelligence Collection Procedures (U). 28 March 1988.

## Standardization Agreements (STANAGs)

2033. Interrogation of Prisoners of War. Edition 6.

2044. Procedures for Dealing with Prisoners of War. Edition 5.

2084. Handling and Reporting of Captured Enemy Equipment and Documents, Edition 5.

# INDEX

## A

**approach phase.** See also interrogation phases.
approach combinations, 3-13 through 3-20
developing rapport, 3-12, 3-13
part of interrogation phase, 3-5, 3-10
rapport postures, 3-11

## B

**battle damage assessment (BDA).** See IEW tasks.

BEST MAPS, 3-32, 3-33

briefings, 3-30

## C

**captured enemy documents**
accountability of, 4-6
as sources of information, 2-17, 3-1, 4-1, 4-13
definition and types of, 1-12, 4-1, 4-9
disposal of, 4-13
evacuation of, 4-4, 4-12, 4-14
exploitation of, C-1
grouping of, 4-12
inventory of, 4-7
logging of, 4-7, 4-8
tracing of, 4-7
transmittal of, 4-6, 4-12

CED. See captured enemy documents.

Command and Language Program (CLP), F-1

**conflicts**
types of, 1-16

Corps Interrogation Facility (CIF), 2-10, 2-11, 4-5

**counter-drug operations**
use of interrogators, 1-5

## D

**debriefings**
OPSEC requirement, 3-31
responsibilities during, 3-31
strategic, 3-31

## E

**enemy.** See METT-T factors.

**enemy prisoner of war (EPW)**
as sources of information, 2-17
at CIF, 2-10
at TIF, 2-12
evacuating and guarding, 2-9
when wounded, 2-12

## F

**force protection.** See IEW tasks.

## G

**Geneva Conventions.** See GWS, GPW, and GC.

**GWS, GPW, and GC,** 1-14, 1-16
command responsibilities, 1-7, 1-9
coordinating with SJA, 1-9, 3-14
definition of, iv, v, 1-11
posting Articles of, 3-14
protected persons rights vs security needs, D-1
violations of, 3-16

## H

**hearsay information,** 3-9, 3-24

**high-intensity conflict (HIC).** See conflicts.

**human intelligence (HUMINT),** 1-2

## I

**IEW tasks**
BDA, 1-5
force protection, 1-5
I&W, 1-3
IPB, 1-3, 1-4
overall objective statement samples B-11, B-13

**FM 34-52**

situation development, 1-5
target development and target acquisition, 1-5

imagery intelligence (IMINT), 1-2

indications and warning (I&W). See IEW tasks.

individual and collective training, G-1

information objectives, 3-31

Intelligence Information Report (IIR). See reports.

intelligence preparation of the battlefield (IPB). See IEW tasks.

intelligence requirements (IR)
screening for, 3-2

interrogation operations
cultural aspects on, 1-5
factors affecting, 1-5, 1-6
IEW support in, 1-1
offensive and defensive, 1-5

interrogation phases, 3-5, 3-7 through 3-28

interrogations
architecture, 2-1
debriefing, 3-31
in armored and mechanized infantry operations, 2-16
strategic, 3-31
objective of, 1-7, 1-17
prohibition against use of force, 1-7
types of, 1-7 through 1-9
with interpretors, 3-29

interrogation support in LIC, 2-21

interrogators
characteristics of, 1-12 through 1-16
functions of, 3-1
in defensive operations, 2-20
in GS and DS role, 2-23
in offensive operations, 2-18

Interrogators Guide, 3-23

**K**

Knowledgeability Brief (KB). See Reports.

**L**

leads
hot and cold, 3-24

**M**

Message Text Format (MTF), E-1

METT-T factors
enemy, 1-6
mission, 1-5
terrain, 1-6
time available, 1-6
troops, 1-6

mission essential task list (METL), G-1

mission support. See METT-T factors.

military police, 2-1, 2-9, 2-13, 2-24, 3-2, 4-5, 4-13

**P**

planning and preparation, 3-5, 3-7 through 3-10. See also interrogation phases.

Prisoner of War Information System (PWIS), 2-1

**Q**

Quadripartite Standardization Agreements (QSTAGs), v

questioning phase, 3-7, 3-20 through 3-26. See also interrogation phases.
hearsay information, 3-24
Interrogators Guide, 3-23
leads, 3-24
questioning guides, B-1, C-1
questions to avoid, 3-23
sequencing, 3-24 through 3-26
spot reportable information, 3-23, 3-24
techniques, 3-21, 3-22, C-4

## R

reporting phase, 3-28. See also interrogation phases.

Reports
  Biographic Report, E-1, E-13
  Captive Tag, E-1, E-11
  captured document log format, 4-8
  captured document tag format, 4-4
  CED transmittal, 4-6
  Detainee Personnel Record, 3-3
  EPW Capture Tag, 3-8
  EPW ID Card, 3-27
  IEW process, 1-16, 2-1
  IIR, E-1, E-12
  Interrogation Report, E-1, E-18
  Knowledgeability Brief, E-1, E-16
  SALUTE Report, 1-6, 3-21, E-1, E-3
  screening format, 3-6
  TECHINT Spot Report, E-1, E-4
  TIR, E-1, E-5

responsibilities of
  capturing unit, 2-9, 4-5
  commanders, 1-9, 2-1, 2-21
  Provost Marshal, 2-10
  team leaders, 2-1, 4-5

## S

screening
  CI interest in, 3-2
  definition and types of, 3-2 through 3-6
  priorities, 3-7

signals intelligence (SIGINT), 1-2

situation development. See IEW tasks.

size, activity, location, unit, time, equipment (SALUTE). See reports.

sources
  assessing, 3-5
  breaking points of, 3-13
  definition and types of, 1-10

Special Forces, 2-14

spot reportable information, 3-23, 3-29, E-1, E-4

Standardization Agreements (STANAGs)
  1059, iv, 4-4
  2033, iv
  2044, v
  2084, v, 4-1
  assessment codes, 3-29

strategic intelligence components, 3-32, 3-33

strategic intelligence cycle, 3-33

## T

Tactical Interrogation Report (TIR). See Reports.

target development and target acquisition. See IEW tasks.

technical documents (TECHDOCs), 4-5, 4-9

Technical Intelligence (TECHINT). See Reports.

termination phase. See also interrogation phases.
  procedures, 3-26
  reasons for, 3-28

terrain. See METT-T factors.

terrorists, 2-18

Theater Interrogation Facility (TIF)
  functions of, 2-12
  mission, 2-22

time available. See also METT-T factors.
  at operational and strategic levels, 1-6
  at tactical level, 1-6

translations
  reports, 4-10
  types of, 4-9

**FM 34-52**

**troops.** See METT-T factors.

_____ **U** _____

**UCMJ,** iv, 1-9, 1-12
  Extract, A-1

FM 34-52
28 SEPTEMBER 1992

**By Order of the Secretary of the Army:**

GORDON R. SULLIVAN
General, United States Army
Chief of Staff

**OFFICIAL:**

MILTON H. HAMILTON
*Administrative Assistant to the
Secretary of the Army*
02404

**DISTRIBUTION:**

Active Army, USAR, and ARNG:  To be distributed in accordance with DA Form 12-11E, requirements for FM 34-52, Intelligence Interrogation (Qty rqr block no. 1130).