IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH *et al.*,

    Plaintiffs,

v.

TITAN *et al.*,
    Defendants.

Case No. 05-cv-1165 (JR)

### DECLARATION OF THOMAS CROWLEY

I, Thomas Crowley, declare as follows:

1. My name is Thomas Crowley. I currently reside in New Hampshire.

2. From 1966 to 1998, I served in the United States Marine Corps and the United States Army. My tenure included service with the Special Forces and Intelligence. I retired with the rank of Major in 1998].

3. In October 2003, I was hired by Titan Corporation ("Titan"). I remained employed with Titan until May 2004. I was deployed to Iraq for most of this tenure.

4. Titan had a contract with the military to provide translation services. I was hired to supervise translators. I served as Site Manager for the Karbala, An Najaf and Baghdad operations in Iraq. In that role, I was responsible for supervising approximately 1000 translators.

5. As part of my responsibilities, I told the Titan translators under my supervision not to bring complaints and issues to military personnel. They were told to bring complaints and issues to me and the other Titan managers.

6. As part of my responsibilities, I told Titan translators under my supervision that they needed to check with me, not the military, on scheduling and hours.

7. Only Titan management had the power to supervise and discipline Titan translators. The majority of my professional time in Iraq was spent supervising Titan translators and responding to military concerns about Titan translators.

8. The military could not fire or discipline a Titan employee. If the military had problems working with a Titan translator, the military Commander contacted the Titan Regional Supervisor to inform Titan that the translator was "not suitable" and request that Titan replace the translator. Whether Titan did so or not was beyond the military's control.

9. The military was not able to exercise control over Titan translators, who were not within the formal command and control structure of the military.

10. Titan senior management promoted and portrayed an attitude of disdain for the law. For example, Titan Regional Manager Keith Hoylman briefed me and others at a staff meeting on the impact of the United States' adoption of the Bremer Order and remarked "You can do pretty much of everything over here except kill somebody."

11. During my tenure in Iraq, the military frequently complained about Titan translators. If the military complained about misconduct by a Titan translator and asked that he or she be fired, Titan management generally did not accede to that request. Instead, Titan management would move the Titan translator to another post in Iraq. Titan did so in order to make more money under the contract with the military, which paid Titan based on the number of translators deployed in the field.

12. For example, I reported to Titan management that one of our translators, Hamza Elisherbiny, violently assaulted an Iraqi male being held in United States custody in Karbala. I learned of the assault from another Titan translator, who told me that the military had to restrain Elisherbiny from injuring the prisoner.

13. I reported the assault to my supervisor, Keith Hoylman. Hoylman stated he hoped the military official who had stopped the assault was "on the team" and was not going to report the incident.

14. Titan did not report the assault to the military or to any other authorities. Titan did not initiate any investigation.

15. After learning that the Elisherbiny incident had not been investigated, I informed the Titan Acting Country Manager, Luis Lozada, of the incident.

16. Less than one month after I reported the incident to Mr. Lozada, I was "relieved" of my Site Manager position by Titan and moved to Titan's Baghdad office.

17. In April 2004, I personally met with agents from the Army Criminal Investigation Division (CID) and told them about the Elisherbiny incident. To the best of my knowledge, that was the first time anyone from either Titan or the military had reported on the incident. Titan fired me shortly thereafter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May __8th__, 2006

*/s/ Thomas B. Crowley*
Thomas Crowley