# TITAN CORPORATION

Technical and Operational Support Services Division

OPERATIONAL ANALYSIS & TRAINING GROUP

MEMORANDUM FOR Titan Corporation OPERATION ENDURING FREEDOM Linguist Staff
SUBJECT: Job Description/Policy Memorandum

1. The following job descriptions pertain to all Titan staff linguists supporting OPERATION ENDURING FREEDOM (OEF).

   Provide operational contract linguist support to joint military operations. Linguists are under the operational control of U.S. Central Command (USCENTCOM). Support Prisoner of War (POW) interrogations, war crimes interviews, CI/HUMINT team operations, etc. Interpret and translate written and spoken communications. Transcribe and analyze verbal communications. Perform document exploitation. Scan, research, and analyze foreign language documents for key information. Translate and gist foreign language documents. Identify and extract information components that meet the criteria contained in intelligence and information requirements lists.

2. While supporting Titan OEF operations, your first line supervisor and site manager is responsible for the following items:

   - Professional tasking and overall linguist operations
   - Direct interaction/planning with the U.S. Government staff
   - Overall direction and conduct of the linguist staff (e.g., accountability, schedules, dress)
   - Handling personnel issues (e.g., medical and professional issues and corrective actions)

3. While supporting OEF, any professional issues that may arise need to be brought to your site manager's attention. Do not bring any personal or professional issues to U.S. Government representatives. We are supporting the U.S. Government, but they do not exercise administrative control over the group.

4. If any linguist has professional or personal issues that need to be discussed at a higher level, I will discuss them and any potential remedies to issues that may arise during our mission.

5. As we all discussed during your time in Fairfax, we work as a team. It is my belief that our overall success will be the result of a team effort. Breakdowns, however, can be caused by individual actions. It is a great honor for Titan to support the U.S. Government's operations. Our success will be built on teamwork and individual talents within our team.

6. I extend the greatest professional gratitude to all of you for representing our organization with the utmost professionalism. If you have any questions, concerns, or issues regarding this memorandum, please contact me as soon as possible. I can be reached at (703) 383-8151 or marc.peltier@titan.com.

Marc D. Peltier
Department Director
Titan Corporation