1  far as General Karpinski is concerned
2
3
4
5
6
7     RC:  That's what you meant when you mentioned that you had
8  a concern about ▮▮▮▮ in the photos?
9     DC:  And you're aware that ▮▮▮▮ has already received an
10 Article 15----
11    WIT:  And was reduced from Specialist to PFC.
12    DO:  That might have been in the reports, but I wasn't
13 specifically aware of it as we sit here now.
14    WIT:  We had a detainee--sorry.  He was not a--He was
15 Titan--hired under Titan.  And he was at Bucca as an EPW and
16 former member of the Iraqi Republican Guard.  And the regulation
17 is very clear about hiring former EPWs.  Especially around U.S.
18 operations or food or like an administrative office or anything.
19 And he ended up being hired by Titan, and he was out at Abu
20 Ghraib, working as a translator.  And I asked him where did he
21 come from, and he said that he knew all of the MPs down at
22 Bucca.

1        I said, "Were you from that area?" I was trying to
2   make the connection.
3        Then he told me, no, that he was a prisoner. So I
4   asked what is he doing up here. You know the regulations--Titan
5   hired him. So I asked ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [phonetic],
6   to call Titan and find out what his file said, because then we
7   could get rid of him for lying on an application. They said
8   they had no file on him and that he was hired on somebody's
9   recommendation down at Bucca. And we couldn't get rid of him.
10  I went to the MI people and asked them to--actually, I went to
11  one of the guys that was from OGA, and I asked them if they
12  would put him on the polygraph, if they would interview him, and
13  he said they would. They never did get around to doing it, but
14  I couldn't get rid of this guy. I thought we had him gone one
15  time, according to ▮▮▮▮▮▮▮▮▮▮ [phonetic], and the next
16  time I was out at Abu Ghraib, there he is. Called him ▮▮▮
17  the Pirate," because he converted to Christianity when he was
18  down at Bucca. Here's a former Iraqi Republican Guard, former
19  EPW, and now you're going to convince me that you've converted
20  to Christianity and now you're interested in us? The MI people
21  kept using him as an interrogator.

222

```
 1      Q.  As an interpreter?
 2      A.  Interpreter.  Sorry.  And then--I'm just trying to
 3  cover some of the other things that I thought maybe you might
 4  have questions about it.
 5      Q.  Was that an interpreter in interrogations or an
 6  interpreter in what we call cat 1, which would be a non-cleared
 7  interpreter?
 8      A.  He was supposed to be.
 9      Q.  A cat 1?
10      A.  A cat 1.
11      Q.  A non-cleared interpreter?
12      A.  Right.  But they were using him because he spoke
13  English.
14      Q.  They were using him in interrogations anyway?
15      A.  [The deponent indicated an affirmative response.]  And
16  the other thing that seemed to be a subject of interest last
17  week, and that's the only reason I'm going to mention it
18  briefly:  I was escorting General DeLong [phonetic] and his
19  group when they were going through Iraq.  He was getting ready
20  to ready.  He was a four-star from SENTCOM.  I think he was the
21  deputy--he was a Marine four-star.  And he went over to--we went
22  towards the task force.  So we stopped there.  They had an
23  interrogation underway.  He wanted to go back and see it.  He
```