IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL RAWI, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION,<br>*et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-01165 (JR) |

### [PROPOSED] ORDER

I have fully considered Defendant L-3 Communications Titan Corporation's (Titan) Motion to Stay Consideration of Plaintiffs' Motion for Partial Summary Judgment, as well as the arguments and evidence submitted by the parties with respect thereto. I hereby find that it is in the interest of judicial efficiency that consideration of Plaintiffs' Motion for Partial Summary Judgment be stayed until the resolution of the pending motions to dismiss in this matter. Accordingly, it is hereby:

　　**ORDERED** that Titan's Motion to Stay is **GRANTED**;

　　**FURTHER ORDERED** that plaintiffs may move the Court to renew their motion for partial summary judgment after the pending motions to dismiss are resolved to the extent that the issues raised therein are not settled by the Court's decision;

　　**FURTHER ORDERED** that Titan shall respond within 21 days of the Court's granting plaintiffs' motion to renew consideration of their motion for partial summary judgment.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _____