IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 05-cv-1165 (JR) |
| v. | ) |
| | ) |
| TITAN *et al.*, | ) |
| | ) |
| Defendants. | ) |

**REPLY TO DEFENDANTS' OPPOSITIONS TO
PLAINTIFFS' MOTION FOR LEAVE TO FILE MATTER UNDER SEAL**[1]

The named plaintiffs include torture victims who are minors and who were, among other things, subjected to sexual abuse. These minors continue to live in Iraq. Plaintiffs' counsel would like to protect these minors from experiencing any further harm and suffering. To that end, counsel have sought to provide information about the minors' last names under seal as opposed to placing that information on the public record.

In opposing plaintiffs' modest request to keep the minors' surnames under seal, defendants speak eloquently and at length about the public's right to know about each and every part of the litigation and about the high public interest in this matter. Plaintiffs are pleased to learn defendants' views, which reveal that, contrary to plaintiffs' expectations, defendants will not be seeking protective orders and the like in an effort to shield portions of the litigation from public view.

---

[1] This pleading constitutes plaintiffs' reply to *Response Of Defendants CACI International Inc., CACI, Inc.-Federal, And CACI Premier Technology, Inc. To Plaintiffs' Motion For Leave To File Matter Under Seal* (dkt. 54), in which defendant Steven Stefanowicz joined; *Defendant L-3 Communications Titan Corporation's Opposition To Plaintiffs' Motion For Leave To File Matter Under Seal* (dkt. 56-1); and *Defendant John B. Israel's Joinder To Defendants' Oppositions To Plaintiffs' Motion For Leave To File Matter Under Seal* (dkt. 55).

Plaintiffs respectfully disagree, however, with the suggestion that they have evinced a disregard for normal pleading standards by seeking to file the last names of the minor torture victims under seal.  These young people should not be made to suffer any further indignities or harms that may flow from the public disclosure.  They are brave young people who are willing to withstand the rigors of trial, but at this procedural juncture they would prefer not to have their neighbors and friends know that they were tortured and sexually abused by Americans during their imprisonment.

To the best of plaintiffs' counsel's knowledge, no member of the press has sought the actual names of these young people.  Defendants have had and will continue to have full access to the information they need about the minor plaintiffs.  Plaintiffs believe that keeping the last names under seal under the circumstances at hand is well within the Court's discretion, as guided by the existing decisional law.  *See*, *e.g*., *Qualls v. Rumsfeld*, 228 F.R.D. 8 (D.D.C. 2005) ("Courts may be more inclined to permit pseudonymous suits by plaintiffs when the government is the defendant or **when the plaintiff is a minor**.") (citing *James v. Jacobson*, 6 F.3d 233, 238 (4th Cir. 1993), and *Doe v. Stegall*, 653 F.2d 180, 185 (5th Cir. 1981)) (emphasis added); *United States v. Hubbard*, 650 F.2d 293, 317-22 (D.C. Cir. 1980).

If ordered to proceed on the record, these young people and their parents will have to weigh relinquishing their only opportunity to hold the torturers accountable for their misdeeds against the embarrassment and pain arising from everyone in the community knowing that these young people have been sexually and physically abused.  Defendants are not prejudiced in any way by keeping the minor names off the public record.  They oppose the request merely to impose additional burdens on the young torture victims.

Plaintiffs' counsel respectfully requests that the Court grant the minor plaintiffs permission to proceed with their last names under seal at this juncture in the litigation.

Respectfully submitted,

Date: June 21, 2006

    /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone: (215) 487-6590
Facsimile: (215) 482-0874

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6439
Facsimile: (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone: (248) 594-9595
Facsimile: (248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on this 21st day of June, 2006, I caused a true and correct copy of the foregoing Reply To Defendants' Oppositions To Plaintiffs' Motion For Leave To File Matter Under Seal to be served via electronic mail upon the following individuals at the addresses indicated:

F. Whitten Peters
Thomas M. Craig
WILLIAMS AND CONNOLLY
725 12th Street, NW
Washington, DC 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International Inc., CACI Inc-Federal, and CACI-PT*

Ellen D. Marcus
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
emarcus@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer Jr.
Jessica Natali
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
hockeimerh@ballardspahr.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

_____
Jonathan H. Pyle