AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SALEH et al.

**SUMMONS IN A CIVIL CASE**

V.

TITAN CORP. et al.

CASE NUMBER: 05-cv-1165 (JR)

TO: (Name and address of Defendant)

TIMOTHY DUGAN
3696 Summit Road, SW
Pataskala, OH 43062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SUSAN L. BURKE
BURKE PYLE LLC
3527 LANCASTER AVENUE
PHILADELPHIA, PA 19104

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

APR 28 2006

CLERK _[signature: Laura M. Chipley]_    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 5 2006  5:25 p.m. |
| NAME OF SERVER *(PRINT)* Brad Sisbarro | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 3696 Summit Road SW Pataskala, Oh 43062

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Kim Armstrong

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 5 2006      *Bradley Sisbarro*
                  Date                    *Signature of Server*

369 South High st
*Address of Server*
Columbus Oh 43215

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.