**PLAINTIFFS' MOTION FOR RECONSIDERATION AND LEAVE FOR JURISDICTIONAL DISCOVERY**

**INDEX OF EXHIBITS**

A. Defendant Steven Stefanowicz' Opposition To Plaintiffs' Motion To Transfer Venue
B. Joinder To Memoranda In Opposition To Transfer Venue To The District Court For The District of Columbia
C. Defendant Adel L. Nakhla's Memorandum in Opposition To Plaintiffs' Motion To Transfer Venue To The District Court For the District of Virginia
D. Reply To CACI's Opposition To Plaintiffs' Motion To Transfer Venue To The District of Columbia
E. Court Order dated Jan. 13, 2006

**EXHIBIT A**

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

2005 MAY 23  P 4: 01

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SAMI ABBAS RAWI, an individual; MWAFAQ SAMI ABBAS AL RAWI, an individual; AHMED, an individual; ISMAEL, an individual; NEISEF, an individual; ESTATE OF IBRAHIEM, the heirs and estate of an individual; RASHEED, an individual; JOHN DOE NO. 1; JANE DOE NO. 2; A CLASS OF PERSONS SIMILARLY SITUATED, KNOWN HEREINAFTER AS JOHN and JANE DOES NOS. 3-1050,<br><br>    Plaintiffs,<br> v.<br><br>TITAN CORPORATION, a Delaware Corporation; ADEL NAHKLA, a Titan employee located in Abu Ghraib, Iraq; CACI INTERNATIONAL INC., a Delaware Corporation; CACI INCORPORATED – FEDERAL, a Delaware Corporation; CACI N.V., a Netherlands Corporation; STEPHEN A. STEFANOWICZ, a CACI employee located in Abu Ghraib, Iraq; and JOHN B. ISRAEL, CACI subcontractor located in Abu Ghraib, Iraq,<br><br>    Defendants, | Case No. 1:05-CV-427 |

## DEFENDANT STEVEN A. STEFANOWICZ' OPPOSITION TO PLAINTIFFS' MOTION TO TRANSFER VENUE

COMES NOW defendant Steven A. Stefanowicz and hereby opposes plaintiffs' Motion to Transfer Venue to the District Court for the District of Columbia. In transferring this case to the Eastern District of Virginia, the District Court for the Southern District of California correctly found that venue is appropriate in this district. In support of his opposition, Mr. Stefanowicz hereby joins the oppositions filed this day by defendants CACI International, Inc. and Titan Corporation and adopts as his own the arguments contained therein.

Respectfully submitted,

*[signature]*

James Hundley, VSB # 30723
Briglia & Hundley, P.C.
10560 Main Street, Suite 314
Fairfax, VA 22030
703-385-8005

Henry E. Hockeimer
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

*Counsel for Steven A. Stefanowicz*

2

## CERTIFICATE OF SERVICE

I, James W. Hundley, hereby certify that on this 23rd day of May 2005, I caused the foregoing Opposition to Plaintiffs' Motion to Transfer Venue to the District Court for the District of Columbia to be served by First-Class Mail on the following counsel:

John F. O'Connor, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Adam L. Rosman, Esq.
Ellen D. Marcus, Esq.
Zuckerman Spaeder LLP
1201 Connecticut Avenue, N.W.
Washington, DC  20036

F. Whitten Peters, Esq.
Ari S. Zymelman, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C.  20005

Shari L. Klevens, Esq.
Alison L. Doyle, Esq.
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Susan L. Burke, Esq.
Jonathan H. Pyle, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

_____
James W. Hundley