**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SALEH, et al., )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>TITAN CORPORATION, et al., )<br>)<br>Defendants. ) | Case No. 1:05-CV-427 |

**JOINDER TO MEMORANDA IN OPPOSITION TO MOTION TO TRANSFER VENUE TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Defendant John B. Israel, by and through undersigned counsel, being similarly situated to Defendant The Titan Corporation and Defendants CACI International, Inc., CACI, Inc. - Federal, and CACI, N.V. ("the CACI Defendants"), hereby respectfully joins in: (1) The Titan Corporation's Opposition to Plaintiff's Motion to Transfer Venue to the District of Columbia; and (2) the Memorandum of the CACI Defendants in Opposition to Plaintiff's Motion to Transfer Venue.

Respectfully submitted,

*/s/ S. Klevens*
Shari L. Klevens, (Va. Bar No. 44257)
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 496-7500
Fax: (202) 496-7756

Counsel for Defendant John Israel

May 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, a copy of the foregoing Joinder To Memoranda in Opposition To Motion To Transfer Venue To The District Court For The District Of Columbia was served by first class mail, postage prepaid to:

>Susan L. Burke, Esq.
>Jonathan H. Pyle, Esq.
>Montgomery, McCracken, Walker & Rhoads
>123 S. Broad Street, Suite 2400
>Philadelphia, PA 19109
>Attorney for Plaintiffs

>F. Whitten Peters, Esq.
>Ari S. Zymelman, Esq.
>Williams & Connolly LLP
>725 12th Street, NW
>Washington, DC 20005
>Attorneys for Defendant The Titan Corporation

>J. William Koegel, Jr., Esq.
>John F. O'Connor, Esq.
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, DC 20036
>Attorneys for Defendants CACI International Inc.,
>  CACI Incorporated - Federal, CACI N.V.

>Adam L. Rosman, Esq.
>Ellen D. Marcus, Esq.
>Zuckerman Spaeder LLP
>1201 Connecticut Avenue, NW
>Washington, DC 20036
>Attorneys for Defendant Adel L. Nakhla

>Henry E. Hockeimer, Jr., Esq.
>Elaine C. Lippmann, Esq.
>Hangley, Aronchick, Segal & Pudlin
>One Logan Square, 27th Floor
>Philadelphia, PA 19103
>Attorneys for Defendant Stephen A. Stefanowicz

_/s/ Shari L. Klevens_
Shari L. Klevens

2