**EXHIBIT C**

Case 1:05-cv-01165-JR    Document 72-5    Filed 07/13/2006    Page 1 of 6



**ZUCKERMAN SPAEDER LLP**

1201 CONNECTICUT AVENUE, NW   WASHINGTON, DC 20036-2638
202.778.1800   202.822.8106 fax   www.zuckerman.com

Ellen D. Marcus
202.778.1815
emarcus@zuckerman.com

May 23, 2005

**VIA HAND DELIVERY**

Elizabeth H. Paret, Clerk
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, Virginia  22314

      Re:   <u>Saleh, et al. vs. The Titan Corporation</u>,
                Civil Action No. 05-CV-427

Dear Ms. Paret:

     Enclosed for filing please find an original and copy of Defendant Adel L. Nakhla's Memorandum in Opposition to Plaintiffs' Motion to Transfer Venue to the District Court for the District of Columbia.

     Please return a date-stamped copy with our courier. Should you have any questions, please contact me at 202-778-1815. Thank you for your assistance.

                                       Sincerely,

                                       Ellen D. Marcus

BALTIMORE   MIAMI   NEW YORK   TAMPA   WASHINGTON, DC   WILMINGTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SALEH, et al.,**<br><br>      Plaintiffs,<br><br>v.<br><br>**TITAN CORPORATION, et al.,**<br><br>      Defendants. | Case No. 1:05cv427 (CMH/BRP) |

### DEFENDANT ADEL L. NAKHLA'S MEMORANDUM
### IN OPPOSITION TO PLAINTIFFS' MOTION TO TRANSFER VENUE
### TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant Adel L. Nakhla opposes Plaintiffs' Motion to Transfer Venue to the District Court for the District of Columbia and respectfully joins in the arguments set forth in the opposition memorandum of the defendant Titan Corporation. In doing so, Mr. Nakhla notes that, assuming dismissal of the RICO counts, neither this Court nor the District Court for the District of Columbia has personal jurisdiction over him.

May 23, 2005                             Respectfully submitted,


*[signature: Ellen D. Marcus]*
_____
Ellen D. Marcus (Va. Bar No. 44314)
Adam L. Rosman (admitted *pro hac vice*)
Eric Delinsky (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1201 Connecticut Avenue, N.W.
Washington, DC 20036
202-778-1800 (phone)
202-822-8106 (facsimile)


*Counsel for Defendant Adel L. Nakhla*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Defendant Adel L. Nakhla's Memorandum in Opposition to Plaintiffs' Motion to Transfer Venue to the District of Columbia was served upon the following counsel this 23rd day of May, 2005, by first class mail and electronic mail:

>Susan L. Burke, Esquire
>Jonathan H. Pyle, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Avenue of the Arts
>Philadelphia, Pennsylvania 19109
>slburke@mmwr.com
>jpyle@mmwr.com
>
>*Counsel for Plaintiffs*
>
>F. Whitten Peters, Esquire
>Ari Zymelman, Esquire
>Thomas M. Craig, Esquire
>Williams & Connolly, LLP
>725 12th Street, N.W.
>Washington, D.C. 20005
>wpeters@wc.com
>azymelman@wc.com
>tcraig@wc.com
>
>*Counsel for Defendant Titan Corporation*
>
>J. William Koegel, Jr.
>John F. O'Connor, Esquire
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>wkoegel@steptoe.com
>joconnor@steptoe.com
>
>*Counsel for Defendants CACI International Inc., CACI, Inc.-Federal and CACI N.V.*

James W. Hundley, Esquire
Briglia & Hundley, P.C.
Mosby Professional Building
10560 Main Street, Suite 314
Fairfax, Virginia 22030
jhundley@briglia-hundley.com

Henry E. Hockeimer, Jr., Esquire
Hangley Aronchick Segal & Pudlin, P.C.
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103-6933
heh@hangley.com

*Counsel for Defendant Steven Sefanowicz*


Alison L. Doyle, Esquire
Shari L. Klevens, Esquire
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006
adoyle@mckennalong.com
sklevens@mckennalong.com

*Counsel for Defendant John B. Israel*


_____
Ellen D. Marcus