UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SALEH, et al.,                    )
                                  )
            Plaintiffs,           )
                                  )
      v.                          )   Case No.1:05-cv-1165 (JR)
                                  )
TITAN CORPORATION, et al.         )
                                  )
            Defendants.           )
                                  )
_____)

## PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

**WHEREAS**, on June 29, 2006, the Court issued a memorandum order (the "Order") granting in part and denying in part defendants' motions to dismiss the Third Amended Complaint;

**WHEREAS**, the Order directed that "the parties meet and confer and present a proposed schedule for further proceedings — an agreed schedule, if possible — within 30 days of the date of this order"; and

**WHEREAS**, the parties are continuing to meet and confer to reach agreement on the scope of additional discovery beyond that specified in the order entered on April 27, 2006 in the *Ibrahim v. Titan Corporation*, No. 04-1248 (D.D.C.) (the "Discovery Order").

The parties hereby present the following proposed schedule for further proceedings:

1.   Defendants will file summary judgment motions no later than August 4, 2006. It is agreed that Defendants may rely upon the memoranda of law submitted for this purpose in the *Ibrahim* matter.

2.   Defendants will produce the bulk of the written discovery agreed upon in the Discovery Order on or about August 4, 2006.

3.   The Discovery Order shall be given full force and effect in the now-consolidated discovery except as specifically set forth herein.

- 2 -

4. *Saleh* Plaintiffs will be entitled to notice five (5) depositions and to participate in those depositions noticed by *Ibrahim* Plaintiffs pursuant to the Discovery Order.

5. To the extent Plaintiffs seek discovery beyond that agreed upon in the Discovery Order, and which Defendants refuse to provide after further consultations, Plaintiffs shall file a motion and affidavit pursuant to Federal Rule of Civil Procedure Rule 56(f) on or before August 18, 2006, setting forth the additional discovery sought and the reason why such discovery is necessary to the resolution of Defendants' summary judgment motions.  *Saleh* Plaintiffs shall not seek additional depositions in their Rule 56(f) motion.

6. Defendants shall submit their responses to any such motion on or before September 1, 2006.

7. In the event Plaintiffs file such a motion, the Court shall hold a hearing at its earliest convenience in September.

8. The Protective Order entered on June 14, 2006 in the *Ibrahim* matter (previously approved by minute order on May 11, 2006) shall be given full force and effect in this matter and the Court will reissue that order (attached as exhibit A hereto) with the captions of both cases.

9. The parties will have a ninety-day period for deposition discovery, which period shall commence on the later of (a) a ruling denying the motion referenced in paragraph 3 above, or (b) Defendants' notice that they have completed the document productions.  Unless so ordered by the Court, no witness will be deposed more than once unless all parties to both this action and the *Ibrahim* action consent.

Respectfully submitted,

_____ FOR
SUSAN L. BURKE (D.C. Bar # 414939)
Burke Pyle LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:    (215) 487-6590
Facsimile:    (215) 482-0874
*Counsel for Plaintiffs*

_____ FOR
ARI S. ZYMELMAN (DC #421593)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5446

*Counsel for Defendant The Titan Corporation*

_____ FOR
J. WILLIAM KOEGEL, JR. (DC #323402)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6408

*Counsel for Defendants CACI International Inc, CACI, Incorporated – Federal, and CACI, N.V.*

SO ORDERED

_____
Judge James R. Robertson
United States District Judge

- 3 -