IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| v. | ) |
|  | ) |
| TITAN CORPORATION *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT CACI, INC.-FEDERAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs hereby dismiss without prejudice all claims against defendant CACI, Inc.-Federal.

Dated: August 3, 2006         /s/ Susan L. Burke
Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:    (215) 487-6590
Facsimile:    (215) 482-0874

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439
Facsimile:    (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:    (248) 594-9595
Facsimile:    (248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan H. Pyle, do hereby certify that on the 3rd day of August 2006, I caused true and correct copies of Plaintiffs' Voluntary Dismissal Of Defendant CACI, Inc.-Federal to be served via electronic mail, upon the following individuals at the addressed indicated:

F. Whitten Peters
Thomas M. Craig
Williams and Connolly
725 12th Street, NW
Washington, D.C. 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal and CACI-PT*

Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, D.C. 20036
emarcus@zuckerman.com
*Counsel for Defendant Adel L. Nakhla*

Henry E. Hockeimer Jr.
Jessica Natali
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St, 51st Floor
Philadelphia, PA 19103
hockeimerh@ballardspahr.com
*Counsel for Defendant Steven Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, D.C. 20006-1108
adoyle@mckennalong.com
*Counsel for Defendant John B. Israel*

/s/ Jonathan Pyle /AKH/
Jonathan H. Pyle