## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IBRAHIM**, *et al.*,<br><br>                    **Plaintiffs**,<br><br>       **v.**<br><br>**TITAN CORPORATION**, *et al.*,<br><br>                    **Defendants.** | **Civil Action No. 1:04-cv-01248 (JR)**<br><br>**Judge James Robertson** |

## DECLARATION OF DAVID WINKLER

I, David Winkler, hereby state as follows:

### Overview

1.      I arrived in Iraq in October 2003 and served there as an employee of The Titan Corporation (Titan) for approximately 16 months. I served as Titan's site manager at Abu Ghraib (AG), among other locations, until January 2004. I was later promoted to Regional Manager for the Northern Region. I departed Iraq in December 2004.

2.      Site Managers were Titan's first level of management in Iraq and administratively supported the Titan linguists who were assigned to the military units within their geographic areas. Site Managers reported to Regional Managers, who were also located in Iraq.

3.      While Site Manager, I lived in the "Green Zone" in the center of Baghdad and would drive out to AG approximately 2-3 times each week. During these site visits, I visited the Titan linguists assigned there and spoke periodically with their military supervisors in the units to which they were assigned. In the course of my duties, I became familiar with the military units' operational command and control over assigned Titan linguists. (Having served on active duty

Declaration of David Winkler

with the U.S. Army for 21 years, I am also very familiar with Army command and control in general.)

## Background

4.       I am a former U.S. Army Military Intelligence Chief Warrant Officer.  I retired from the Army in 1995 as a Chief Warrant Officer 3 (CW3) with 21 years of active service.  Warrant Officers are appointed by the Secretary of the Army based on a sound level of technical and tactical competence.  The Warrant Officer is a highly specialized expert and trainer who, by gaining progressive levels of expertise and leadership, operates, maintains, administers, and manages the Army's equipment, support activities, or technical systems.  Chief Warrant Officers in the grade CW2 and above are commissioned by the President.

5.       I entered the Army as an enlisted servicemember in the area of military intelligence (MI). The Army sent me to language school in Monterey, California (the Defense Language Institute or "DLI") several times and I became fluent in German, Serbo-Croatian, and Polish.  I worked as an "all-source" intelligence analyst with various intelligence agencies in addition to the Army and held the highest clearances while on active duty.

6.       I received a Bachelor's Degree from the Southern Illinois University in 1974 in Government and History and a Master's Degree from Boston University in 1989 in International Relations and Strategic Studies.

7.       I went to work for Titan in September 2003, and continued with them until December 2004.

8.       I currently work in Arizona and maintain a residence in Colorado.

9.       I served approximately 16 months in Iraq while employed by Titan – from October 2003 until December 2004.

2

Declaration of David Winkler

## Army Pre-Deployment Training at Fort Benning, Georgia

10.     All Titan linguists and managers who were deployed to Iraq from the United States went to pre-deployment training conducted by the U.S. Army at the Army's CONUS Replacement Center ("CRC") at Fort Benning, Georgia.  Except in unusual cases, Titan employees departed for the Iraq theater directly from the CRC under the control of the U.S. military.

11.     CRCs are established and run by the Army to ensure that all personnel deploying as individuals to an overseas theater are medically prepared, indoctrinated in theater-specific operational and cultural issues, and issued all required gear.  All training, gear issue, messing, and berthing at the CRC are handled by the U.S. Army.

12.     The CRC is a standard Army process for readying individuals, as opposed to complete units, for overseas deployments.  This process is often used in the case of MI personnel who are routinely deployed as individual augmentees to military units already in theater.

13.     While on active duty in the Army, I had deployed several times before.  On those occasions that I deployed as an individual bound for a previously deployed unit, as opposed to deploying with the unit, I received pre-deployment training through Army CRCs.  As a result, I was very familiar with the Army's CRC process prior to arriving at Fort Benning as a Titan employee.

14.     The training I received at the Fort Benning CRC as a Titan employee was the same as I had been through many times before as an Army enlisted man and warrant officer (although tailored to the specifics of the U.S. Central Command which was responsible for the Iraq theater of operations, as opposed to the theaters to which I had previously deployed).  In many respects, the Fort Benning CRC was essentially the same as the first few days of basic training (or boot camp).

3

Declaration of David Winkler

15.     At Fort Benning CRC, Titan employees and military members trained together, messed and berthed alongside each other, and were issued the same gear. When I went through the CRC in the fall 2003 as a Titan employee, everyone lived in converted WWII-style barracks and ate in a common mess hall.

16.     The Titan employees attended training classes with military personnel. Weapons familiarization was available to everyone as well.

17.     The CRC training lasted about one week. The first days of the CRC involved issuance of equipment. Everyone—Titan employees and military members alike—were issued the same equipment—Desert Camouflage Uniforms (DCUs), specially treated underwear, helmets, flack jackets, and LBEs (load bearing equipment, i.e., suspenders and rucksacks).

18.     After DCUs were issued, they were worn by all CRC attendees—military members and Titan employees alike.

19.     At the CRC, all personnel attended classes conducted by U.S. Army personnel. The topics covered included the Geneva Conventions and law of armed conflict; hazards in the theater, such as improvised explosive devices; and nuclear, biological and chemical protection.

20.     Everyone also went through the same Army-administered medical checks and received any shots needed for the theater.

21.     In addition to uniforms, everyone going through the CRC who did not have a US Government identity card was issued such a card. With the exception of reading "CONTRACTOR" instead of "ARMY" (or other service), it is identical in appearance to a military identification card ("CAC card"), down to the attribution of an equivalent military rank and Geneva Convention category to Titan employees. My card identified me as having the equivalent rank of Lieutenant Colonel ("LTC") and assigned me to Geneva Convention Category

Declaration of David Winkler

IV. I recall that the Titan linguists originating from the United States were issued CAC cards with the equivalent military rank of LTC or Major ("MAJ").

22.     Everyone going through the CRC was also given name and rank/status tapes to be sewed onto the DCUs. The name went above the right pocket and a contractor identification tape went on the left. Depending on the time when someone went through the CRC, the contractor identification tapes contained words like "US Contractor," "US Civilian," or "DA Contractor."

23.     At the end of the CRC, those who were not on medical hold were put on a bus for Atlanta and flown to Rhein Mein Air Force Base in Germany (which is on the same airfield as the Frankfurt International Airport). We were then put on a chartered jet into Doha, Qatar, and flown by Air Force C-130 into Baghdad International Airport (BIAP). Others were taken by military convoy from Kuwait to Baghdad.

24.     All who deployed through the CRC—military personnel as well as Titan linguists— were also required to out process through the CRC upon return to the United States.

**Arrival in Iraq**

25.     I arrived at BIAP on October 1, 2003. I was taken to "the Zoo" to bed down. The Zoo was one of Saddam Hussein's former estates where he had maintained a zoo. The Zoo was used by the U.S. military as a compound. The area was between two other U.S. military compounds, BIAP and the Green Zone, and was located to the south of the main BIAP/Baghdad highway. Camp Slayer was also in the area and Camp Victory was to the north, across the BIAP/Baghdad highway. Camp Victory was located in an equestrian facility formerly used by Saddam Hussein.

26.     Titan personnel provided me with a Nissan pickup truck, a laptop, and cell and satellite phones and I was told to go to the Green Zone, where I was to live. My first bivouac was at Site 1 in the Green Zone. I was later moved to "the Dome" which was an area under one of the large

Declaration of David Winkler

ceremonial gates erected by Saddam Hussein. I lived among and in the same conditions as the
military officers berthing in these locations.

### Titan Site Manager Duties

27.    Site managers were Titan's first level of management in Iraq and the only Titan

management to have regular contact with linguists after delivery to their assigned military units.

28.    Titan was required to provide site managers possessing a SECRET clearance, but in

practice the military directed linguists not to discuss operational details with their site

managers—regardless of whether the site manager might hold the appropriate security

clearance—because the site managers were not deemed to have a need to know such operational

details. Nor were site managers permitted to observe linguists during interrogations.

29.    I personally observed military supervisors at AG instruct their linguists not to discuss

operations or operational issues with Titan managers, even though Titan managers held security

clearances.

30.    After about one month of on-the-job training, I took over site manager duties at AG,

BIAP, Camp Slayer, and Camp Victory in November 2003 and served in that position through

January 2004.

31.    As site manager, I was responsible for ensuring that linguists who were assigned to units

located at AG, Camp Slayer, Camp Victory, and BIAP were delivered to their assigned units.

When a new linguist arrived, I was told to which military unit he would be assigned. I then

contacted the officer or non-commissioned officer in charge (OIC/NCOIC) of the military unit to

let him know that the linguist was coming.

32.    If possible I would then accompany the linguist to the unit to which he was assigned and

would turn over the linguist to the OIC/NCOIC. The OIC/NCOIC or other designated member

of the military unit would then orient the linguist in the unit's mission, inform the linguist of his

responsibilities, conduct any training the unit deemed the linguist needed to fulfill their duties, and indoctrinate them in the military rules and regulations governing the linguist while assigned to the military unit. I did not participate in the processing nor have any involvement in its design. This is the procedure that CW3 Rumminger followed at AG , as well as the units at the other sites I covered. Upon attachment to a military unit, the linguist fell within the military unit's chain of command.

33.     After delivering the linguist to the assigned military unit, I strove to see each linguist once per week to obtain signatures on timecards. This was an administrative requirement but timecards were not used to compute amounts due under the contract or linguist pay. The contract provided that Titan linguists were to be available to their military units 24 hours a day, seven days a week; therefore, signatures were excused when linguists were unavailable to see me based on their military duties.

34.     During these visits, I also ensured that the linguists were paid, checked on the linguists' general well being, tried to confirm that the military was providing the linguists with appropriate living arrangements (as the government was obligated to do by contract), and that the linguists were not having significant problems that were going unaddressed by their units. I also delivered mail to them. As a practical matter, I had no control over the linguists' living or working conditions, and could only make requests of the military who did exercise that control.

35.     I performed my job by driving from site to site for much of each day, probably over 12 hours each day on average. My routine was to get up at 5:00 am and be on the road by 6:00 am, stopping for breakfast with some of the linguists. I would collect e-mail twice a day by going to locations that had Internet access – not all of my locations did – and would return to the Green Zone in the evening.

Declaration of David Winkler

36.    I drafted performance evaluations for linguists at my sites, but I was required to rely heavily upon military input because I was prohibited by the military from observing linguists performing their duties or from discussing their interrogations or other duties.

37.    Deficiencies in linguist performance were typically addressed within the military unit first through informal counseling (even though not contemplated by the contract) and, if unable to be resolved, brought to my attention. Ultimately, the military commander retained the authority to summarily remove a linguist from his unit.

38.    I typically drove my truck in civilian clothes – as opposed to the DCUs I was issued – to avoid being targeted by insurgents on the highways outside the relatively secure military compounds. I had several close calls in ambushes but was never injured. In contrast, many units, including those at AG, required that their linguists wear DCUs.

39.    I made it a point to check in with the Army at Camp Victory at least once a day. Camp Victory was the headquarters for Combined Joint Task Force SEVEN ("CJTF-7"). CJTF-7 exercised operational control over all U.S. forces in Iraq—including those units at AG. Major John Scott Harris, who allocated linguists to military units under the command of the Coalition Forces in Iraq, was also located at Camp Victory. When I was at Camp Victory, I could receive e-mail and check in by phone or e-mail with Titan managers at the Zoo. I would also learn of unit assignments for new linguists by checking in with Major Harris or his First Sergeant (1SG) Dave Friend. At first, unit assignments were made by Major Harris personally; later that task was shared with the Titan management.

### Command and Control of Titan Linguists

40.    Once assigned to a military unit (as were all Titan linguists at AG and other sites in Iraq), Titan linguists' work assignments were under the exclusive direction and control of the military unit commander or OIC/NCOIC. Titan linguists were under the operational control of the

Declaration of David Winkler

military unit commander, which meant that they were subject to his tasking 24 hours per day, seven days per week. As a result, the military commander controlled the leave and liberty of Titan linguists in the same way that he controlled leave and liberty of the military members of his unit. Titan supervisors played no role in the tasking of linguists or in supervising their work performance.

41.    When a Titan linguist desired to take leave to return to the United States, he was required to obtain the written approval of his unit commander.

42.    Similarly, the rule throughout Iraq, strictly applied at Abu Ghraib, was that Titan linguists were not permitted to leave the military compound without their unit commander's permission. In addition, U.S. citizen linguists were not allowed to leave except with a military escort. The unit commander's permission was required even if I, as a linguist's site manager, wished to take a linguist outside the compound.

43.    Military supervisors within the military units supervised linguists performance of their assigned tasks. (Titan managers were not permitted to supervise the linguists' performance of their military-assigned duties.) This was the case at AG as well as with other units throughout Iraq. As a result, the military unit commander also had the authority to summarily order a Titan linguist removed from his unit for deficient performance, failure to observe military regulations (which linguists were required to do), or for any other reason that he believed might interfere with his mission accomplishment.

44.    In short, once assigned to a unit, the Titan linguists worked under the exclusive operational command and control (known within the military as OPCON) of the military commander and his delegates.

Declaration of David Winkler

45.    It was widely understood and agreed—by military commanders, military members, Titan management, and Titan linguists—that the military unit commanders exercised direct control over assigned linguists while Titan's principal contractual responsibility was to recruit sufficient numbers of proficient Arabic linguists to fulfill the military's operational requirements and to provide administrative support as detailed above.

### Abu Ghraib

46.    I visited AG about 2-3 times per week during the period November 2003 through January 2004. During this time, there were approximately 30-40 U.S. citizen Titan linguists at AG and thousands of detainees. The linguists at AG were divided among a number of units including: Army Criminal Investigation Division (CID); Military Intelligence (MI) (the bulk of the 30-40 linguists); and Military Police (MP).

47.    When I first visited AG, living conditions for the linguists and the military were very primitive. There was no Post Exchange and no public Internet or telephone service. Linguists and military members had at first been housed in tents on the compound, but mortar shelling of the compound had made this too dangerous by the summer of 2003. A senior military commander at AG ordered the Titan linguists and military members to berth in cells in the prison. Locks had been cut off of the doors, but the cells still had bars. Titan employees slept in sleeping bags on cots, as did the military members, who lived in adjacent cell blocks. There was essentially no running water. Portable toilets were used for sanitation, but these were often full and overflowing. The food consisted of standard Army Meals Ready to Eat (MREs) at first. Later a local company was hired to provide two hot meals a day. Meals were generally served four times daily. Titan linguists dined in the military mess facilities alongside the military members of the units.

48. In approximately late 2003, some outdoor showers were rigged, and the Morale, Welfare, and Recreation Organization (MWR) installed a bank of computers with Internet access and telephone banks for use of the military members and Titan linguists.

49. At all times, Titan linguists ate in military mess facilities on site, slept in cell blocks alongside those occupied by the military members with whom they served, used the same recreational facilities on site (although such facilities were extremely limited), wore the same uniforms (DCUs) as military members, and carried identification cards with military equivalent rank. In short, the Titan linguists were fully integrated into the military units to which they were assigned.

50. The statement of work requires Titan linguists to wear military uniforms with "CONTRACTOR" prominently displayed. In practice, however, Titan linguists' uniforms were indistinguishable from the uniforms of military personnel uniforms because (1) the uniform blouse was often not worn in working settings within the prison buildings; (2) name tapes were concealed by protective gear required to be worn outside the buildings; and (3) Army doctrine dictated that name tapes be removed or concealed during interrogations.

51. During the period in which I served as site manager, linguists were generally assigned to AG on the orders of Major John Scott Harris, the CJTF-7 Linguist Manager. (Major Harris oversaw the assignment of military linguists as well as Titan employees within Iraq.) When linguists arrived in country, they were kept at a temporary facility on BIAP. I took newly-arrived linguists from BIAP to AG in my truck and delivered them to the Officer in Charge (OIC) or Non-commissioned Officer in Charge (NCOIC) of the military unit to which they were assigned.

Declaration of David Winkler

52.    My principal military point of contact at Abu Ghraib was Chief Warrant Officer 3 (CW3) Doug Rumminger.

53.    After delivery to the assigned unit, the military commander had free reign over the linguists' work assignments in support of the unit. Assigned linguists were available to the unit commander 24 hours per day, seven days per week. Usually a unit had an officer or NCO who was the focal point for linguist support and who made the daily work assignments for linguists, including Titan linguists. Linguists fell within the Army's chain of command once they were placed with their units; as a result, they were effectively part of the Army while assigned to specific military units.

54.    I would try to take linguists (and, on a space available basis, military members and other contract employees) to the Post Exchange (PX) at BIAP every week or two. When I would take the linguists to the PX at BIAP, they would have to clear their leaving AG with their military supervisor. Similarly, when a linguist wanted to take vacation, the approval of the military unit commander was required. If the unit commander would not approve the leave, the leave request was not granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December _1_, 2005.

David Winkler