UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AL RAWI, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION, *et al.*,<br><br>                    Defendants. | Civil Action No. 05-1165 (JR) |

## ORDER

I have fully considered Defendant L-3 Communications Titan Corporation's (Titan) Motion for Summary Judgment (Titan's Motion), as well as the arguments and evidence submitted by all parties with respect thereto. I hereby find that Titan is entitled to summary judgment for each of the reasons stated in Titan's Motion. As a result, it is hereby:

**ORDERED** that Titan's Motion is **GRANTED**, and **JUDGMENT WILL BE ENTERED** for Titan.

_____
JAMES ROBERTSON
United States District Judge

Dated: _____