IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SALEH, et al.,** | ) ) ) ) |
| **Plaintiffs,** | ) ) **Civil Action No. 05-1165 (JR)** |
| v. | ) ) |
| **TITAN CORPORATION, et al.,** | ) ) |
| **Defendants.** | ) ) ) |

## ORDER

Upon consideration of Plaintiffs' Motion for Reconsideration and Leave for Jurisdictional Discovery, it is this _____ day of _____ hereby

ORDERED that the Motion is DENIED.

_____
JAMES ROBERTSON
United States District Judge

<u>Copies to:</u>

Counsel of Record