August 3, 2006

VIA FEDERAL EXPRESS

Judge James Robertson
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Saleh, et al. v. Titan Corporation; 1:05-cv-1165 (JR)

Dear Judge Robertson,

I am a defendant in this case. The summons that was delivered to my house on June 5, 2006 (it misspells my last name) says that I have sixty days after service (June 5) to answer the complaint, which I count as being August 4, 2006. I am in the process of trying to obtain counsel to represent me and therefore ask that the Court give me until September 15, 2006 to respond to the Third Amended Complaint. I this morning spoke by telephone with Ms. Susan L. Burke, attorney for plaintiffs. She told me she had no objection to this response date.

I wish the Court to know that I vehemently deny that I tortured anyone.

Respectfully,

Timothy Duggan
3696 Summit Road, SW
Pataskala, OH  43062

cc   Susan L. Burke
     Burke Pyle LLC
     4112 Station Street
     Philadelphia, PA  19127

     Ari S. Zymelman
     Williams & Connolly LLP
     725 12th Street, NW
     Washington, DC  20005

     J. William Koegel, Jr.
     Steptoe & Johnson LLP
     1330 Connecticut Avenue, NW
     Washington, DC  20036