IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*,<br><br>        Plaintiffs<br><br>    v.<br><br>TITAN CORP., *et al.*,<br><br>        Defendants. | Case Action No. 05-CV-1165 (JR) |

## MOTION OF JUSTIN DILLON FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Justin Dillon, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Dillon provides his declaration, attached as Exhibit A.

Dated: August 16, 2006

/s/ Patrick O'Donnell
Patrick O'Donnell (D.C. Bar #459360)
HARRIS, WILTSHIRE & GRANNIS LLP
1200 18th Street, N.W., Suite 1200
Washington, DC 20036
Phone: (202) 730-1300
Facsimile: (202) 730-1301

*Counsel for Defendant Daniel E. Johnson*

## **CERTIFICATE OF SERVICE**

I, Patrick O'Donnell, do hereby certify that on this 16th day of August 2006, I caused true and correct copies of the foregoing Motion of Justin Dillon for admission *Pro Hac Vice* to be served via electronic mail upon the following individuals at the addresses indicated:

F. Whitten Peters
Ari Shlomo Zymelman
Williams and Connolly
725 12th Street, N.W.
Washington, DC 20005
wpeters@wc.com
azymelman@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel, Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
wkoegel@steptoe.com
joconnor@steptoe.com
*Counsel for Defendants CACI International Inc., CACI Inc-Federal, and CACI-PT*

Adam L. Rosman
Eric R. Delinsky
Ellen D. Marcus
Zuckerman Spaeder LLP
1800 M Street, N.W.
Washington, D.C. 20036
arosman@zuckerman.com
edelinsky@zuckerman.com
emarcus@zuckerman.com
*Counsel for Defendant Adel Nakhla*

Henry E. Hockeimer, Jr.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
hockeimerh@ballardspahr.com
*Counsel for Defendant Steven A. Stefanowicz*

Alison L. Doyle
Shari L. Klevens
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006-1108
adoyle@mckennalong.com
sklevens@mckennalong.com
*Counsel for Defendant John B. Israel*

Susan L. Burke
Burke Pyle LLC
3527 Lancaster Avenue
Philadelphia, PA 19104
sburke@burkepyle.com
*Counsel for Plaintiffs Saleh, et al.*

/s/ Patrick O'Donnell
Patrick O'Donnell, D.C. Bar #459360