IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> TITAN CORP., *et al.*, <br><br> Defendants. | Case Action No. 05-CV-1165 (JR) |

## DECLARATION OF JUSTIN DILLON

I, Justin Emerson Dillon ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission:</u> Applicant is an associate in the law firm of Harris, Wiltshire & Grannis LLP, and requests permission to participate in this action as counsel for Defendant Daniel E. Johnson.

2. <u>Office Address and Telephone Number:</u>

   Justin Dillon
   Harris, Wiltshire & Grannis LLP
   1200 18th Street, N.W.
   12th Floor
   Washington, D.C. 20036
   Phone: (202) 730-1300
   Facsimile: (202) 730-1301
   Email: jdillon@harriswiltshire.com

3. <u>Bar Admissions:</u> Applicant is a member in good standing of the Bar of the Commonwealth of Virginia and is also admitted to practice before the United States Court of Appeals for the Tenth Circuit.

4. <u>Certification of Good Standing:</u> Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court:</u> Applicant has never previously been admitted *pro hac vice* in this Court.

6. <u>Application Pending:</u> Applicant practices law in the District of Columbia and has a pending application for membership to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of August, 2006

_____
Justin Dillon