IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH, *et al.*,

       Plaintiffs

v.

TITAN CORP., *et al.*,

       Defendants.

Case Action No. 05-CV-1165 (JR)

**PROPOSED ORDER**

Upon consideration of the Motion of Justin Dillon for admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and hereby is GRANTED.

Dated: _____

                                                                         The Honorable James Robertson
                                                                        United States District Judge