IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>TITAN CORP., *et al.*,<br><br>    Defendants. | Case Action No. 05-CV-1165 (JR) |

## **PROPOSED ORDER**

Upon consideration of Defendant Daniel E. Johnson's Motion to dismiss Plaintiff's Third Amended Complaint for lack of personal jurisdiction and for failure to state a claim, it is hereby ORDERED that Defendant Johnson's motion is GRANTED in full and the Third Amended Complaint is DISMISSED as to Defendant Johnson.

SO ORDERED, this ___ day of August, 2006.

_____
James Robertson
United States District Judge