AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SALEH, ET AL.,

      Plaintiff(s)       )
)
)    **APPEARANCE**
)
)
      vs.       )    CASE NUMBER   05-CV-1165(JR)
TITAN CORP., ET AL.,    )
)
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __PATRICK O'DONNELL__ as counsel in this
                                (Attorney's Name)

case for: __DANIEL E. JOHNSON__
           (Name of party or parties)

__AUGUST 16, 2006__                              /s/ Patrick O'Donnell
Date                                               Signature

                                                 PATRICK O'DONNELL
__D.C. BAR NO. 459360__                 Print Name
BAR IDENTIFICATION
                                               HARRIS, WILTSHIRE & GRANNIS LLP
                                               Address

                                               1200 18TH ST. NW, 12TH FLOOR, WASHINGTON, DC 20036
                                               City         State         Zip Code

                                               (202) 730-1300
                                               Phone Number