UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE TITAN CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 04-01248 (JR) |
| SALEH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE TITAN CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 05-01165 (JR) |

### STIPULATION ABOUT DOCUMENT DISCOVERY

WHEREAS, the *Saleh* plaintiffs seek document discovery beyond that provided for in the Court's April 27, 2006 Order (the "Discovery Plan") and pursuant to the terms set forth in the July 31, 2006 Meet and Confer Statement.

WHEREAS, to resolve expeditiously their differences regarding the discovery appropriate for Plaintiffs to respond to the Defendants' summary judgment motions, counsel for the parties have conferred extensively and reached agreements compromising their positions, which are set forth in general terms below and further memorialized in detail in side letters;

THEREFORE, the parties stipulate that, in addition to the documents produced pursuant to the Discovery Plan, Defendants will produce the following additional non-classified documents:

1. Unclassified delivery orders pursuant to which Titan linguists were provided to the United States military throughout Iraq.

- 2 -

    2.    The following documents reflecting supervision of Iraq operations:

        a.    Employee handbooks, manuals, codes-of-conduct, and managerial training manuals.

        b.    Performance reviews, warnings, terminations, and disciplinary reports relating to Titan Category II and III linguists.

        c.    Documents reflecting communications with the government or its personnel about the issues set forth in the documents being produced pursuant to paragraph 2b.

    3.    The following documents reflecting reporting structures governing Iraq operations:

        a.    Organization charts reflecting the corporate managerial structure.

        b.    Representative samples of offer letters sent to and contracts entered into with Titan linguists.

        c.    Any advertisements or other written recruiting materials that address reporting structures.

    4.    Communications (i.e., letters and memoranda) from the United States' contracting officer or her representatives to Defendants directing discipline, termination, or reassignment of Titan Category II and III linguists.

    5.    Corporate policies and procedures relating to any screening, training, or testing provided to Defendants' employees by either the United States or Defendants.

    6.    All corporate policies concerning the carrying of weapons by Defendants' employees.

    7.    The parties have worked together to minimize the burdens of production placed upon Defendants. It is understood and agreed, however, that the parties will negotiate in good faith in the event Plaintiffs request additional documents, such as documents identified by witnesses during depositions.

Respectfully submitted,

_____ FOR
SUSAN L. BURKE (D.C. Bar # 414939)
Burke Pyle LLC
4112 Station Street
Philadelphia, PA 19127
Telephone: (215) 487-6590
Facsimile: (215) 482-0874
*Counsel for Saleh Plaintiffs*

_____
F. GREG BOWMAN (DC # 486097)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5753

*Counsel for Defendant The Titan Corporation*

SO ORDERED

_____
Judge James R. Robertson
United States District Judge

- 3 -