**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE TITAN CORPORATION *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TITAN CORPORATION *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-1165 (JR) |

***SALEH* PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

The *Saleh* Plaintiffs respectfully seek leave treat Exhibit F of their Motion For Leave To Take Discovery From The CACI Defendants Under Federal Rule of Civil Procedure 56(f) as "confidential" under the terms of the Protective Order governing this action. Plaintiffs have separately submitted a paper copy of Exhibit F to the Court and counsel of record. Counsel for the CACI Defendants alerted Plaintiffs that they intend to place the entirety of Mr. Porvaznik's deposition transcript under the July 31, 2006 Protective Order. Plaintiffs have requested that defense counsel identify the transcript pages and lines that contain confidential information rather than marking the entirety of the transcript as confidential. Until the scope of the transcript designation is resolved,

- 2 -

Plaintiffs respectfully request that the Court grant leave to place this Exhibit under seal, as is permitted by the Protective Order.

    A proposed Order is attached.


Dated: September 5, 2006                     /s/ Susan L. Burke
                                                Susan L. Burke (D.C. Bar # 414939)
                                                BURKE PYLE LLC
                                                4112 Station Street
                                                Philadelphia, PA 19127
                                                Telephone:    (215) 487-6590
                                                Facsimile:    (215) 482-0874

                                                Jennifer Green
                                                CENTER FOR CONSTITUTIONAL RIGHTS
                                                666 Broadway, 7th Floor
                                                New York, NY 10012
                                                Telephone:    (212) 614-6439
                                                Facsimile:    (212) 614-6499

                                                Shereef Hadi Akeel (admitted *pro hac vice*)
                                                AKEEL & VALENTINE, P.C.
                                                401 South Old Woodward Avenue
                                                Suite 430
                                                Birmingham, MI 48009
                                                Telephone:    (248) 594-9595
                                                Facsimile:    (248) 594-4477

                                                *Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Anne K. Heidel, do hereby certify that on the 5th day of September 2006, I caused true and correct copies of *Saleh* Plaintiffs' Motion For Leave To File Exhibit Under Seal to be served via electronic mail upon the following individuals at the addressed indicated:

F. Whitten Peters
Thomas M. Craig
Williams & Connolly LLP
725 12th Street, NW
Washington, D.C. 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, CACI Inc. – Federal and CACI-PT*

L. Palmer Foret
The Law Firm of L. Palmer Foret, P.C.
1735 20th Street, NW
Washington, D.C. 20009
lpforet@foretlaw.com
*Counsel for Ibrahim Plaintiffs*

Craig T. Jones
Edmond & Jones, LLP
127 Peachtree Street, NE
Suite 410
Atlanta, GA 30303
cjones@edmondfirm.com
*Counsel for Ibrahim Plaintiffs*

Patrick P. O'Donnell
Justin Dillon
Harris, Wiltshire & Grannis LLP
1200 18th St. NW
12th Floor
Washington, DC 20036
podonnell@harriswiltshire.com
*Counsel for Defendant Daniel Johnson*

By regular mail:
Timothy Dugan
3696 Summit Road, SW
Pataskala, OH 43062
*Proceeding Pro Se*

Anne K. Heidel