IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE TITAN CORPORATION *et al.*, <br><br> Defendants. | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TITAN CORPORATION *et al.*, <br><br> Defendants. | Civil Action No. 05-1165 (JR) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of *Saleh* Plaintiffs' Motion For Leave To File Exhibit Under Seal, it is hereby ORDERED that Exhibit F of Plaintiffs' August 30, 2006 Motion is placed under seal pursuant to the Protective Order entered in this case.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE