IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TITAN CORP., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 04-CV-1248 (JR) |
| SALEH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TITAN CORP., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-CV-1165 (JR) |

**MOTION FOR PROTECTIVE ORDER OF DEFENDANTS CACI
INTERNATIONAL INC AND CACI PREMIER TECHNOLOGY, INC.**

　　　　Defendants CACI International Inc and CACI Premier Technology, Inc., hereby move pursuant to Federal Rule of Civil Procedure 26(c) for a protective order (1) limiting each of the depositions taken in the summary judgment phase of these actions to a single session of three hours, and (2) precluding Plaintiffs from inquiring on subjects other than the manner in which Defendants employees were supervised and operationally controlled in performance of their interrogation and/or linguist duties in Iraq. This protective order is appropriate because in the one summary judgment phase deposition taken to date, counsel for the *Saleh* Plaintiffs

- 2 -

impermissibly questioned the witness on merits-related subjects and other subjects in contravention of the Court's orders limiting discovery to the issues raised in the pending summary judgment motions. The bases for the CACI Defendants' motion is set forth in greater detail in the accompanying Memorandum.[1] Counsel for the CACI Defendants conferred with Plaintiffs' counsel and Plaintiffs do not consent to the relief sought herein.

Wherefore, the CACI Defendants respectfully request that the Court enter the protective order sought in this motion. A proposed order is attached.

Respectfully submitted,

/s/ John F. O'Connor

J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Attorneys for Defendants CACI International Inc. and CACI PT Inc*

September 11, 2006

---

[1] The CACI Defendants have filed their accompanying Memorandum under seal, accompanied by a Motion to seal the Memorandum.