IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-CV-1248 (JR) |
| v. ) | |
| ) | |
| TITAN CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| | |
| SALEH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-CV-1165 (JR) |
| v. ) | |
| ) | |
| TITAN CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered the Motion for Protective Order of Defendants CACI International Inc and CACI Premier Technology, Inc., as well as its accompanying Memorandum and any oppositions and replies filed in connection therewith, finds that the CACI Defendants' motion is well taken. Accordingly, the Court ORDERS that each deposition taken in the summary judgment phase of these actions shall be limited to a single session of three hours, and Plaintiffs are prohibited from inquiring into merits-based subjects and other subjects not relevant to the issues raised in Defendants' pending summary judgment motions, including

- 2 -

but not limited to the subjects of inquiry identified in the CACI Defendants' Memorandum in support of their motion for protective order.

    SO ORDERED this _____ day of _____, 2006.

                                                                                                          _____
                                                                                                          JAMES ROBERTSON
                                                                                                          UNITED STATES DISTRICT JUDGE