IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TITAN CORP., *et al.*, <br><br> Defendants. | Civil Action No. 04-CV-1248 (JR) |
| SALEH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TITAN CORP., *et al.*, <br><br> Defendants. | Civil Action No. 05-CV-1165 (JR) |

**MOTION BY DEFENDANTS CACI INTERNATIONAL INC AND CACI PREMIER TECHNOLOGY, INC., TO FILE PLEADINGS UNDER SEAL**

Defendants CACI International Inc and CACI Premier Technology, Inc., hereby move for leave to file under seal the Memorandum of Defendants CACI International Inc and CACI Premier Technology, Inc. in Support of their Motion for Protective Order ("Memorandum") and Declaration of John F. O'Connor, both dated September 11, 2006. The basis for the CACI Defendants' request to file the O'Connor Declaration under seal is that the Declaration attaches a single exhibit, which is the transcript of a deposition that has been designated as confidential under then protective orders governing the above-captioned actions. The basis for the CACI

- 2 -

Defendants' request to file the Memorandum under seal is that the vast majority of the Memorandum is a description and collection of quoted materials from the confidential deposition that is attached to the O'Connor Declaration. The Motion for Protective Order and proposed order to which these pleadings relate are not confidential and have been filed electronically in the Court's public file. For these reasons, the CACI Defendants respectfully request that the Court permit the Memorandum and O'Connor Declaration to be filed under seal. A proposed order is attached.

Respectfully submitted,

/s/ John F. O'Connor

J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Attorneys for Defendants CACI International Inc. and CACI PT Inc*

September 11, 2006