IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IBRAHIM, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TITAN CORP., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 04-CV-1248 (JR) |
| SALEH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TITAN CORP., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-CV-1165 (JR) |

**[PROPOSED] ORDER**

The Court, having considered the Motion to File Pleadings Under Seal of Defendants CACI International Inc and CACI Premier Technology, Inc., finds that the CACI Defendants' motion is well taken. Accordingly, the Court ORDERS that the Memorandum of Defendants CACI International Inc and CACI Premier Technology, Inc. in Support of their Motion for Protective Order and Declaration of John F. O'Connor, both dated September 11, 2006 shall be filed under seal.

- 2 -

SO ORDERED this _____ day of _____, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE