IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH, *et al.*,

    Plaintiffs,

v.

TITAN CORPORATION, *et al.*,

    Defendants.

Civil Action No. 05-1165 (JR)

**ENTRY OF APPEARANCE ON BEHALF OF
DEFENDANT TIMOTHY DUGAN**

The Clerk of the Court will please note the entry of appearance of Michael Nussbaum and Jocelyn Leyretana as attorneys for defendant Timothy Dugan in this action.

                                /s/ Michael Nussbaum
                             Michael Nussbaum (Bar No. 9464)
                             Special Counsel
                             Bonner Kiernan Trebach & Crociata, LLP
                             1233 20th Street, NW, 8th Floor
                             Washington, DC 20036
                             Direct Tel (202) 712-7090
                             Main Tel (202) 712-7000
                             Fax (202) 712-7100
                             mnussbaum@bktc.net

                             Jocelyn Leyretana (Bar No. 479341)
                             Direct Tel (202) 712-7137
                             jleyretana@bktc.net

                             *Counsel for Defendant Timothy Dugan*

Dated: September 12, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Entry of Appearance on Behalf of Defendant Timothy Dugan were, this /2-*k* day of September, 2006, served upon counsel for the parties by electronic mail as follows:

Susan L. Burke
Burke Pyle, LLC
4112 Station Street
Philadelphia, PA 19127
sburke@burkepyle.com
*Counsel for Plaintiffs and Class Plaintiffs*

F. Whitten Peters
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel, Jr.
Steptoe & Johnson, LLP
1130 Connecticut Avenue, NW
Washington, DC 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International,
CACI Inc. – Federal and CACI-PT*

Patrick P. O'Donnell
Harris, Wiltshire & Grannis, LLP
1200 18th Street, NW, 12th Floor
Washington, DC 20036
podonnell@harriswiltshire.com
*Counsel for Defendant Daniel Johnson*

_____
Michael Nussbaum