UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI ABBAS AL RAWI, *et al.*,       :
                                    :
    Plaintiffs,                 :
                                    :
  v.                                : Civil Action No. 05-1165 (JR)
                                    :
TITAN CORPORATION, *et al.*,        :
                                    :
    Defendants.                 :

### ORDER

Upon consideration of defendant Daniel E. Johnson's motion for the *pro hac vice* appearance of Justin Dillon [81], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                          JAMES ROBERTSON
                                United States District Judge