IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH, et al.,

      Plaintiffs

v.

TITAN CORP., et al.,

      Defendants.

Case Action No. 05-CV-1165 (JR)

### DECLARATION OF DANIEL E. JOHNSON

Daniel E. Johnson, pursuant to 28 U.S.C. § 1746, states as follows:

1. I make this Declaration in support of the Reply Memorandum of Law in Support of Defendant Daniel E. Johnson's Motion to Dismiss the Third Amended Complaint to which it is being attached. This Declaration is based upon my own personal knowledge of the facts set forth herein.

2. Since July 2006, I have lived and worked in the state of Washington. Before that, I lived in Hawaii. I grew up in an Army family, and we lived in Florida, Korea, Arizona, and Hawaii during my childhood. I was living with my parents in Hawaii until I joined the Army in 2000 at age 18. In the Army, I attended basic training in Oklahoma and served in California, Arizona, and Hawaii. I never served or even passed through the District of Columbia while in the Army.

3. I have never lived, worked, owned or rented property, transacted any business, caused any tortious injury, registered to vote, or held a drivers license in the District of Columbia.

4.   I have visited the District of Columbia, only once, during a trip with my parents when I was in elementary school in the late 1980s or early 1990s. This is the only time I have ever set foot in the District.

5.   I applied to work for CACI Premier Technology, Inc. ("CACI") in 2003 and left the company in 2004. When I was hired by CACI, I flew from Hawaii to Texas, where I spent about a week preparing to go to Iraq. Then I flew from Texas to Iraq, stopping briefly in Germany and Kuwait. While working for CACI, I left Iraq for one week to travel to Italy, via Kuwait and Germany. When I left the company, I flew from Iraq home to Hawaii, through Kuwait, the United Arab Emirates, and Japan. I never entered the District of Columbia when working for CACI or applying to work for CACI.

6.   To the best of my knowledge, none of my communications with the company before, during or after my employment took place with any CACI employee located in Washington, DC. I never telephoned, wrote, or e-mailed anyone in Washington, DC, regarding my employment with CACI. I am aware of no connection at all between my work for CACI and the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2006.

_____
Daniel E. Johnson