UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 04-01248 (JR) |
| SALEH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 05-01165 (JR) |

**PLAINTIFFS' MOTION TO FILE PLEADING UNDER SEAL**

The *Saleh* and *Ibrahim* plaintiffs hereby move for leave to file an unredacted version of their Opposition To CACI's Motion For Protective Order under seal. A copy of this unredacted pleading is attached hereto.[1] The basis for the request to file this unredacted version under seal is that it references pages of the Porvaznik deposition transcript that CACI's counsel has designated as Confidential Information as well as portions of CACI's Memorandum In Support Of Their Motion For Protective Order, which CACI filed under seal. By seeking leave to file this unredacted pleading under

---

[1] Hard copies of the complete pleading are being sent to the parties and the Court; this electronic filing does not attach the complete pleading.

seal, plaintiffs do not waive any objections to the purported confidentiality of those designated passages of the Porvaznik deposition transcript.

Plaintiffs are electronically filing a redacted version of this Opposition separately.

Dated: October 2, 2006

| | |
|---|---|
| /s/ Susan L. Burke | /s/ L. Palmer Foret |
| Susan L. Burke (D.C. Bar # 414939)<br>BURKE PYLE LLC<br>4112 Station Street<br>Philadelphia, PA 19127<br>Telephone: (215) 487-6590<br>Facsimile: (215) 482-0874 | L. Palmer Foret (D.C. Bar # 260356)<br>THE LAW FIRM OF<br>L. PALMER FORET, P.C.<br>1735 20th Street, N.W.<br>Washington, D.C. 20009<br>Telephone: 202-332-2404<br>Facsimile: 202-332-2808 |
| Jennifer Green<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6439<br>Facsimile: (212) 614-6499 | Craig T. Jones<br>EDMOND & JONES, LLP<br>The Chandler Building, Suite 410<br>127 Peachtree Street, NE<br>Atlanta, GA 30303<br>Telephone: (404) 525-1080<br>Facsimile: (404) 525-1073 |
| Shereef Hadi Akeel<br>AKEEL & VALENTINE, P.C.<br>401 South Old Woodward Avenue, Suite 430<br>Birmingham, MI 48009<br>Telephone: (248) 594-9595<br>Facsimile: (248) 594-4477 | *Counsel for Ibrahim Plaintiffs* |

*Counsel for Saleh Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Anne K. Heidel, do hereby certify that on the 2nd day of October, 2006, I caused true and correct copies of the foregoing Motion To File Pleading Under Seal to be served via first class mail, upon the following individuals at the addressed indicated:

F. Whitten Peters
Thomas M. Craig
WILLIAMS & CONNOLLY
725 12th Street, NW
Washington, D.C. 20005
wpeters@wc.com
*Counsel for Defendant Titan Corp.*

J. William Koegel Jr.
John F. O'Connor
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
wkoegel@steptoe.com
*Counsel for Defendants CACI International, and CACI-PT*

Michael Nussbaum
Jocelyn Leyretana
BONNER KIERNAN TREBACH
& CROCIATA, LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
mnussbaum@bktc.net
*Counsel for Defendant Timothy Dugan*

Patrick O'Donnell
Justin Dillon
HARRIS, WILTSHIRE & GRANNIS, LLP
1200 18th Street, NW
Suite 1200
Washington, D.C. 20036
podonnell@harriswiltshire.com
*Counsel for Defendant Daniel E. Johnson*

_____
Anne K. Heidel