IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM, *et al.*,<br><br>          Plaintiffs,<br><br>      v.<br><br>TITAN CORP., *et al.*,<br><br>          Defendants. | Civil Action No. 04-CV-1248 (JR) |
| SALEH, *et al.*,<br><br>          Plaintiffs,<br><br>      v.<br><br>TITAN CORP., *et al.*,<br><br>         Defendants. | Civil Action No. 05-CV-1165 (JR) |

**MOTION BY DEFENDANTS CACI INTERNATIONAL INC AND CACI PREMIER TECHNOLOGY, INC., TO FILE PLEADING UNDER SEAL**

      Defendants CACI International Inc and CACI Premier Technology, Inc., hereby move for leave to file under seal the Reply of Defendants CACI International Inc and CACI Premier Technology, Inc. in Support of their Motion for Protective Order ("Reply"), dated October 12, 2006.  The basis for the CACI Defendants' request to file the Reply under seal is that the Reply refers to and quotes passages from a Memorandum that was filed under seal in this action and also refers to events taking place in Iraq that could be used to identify certain former CACI PT

- 2 -

employees who served in Iraq.  For these reasons, the CACI Defendants respectfully request that the Court permit the Reply to be filed under seal.  A proposed order is attached.

                Respectfully submitted,

                /s/  John F. O'Connor
                _____
                J. William Koegel, Jr. (Bar No. 323402)
                John F. O'Connor (Bar No. 460688)
                STEPTOE & JOHNSON LLP
                1330 Connecticut Avenue, N.W.
                Washington, D.C. 20036
                (202) 429-3000

                *Attorneys for Defendants CACI International Inc. and CACI PT Inc*

October 12, 2006