IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-CV-1165 (JR) |
| TITAN CORP., *et al.*, | ) |
| Defendants. | ) |

**MOTION OF DEFENDANTS CACI INTERNATIONAL INC
AND CACI PREMIER TECHNOLOGY, INC. FOR LEAVE TO
FILE SUR-OPPOSITION TO THE *SALEH* PLAINTIFFS'
MOTION FOR LEAVE TO TAKE DISCOVERY FROM THE CACI
DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(f)**

Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants") respectfully request that the Court grant the CACI Defendants leave to file the attached sur-opposition to Plaintiffs' Motion for Leave to Take Discovery from the CACI Defendants Under Federal Rule of Civil Procedure 56(f), and the accompanying Supplemental Declaration of John F. O'Connor. The sur-opposition is directed solely at the issue of counsel's communications concerning production of emails by the CACI Defendants in the summary judgment stage of this case and the burdens that an email production would entail. Plaintiffs' reply asserted that there would be relatively little burden to the CACI Defendants if they were ordered to search emails for the discovery sought in Plaintiffs' Rule 56(f) affidavit and that the CACI Defendants' counsel admitted as much in discussions with Plaintiffs' counsel. Because neither of these statements is accurate, a brief sur-opposition is appropriate in order to correct the record.[1]

---

[1] Counsel for the CACI Defendants conferred with Plaintiffs' counsel and Plaintiffs'

For the foregoing reasons, the CACI Defendants respectfully submit that the Court should grant the CACI Defendants' motion for leave to file the attached sur-opposition. A proposed order is attached.

Respectfully submitted,

/s/ John F. O'Connor
_____
J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Attorneys for Defendants CACI International Inc., and CACI PT Inc*

October 20, 2006

---

counsel have declined to take action with respect to the statements in Plaintiffs' reply that are addressed in the proposed sur-opposition, and Plaintiffs oppose the CACI Defendants' motion for leave to file the proposed sur-opposition.

2