IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-CV-1165-JR |
| TITAN CORPORATION, et al., ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered the Motion for Leave to File Sur-Opposition to Plaintiffs' Motion for Leave to Take Discovery from the CACI Defendants Under Federal Rule of Civil Procedure 56(f), as well as an oppositions and replies filed in response thereto, finds that the CACI Defendants' motion is well taken. Accordingly, the CACI Defendants' motion is GRANTED.

SO ORDERED this _____ day of _____, _____.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE