# EXHIBIT A

Case 1:05-cv-01165-JR   Document 101-2   Filed 10/30/2006   Page 1 of 7

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

                              -o-

SALEH, an individual residing   :
in Sweden and Dearborn,
Michigan; HAJ ALI SHALLAL       :   Case No. 1:05-cv-1165
ABBAS AL-UWEISSI, an individual
residing in Iraq; JILAL MEHDE   :
HADOD, an individual residing
in Iraq; UMER ABDUL MUTALIB     :   Statement Under Oath of:
ABDUL LATIF, an individual          TORIN NELSON
residing in Iraq; AHMED         :
SHEHAB AHMED, an individual
residing in Iraq; AHMED         :
IBRAHIEM NEISEF JASSEM, an
individual residing in Iraq;    :
ISMAEL NEISEF JASSEM AL-NIDAWI,     Place:
an individual residing in       :   HOTEL MONACO
Iraq; KINAN ISMAEL NEISEF           15 West 200 South
AL-NIDAWI, an individual        :   Salt Lake City, Utah 84101
residing in Iraq; ESTATE OF
IBRAHIEM NEISEF JASSEM, the     :   Date:
heirs and estate of Ibrahiem        September 9, 2005
Neisef Jassem; MUSTAFA, an      :
individual residing in Iraq;        Time:
NATHEER, an individual          :   12:50 p.m.
residing in Iraq; OTHMAN, an
individual residing in Iraq;    :   Reporter:
HASSAN, an individual residing      Ariel Mumma, CSR/RPR
in Iraq; and CLASSES OF         :
PERSONS SIMILARLY SITUATED,
KNOWN HEREINAFTER AS JOHN and   :
JANE DOES NOS. 1 - 1050,
                                :
          Plaintiffs,
                                :
      -v-
                                :
TITAN CORPORATION, a Delaware
Corporation; ADEL NAKHLA, a     :
former Titan employee residing
in Maryland; JOHN B. ISRAEL,    :
a former Titan employee
temporarily residing in Iraq;   :
               *

               *
```

```
CACI INTERNATIONAL INC., a
Delaware Coorporation; CACI      :
INCORPORATED - FEDERAL, a
Delaware Corporation; CACI       :
PREMIER TECHNOLOGY, INC., a
Delaware Corporation;            :
STEVEN A. STEFANOWICZ, a
former CACI employee residing    :
in Pennsylvania; TIMOTHY
DUGGAN, a former CACI            :
employee residing in Ohio,
and DANIEL E. JOHNSON, a         :
former CACI employee residing
in the United States,            :

                Defendants.      :
```

-o-

55

```
           1  sticking with it," kind of thing.
           2            When I got in, I sat down in a room by
           3  myself, had a one-page paper -- I think it had two
           4  sides to it -- with questions about mostly things had
13:58:46   5  I seen regarding MPs.  But then there was also some
           6  areas where have you seen anything else, you know,
           7  that seemed to be a violation, or questionable, or
           8  anything like that.
           9            That's when I started writing about some
13:59:03  10  of the things that Tim Duggan -- that I suspected him
          11  of doing.  And the next day I was specifically called,
          12  notified, while I was in the JIDC doing my job, that I
          13  was to go over and report to CID, and that they wanted
          14  to talk to me.  So I had to cancel my interrogation
13:59:24  15  scheduled for that day.
          16            I went over.  I talked to a CID
          17  investigator -- I don't know his name -- it was
          18  probably late 20s to early 30s, I would think, thin
          19  fellow -- and I gave my testimony.
13:59:41  20            He wanted me to write it down, and I said,
          21  "Well, seriously, if you want it written down, why
          22  don't you just type it yourself?"  I'll just -- "You
          23  know, I can tell you.  That's probably just better."
          24  So he did the typing while I spoke.
13:59:51  25            And the gist of it mainly was I was trying
```

56

```
         1  to get CID to just pick up where -- where I had ended,
         2  and say, look, you guys, this is your job, you're
         3  supposed to look at other people's work; so here, take
         4  a look at Tim Duggan and DJ, because there's some
14:00:12 5  questionable things that I've seen about them.
         6            I don't really have anything really
         7  damning, but go ahead and take this, and maybe if it
         8  helps your investigation, it does.  If not, so be it.
         9            That was pretty much it.  I thought that
14:00:24 10 would be the end of it, and I could go back to just
         11 doing my job.
         12           The next day I'm walking -- let's see, I
         13 was getting ready for work, and Tim had walked by the
         14 cell, and I was getting ready to talk to him, and he
14:00:45 15 just completely ignored me and continued on.  So I ran
         16 him down, and -- you know, trying to get him to talk
         17 to me and see what was up; and then he turned
         18 around -- and he did not look too happy -- and he just
         19 stared at my face and said, "You better watch your
14:01:06 20 back.  You're dead to me.  I'm through with you," and
         21 then he turned around and walked away.
         22           And I suspected at that time somehow some
         23 word had gotten to him that I said something against
         24 him.  But I pretty much acted innocent of the whole
14:01:23 25 affair, and went walking around trying to find Dan
```

57

```
         1  Provoznik to see what was going on.
         2            When I found Dan, it was over by the chow
         3  hall, by the cafeteria in the center of the camp; and
         4  I spoke with him, asked him what was going on, and Dan
14:01:44 5  kind of looked at me quizzically and he said, "Well, I
         6  think he thinks that you're ratting on him to CID," or
         7  something like that.
         8            And then based on that, I -- I tried to
         9  play innocent and said, "I don't know what he's
14:01:56 10 talking about, you know.  I went and I talked to CID,
        11  but if they've got anything on, you know, Tim, it's
        12  got to be from somewhere else."
        13            Dan seemed to be pretty skeptical of the
        14  whole affair.
14:02:08 15           And then I went back into the office and
        16  tried to pick up what was going on.  Found out from
        17  another CACI employee -- I don't remember who it
        18  was -- but the word was, was that I had ratted out
        19  both DJ and Tim, and that they were pretty much both
14:02:24 20 on the -- you know, I was on the shit list for both of
        21  them, and that a number of other CACI personnel were
        22  pretty pissed off at me for even saying anything about
        23  any CACI guys.  And then -- and it was because CID had
        24  actually given the information to one of them,
14:02:44 25 apparently.
```

```
            1    Q.      That's what you learned later?
            2    A.      Yes.  That -- that within, gosh, it must
            3  have been the next day or two.  Things kind of went
            4  really muddy right around that time for me.
14:02:56    5    Q.      Did you let anyone in CACI management know
            6  that Duggan had made the -- the comment, "Watch your
            7  back, you're dead to me"?
            8    A.      No.  No.  I -- well, actually probably --
            9  I probably mentioned it to Dan, but -- because that
14:03:18   10  was pretty much my reason for quitting after a couple
           11  of days of realizing that I wasn't going to get any
           12  help.
           13            I -- I remember Dan being, again, kind of
           14  skeptical towards -- it seemed to me at the time that
14:03:36   15  Dan was very skeptical towards my role and everything,
           16  and that -- just how I should be treated, and he kind
           17  of wanted to be a little bit standoff-ish, is just
           18  what it seemed like.
           19    Q.      So you quit?
14:03:45   20    A.      So I wrote an email to Amy Jensen
           21  basically stating that -- for the two reasons:  One,
           22  that I feared for my life -- and I didn't specify why;
           23  and two, that I did not trust the local chain of
           24  command, and I didn't specify which chain of command.
14:04:02   25  And I said but for those two reasons I'm -- I'm
```