**EXHIBIT B**

## Susan Burke

**From:** Susan Burke [sburke@burkepyle.com]
**Sent:** Tuesday, August 22, 2006 7:43 PM
**To:** 'Koegel, William'
**Cc:** 'O'Connor, John'
**Subject:** RE: Timothy Dugan

Mr. Dugan's statements are not accurate. I told him that we had credible information from several sources that he was directly involved in the abuse, but that we are more than willing to hear his side of the story. If he provided compelling evidence that contradicts what we learned, we would certainly act appropriately and dismiss the action.

Mr. Dugan's behavior on the two calls, however, provided further evidence that we are not misinformed. After telling me that CACI was out to get him, and that is why he refused your offer of counsel, he ranted and raved in a manner inconsistent with a professional interrogator's demeanor. He told me "they made me interrogate a dead guy."

As you know, the very day I spoke to Mr. Dugan, I let John O'Connor know that Mr. Dugan was intending to defend himself on a pro se basis. I did so because I was concerned that Mr. Dugan did not realize he was making self-incriminating admissions that likely could have been the subject to a Fifth Amendment claim.

Am I to take it from your letter to me that you are representing Mr. Dugan? I thought you had involved separate counsel? Based on what Mr. Dugan has conveyed to me by telephone, we do not believe you are free to represent Mr. Dugan.

Susan L. Burke
Burke Pyle LLC
4112 Station Street
Philadelphia, PA 19127
215.487.6596
215.971.5058 (cell)
215.482.0874 (fax)

This message may contain privileged and confidential information. If you are not the intended recipient, please alert me and delete the message. Thank you.

---

**From:** Koegel, William [mailto:WKoegel@steptoe.com]
**Sent:** Tuesday, August 22, 2006 12:21 PM
**To:** Susan Burke
**Cc:** O'Connor, John
**Subject:** Timothy Dugan

10/2/2006