UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI ABBAS AL RAWI, *et al.*,          :
                                       :
       Plaintiffs,                     :
                                       :
   v.                                 : Civil Action No. 05-1165 (JR)
                                       :
TITAN CORPORATION, *et al.*,           :
                                       :
       Defendants.                     :

### ORDER

     Upon a review of the docket, it is **ORDERED** that the parties report on the status of and timetable for uncompleted discovery, indicating when briefing will be complete on the pending dispositive motions.


                                                      JAMES ROBERTSON
                                    United States District Judge