UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| | ) |
| v. | ) |
| | ) |
| THE TITAN CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

To the Clerk of this Court and all parties of record:

Please take notice that the law firm known as Burke Pyle LLC, has changed its name to Burke O'Neil LLC. Please direct all future pleadings, orders and correspondence to the firm address below, and revise your service list accordingly:

>Susan L. Burke
>Burke O'Neil LLC
>4112 Station Street
>Philadelphia, PA 19127

Dated: April 13, 2007        \_\_/s/ Susan L. Burke_____
Susan L. Burke (D.C. Bar # 414939)
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:    (215) 487-6596


Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439
Facsimile:     (212) 614-6499

- 1 -

- 2 -

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:	(248) 594-9595
Facsimile:	(248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

- 3 -

**CERTIFICATE OF SERVICE**

      I, Katherine Hawkins, do hereby certify that on the 13th day of April, 2007, I caused true and correct copies of the foregoing Notice to be served via electronic mail, upon the following individuals at the addressed indicated:

| | |
|---|---|
| F. Greg Bowman | John F. O'Connor |
| Williams and Connolly | Steptoe & Johnson LLP |
| 725 12th Street, NW | 1330 Connecticut Avenue, NW |
| Washington, D.C. 20005 | Washington, D.C. 20036 |
| FBowman@wc.com | joconnor@steptoe.com |
| *Counsel for Defendant L-3 Titan Corp.* | *Counsel for CACI Defendants* |

_____

Katherine Hawkins