**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| SALEH *et al.*, ) | ) |
| Plaintiffs, ) | Civil Action No. 05-1165 (JR) |
| v. ) | ) |
| THE TITAN CORPORATION *et al.*, ) | ) |
| Defendants. ) | ) |

## MOTION OF KATHERINE R. HAWKINS FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Katherine R. Hawkins, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* for the plaintiffs in the above-captioned case. In support of the motion, Ms. Hawkins provides her declaration, attached as Exhibit A.

Dated: April 13, 2007            /s/ Susan L. Burke

Susan L. Burke (D.C. Bar # 414939)
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:    (215) 487-6596

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439
Facsimile:    (212) 614-6499

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:    (248) 594-9595
Facsimile:    (248) 594-4477

*Counsel for Plaintiffs and Class Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine R. Hawkins, do hereby certify that on the 13th day of April, 2007, I caused true and correct copies of the foregoing Motion to be served via electronic mail and first class mail, upon the following individuals at the addresses indicated:

Greg Bowman
Williams and Connolly
725 12th Street, NW
Washington, D.C. 20005
FBowman@wc.com
*Counsel for Defendant L-3 Titan Corp.*

John F. O'Connor
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
joconnor@steptoe.com
*Counsel for CACI Defendants*

_____
Katherine R. Hawkins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-1165 (JR) |
| ) | |
| v. ) | |
| ) | |
| THE TITAN CORPORATION *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF KATHERINE R. HAWKINS

I, Katherine R. Hawkins ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>:  Applicant is an associate in the law firm Burke O'Neil L.L.C. and requests permission to participate in this action as counsel for plaintiffs.

2. <u>Name and Address of Applicant's Law Firm</u>:

    Katherine Rose Hawkins
    Burke O'Neil L.L.C.
    4112 Station Street
    Philadelphia, PA 19127
    Telephone:   (215) 487-6590
    Facsimile:    (215) 482-0874
    Email:         khawkins@burkepyle.com

3. <u>Bar Admissions</u>:  Applicant is a member of the State Bar of Illinois.

4. <u>Certification of Good Standing</u>:  Applicant certifies that she has not been

disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

     5.    <u>Previous Appearances in this Court</u>: Applicant has not previously been admitted *pro hac vice* in this Court.

     6.    <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of April, 2007.

_____
Katherine R. Hawkins

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| | ) |
| v. | ) |
| | ) |
| THE TITAN CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **[PROPOSED] ORDER**

Upon consideration of the Motion of Katherine R. Hawkins for Admission *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and the supporting declaration, it is hereby

ORDERED that the Motion be and herein by is GRANTED.


Dated: _____          _____
                                      The Honorable James H. Robertson
                                      United States District Judge