# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 04-01248 (JR) |
| | ) |
| v. | ) |
| | ) |
| THE TITAN CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| | ) |
| v. | ) |
| | ) |
| THE TITAN CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFFS' STATUS REPORT ON DISCOVERY

In response to the Court's order of April 12, 2007 in the above-captioned matters, the *Ibrahim* and *Saleh* Plaintiffs advise the Court that deposition discovery regarding the government contractor defense is scheduled to be completed on April 25, 2007. Plaintiffs will file their Oppositions to the pending Motions for Summary Judgment on May 25, 2007. The Defendants will file their Replies by June 14, 2007.

Dated: April 17, 2007                    Respectfully submitted,

                                          /s/ Susan L. Burke
                                         Susan L. Burke (D.C. Bar # 414939)
                                         BURKE O'NEIL LLC
                                         4112 Station Street
                                         Philadelphia, PA 19127

Telephone:    (215) 487-6590
Facsimile:    (215) 482-0874

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:    (212) 614-6439
Facsimile:    (212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue, Suite 430
Birmingham, MI 48009
Telephone:    (248) 594-9595
Facsimile:    (248) 594-4477

*Counsel for Saleh Plaintiffs and Class Plaintiffs*

   /s/ L. Palmer Foret
L. Palmer Foret (D.C. Bar # 260356)
THE LAW FIRM OF
L. PALMER FORET, P.C.
1735 20th Street, N.W.
Washington, D.C. 20009
Telephone:    (202) 332-2404
Facsimile:    (202) 332-2808

Craig T. Jones
EDMOND & JONES, LLP
The Chandler Building, Suite 410
127 Peachtree Street, NE
Atlanta, GA 30303
Telephone:    (404) 525-1080
Facsimile:    (404) 525-1073

*Counsel for Ibrahim Plaintiffs*

## CERTIFICATE OF SERVICE

I, Katherine Hawkins, do hereby certify that on the 17th day of April, 2007, I

caused true and correct copies of the foregoing document to be served via electronic mail

and first class mail, upon the following individuals at the addresses indicated:

Greg Bowman                           John F. O'Connor
Williams and Connolly                 Steptoe & Johnson LLP
725 12th Street, NW                   1330 Connecticut Avenue, NW
Washington, D.C.  20005               Washington, D.C.  20036
FBowman@wc.com                        joconnor@steptoe.com
*Counsel for Defendant L-3 Titan Corp.*   *Counsel for CACI Defendants*

Katherine Hawkins