UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMI ABBAS AL RAWI, *et al.*,          :
                                        :
    Plaintiffs,                         :
                                        :
  v.                                    : Civil Action No. 05-1165 (JR)
                                        :
TITAN CORPORATION, *et al.*,           :
                                        :
    Defendants.                         :

## ORDER

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Katherine R. Hawkins [108], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                              United States District Judge