**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 04-01248 (JR) |
| v. | ) | |
| THE TITAN CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |
| | | |
| SALEH *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 05-1165 (JR) |
| v. | ) | |
| THE TITAN CORPORATION *et al.*, | ) | |
| Defendants. | ) | |

***[PROPOSED] ORDER***

Now, on this _____ day of _____, 2007, upon consideration of Titan's

Motions for Summary Judgment, it is hereby ORDERED that the Motions are DENIED.

SO ORDERED

By the Court:

_____
J. Robertson