**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TITAN CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TITAN CORPORATION *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1165 (JR) |

*NOTICE REGARDING FILING OF SEALED MATERIAL*

Notice is given that sealed versions of Plaintiffs' Consolidated Oppositions to Defendants' CACI and Titan Motions for Summary Judgment, and Plaintiffs' Consolidated Statements of Material Facts and Appendices Thereto are being filed with the Court. The documents are not available for public viewing pursuant to the terms of the Protective Order governing the above-captioned matters.

| | |
|---|---|
| /s/Palmer Foret | /s/Susan L. Burke |
| Palmer Foret (D.C. Bar No. 260356) | Susan L. Burke (D.C. Bar No. 414939) |
| THE LAW FIRM OF PALMER FORET, P.C. | William T. O'Neil (D.C. Bar No. 426107) |
| 1735 20th Street, N.W. | Katherine R. Hawkins (admitted *pro hac vice*) |
| Washington, D.C 20009 | BURKE O'NEIL LLC |
| Telephone:  (202) 232-2404 | Telephone:  (215) 487-6590 |
| Facsimile:  (202) 332-2808 | Facsimile:  (215) 482-0874 |
| lpforet@foretlaw.com | sburke@burkepyle.com |
| www.foretlaw.com | |
| | |
| Craig T. Jones (GA Bar No. 399476) | Shereef Hadi Akeel (admitted *pro hac vice*) |
| EDMOND & JONES, LLP | AKEEL & VALENTINE, P.C. |
| 127 Peachtree Street, NE | 401 South Old Woodward Avenue |
| Suite 410 | Suite 430 |
| Atlanta, GA 30303 | Birmingham, MI 48009 |
| Telephone:  (404) 525-1080 | Telephone:  (248) 594-9595 |
| Facsimile:  (404) 525-1073 | Facsimile:  (248) 594-4477 |
| cjones@edmondfirm.com | shereef@akeelvalentine.com |
| | |
| *Counsel for Ibrahim Plaintiffs* | Jennifer Green |
| | CENTER FOR CONSTITUTIONAL RIGHTS |
| | 666 Broadway |
| | 7th Floor |
| | New York, NY 10012 |
| | Telephone:  (212) 614-6439 |
| | Facsimile:  (212) 614-6499 |
| | jgreen@ccr-ny.org |
| | |
| | *Counsel for Saleh Plaintiffs* |