**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAMI ABBAS AL RAWI, *et al.*,          :
                                        :
    Plaintiffs,                  :
                                        :
  v.                                    : Civil Action No. 05-1165 (JR)
                                        :
TITAN CORPORATION, *et al.*,            :
                                        :
    Defendants.                  :

### **ORDER**

The promised motion for an extension of time to file replies to plaintiffs' oppositions to the pending motions to dismiss has not materialized.  It is accordingly **ORDERED** that any replies are due July 31, 2007.


                                        JAMES ROBERTSON
                              United States District Judge