**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TITAN CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TITAN CORPORATION *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1165 (JR) |

**NOTICE OF FILING UNDER SEAL**

The plaintiffs, through undersigned counsel, hereby give notice that on July 18, 2007, they filed a Supplemental Submission of Certified Documents with the clerk's office. In accordance with the protective order in this case, the documents were filed under seal.

                                                              /s/  Susan L. Burke

| | |
|---|---|
| Palmer Foret (D.C. Bar No. 260356)<br>THE LAW FIRM OF PALMER FORET, P.C.<br>1735 20th Street, N.W.<br>Washington, D.C 20009 | Susan L. Burke (D.C. Bar No. 414939)<br>William T. O'Neil (D.C. Bar No. 426107)<br>Katherine R. Hawkins (admitted *pro hac vice*)<br>BURKE O'NEIL LLC |

- 2 -

| | |
|---|---|
| Telephone: (202) 232-2404<br>Facsimile: (202) 332-2808<br>lpforet@foretlaw.com<br>www.foretlaw.com | Telephone: (215) 487-6590<br>Facsimile: (215) 482-0874<br>sburke@burkepyle.com |
| Craig T. Jones (GA Bar No. 399476)<br>EDMOND & JONES, LLP<br>127 Peachtree Street, NE<br>Suite 410<br>Atlanta, GA 30303<br>Telephone: (404) 525-1080<br>Facsimile: (404) 525-1073<br>cjones@edmondfirm.com | Shereef Hadi Akeel (admitted *pro hac vice*)<br>AKEEL & VALENTINE, P.C.<br>401 South Old Woodward Avenue<br>Suite 430<br>Birmingham, MI 48009<br>Telephone: (248) 594-9595<br>Facsimile: (248) 594-4477<br>shereef@akeelvalentine.com |
| *Counsel for Ibrahim Plaintiffs* | Jennifer Green<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway<br>7th Floor<br>New York, NY 10012<br>Telephone: (212) 614-6439<br>Facsimile: (212) 614-6499<br>jgreen@ccr-ny.org<br><br>*Counsel for Saleh Plaintiffs* |

- 3 -

## CERTIFICATE OF SERVICE

I, Katherine Hawkins, do hereby certify that on the 26th day of July, 2007, I caused true and correct copies of the foregoing document to be served via First Class and electronic mail on the following:

| | |
|---|---|
| Greg Bowman<br>Williams and Connolly<br>725 12th Street, NW<br>Washington, D.C. 20005<br>FBowman@wc.com<br>*Counsel for Defendant L-3 Titan Corp.* | John F. O'Connor<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C. 20036<br>joconnor@steptoe.com<br>*Counsel for CACI Defendants* |

_____
Katherine Hawkins