**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-01248 (JR) |
| v. | ) ) | |
| THE TITAN CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| SALEH *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-1165 (JR) |
| v. | ) ) | **FILED UNDER SEAL** |
| THE TITAN CORPORATION *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

*NOTICE OF DOCUMENT FILED UNDER SEAL*

Plaintiffs, through undersigned counsel, hereby give notice that they are filing Plaintiffs' Second Supplemental Submission of Documents To Be Appended to Plaintiff's Consolidated Oppositions to the Motions for Summary Judgment with the clerk's office. In accordance with the protective order in this case, the documents were filed under seal.

- 2 -

Date: August 3, 2007                                          Respectfully submitted,

                                                                        /s/

Palmer Foret (D.C. Bar No. 260356)                            Susan L. Burke (D.C. Bar No. 414939)
THE LAW FIRM OF PALMER FORET, P.C.                            William T. O'Neil (D.C. Bar No. 426107)
1735 20th Street, N.W.                                        Katherine R. Hawkins (admitted *pro hac vice*)
Washington, D.C 20009                                         BURKE O'NEIL LLC
Telephone:  (202) 232-2404                                    Telephone:  (215) 487-6590
Facsimile:  (202) 332-2808                                    Facsimile:  (215) 482-0874
lpforet@foretlaw.com                                          sburke@burkepyle.com
www.foretlaw.com

Craig T. Jones (GA Bar No. 399476)                            Shereef Hadi Akeel (admitted *pro hac vice*)
EDMOND & JONES, LLP                                           AKEEL & VALENTINE, P.C.
127 Peachtree Street, NE                                      401 South Old Woodward Avenue
Suite 410                                                     Suite 430
Atlanta, GA 30303                                             Birmingham, MI 48009
Telephone:  (404) 525-1080                                    Telephone:  (248) 594-9595
Facsimile:  (404) 525-1073                                    Facsimile:  (248) 594-4477
cjones@edmondfirm.com                                         shereef@akeelvalentine.com

*Counsel for Ibrahim Plaintiffs*                              Jennifer Green
                                                              CENTER FOR CONSTITUTIONAL RIGHTS
                                                              666 Broadway
                                                               7th Floor
                                                              New York, NY 10012
                                                              Telephone:  (212) 614-6439
                                                              Facsimile:  (212) 614-6499
                                                              jgreen@ccr-ny.org

                                                              *Counsel for Saleh Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I, Susan L. Burke, do hereby certify that on the 3rd day of August, 2007, I caused true and correct copies of Notice of Document Filed Under Seal to be served via ECF on the following:

| | |
|---|---|
| Greg Bowman<br>Williams and Connolly<br>725 12th Street, NW<br>Washington, D.C.  20005<br>FBowman@wc.com<br>*Counsel for Defendant L-3 Titan Corp.* | John F. O'Connor<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C.  20036<br>joconnor@steptoe.com<br>*Counsel for CACI Defendants* |

                                                                             /s/ _____