IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TITAN CORP., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 04-CV-1248 (JR) |
| SALEH, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TITAN CORP., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 05-CV-1165 (JR) |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

　　　　Notice is hereby given that sealed versions of the following pleadings are being filed with the Court: (1) Reply of Defendants CACI International Inc and CACI Premier Technology, Inc. in Support of Their Motion for Summary Judgment; (2) Response By Defendants CACI International Inc and CACI Premier Technology, Inc., to Plaintiffs' Consolidated Statement of Disputed Facts; and (3) the Declaration of Frank H. Griffin, IV.  The documents are not available for public viewing pursuant to the terms of the Protective Order governing the above-captioned matters.

        Respectfully submitted,

        /s/  John F. O'Connor
        _____
        J. William Koegel, Jr. (Bar No. 323402)
        John F. O'Connor (Bar No. 460688)
        Frank H. Griffin, Iv (Bar No. 481446)
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        (202) 429-3000

        *Attorneys for Defendants CACI International Inc. and CACI PT Inc*

August 3, 2007