**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE TITAN CORPORATION, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE TITAN CORPORATION *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 05-1165 (JR) |

*PLAINTIFFS' MOTION FOR A PARTIAL LIFT OF THE SEAL AND
AMENDMENT TO THE PROTECTIVE ORDER*

To date, most of the briefing in this matter has been filed under seal and most of the discovery produced has been marked as subject to the protective order. Plaintiffs hereby move this Court to lift the seal and amend the protective order to permit Plaintiffs to share all pleadings, documents and other materials with LTC Robitaille of the United States Army and any other interested government official.

Although the United States is not a party to this litigation, there is a substantial benefit to the conduct of the litigation if parties are able to share information with the United States. For example, LTC Robitaille of the United States Army has been working

with the Plaintiffs to collect and produce non-classified documents bearing on the allegations in the litigation.  LTC Robitaille also has been and will continue to represent the Army's interests by attending the depositions.  In that context, LTC Robitaille expressed to undersigned counsel an interest in reviewing the summary judgment pleadings and their attachments.

Plaintiffs are not aware of any reason why LTC Robitaille and any other interested United States government official should not be permitted to review the pleadings and documents produced in this litigation.  Plaintiffs respectfully request that the Court partially lift the seal and amend the protective order to permit the parties to share all materials with the United States.   A proposed Order is attached.

Defendants oppose this Motion for a Partial Lift.


|  |  |
|---|---|
|  | _____/s/_____ |
| Palmer Foret (D.C. Bar No. 260356) | Susan L. Burke (D.C. Bar No. 414939) |
| THE LAW FIRM OF PALMER FORET, P.C. | William T. O'Neil (D.C. Bar No. 426107) |
| 1735 20th Street, N.W. | Katherine R. Hawkins (admitted *pro hac vice*) |
| Washington, D.C 20009 | BURKE O'NEILL LLC |
| Telephone:  (202) 232-2404 | Telephone:  (215) 487-6590 |
| Facsimile:  (202) 332-2808 | Facsimile:  (215) 482-0874 |
| lpforet@foretlaw.com | sburke@burkeoneilllc.com |
| www.foretlaw.com |  |
|  |  |
| Craig T. Jones (GA Bar No. 399476) | Shereef Hadi Akeel (admitted *pro hac vice*) |
| EDMOND & JONES, LLP | AKEEL & VALENTINE, P.C. |
| 127 Peachtree Street, NE | 401 South Old Woodward Avenue |
| Suite 410 | Suite 430 |
| Atlanta, GA 30303 | Birmingham, MI 48009 |
| Telephone:  (404) 525-1080 | Telephone:  (248) 594-9595 |
| Facsimile:  (404) 525-1073 | Facsimile:  (248) 594-4477 |
| cjones@edmondfirm.com | shereef@akeelvalentine.com |
|  |  |
| *Counsel for Ibrahim Plaintiffs* | Jennifer Green |
|  | CENTER FOR CONSTITUTIONAL RIGHTS |
|  | 666 Broadway |

7th Floor  
New York, NY 10012  
Telephone: (212) 614-6439  
Facsimile: (212) 614-6499  
jgreen@ccr-ny.org