**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-01248 (JR) |
| v. | ) ) | |
| THE TITAN CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| SALEH *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-1165 (JR) |
| v. | ) ) | |
| THE TITAN CORPORATION *et al.*, | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Motion for a Partial Lift of the Seal and Amendment to the Protective Order, and Defendants' Opposition thereto, hereby GRANTS the Motion and ORDERS the following:

1. All documents filed under seal in these actions (consolidated for discovery) may be shared with any official of the United States who has executed a copy of the Protective Order.

2. All documents designated as subject to the terms of the Protective Order may be shared with any official of the United States who has executed a copy of the Protective Order.

_____