**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ILHAM NASSIR IBRAHIM, *et al.*,

                Plaintiffs,

   v.

THE TITAN CORPORATION, *et al.*,

                Defendants.

Civil Action No. 04-01248 (JR)

SALEH, *et al.*,    Plaintiffs,

   v.

THE TITAN CORPORATION, *et al.*,

                Defendants.

Civil Action No. 05-01165 (JR)

**NOTICE REGARDING FILING OF SEALED MATERIAL**

      Notice is hereby given that sealed versions of the following pleadings are being filed with the Court: (1) Defendant L-3 Communications Titan Corporation's Reply in Support of Its Motion for Summary Judgment with Supporting Exhibits and (2) Defendant Titan Corporation's Response to Plaintiffs' "Consolidated Statement of Disputed Facts." These documents are not available for public viewing pursuant to the terms of the Protective Order governing the above-captioned matters.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ F. Greg Bowman* |
|  | _____ |
|  | F. Whitten Peters (DC Bar No. 255083)<br>Ari S. Zymelman (DC Bar No. 421593)<br>F. Greg Bowman (DC Bar No. 486097) |
|  | WILLIAMS & CONNOLLY LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 |
| Dated: August 3, 2007 | *Attorneys for Defendant L-3 Communications Titan Corporation* |