**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04-01248 (JR) |
| ) | |
| v. ) | |
| ) | |
| THE TITAN CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SALEH *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-1165 (JR) |
| ) | |
| v. ) | |
| ) | |
| THE TITAN CORPORATION *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING UNDER SEAL**

The plaintiffs, through undersigned counsel, hereby give notice that on August 9, 2007, they filed a Sur-Reply to CACI's Reply Seeking Summary Judgment on the Government Contractor Defense by Federal Express to the Clerk's Office.  In accordance with the protective order in this case, the document was filed under seal.

      /s/   Susan L. Burke

| | |
|---|---|
| L. Palmer Foret (D.C. Bar No. 260356) | Susan L. Burke (D.C. Bar No. 414939) |
| THE LAW FIRM OF L. PALMER FORET, P.C. | William T. O'Neil (D.C. Bar No. 426107) |
| 1735 20th Street, N.W. | Katherine R. Hawkins (admitted *pro hac vice*) |
| Washington, D.C 20009 | BURKE O'NEIL LLC |

- 2 -

Telephone:  (202) 232-2404  
Facsimile:  (202) 332-2808  
lpforet@foretlaw.com  
www.foretlaw.com  

Craig T. Jones (GA Bar No. 399476)  
EDMOND & JONES, LLP  
127 Peachtree Street, NE  
Suite 410  
Atlanta, GA 30303  
Telephone:  (404) 525-1080  
Facsimile:  (404) 525-1073  
cjones@edmondfirm.com  

*Counsel for Ibrahim Plaintiffs*

Telephone:  (215) 487-6590  
Facsimile:  (215) 482-0874  
sburke@burkepyle.com  

Shereef Hadi Akeel (admitted *pro hac vice*)  
AKEEL & VALENTINE, P.C.  
401 South Old Woodward Avenue  
Suite 430  
Birmingham, MI 48009  
Telephone:  (248) 594-9595  
Facsimile:  (248) 594-4477  
shereef@akeelvalentine.com  

Jennifer Green  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway  
7th Floor  
New York, NY 10012  
Telephone:  (212) 614-6439  
Facsimile:  (212) 614-6499  
jgreen@ccr-ny.org  

*Counsel for Saleh Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I, Susan L. Burke, do hereby certify that on the 9th day of August, 2007, I caused true and correct copies of the foregoing document to be served via First Class and electronic mail on the following:

Greg Bowman  
Williams and Connolly  
725 12th Street, NW  
Washington, D.C.  20005  
FBowman@wc.com  
*Counsel for Defendant L-3 Titan Corp.*

John F. O'Connor  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, D.C.  20036  
joconnor@steptoe.com  
*Counsel for CACI Defendants*

          ____/s/ Susan L. Burke_____