IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>TITAN CORP., *et al.*,<br><br>          Defendants. | Civil Action No. 04-CV-1248 (JR) |
| SALEH, *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>TITAN CORP., *et al.*,<br><br>          Defendants. | Civil Action No. 05-CV-1165 (JR) |

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Motion for a Partial Lift of the Seal and Amendment to the Protective Order, Defendants' oppositions thereto, as well as any reply memoranda, finds that Plaintiffs' motion is not well taken. Therefore, the Court DENIES Plaintiffs' motion.

SO ORDERED this _____ day of _____, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE