IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, et al. ) | |
| Plaintiffs, ) | Civil Action No. 04-01248 (JR) |
| v. ) | |
| TITAN CORPORATION, et al. ) | |
| Defendants ) | |
| | |
| SALEH, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 05-1165 (JR) |
| TITAN CORPORATION, et al. ) | |
| Defendants ) | |

**DEFENDANT L-3 COMMUNICATIONS TITAN CORPORATION'S JOINDER IN CACI'S OPPOSITION TO PLAINTIFFS' MOTION FOR A PARTIAL LIFT OF THE SEAL AND AMENDMENT TO THE PROTECTIVE ORDER**

Defendant L-3 Communications Titan Corporation ("Titan") hereby joins the Opposition of Defendants CACI International and CACI Premier Technology, Inc. ("CACI") to Plaintiffs' Motion for a Partial Lift of the Seal and Amendment to the Protective Order. For the reasons set forth in CACI's Opposition filed today—which comprehensively canvasses the case law and factual reasons for defendants' opposition and would make any further argument by Titan redundant and burdensome for the Court—Titan opposes plaintiffs' motion for the reasons set forth in CACI's brief.

Respectfully Submitted,

F. Whitten Peters (DC Bar No. 255083)
Ari S. Zymelman (DC Bar No. 421593)
F. Greg Bowman (DC Bar No. 486097)

WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Dated: August 10, 2007

*Attorneys for Defendant L-3 Communications Titan Corporation*