**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IBRAHIM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-CV-1248 (JR) |
| v. ) | |
| ) | |
| TITAN CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SALEH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-CV-1165 (JR) |
| v. ) | |
| ) | |
| TITAN CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

The Court, having considered the Motion of Defendants CACI International Inc and CACI Premier Technology, Inc., top Strike Plaintiffs' Unauthorized "Sur-Reply" or, in the Alternative, for Leave to File a Response to Plaintiffs' "Sur-Reply," as well as any oppositions and replies submitted in connection thereto, the Court finds that the motion is well taken. Accordingly, Plaintiffs' Sur-Reply [Dkt. #127 in the *Saleh* case and Dkt. #92 in the *Ibrahim* case] is hereby stricken. Because Plaintiffs' unauthorized Sur-Reply has been stricken from the docket, the CACI Defendants' alternative request for leave to respond to Plaintiffs' sur-reply is denied as moot.

2

SO ORDERED this _____ day of _____, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE