FILED
AUG 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE TITAN CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE TITAN CORPORATION *et al.*, <br><br> Defendants. | Civil Action No. 05-1165 (JR) |

## CONSENT ORDER

Upon consideration of the agreement reached between the Plaintiffs and CACI Defendants in this matter, this Court hereby allows the filing of Plaintiffs' Sur-Reply to CACI's Reply Seeking Summary Judgment on the Government Contractor Defense, and the Response of Defendants CACI International, Inc. and CACI Premier Technology, Inc., to Plaintiffs' Unauthorized "Sur-Reply to CACI's Reply Seeking Summary Judgment on the Government Contractor Defense."

_____
James Robertson
United States District Judge