**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 04-01248 (JR) |
| ) | |
| v. ) | |
| ) | |
| THE TITAN CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SALEH *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 05-1165 (JR) |
| ) | |
| v. ) | |
| ) | |
| THE TITAN CORPORATION *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is hereby given that sealed versions of the following documents are being filed with the Court: (1) Plaintiffs' Consolidated Submission Opposing Defendants' Motions for Summary Judgment. The documents are not available for public viewing pursuant to the terms of the Protective Order governing the above-captioned matters

                                                                      /s/   Susan L. Burke

| | |
|---|---|
| L. Palmer Foret (D.C. Bar No. 260356) | Susan L. Burke (D.C. Bar No. 414939) |
| THE LAW FIRM OF L. PALMER FORET, P.C. | William T. O'Neil (D.C. Bar No. 426107) |
| 1735 20th Street, N.W. | Katherine R. Hawkins (admitted *pro hac vice*) |
| Washington, D.C 20009 | BURKE O'NEIL LLC |

- 2 -

Telephone:  (202) 232-2404  
Facsimile:  (202) 332-2808  
lpforet@foretlaw.com  
www.foretlaw.com  

Craig T. Jones (GA Bar No. 399476)  
EDMOND & JONES, LLP  
127 Peachtree Street, NE  
Suite 410  
Atlanta, GA 30303  
Telephone:  (404) 525-1080  
Facsimile:  (404) 525-1073  
cjones@edmondfirm.com  

*Counsel for Ibrahim Plaintiffs*

Telephone:  (215) 487-6590  
Facsimile:  (215) 482-0874  
sburke@burkeoneilllc.com  

Shereef Hadi Akeel (admitted *pro hac vice*)  
AKEEL & VALENTINE, P.C.  
401 South Old Woodward Avenue  
Suite 430  
Birmingham, MI 48009  
Telephone:  (248) 594-9595  
Facsimile:  (248) 594-4477  
shereef@akeelvalentine.com  

Jennifer Green  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway  
 7th Floor  
New York, NY 10012  
Telephone:  (212) 614-6439  
Facsimile:  (212) 614-6499  
jgreen@ccr-ny.org  

*Counsel for Saleh Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

      I, Susan L. Burke, do hereby certify that on the 15th day of October, 2007, I caused true and correct copies of the foregoing document to be served via First Class and electronic mail on the following:

| | |
|---|---|
| Greg Bowman<br>Williams and Connolly<br>725 12th Street, NW<br>Washington, D.C.  20005<br>FBowman@wc.com<br>*Counsel for Defendant L-3 Titan Corp.* | John F. O'Connor<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, D.C.  20036<br>joconnor@steptoe.com<br>*Counsel for CACI Defendants* |

                                              ____/s/ Susan L. Burke_____