**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR) |
| | ) |
| v. | ) |
| | ) |
| THE TITAN CORPORATION *et al.*, | ) |
| | ) |
| Defendants. | ) |

***NOTICE REGARDING FILING OF SEALED MATERIAL***

Notice is hereby given that sealed versions of the following documents are being filed with the Court: (1) Plaintiffs' Motion to Reconsider Grant of Summary Judgment to Titan. The documents are not available for public viewing pursuant to the terms of the Protective Order governing the above-captioned matter.

_/s/__Susan L. Burke_____

Susan L. Burke (D.C. Bar No. 414939)
William T. O'Neil (D.C. Bar No. 426107)
Katherine R. Hawkins (admitted *pro hac vice*)
BURKE O'NEIL LLC
Telephone: (215) 487-6590
Facsimile: (215) 482-0874
sburke@burkeoneilllc.com

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone: (248) 594-9595
Facsimile: (248) 594-4477
shereef@akeelvalentine.com

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 7th Floor
New York, NY 10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499
jgreen@ccr-ny.org

*Counsel for Plaintiffs*

- 3 -

**CERTIFICATE OF SERVICE**

I, Susan L. Burke, do hereby certify that on the 20th day of November, 2007, I caused true and correct copies of the foregoing document to be served on opposing counsel via the Court's ECF filing system.

_____/s/ Susan L. Burke_____