# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IBRAHIM, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-CV-1248 (JR) |
| v. ) | |
| ) | |
| TITAN CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SALEH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-CV-1165 (JR) |
| v. ) | |
| ) | |
| TITAN CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Having considered the Motion of Defendants CACI International Inc and CACI Premier Technology, Inc. For Extension of Deadline to File Notice of Appeal as of Right, as well as any oppositions and replies submitted in connection thereto, the Court finds that the motion is well taken. Accordingly, the Court hereby extends any deadline for filing a Notice of Appeal from the Court's November 6, 2007 Memorandum Order to and including January 5, 2008.

2

SO ORDERED this _____ day of _____, 2007.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE