**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 04-01248 (JR)<br>) |
| v. | )<br>) |
| THE TITAN CORPORATION, *et al.*, | )<br>) |
| Defendants. | )<br>) |
| SALEH *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 05-1165 (JR)<br>) |
| v. | )<br>) |
| THE TITAN CORPORATION *et al.*, | )<br>) |
| Defendants. | )<br>) |

*NOTICE REGARDING FILING OF SEALED MATERIAL*

Notice is hereby given that sealed versions of the following documents are being filed with the Court: (1) Plaintiffs' Opposition to CACI's Motion for Reconsideration of the Court's November 6, 2007 Summary Judgment Decision. The documents are not available for public viewing pursuant to the terms of the Protective Order governing the above-captioned matter.

|  |  /s/ Susan L. Burke  |
|---|---|
| L. Palmer Foret (D.C. Bar No. 260356) | Susan L. Burke (D.C. Bar No. 414939) |
| THE LAW FIRM OF L. PALMER FORET, P.C. | William T. O'Neil (D.C. Bar No. 426107) |
| 1735 20th Street, N.W. | Katherine R. Hawkins (admitted *pro hac vice*) |
| Washington, D.C 20009 | BURKE O'NEIL LLC |
| Telephone: (202) 232-2404 | Telephone: (215) 487-6590 |

- 2 -

Facsimile:  (202) 332-2808
lpforet@foretlaw.com
www.foretlaw.com

Craig T. Jones (GA Bar No. 399476)
EDMOND & JONES, LLP
127 Peachtree Street, NE
Suite 410
Atlanta, GA 30303
Telephone:  (404) 525-1080
Facsimile:  (404) 525-1073
cjones@edmondfirm.com

*Counsel for Ibrahim Plaintiffs*

Facsimile:  (215) 482-0874
sburke@burkeoneilllc.com

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:  (248) 594-9595
Facsimile:  (248) 594-4477
shereef@akeelvalentine.com

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 New York, NY 10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499

*Counsel for Saleh Plaintiffs*