**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SALEH et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No. 05-cv-1165 (JR) |
| v. | ) |
| | ) |
| CACI et al., | ) |
| Defendants. | ) |
| | ) |

*MOTION FOR PARTIAL CLASS CERTIFICATION AND SCHEDULING ORDER*

For the reasons stated in the attached Memorandum of Points and Authorities In

Support Of Plaintiffs' Motion for Entry of Partial Class Certification and Scheduling

Order, the torture victims respectfully move the Court for an Order granting partial class

certification and scheduling trial for June 23, 2008. A Proposed Order is submitted

herewith.

Respectfully submitted,


_____ /s/ Susan L. Burke_____
Susan L. Burke (D.C. Bar No. 414939)
William T. O'Neil (D.C. Bar No. 426107)
Katherine R. Hawkins (admitted *pro hac vice*)
BURKE O'NEIL LLC
Telephone:  (215) 487-6590
Facsimile:  (215) 482-0874
sburke@burkeoneilllc.com

Shereef Hadi Akeel
(admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:  (248) 594-9595
Facsimile:  (248) 594-4477
shereef@akeelvalentine.com

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 7th Floor
New York, NY 10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499
jgreen@ccr-ny.org

*Counsel for Saleh Plaintiffs*