# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH et al.,<br><br>  Plaintiffs,<br>v.<br><br>CACI et al.,<br>  Defendants. | )<br>)<br>)<br>) Case No. 05-cv-1165 (JR)<br>)<br>)<br>)<br>)<br>) |

## *PROPOSED ORDER FOR PARTIAL CLASS CERTIFICATION*
## *AND SCHEDULING ORDER*

This Court, having reviewed Plaintiffs' Motions for Partial Class Certification and Oppositions thereto, hereby ORDERS as follows:

This action is partially certified as a class action pursuant to Rules 23(a), 23(b)(3), and 23(c)(4) and (5) of the Federal Rules of Civil Procedure for the limited purpose of adjudicating plaintiffs' conspiracy claims on a class-wide basis. If a jury reaches a verdict that CACI conspired to injure plaintiffs, such a verdict shall be binding on CACI and benefit not only on the class representatives heard at trial, but also all other similarly-situated as victims of the conspiracy.

The classes of plaintiffs shall be defined as follows:

> The "Abu Ghraib Conspiracy Class" shall be defined as all persons detained in the Abu Ghraib prison who allege physical or mental injuries were caused by American prison guards or interrogators.

> The "Camp Cropper/Baghdad Airport Conspiracy Class" shall be defined as all persons detained in the Camp Cropper or other facilities located adjacent to the Baghdad Airport who allege physical or mental injuries were caused by American prison guards or interrogators.

> The "Other Facilities Class" shall be defined as all persons detained in those Forward Operating Bases, Temporary Detention

>Facilities, and Logistics Support Areas in Iraq who allege physical or mental injuries were caused by American prison guards or interrogators.

Within ten days of the date of the entry of this Order, plaintiffs shall submit a proposed notice to the classes and a proposed plan for the dissemination of such notice in Iraq.

The conspiracy liability, if any, arising from the events at Abu Ghraib will be the subject of the first trial ("Abu Ghraib Conspiracy Trial"). The class representatives for the Abu Ghraib Conspiracy Trial shall be those persons identified in Attachment A. The Abu Ghraib Conspiracy Trial shall also establish the individual damages, if any, suffered by the twenty-five trial plaintiffs identified on Exhibit A on any and all theories of liability.

The discovery and trial schedule for the Abu Ghraib Conspiracy Trial follows:

>Rule 26 productions due – December 21, 2007
>
>Expert reports due from plaintiffs – March 21, 2008
>
>Expert reports due from defendants – April 4, 2008
>
>Merits discovery relating to Abu Ghraib closes – May 26, 2008 [1]
>
>Expert discovery closes – June 2, 2008
>
>Pre-trial – submission of all motions in limine, witness lists, and exhibits lists – June 9, 2008
>
>Trial – June 23, 2008 (estimate 10-12 weeks)

Thereafter, there will be two additional separate trials regarding the conspiracy liability, if any, arising from the events at Camp Cropper/Baghdad

---

[1] Merits and expert discovery on the remaining conspiracies shall remain ongoing.

Airport Facilities, and Forward Operating Bases/Temporary Detention Facilties/Logistic Support Areas (hereinafter collectively referred to as "Conspiracy Trials"). Plaintiffs shall designate no more than twenty-five persons to serve as class representatives at each Conspiracy Trial.  Each Conspiracy Trial shall also establish the individual damages, if any, suffered by the twenty-five trial plaintiffs on any and all theories of liability.

If a Conspiracy Trial ends in a jury finding of conspiracy liability, the parties shall have forty-five days after the conclusion of the Conspiracy Trial to reach an accord on adjudication of damages suffered by each plaintiffs.  If the parties have failed to reach an accord within forty-five days, they shall each submit to the Court a proposed plan for the adjudication of the individual claims.

If a Conspiracy Trial ends in a jury finding of no conspiracy, no plaintiff who has not opted out shall have the right to establish conspiratorial liability at a separate trial.  Class counsel shall have sixty days after the conclusion of the Conspiracy Trial to file separate claims for any plaintiffs who are able to establish direct liability without the benefit of a conspiracy finding.  Thereafter, the parties shall have forty-five days to reach an accord on the manner in which to adjudicate the individual non-conspiracy claims.  If the parties have failed to reach an accord within forty-five days, they shall each submit to the Court a proposed plan for the adjudication of the non-conspiracy claims.

It is hereby ORDERED, this ____ of December, 2007.

_____
Judge James Robertson