**ATTACHMENT A - CLASS REPRESENTATIVES
FOR THE ABU GHRAIB CONSPIRACY TRIAL**

Haidar Muhsin Saleh

Haj Ali Shallal Abbas Al-Uweissi

Jalel Mahdy Hadood

Ahmed Ibrahiem Neisef Jassem

Ismael Neisef Jassem Al-Nidawi

Kinan Ismael Neisef Al-Nidawi

Abbas Hassan Mohammed Farhan

Hassan Mohammed Al Azzawi

Burhan Ismail Neisef

Haibat Fakhri Abbas

Hamid Ahmed Khalaf Haref Al-Zeidi

Ahmed Derweesh

Emad Ahmed Abdel Aziz

Mahmoud Shaker Hindy

Jabar Abdul Al-Azawi

Firas Raad Moarath

Abd al Wahab Younis

Hadi Abbass Mohamed

Jasim Khadar Abbas

Yousef Saldi Mohamed

Khadayer Abbass Mohamed

Ali Jassim Mijbil

- 2 -

Waleed Juma Ali

Abdul Majeed S. Al-Jennabi

- 2 -