# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 04-01248 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| THE TITAN CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| SALEH *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 05-1165 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| THE TITAN CORPORATION *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## *PLAINTIFFS' OPPOSITION TO CACI'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE NOTICE OF APPEAL*

CACI has filed a motion seeking to persuade the Court to extend by thirty days the deadline for CACI's filing of an appeal from the Court's November 6, 2007, Memorandum Order denying CACI's motion for summary judgment.  CACI asserts that the Order is an immediately appealable collateral order because it is "derivative of the sovereign immunity retained by the combatant activities exception to the Federal Tort Claims Act."  *Memorandum In Support of Defendants CACI International Inc. and CACI Premier Technology, Inc., In Support of Their Motion for Extension of Deadline To File Notice of Appeal as of Right,  at 2.*

This Court should deny CACI's request for an extension.  If CACI wanted to appeal this Court's denial of immunity, it had to file an appeal no later than thirty days after the issuance of the Court's June 29, 2006, Order in the *Saleh* matter, which incorporated by reference the Court's August 12, 2005, Order in the *Ibrahim* matter.  In those Orders, the Court conclusively considered and rejected Defendants' claims of derivative sovereign immunity.  There, the Court stated, in response to defendants' argument that they had derivative sovereign immunity, "Boyle explicitly declined to address the question of extending federal immunity to non-government employees, Boyle, 487 U.S. at 505, n.1, and I will not extend that immunity here." *Ibrahim Memorandum Order at 13-14*.

These Orders thus denied the immunity that CACI asserts as the premise for an appeal.   The time for appealing these Orders has long since run.  CACI, by asking for the extension, invites the Court to alter the legal landscape in a manner that would support CACI's efforts to delay the District Court proceedings.  The Court should refrain from assisting CACI's meritless effort to avoid trial.

.

Respectfully submitted,


_____                 _____/s/ William T. O'Neil_____
L. Palmer Foret (D.C. Bar No. 260356)            Susan L. Burke (D.C. Bar No. 414939)
THE LAW FIRM OF L. PALMER FORET, P.C.            William T. O'Neil (D.C. Bar No. 426107)
1735 20th Street, N.W.                           Katherine R. Hawkins (admitted *pro hac vice*)
Washington, D.C 20009                            BURKE O'NEIL LLC
Telephone:  (202) 232-2404                       Telephone:  (215) 487-6590
Facsimile:  (202) 332-2808                       Facsimile:  (215) 482-0874
lpforet@foretlaw.com                             sburke@burkeoneilllc.com
www.foretlaw.com                                 woneil@burkeoneilllc.com

Craig T. Jones (GA Bar No. 399476)               Shereef Hadi Akeel (admitted *pro hac vice*)

EDMOND & JONES, LLP
127 Peachtree Street, NE
Suite 410
Atlanta, GA 30303
Telephone:  (404) 525-1080
Facsimile:  (404) 525-1073
cjones@edmondfirm.com

*Counsel for Ibrahim Plaintiffs*

AKEEL & VALENTINE, P.C.
401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone:  (248) 594-9595
Facsimile:  (248) 594-4477
shereef@akeelvalentine.com

Jennifer Green
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 New York, NY 10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499

*Counsel for Saleh Plaintiffs*