UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ILHAM NASSIR IBRAHIM, et al.,    :
                                 :
        Plaintiffs,              :
                                 :
   v.                            :   Civil Action No. 04-1248 (JR)
                                 :
CACI PREMIER TECHNOLOGY, INC.,   :
                                 :
        Defendant.               :
_____:
SALEH, et al.,                   :
                                 :
        Plaintiffs,              :
                                 :
   v.                            :   Civil Action No. 05-1165 (JR)
                                 :
CACI INTERNATIONAL INC., et al., :
                                 :
        Defendants.              :
```

## MEMORANDUM ORDER

Confirming rulings made in open court today, it is **ORDERED**:

1. That, absent objection(s) filed by December 17, 2007, and pursuant to F.R.Civ.P. 54(b), the Clerk is **directed** to issue final judgment(s) in favor of defendant L-3 Communications Titan Corporation in Civil Actions 04-1248 and 05-1165;

2. That the motion for reconsideration filed by defendants CACI International Inc., and CACI Premier Technology, Inc., in Civil Actions 04-1248 and 05-1165 [docketed only in 04-1248 as #103] is **denied**;

3. That the motion of defendants CACI International, Inc., and CACI Premier Technology, Inc., in Civil Action 05-1165

for extension of time to file an appeal as of right [#141] is **granted**;

    4.    That plaintiffs' motion to certify a class, filed in Civil Action 05-1165 [#144], is **denied**;

    5.    That plaintiffs may have **leave to file** their 4th Amended Complaint no later than December 17, 2007; and

    6.    That the parties are to meet and confer and file the written report contemplated by LCvR 16.3(d) no later than January 15, 2008.  The scheduling conference contemplated by LCvR 16.3 is set for **January 17, 2008, at 10:00 a.m.**

                                    JAMES ROBERTSON
                            United States District Judge