UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALEH et al.,

    Plaintiffs

vs.

TITAN et al.,

    Defendants.

Case No. 1:05-cv-01165-JR

---

**NOTICE OF ADDRESS CHANGE**

---

This notice serves as a record to the Court that the undersigned counsel, Akeel & Valentine, PLC, has relocated and has changed its office address from:

Akeel & Valentine, PLC
401 S. Old Woodward, Ste. 430
Birmingham, MI 48009

Please forward all future correspondence and pleadings to the following address:

Akeel & Valentine, PLC
888 W. Big Beaver, Ste. 910
Troy, MI 48084

Respectfully submitted,

    Akeel & Valentine, PLC

    ___s/Shereef Akeel_____
    By: Shereef H. Akeel
    888 W. Big Beaver, Ste. 910
    Troy, MI 48084
    Phone: (248) 269-9595

Dated: December 7, 2007
F:\A - B\Abu Ghraib Detainees\Pleadings\NoticeofAddressChange