IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IBRAHIM, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 04-CV-1248 (JR) |
| v. | ) | |
| | ) | |
| TITAN CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SALEH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-CV-1165 (JR) |
| v. | ) | |
| | ) | |
| TITAN CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having considered the Motion of Defendants CACI International Inc and CACI Premier Technology, Inc. For Certification Pursuant to 28 U.S.C. § 1292(b) to Appeal the Court's November 6, 2006 Summary Judgment Decision, as well as any oppositions and replies submitted in connection therewith, the Court finds that the motion is well taken. The Court finds that its November 6, 2007 Memorandum Order (1) involves a controlling question of law as to which there is substantial ground for difference of opinion, and (2) that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Therefore the Court certifies its November 6, 2007 Memorandum Order for immediate appeal pursuant to 28

U.S.C. § 1292(b).

    SO ORDERED this _____ day of _____, 2007.

                                              _____
                                              JAMES ROBERTSON
                                              UNITED STATES DISTRICT JUDGE