**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : Civil Action No. 04-1248 (JR) <br> : <br> CACI PREMIER TECHNOLOGY, INC., : <br> : <br> Defendant. : <br> _____ : <br> SALEH, *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : Civil Action No. 05-1165 (JR) <br> : <br> CACI INTERNATIONAL INC., *et al.*, : <br> : <br> Defendants. : | |

### ORDER

The motion of CACI Premier Technology, Inc., and CACI International, Inc., for certification of an interlocutory appeal [Dkt. #109 in 04-1248 and Dkt. #148 in 05-1165] is **granted**. The memorandum order jointly issued in these cases on November 6, 2007, involves a controlling question of law as to which there is substantial ground for difference of opinion. An immediate appeal from that order [Dkt. # 137 in 05-1165 and Dkt. # 102 in 04-1248] may materially advance the ultimate termination of this litigation. See 28 U.S.C. § 1292(b).

So **ordered**.

JAMES ROBERTSON
United States District Judge