**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TITAN CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-01248 (JR) |
| SALEH *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE TITAN CORPORATION *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1165 (JR) |

*PLAINTIFFS' OBJECTION AND REQUEST FOR A BRIEF DELAY TO THE
ENTRY OF FINAL JUDGMENT IN FAVOR OF DEFENDANT TITAN
CORPORATION PURSUANT TO F.R.CIV.P. 54(b)*

Plaintiffs object to the immediate issuance of a Rule 54(b) judgment in Defendant Titan's favor. Plaintiffs ask only that the Court await a ruling from the Court of Appeals for the District of Columbia on whether CACI is entitled to appeal the denial of its motion for summary judgment. If the Court of Appeals agrees to hear immediately the issue of whether this Court properly applied the judicially-created "government contractor defense," this Court should issue a final order in Titan's favor to permit both actions to be appealed simultaneously. However, if the Court of Appeals rejects CACI's petition for an interlocutory appeal, and determines that the issue should await conclusion

of the District Court proceedings, this Court should refrain from issuing a Rule 54(b) judgment to Titan until the conclusion of the trial against CACI. At that time, both matters would be able to be appealed together.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| L. Palmer Foret (D.C. Bar No. 260356) | Susan L. Burke (D.C. Bar No. 414939) |
| THE LAW FIRM OF L. PALMER FORET, P.C. | William T. O'Neil (D.C. Bar No. 426107) |
| 1735 20th Street, N.W. | Katherine R. Hawkins (admitted *pro hac vice*) |
| Washington, D.C 20009 | BURKE O'NEIL LLC |
| Telephone: (202) 232-2404 | Telephone: (215) 487-6590 |
| Facsimile: (202) 332-2808 | Facsimile: (215) 482-0874 |
| lpforet@foretlaw.com | sburke@burkeoneilllc.com |
| www.foretlaw.com | woneil@burkeoneilllc.com |
| | |
| Craig T. Jones (GA Bar No. 399476) | Shereef Hadi Akeel (admitted *pro hac vice*) |
| EDMOND & JONES, LLP | AKEEL & VALENTINE, P.C. |
| 127 Peachtree Street, NE | 401 South Old Woodward Avenue |
| Suite 410 | Suite 430 |
| Atlanta, GA 30303 | Birmingham, MI 48009 |
| Telephone: (404) 525-1080 | Telephone: (248) 594-9595 |
| Facsimile: (404) 525-1073 | Facsimile: (248) 594-4477 |
| cjones@edmondfirm.com | shereef@akeelvalentine.com |
| | |
| *Counsel for Ibrahim Plaintiffs* | Jennifer Green |
| | CENTER FOR CONSTITUTIONAL RIGHTS |
| | 666 Broadway |
| | New York, NY 10012 |
| | Telephone: (212) 614-6439 |
| | Facsimile: (212) 614-6499 |
| | |
| | *Counsel for Saleh Plaintiffs* |