## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, | ) |
| | ) |
| Plaintiffs, | )   Case No. 05-cv-1165 (JR) |
| v. | ) |
| | ) |
| CACI *et al.*, | ) |
| Defendants. | ) |
| | ) |

## FOURTH AMENDED COMPLAINT

1.    This is a tort action against CACI International Inc. and CACI Premier Technology (collectively "CACI"), a private military company that sent interrogators to Abu Ghraib and other detention facilities in Iraq.  CACI conspired with military and government personnel to engage in the torture and abuse of plaintiffs and other prisoners.  CACI employees personally tortured, and directed the torture of, plaintiffs and other prisoners.  This action seeks to hold CACI accountable for its participation in torturing plaintiffs, all of whom were innocent civilians mistakenly swept up in military raids and subsequently released without any charge.

## JURISDICTION AND VENUE

2.    This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1332 (diversity jurisdiction); and 28 U.S.C. § 1367 (supplemental jurisdiction).

3.    Venue is proper pursuant to 28 U.S.C. § 1391(a)(3) and § 1391(b)(2).

**PLAINTIFFS ARE INNOCENT VICTIMS OF TORTURE**

4.      In the summer of 2003, after the United States' overthrow of Saddam Hussein in Iraq, the United States military began to detain hundreds of thousands of persons in prisons and temporary detention facilities throughout Iraq.

5.      According to the United States Department of Defense ("DOD"), the military, lacking the necessary interrogators and interpreters to make distinctions among Iraqis, reverted to rounding up "any and all suspicious-looking persons – all too often including women and children." *See Final Report of the Independent Panel To Review DoD Detention Operations, August 2004*.

6.      As a result, according to DOD's own analysis, more than eighty percent of those persons swept up in this wholesale rounding up were innocents who ended up being released without any charges.

7.      Plaintiffs are 256 persons among the tens of thousands of persons swept up in the military raids for no reason other than shortage of military interpreters and interrogators. They were all eventually released without any charges being brought against them.

8.      Sadly, after being mistakenly detained, plaintiffs were physically and mentally injured during their imprisonment in Abu Ghraib and other prisons in Iraq.  Plaintiffs were repeatedly sodomized, threatened with rape and harm to their family members, stripped naked, kept naked in their cells, chained and handcuffed to the bars of their cells, forced to wear women's panties on their heads and bodies, forced to engage in painful physical exertion such as being forced to crawl on their knees on rough concrete, while naked, for hours and hours, deprived of sleep, subjected to electric shocks, subjected to extremes of  heat and cold,

attacked by unmuzzled dogs placed inches from their faces, subjected to serious bodily pain inflicted on sensitive body parts, and kicked, beaten and struck.

9.      Plaintiffs are individually identified in Appendix A, which is hereby incorporated in full by reference.   Each Plaintiff was physically and mentally injured during their imprisonment.  Three Plaintiffs died as a result of injuries suffered during their imprisonment.

## DEFENDANTS CACI INTERNATIONAL INC. AND CACI PREMIER TECHNOLOGY OPERATE AS A SINGLE ENTITY

10.     Defendant CACI International Inc. is a publicly-traded Delaware corporation with headquarters located at 1100 North Glebe Road, Arlington, Virginia 22201.

11.     Defendant CACI Premier Technology, Inc. is a Delaware corporation located at 1100 North Glebe Road, Arlington, Virginia 22201 and 14151 Park Meadow Drive, Chantilly, Virginia 20151.

12.     CACI International Inc. wholly owns and controls the operations of CACI Premier Technology.

13.     CACI Premier Technology is an alter ego of CACI International Inc., not a separate fully-capitalized business governed and controlled by independent executives with full autonomy.

14.     CACI International Inc. operated CACI Premier Technology as one of its corporate divisions.

15.     CACI Premier Technology did not consistently adhere to the corporate formalities required of a company operating as an independent corporation.

16.     CACI Premier Technology had no Board of Directors operating outside the control of CACI International Inc. and exercising independent control and direction over CACI Premier Technology.

17.     CACI International Inc. executives controlled how and whether CACI Premier Technology did business in Iraq.

18.     CACI Premier Technology executives had to seek and obtain approval from CACI International Inc. executives before seeking business opportunities with the United States military operations in Iraq.

19.     CACI Premier Technology executives had to seek and obtain approval from CACI International Inc. executives before entering into the contract with the United States to provide interrogators.

20.     CACI employees located in Iraq consistently held themselves out as employees of "CACI" or "CACI International."

21.     CACI International Inc. recruited employees and otherwise marketed operations in Iraq under the name "CACI" or, at times, "CACI International."

22.     CACI International Inc. holds itself out to the investing public as a single company doing business under the name "CACI."

23.     CACI International Inc. publicly portrayed revenues earned from contracts executed by CACI Premier Technology as CACI revenues.

24.     CACI International Inc. included persons employed by CACI Premier Technology as CACI employees in its public portrayals of the company.

25.     CACI Premier Technology executives lacked the autonomy to spend substantial funds, enter into substantial contracts, or otherwise operate as a business without approval from executives of CACI International Inc.

26.     CACI International Inc., not CACI Premier Technology, developed, formulated and implemented a plan to threaten with suit, and sue, those in the media willing to report on CACI's role in the torture.   *See* paragraphs 86-87, below.

27.     CACI International Inc., not CACI Premier Technology, developed, formulated and implemented a plan to lie to and mislead the media about CACI interrogators participating in torture.   *See* paragraph 88, below.

28.     Because CACI International Inc. has the power to determine how much funding is available to CACI Premier Technology in any given financial year, it would be a miscarriage of justice to limit plaintiffs' recovery to funds assigned by CACI International to CACI Premier Technology.

## CACI WRONGFULLY TOOK ADVANTAGE OF THE MILITARY'S PROBLEMS TO MAKE MILLIONS OF DOLLARS FOR ITS CORPORATE COFFERS

29.     CACI, knowing that the military was confronting serious personnel shortfalls, began to travel to Iraq to try to drum up corporate business.

30.     CACI evaded the normal procurement processes, and procured a multi-million contract from the military without competing against any other government contractor.

31.     CACI promised, but failed, to provide the military with qualified interrogators trained and able to conduct interrogations in accord with the military's controlling authorities, including, but not limited to, the Geneva Conventions, the Army Field Manual, and the laws of the United States.

32.     CACI, not the military, actually drafted the initial statement of work for the contract.

33.     CACI, not the military, ended up determining whether CACI employees were qualified to serve as interrogators in Iraq.

34.     CACI at all times was obliged by the terms of its contract to supervise CACI employees.

35.     CACI at all times retained the unencumbered power to supervise and control its employees in Iraq.

36.     According to investigations by the General Accounting Office and the Office of the Inspector General for the Department of Defense, CACI employees wrongfully used their relationships with military officials to land a contract for interrogation services and wrongfully billed for their services under billing codes for "information technology services."

## BY OCTOBER 2003, THERE WAS AN ONGOING CONSPIRACY TO TORTURE PRISONERS

37.     After wrongfully procuring a contract to provide interrogators, CACI began sending employees to Iraqi prisons in October 2003.

38.     CACI provided interrogators and screeners in Abu Ghraib prison and at other locations known collectively as "Divisional Interrogation Facilities." CACI Divisional Interrogation Facilities included, but were not limited to, detention centers in Balad, Mosul, Fallujah, Tikrit, and Baghdad International Airport.

39.     CACI directly observed conduct at these facilities by certain military and government personnel, as well as other corporate employees from Titan Corporation, that clearly violated the Geneva Conventions, the Army Field Manual, and the laws of the United States.

40.    The conduct observed by CACI included stripping prisoners naked, keeping prisoners naked in their cells, chaining and handcuffing prisoners to the bars of their cells, forcing male prisoners to wear women's panties on their heads and bodies, forcing prisoners to engage in painful physical exertion such as being forced to crawl on their knees on rough concrete, while naked, for hours and hours, depriving prisoners of sleep, subjecting prisoners to extreme heat and cold, attacking prisoners with unmuzzled dogs placed inches from their faces, inflicting serious bodily pain on prisoners with pressure on sensitive body parts, and kicking, beating and striking prisoners.

41.    Reasonable discovery will establish that, in addition to observing the actual physical and mental abuse of the prisoners, CACI observed other forms of conspiratorial misconduct, including, but not limited to, preventing the reporting of the torture and abuse to non-conspiring authorities, the Red Cross and the media; hiding prisoners from the Red Cross; misleading non-conspiring military and government officials about the state of affairs at the prisons; creating false records such as false death certificates to obscure and hide the facts; and destroying evidence relating to the torture and abuse.

42.    The persons involved in the conspiracy to torture and mistreat prisoners include, but are not limited to, Michael J. Smith, Santos A. Cardona, Charles Graner, Ivan L. Frederick, Megan Ambuhl, Javal Davis, Lynndie England, Adel Nakhla, John Israel, and others.

43.    Indeed, even several agents working for the military's investigative arm, the Criminal Investigative Division ("CID"), participated in the conspiracy to torture and abuse prisoners.

44.     The conspiracy to torture and abuse prisoners also included several Iraqi nationals who were assigned as prison guards responsible for the portion of the prison housing Iraqi criminals (as distinct from the Iraqi prisoners described above in paragraphs 4-8.)

45.     To date, only a very limited number of the conspirators have been brought to justice.  The prison sentences meted out to those convicted have ranged from a few months to ten years.

46.     To date, only a limited subset of photographs and videos relating to the conspirators' torture of prisoners has been made public.

47.     The Department of Defense has concluded that the most egregious abuse of prisoners at Abu Ghraib and other facilities was not photographed and occurred during interrogation sessions.

## CACI, MOTIVATED BY GREED, JOINED THE CONSPIRACY TO TORTURE IRAQI PRISONERS

48.     CACI had to decide whether to join this ongoing conspiracy comprised of military and government personnel who were willing to and were engaging in the illegal torture and abuse of prisoners.

49.     CACI could have refused to join the conspiracy, and instructed its interrogators to stop and report any prisoner abuse.

50.     But CACI determined that such adherence to the law would have resulted in CACI being seen as not on the "team" by the conspiracy members, including the military conspiracy members.

51.    CACI, motivated exclusively by greed, wanted to maintain close relationships with the military conspiracy members, and did not want to risk alienating anyone who could potentially impact CACI's revenue stream.

52.    CACI intentionally and knowingly decided not to expose but rather to join the ongoing conspiracy to torture and abuse prisoners.

53.    Had CACI acted to expose and stop the ongoing conspiracy to torture of prisoners, plaintiffs may not have been tortured.

54.    CACI failed to report known instances of torture and abuse of prisoners.

55.    Instead, as reasonable discovery will establish, CACI conveyed its intent to join the conspiracy to the existing co-conspirators by a series of verbal statements made in October, November and December 2003.

56.    CACI also conveyed its intent to join in the conspiracy by engaging in a series of criminal acts of torture alongside and in conjunction with several co-conspirators.

57.    CACI's motivation was wholly financial -- it made millions of dollars as a result of keeping quiet about and participating in the conspiracy to torture and mistreat prisoners.

58.    CACI employees did not play a limited, passive, or secondary role in the conspiracy.  Instead, two CACI interrogators -- Stephen Stefanowicz (known as "Big Steve") and Daniel Johnson (known as "DJ") -- began to engage in, and direct, such aggressive torture of prisoners that they quickly became viewed by co-conspirators as among the most aggressive participants in the conspiracy.

59.    Big Steve was described by his co-conspirator Charles Graner as one of the interrogators most often directing torture at Abu Ghraib.

60.    Big Steve repeatedly directed Graner and other co-conspiring military personnel to give plaintiffs and other prisoners the "special treatment," which was a code among the torturers for extreme physical torture.  "Special treatment" included forcing naked prisoners to crawl back and forth over rough concrete until they were bloodied and unable to move.

61.    Big Steve repeatedly instructed Graner to deprive plaintiffs and other prisoners of sleep, strip them naked, humiliate them by dressing them in women's  underwear, chain them to the cells bars or bedframes in painful positions for extended periods of time, and deny them needed pain medication.

62.    On one occasion, Big Steve directed Graner to withhold pain medication from an abused prisoner.  Graner, a man convicted to ten years in prison for his own extensive and cruel participation in the torture conspiracy, actually refused to go along with Big Steve's directive to withhold needed medical help because the prisoner was in such extreme pain.

63.    Big Steve similarly instructed Frederick, Davis and Ambuhl to torture harshly plaintiffs and other prisoners.

64.    Big Steve also conspired with co-conspirator Smith and others to attack plaintiffs and other prisoners with unmuzzled dogs.

65.    DJ was also known for being amongst the harshest of the torturers.  On one occasion, DJ was torturing an Iraqi in a prison cell along with his co-conspirator Sgt. Frederick.  DJ directed Sgt. Frederick to inflict extreme physical pain on the prisoner by forcing him into a stress position on a chair and pressing his sensitive body parts.  Sgt. Frederick, acting at DJ's direction, also temporarily suffocated the prisoner.

66.    On another occasion, Sgt. Frederick, a man who was sentenced to 8 years in prison for his own participation in the conspiracy, found DJ's directives to harm the prisoner to

be so aggressive that he refused to continue to participate in that particular torture session.  DJ did not stop the torture session, but instead obtained help from different co-conspirators.

67.    In another torture session, DJ instructed co-conspirators to beat harshly the soles of a prisoner's feet and then force him to walk with excruciating pain.

68.    In yet other torture session, DJ threatened prisoners with unmuzzled dogs.

69.    DJ and Big Steve were not the only CACI interrogators who tortured, and directed others to torture, plaintiffs and other prisoners.  CACI interrogator Timothy Dugan also tortured plaintiffs and other prisoners.  For example, he physically dragged handcuffed plaintiffs and other prisoners along the ground to inflict pain on them.  He struck and beat plaintiffs and other prisoners.  He bragged to a non-conspirator about scaring a prisoner with threats to such a degree that the prisoner vomited.  When a young non-conspirator directed him to cease the torture and comply Army Field Manual 34-52, Dugan scoffed at his youth and refused to follow the direction.

70.    CACI interrogator Eric Fair publicly admitted to -- and expressed deep regret about -- torturing a prisoner at the Fallujah Divisional Interrogation Facility.

71.    Reasonable discovery will establish that other CACI employees repeatedly tortured and abused plaintiffs and other prisoners, and bragged about doing so.

## CACI TOOK AND IS TAKING STEPS TO CONCEAL ITS PARTICIPATION IN THE CONSPIRACY

72.    CACI intentionally and knowingly engaged in a conspiracy to prevent the detection of the torture conspiracy.

73.    Reasonable discovery will establish that CACI and its co-conspirators took steps to persuade non-conspirators not to give credence to information being compiled by the

Red Cross and the human rights community (*e.g.* Amnesty International, Human Rights Watch) about the torture and mistreatment of prisoners.

74.    CACI took other steps to conceal the conspiracy.  For example, reasonable discovery will establish that CACI interrogator Timothy Dugan engaged in the charade of interrogating a prisoner who was already dead as part of the conspiracy's efforts to conceal a murder.

75.    CACI and its co-conspirators attempted to avoid detection by treating some plaintiffs and other prisoners as "ghost detainees."  That term was the conspiracy's code word for those prisoners who were never recorded as having been detained.  The conspiracy failed to record prisoners as detained in order to prevent the ICRC and other authorities from visiting with them and learning of the torture.

76.    Reasonable discovery also will establish that CACI hid plaintiffs and other prisoners who showed visible physical signs of torture and mistreatment in order to prevent the ICRC and other non-conspiring parties from discovering the extent of the torture and mistreatment.

77.    CACI knew or should have known that its co-conspirators issued false death certificates for the prisoners killed by the conspiracy.  These false death certificates claimed prisoners died from "cardio-respiratory arrest – asphyxia" and the "cause of the condition" was "unknown."  The conspirators issuing the death certificates knew the prisoners had been murdered.

78.    In January 2003, after a non-conspiring soldier named Darby brought forward compelling evidence of the conspiracy to torture prisoners, the military began to investigate the conspiracy.

79.    During this military investigation, one CACI interrogator named Torin Nelson told a CID agent that Dugan and DJ repeatedly bragged about abusing prisoners. Unfortunately for Mr. Nelson, the CID agent was a member of the conspiracy and revealed Mr. Nelson's whistleblowing to DJ.

80.    Thereafter, DJ reported Nelson's whistleblowing to CACI personnel, including Dugan.  CACI (namely Dugan) then threatened Nelson with physical harm.

81.    Reasonable discovery will establish that CACI intended to terminate Torin Nelson for raising concerns about the treatment of prisoners.

82.    Reasonable discovery will establish that CACI made a series of false statements to obstruct discovery of the conspiracy and CACI's role in the conspiracy.

83.    For example, CACI interrogator Big Steve lied to General Taguba about his participation in the conspiracy to torture.

84.    CACI knowingly and intentionally made a series of unqualified and false public statements to the effect that CACI conducted an independent and complete internal investigation that confirmed that CACI employees had not engaged in any wrongdoing.

85.    In fact, CACI did not conduct an independent and complete investigation as evidenced by the fact that CACI did not even bother to interview the whistleblower Torin Nelson.

86.    CACI embarked upon a campaign of intimidation to suppress any coverage or investigation of their role in the conspiracy.  CACI repeatedly had its lawyers send letters threatening legal action to reporters considering reporting on CACI's role in the torture and mistreatment of prisoners.

87.     As part of this campaign of intimidation, CACI brought a frivolous lawsuit against a radio station.  Reasonable discovery will establish that CACI did not anticipate being able to prevail in the lawsuit, but rather brought it in order to intimidate media members who otherwise would have reported more fully on CACI's role in the torture.

88.     CACI has repeatedly made, and continues to make, false statements to the effect that none of its employees were involved in torturing prisoners.  Indeed, as of the date of this filing, CACI's website falsely stated "we were not involved with horrendous abuses such as death or sexual assault at Abu Ghraib."

89.     Even outside Iraq, CACI furthered the goals of the conspiracy by watering down its corporate code of ethics.  The 2002 version of the CACI Code of Ethics and Business Conduct Standards stated that:

> All employees should be aware that if they are a party to violations that affect or involve transactions with the U.S. Department of Defense or other U.S. government agencies, a record of any involvement and disciplinary action taken *will* be made available to the U.S. government.

(Emphasis added.)  The new version issued in 2003 eliminated the mandatory reporting, stating instead:

> All employees should be aware that if they are a party to any *demonstrably illegal activity*, the Company *in its discretion may* make a record of any involvement and disciplinary action taken available to the appropriate law enforcement officials.

(Emphasis added.)

90.     CACI knew that the conspiracy to torture would harm plaintiffs and other prisoners.

91.    CACI intentionally and knowingly agreed to and did work in concert with the co-conspirators.  To the extent that any particular act was perpetrated by a co-conspirator, CACI confirmed and ratified the same.

92.    CACI earned millions of dollars in revenues as a result of participating in the ongoing conspiracy.  CACI invested the financial fruits of the conspiracy in its ongoing operations.

### CACI KNEW THAT THE TORTURE CONSPIRACY VIOLATED THE LAW OF THE UNITED STATES

93.    CACI knew that all military officials were required to adhere to the Army Field Manual prohibiting torture.

94.    CACI knew that the United States government has denounced the use of torture and other cruel, inhuman or degrading treatment at all times.  In its Initial Report to the United Nations Committee Against Torture, the United States Department of State noted that, "[t]orture is prohibited by law throughout the United States.  It is categorically denounced as a matter of policy and as a tool of state authority . . . .  No official of the government, federal, state or local, civilian or military is authorized to commit or to instruct anyone else to commit torture.  Nor may any official condone or tolerate torture in any form."  *U.S. Department of State: Initial Report of the United States of America to the U.N. Committee Against Torture, Introduction (1999).*

95.    CACI knew that the State Department's Report on Human Rights Practices characterized the following as prohibited forms of torture:  repeated slapping, exposure to cold, stripping and blindfolding, food and sleep deprivation, threats to detainees or family members, dripping water on the head, squeezing of the testicles, mock executions, and sexual humiliation.

96.     CACI knew that no exigent circumstances permit the use of torture.

97.     CACI knew that the United States intended that any person acting under the color of United States authority would conduct interrogations in accord with the relevant domestic and international laws.

98.     CACI knew that President Bush reiterated the United States position against the use of torture and other cruel, inhuman or degrading treatment.  For example, in June 2003, the President stated:  "The United States is committed to the worldwide elimination of torture and we are leading the fight by example.  I call on all governments to join with the United States and the community of law-abiding nations in prohibiting, investigating and prosecuting all acts of torture and in undertaking to prevent other cruel and unusual punishment." *President George W. Bush, United Nations International Day in Support of Victims of Torture, June 26, 2003*.

99.     CACI knew and understood that the United States does not condone torture of prisoners.

100.    CACI cannot credibly claim that the wrongful and criminal conduct of certain military and government personnel misled CACI into thinking that torture of prisoners was lawful and permissible.

## CACI ACTED NEGLIGENTLY

101.    CACI is responsible for all of the actions taken by its employees in Iraq.

102.    At the very least, CACI acted negligently and wrongfully by failing to prevent Big Steve, DJ, Timothy Dugan, Eric Fair and its other employees assigned to Iraqi detention centers from engaging in foreseeable and predictable wrongful acts.

103.    CACI acted negligently and wrongfully by failing to discipline those who engaged in wrongful acts in Iraq.

104.    CACI acted negligently and wrongfully by failing to take due care in hiring employees being deployed to Iraq.  CACI hired people based on telephone interviews and deployed them to Iraq without anyone in CACI management even meeting or interviewing them in person.

105.    CACI acted negligently and wrongfully by failing to train its employees.

106.    CACI acted negligently and wrongfully by failing to supervise adequately its employees.  CACI admitted on its web site that CACI employees in Iraq work under "minimal supervision."

107.    CACI acted negligently and wrongfully by failing to investigate reports of wrongdoing.

108.    CACI profited financially from its negligent misconduct. The United States paid CACI millions of dollars in exchange for their contractual promises to provide services in a lawful manner.  Instead of providing those services in a lawful manner, CACI failed to ensure that their employees and agents abided by the contract terms, such as the express requirement that their employees and agents act in accord with the Geneva Conventions.

109.    CACI's actions and inaction injured Plaintiffs and harmed the reputation of the United States throughout the world.

110.    Each Plaintiff seeks compensatory and punitive damages in an amount far in excess of the jurisdictional amount set forth in 28 U.S.C. § 1332 ($75,000).

111.    Each Plaintiff seeks any and all additional remedies (such as attorneys' fees) available under law and equity.

## DAMAGES

112.    CACI is liable for the wrongful death of three persons, Ibrahiem Neisef Jassem, Hussain Ali Abid Salim, and Ahmed Satar Khamass.

113.    CACI is liable for inflicting serious and permanent physical injuries on all plaintiffs.

114.    CACI is liable for inflicting serious and permanent mental injuries on all plaintiffs.

115.    CACI is liable for the pain and suffering caused to all plaintiffs.

## RESTATEMENT OF PAST PLEADINGS

116.    Plaintiffs hereby incorporate by reference as if specifically plead herein all allegations and legal claims made in the prior iterations of this Complaint in order to preserve for appeal any and all issues arising from this litigation.

## COUNT ONE
## ASSAULT AND BATTERY

117.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

118.    CACI unlawfully intended to and did inflict immediate injury upon Plaintiffs.

119.    CACI intentionally assaulted, battered, and made other offensive contacts; and aided and abetted the assaulting, battering and offensively contacting, of the Plaintiffs.

120.    Plaintiffs did not consent to any of the offensive contacts. Plaintiffs feared for their personal safety and felt threatened by CACI's actions.

121.    CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to commit the assaults and batteries.

122.    CACI's acts caused grave and foreseeable damages to Plaintiffs.

## COUNT TWO
## CIVIL CONSPIRACY TO ASSAULT AND BATTER

123.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

124.    CACI agreed with others to participate in a series of unlawful acts.

125.    CACI tortured plaintiffs and performed other overt acts pursuant to and in furtherance of the common scheme.

126.    CACI is liable for the assaults and batteries against Plaintiffs because CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to commit the assaults and batteries.

127.    CACI's knowing participation in the conspiracy to assault and batter caused grave and foreseeable damages to Plaintiffs.

## COUNT THREE
## AIDING AND ABETTING
## ASSAULTS AND BATTERIES

128.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

129.    CACI knowingly and substantially assisted others in assaulting and battering Plaintiffs.

130.    CACI is liable for the injuries caused because CACI substantially aided and abetted others in assaulting and battering Plaintiffs.

131.    CACI's knowing and substantial assistance to others caused grave and foreseeable damages to Plaintiffs.

## COUNT FOUR
## SEXUAL ASSAULT AND BATTERY

132.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

133.    Plaintiffs were sexually assaulted and battered by CACI and their co-conspirators.

134.    CACI intended to, and did, cause offensive sexual contacts with intimate parts of Plaintiffs.  CACI acted to cause Plaintiffs' imminent apprehension of harmful and offensive contact with their intimate parts.

135.    Plaintiffs did not consent to the contacts.  Plaintiffs feared for their personal safety and felt threatened by CACI's actions.

136.    CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to sexually assault and batter certain Plaintiffs.

137.    CACI's acts caused grave and foreseeable damages to Plaintiffs.

## COUNT FIVE
## CIVIL CONSPIRACY TO SEXUALLY ASSAULT AND BATTER

138.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

139.    CACI agreed with others to participate in a series of unlawful acts.

140.    CACI performed overt acts pursuant to and in furtherance of the common scheme.

141.    CACI is liable for the sexual assaults and batteries against Plaintiffs because CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to sexually assault and batter Plaintiffs.

142.    CACI's knowing participation in the conspiracy caused grave and foreseeable damages to Plaintiffs.

## COUNT SIX
## AIDING AND ABETTING
## SEXUAL ASSAULTS AND BATTERIES

143.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

144.    CACI knowingly and substantially assisted others in sexually assaulting certain Plaintiffs.

145.    CACI is liable for the injuries caused by the crimes because they substantially aided and abetted others in sexually assaulting and battering Plaintiffs.

146.    CACI's  knowing and substantial assistance to others caused grave and foreseeable damages to Plaintiffs.

## COUNT SEVEN
## WRONGFUL DEATHS

147.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

148.    CACI's wrongful acts and omissions caused the deaths of Ibrahiem Neisef Jassem, Hussain Ali Abid Salim, and Ahmed Satar Khamass.

149.    CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to act in the manner that led to the wrongful death.

150.    These three deaths were a foreseeable result of CACI's wrongful acts and omissions.

## COUNT EIGHT
## CIVIL CONSPIRACY TO CAUSE WRONGFUL DEATH

151.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

152.    CACI agreed with others to participate in a series of unlawful acts.

153.    CACI performed overt acts pursuant to and in furtherance of the common scheme.

154.    CACI is liable for the wrongful deaths of Ibrahiem Neisef Jassem, Hussain Ali Abid Salim, and Ahmed Satar Khamass because CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to act in the manner that led to the wrongful deaths.

155.    CACI's knowing participation in the conspiracy caused deaths and other grave and foreseeable damages to Plaintiffs.

## COUNT NINE
## AIDING AND ABETTING
## WRONGFUL DEATHS

156.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

157.    CACI knowingly and substantially assisted others in causing foreseeable wrongful deaths.

158.    CACI is liable for the wrongful deaths of Ibrahiem Neisef Jassem, Hussain Ali Abid Salim, and Ahmed Satar Khamass because it substantially aided and abetted others in the acts leading to the wrongful deaths.

159.    CACI's knowing and substantial assistance to others caused death and grave and foreseeable damages to Plaintiffs.

## COUNT TEN
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

160.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

161.    CACI intentionally inflicted severe emotional distress by way of extreme and outrageous conduct on Plaintiffs. CACI intended or recklessly disregarded the probability of Plaintiffs suffering emotional distress when directing offensive conduct toward Plaintiffs or carrying out offensive conduct while aware of Plaintiffs' presence.

162.    CACI set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to inflict emotional distress on Plaintiffs.

163.    CACI's acts caused grave and foreseeable injuries to Plaintiffs.

## COUNT ELEVEN
## CIVIL CONSPIRACY TO INFLICT EMOTIONAL DISTRESS

164.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

165.    CACI agreed with others to participate in a series of unlawful acts.

166.    CACI performed overt acts pursuant to and in furtherance of the common scheme.

167.    CACI is liable for intentional infliction of emotional distress on Plaintiffs because it set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified and/or conspired with others to inflict emotional distress on Plaintiffs.

168.    CACI's knowing participation in the conspiracy to inflict intentionally

emotional distress caused grave and foreseeable damages to Plaintiffs.

## COUNT TWELVE
## AIDING AND ABETTING
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

169.    All preceding paragraphs are hereby incorporated by reference as if fully set

forth herein.

170.    CACI knowingly and substantially assisted others in intentionally inflicting

emotional distress upon Plaintiffs.

171.    CACI is liable for the injuries caused by the intentional infliction of emotional

distress because they substantially aided and abetted others in causing the emotional distress to

Plaintiffs.

172.    CACI's knowing and substantial assistance to others caused grave and

foreseeable damages to Plaintiffs.

## COUNT THIRTEEN
## NEGLIGENT HIRING AND SUPERVISION

173.    All preceding paragraphs are hereby incorporated by reference as if fully set

forth herein.

174.    CACI acted negligently and directly harmed Plaintiffs by:

(a)    failing to take the appropriate steps in hiring proper personnel to perform

services;

(b)    failing to properly screen personnel before their hiring;

(c)    failing to train personnel to perform interrogation services in a lawful

fashion;

(d)    failing to investigate allegations of torture and abuse; and

(e)     negligently setting the conditions that facilitated the abuse.

175.    CACI's negligence directly and foreseeably harmed Plaintiffs.

## COUNT FOURTEEN
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

176.    All preceding paragraphs are hereby incorporated by reference as if fully set forth herein.

177.    CACI negligently inflicted severe emotional distress on Plaintiffs.

178.    CACI had a duty to Plaintiffs, which it breached.

179.    CACI had a duty to bystanders Plaintiffs, who had close relationships to the victims, were present at the scene of the infliction of injury, and were immediately aware of the victim's injury.

180.    CACI's negligence directly and foreseeably harmed Plaintiffs.

## PRAYER FOR DAMAGES

181.    Plaintiffs are entitled to any and all remedies available to them as a result of the conduct alleged herein, including, but not limited to:

(a)     compensatory damages for physical, mental and economic injuries;

(b)     punitive damages in an amount sufficient to punish CACI and to deter similar misconduct; and

(c)     attorneys' fees and costs.

182.    Each and every Plaintiff is entitled to millions of dollars in compensatory and punitive damages.

_/s/_ Susan L. Burke_____
Susan L. Burke (D.C. Bar No. 414939)
William T. O'Neil (D.C. Bar No. 426107)
Katherine R. Hawkins (admitted *pro hac vice*)
BURKE O'NEIL LLC

Telephone:  (215) 487-6590
Facsimile:  (215) 482-0874
sburke@burkeoneilllc.com


Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Suite 910
Troy, Michigan 48084
Telephone:  (248) 269-9595
Facsimile:  (248) 269-9119
shereef@akeelvalentine.com


Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 7th Floor
New York, NY 10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499

*Counsel for Plaintiffs*

Date:  December 17, 2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALEH *et al.*, | ) |
|  | ) |
|  | ) |
|      Plaintiffs, | )   Case No. 05-cv-1165 (JR) |
| v. | ) |
|  | ) |
| CACI *et al.*, | ) |
|      CACI . | ) |
|  | ) |

## APPENDIX A TO THE
## FOURTH AMENDED COMPLAINT

1.    Plaintiff Haidar Muhsin Saleh is a Swedish citizen of Iraqi origin.  On or about September 25, 2003, he was arrested and taken into U.S. custody in Iraq.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151183.

2.    Plaintiff Haj Ali Shallal Abbas Al-Uweissi is an Iraqi, who was arrested and taken into U.S. custody on or about October 25, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151716.

3.    Plaintiff Jalel Mahdy Hadood is an Iraqi, who was arrested and taken into U.S. custody on or about October 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151073.

4.    Plaintiff Umer Abdul Mutalib Abdul Latif is an Iraqi, who was arrested and taken into U.S. custody on or about July 11, 2003. He was tortured and otherwise mistreated by CACI

and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 117631.

5.      Plaintiff Ahmed Shehab Ahmed is an Iraqi, who was arrested and taken into U.S. custody on or about December 29, 2003 and released without charge on or around January 6, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

6.      Plaintiff Ahmed Ibrahim Neseif Jassem is an Iraqi, who was arrested and taken into U.S. custody on or about November 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 154120.

7.      Plaintiff Ismael Neisef Jassem Al-Nidawi is an Iraqi, who was arrested and taken into U.S. custody on or about November 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 154115.

8.      Plaintiff Kinan Ismael Neisef Al-Nidawi is an Iraqi, who was arrested and taken into U.S. custody on or about November 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 154110.

9.      Plaintiff Estate of Ibraheim Neisef Jassem is the estate and heirs of Ibraheim Neisef Jassem, a 63-year old man who died in Abu Ghraib Prison on January 8, 2004, as a result of acts and inactions by CACI and its co-conspirators.  His prisoner number was No. 154111.

10.    Plaintiff Mustafa is a young Iraqi who was detained on or about July 12, 2004 and released without charge on or about July 26, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators, resulting in physical and mental harm. [1]

11.    Plaintiff Natheer is a young Iraqi who was detained on or about July 12, 2004 and released without charge on or about July 26, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators, resulting in physical and mental harm.[2]

12.    Plaintiff Othman is a young Iraqi who was detained on or about July 12, 2004 and released without charge on or about July 26, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators, resulting in physical and mental harm.[3]

13.    Plaintiff Hassan is a young Iraqi who was detained on or about July 12, 2004 and released without charge on or about July 26, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators, resulting in physical and mental harm.[4]

14.    Plaintiff Abbas Hassan Mohammed Farhan is an Iraqi, who was arrested and taken into U.S. custody on or about January 25, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 157346.

15.    Plaintiff Hassan Mohammed Al Azzawi is an Iraqi, who was arrested and taken into U.S. custody on or about December 16, 2003. He was tortured and otherwise mistreated by

---

[1] Plaintiff Mustafa's full name is on the record under seal.  *See* Dkt. # 147, Plaintiffs' Motion for Leave to File Matter Under Seal, Attachment A, Saleh v. Titan (No.  05-1165) (May 17, 2006).
[2] Plaintiff Natheer's full name is on the record under seal.  *See* Dkt. # 147, Plaintiffs' Motion for Leave to File Matter Under Seal, Attachment A, Saleh v. Titan (No.  05-1165) (May 17, 2006).
[3] Plaintiff Othman's full name is on the record under seal.  *See* Dkt. # 147, Plaintiffs' Motion for Leave to File Matter Under Seal, Attachment A, Saleh v. Titan (No.  05-1165) (May 17, 2006).
[4] Plaintiff Hassan's full name is on the record under seal.  *See* Dkt. # 147, Plaintiffs' Motion for Leave to File Matter Under Seal, Attachment A, Saleh v. Titan (No.  05-1165) (May 17, 2006).

CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 156095.

16.    Plaintiff Burhan Ismail Neisef is an Iraqi, who was arrested and taken into U.S. custody on or about November 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155066.

17.    Plaintiff Haibat Fakhri Abbas is an Iraqi, who was arrested and taken into U.S. custody on or about October 21, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152840.

18.    Plaintiff Hamid Ahmed Khalaf Haref Al-Zeidi is an Iraqi, who was arrested and taken into U.S. custody on or about October 9, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151417.

19.    Plaintiff Ahmed Derweesh is an Iraqi, who was arrested and taken into U.S. custody on or about October 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152740.

20.    Plaintiff Emad Ahmed Abdel Aziz is an Iraqi, who was arrested and taken into U.S. custody on or about August 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150577.

21.    Plaintiff Mahmoud Shaker Hindy is an Iraqi, who was arrested and taken into U.S. custody on or about September 21, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152661.

22.    Plaintiff Jabar Abdul Al-Azawi is an Iraqi, who was arrested and taken into U.S. custody on or about November 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155533.

23.    Plaintiff Firas Raad Moarath is an Iraqi, who was arrested and taken into U.S. custody on or about November 6, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 165366.

24.    Plaintiff Abd al Wahab Youss is an Iraqi, who was arrested and taken into U.S. custody on or about August 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150425.

25.    Plaintiff Hadi Abbass Mohamed is an Iraqi, who was arrested and taken into U.S. custody on or about October 21, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155534.

26.    Plaintiff Estate of Jasim Khadar Abbas is the estate and heirs of Jasim Khadar Abbas, an Iraqi man who was taken into U.S. custody on or about January 20, 2004 and tortured and otherwise mistreated by CACI and its co-conspirators while in custody.  He suffered

physical and mental harm as a result. His prisoner number was No. 157946. In May 2006, after his release from custody, Mr. Abbas was killed by unknown assailants in Baghdad.

27.    Plaintiff Yousef Saldi Mohamed is an Iraqi, who was arrested and taken into U.S. custody on or about August 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150427.

28.    Plaintiff Khadayer Abbass Mohamed is an Iraqi, who was arrested and taken into U.S. custody on or about November 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155532.

29.    Plaintiff Ahmed Ubaid Dawood is an Iraqi, who was arrested and taken into U.S. custody on or about September 28, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152315.

30.    Plaintiff Ali Jassim Mijbil is an Iraqi, who was arrested and taken into U.S. custody on or about December 9, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody. His prisoner number was No. 155110.

31.    Plaintiff Waleed Juma Ali is an Iraqi, who was arrested and taken into U.S. custody on or about July 17, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 115392.

32.    Plaintiff Abdul Majeed S. Al-Jennabi is an Iraqi, who was arrested and taken into U.S. custody on or about December 21, 2003. He was tortured and otherwise mistreated by

CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 156325.

33.    Plaintiff Mufeed Al-Anni is an Iraqi, who was arrested and taken into U.S. custody on or about September 7, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150847.

34.    Plaintiff Bassam Akram Marougi is an Iraqi, who was arrested and taken into U.S. custody on or about October 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151588.

35.    Plaintiff Sinaa Abbas Farhad is an Iraqi woman, who was arrested and taken into U.S. custody on or about December 21, 2004.  She was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. Her prisoner number was No. 159198.

36.    Plaintiff Ali Al-Jubori is an Iraqi, who was arrested and taken into U.S. custody on or about August 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 115922.

37.    Plaintiff Meheisin Khihdeir is an Iraqi, who was arrested and taken into U.S. custody on or about November 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

38.     Plaintiff Abdul Mutalib Al-Rawi is an Iraqi, who was arrested and taken into U.S. custody on or about July 11, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

39.     Plaintiff Summeiya Khalid Mohammed Sa'eed is an Iraqi woman, who was arrested and taken into U.S. custody on or about September 24, 2003. She was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm..

40.     Plaintiff Ali A. Hussein is an Iraqi, who was arrested and taken into U.S. custody on or about September 10, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151484.

41.     Plaintiff Sebah N. Juma'a is an Iraqi, who was arrested and taken into U.S. custody on or about April 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. A1-2177123.

42.     Plaintiff Kamel Abood Khalaf Al Samaraii is an Iraqi, who was arrested and taken into U.S. custody on or about October 5, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No.152388.

43.     Plaintiff Hatem Shanoon Awda Hussein Al Shammeri is an Iraqi, who was arrested and taken into U.S. custody on or about September 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150748.

44.    Plaintiff Mukhlas Ibrahim Ali Al-Aalusi is an Iraqi, who was arrested and taken into U.S. custody on or about September 11, 2003.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150753.

45.    Plaintiff Khalil Ibrahim Hassan Hamad is an Iraqi, who was arrested and taken into U.S. custody on or about January 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 158210.

46.    Plaintiff Estate of Ahmed Abdullah Hassan Mohammed is the estate and heirs of Ahmed Abdullah Hassan Mohammed, an Iraqi man who was taken into U.S. custody on or about April 23, 2004 and tortured and otherwise mistreated by CACI and its co-conspirators while in custody.  He suffered physical and mental harm as a result.  His prisoner number was No. 160916.  In November 2006, after his release from custody, Mr. Mohammed was killed by unknown assailants in Mosul.

47.    Plaintiff Omar Jassam Ibrahim Khalaf Matrood is an Iraqi, who was arrested and taken into U.S. custody on or about February 24, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 0362919A.

48.    Plaintiff Jassam Ibrahim Khalaf Matrood is an Iraqi, who was arrested and taken into U.S. custody on or about February 24, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 0362936A.

49.     Plaintiff Wissam Kudhayar Nouh is an Iraqi, who was arrested and taken into U.S. custody on or about May 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators, resulting in physical and mental harm, before being released without charge on May 27, 2004.

50.     Plaintiff Tawfeeq Al-Jubori is an Iraqi, who was arrested and taken into U.S. custody on or about August 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 115927.

51.     Plaintiff Bilal A. Mijbil is an Iraqi, who was arrested and taken into U.S. custody on or about December 9, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155273.

52.     Plaintiff Ahmed Salih Nouh is an Iraqi, who was arrested and taken into U.S. custody on or about May 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

53.     Plaintiff Raa'd A. Al-Jubori is an Iraqi, who was arrested and taken into U.S. custody on or about May 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

54.     Plaintiff Abdul Rezzaq Abdul Rahman is an Iraqi, who was arrested and taken into U.S. custody on or about February 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No.159017.

55.     Plaintiff Abdul Hafeeth Sha'lan Hussein is an Iraqi, who was arrested and taken into U.S. custody on or about September 4, 2003, and released without charge on September 15, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

56.     Plaintiff Hamad Oda Mohammed Ahmed is an Iraqi, who was arrested and taken into U.S. custody on or about April 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 160558.

57.     Plaintiff Ibraheem J. Mustafa is an Iraqi, who was arrested and taken into U.S. custody on or about September 10, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody. His prisoner number was No. 151491.

58.     Plaintiff Ali S. Nouh is an Iraqi, who was arrested and taken into U.S. custody on or about May 17, 2004. He was released on May 27, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

59.     Plaintiff Abdul Jabbar Abdel Hassan Dagher Al-Humaydi is an Iraqi, who was arrested and taken into U.S. custody on or about January 5, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 156481.

60.     Plaintiff Abdul Kareem H. Ma'roof is an Iraqi, who was arrested and taken into U.S. custody on September 14, 2003; released on September 26, 2003; and again arrested on June 19, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody. His prisoner number was No. 161915.

61.     Plaintiff Esam Majid Hassam Al-Samarai is an Iraqi, who was arrested and taken into U.S. custody on or about October 26, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152430.

62.     Plaintiff Saad A. Hussein is an Iraqi, who was arrested and taken into U.S. custody on or about September 10, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150173.

63.     Plaintiff Setaar J. Jezaa is an Iraqi, who was arrested and taken into U.S. custody on or about April 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 160930.

64.     Plaintiff Mohammed H. Jassim is an Iraqi, who was arrested and taken into U.S. custody on or about April 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 160523.

65.     Plaintiff Abid H. Jassim is an Iraqi, who was arrested and taken into U.S. custody on or about April 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 160531.

66.     Plaintiff Umar Abdulkareem Hussein is an Iraqi, who was arrested and taken into U.S. custody on or about September 10, 2003. He was tortured and otherwise mistreated by

CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151519.

67.    Plaintiff Hassan A. Ubeid is an Iraqi, who was arrested and taken into U.S. custody on or about May 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators, resulting in physical and mental harm, before being released without charge on May 27, 2004.

68.    Plaintiff Ziyad A. Al-Jennabi is an Iraqi, who was arrested and taken into U.S. custody on or about December 21, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 156318.

69.    Plaintiff Abdul Qaddir S. Ubeid is an Iraqi, who was arrested and taken into U.S. custody on or about August 11, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150229.

70.    Plaintiff Haidar Abdel Rahman Abdel Razzaq is an Iraqi, who was arrested and taken into U.S. custody on or about February 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

71.    Plaintiff Faisal Abdulla Abdullatif is an Iraqi, who was arrested and taken into U.S. custody on or about December 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155432.

72.    Plaintiff Estate of Buthaina Khalid Mohammed Sa'eed is the estate and heirs of Buthaina Khalid Mohammed Sa'eed, an Iraqi woman who was taken into U.S. custody on or

about June 3, 2003. She was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, and suffered physical and mental harm as a result. In February 2006, after her release from custody, she was killed by unknown assailants in Baghdad.

73.     Plaintiff Mohammed Mahal Hammadi Al Hassani is an Iraqi, who was arrested and taken into U.S. custody on or about November 8, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153051.

74.     Plaintiff Zedan Shenno Habib Mehdi is an Iraqi, who was arrested and taken into U.S. custody on or about January 13, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 157118.

75.     Plaintiff Ayad Mughaffar Younis is an Iraqi, who was arrested and taken into U.S. custody on or about December 5, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155175.

76.     Plaintiff Me'ath Mohammed Aluo is an Iraqi, who was arrested and taken into U.S. custody on or about November 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 154576.

77.     Plaintiff Estate of Mithal Kadhum Al Hassani is the estate and heirs of Mithal Kadhum Al Hassani, an Iraqi woman who was taken into U.S. custody on or about February 26, 2004. Her detainee number was No. 159020. She was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, and suffered physical and mental harm as a

result. In July 2006, after her release from custody, she was killed by unknown assailants in Baghdad.

78. Plaintiff Ala'a Juma'a Aid is an Iraqi, who was arrested and taken into U.S. custody on or about November 11, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 164964.

79. Plaintiff Akeel Hany Abdulameer is an Iraqi, who was arrested and taken into U.S. custody on or about August 19, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 163360.

80. Plaintiff Raheem Abbosi Raheem is an Iraqi, who was arrested and taken into U.S. custody on or about March 16, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 159585.

81. Plaintiff Saed Mohammed Najim is an Iraqi, who was arrested and taken into U.S. custody on or about December 14, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

82. Plaintiff Ghani Talib Fadhil is an Iraqi, who was arrested and taken into U.S. custody on or about November 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153727.

83. Plaintiff Ali Haraj Ali is an Iraqi, who was arrested and taken into U.S. custody on or about November 12, 2003. He was tortured and otherwise mistreated by CACI and its co-

conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153009.

84.     Plaintiff Tawfeeq Haraj Ali is an Iraqi, who was arrested and taken into U.S. custody on or about November 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153157.

85.     Plaintiff Thamer Ahmed Ali is an Iraqi, who was arrested and taken into U.S. custody on or about November 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 355.

86.     Plaintiff Ahmed Ali Salih is an Iraqi, who was arrested and taken into U.S. custody on or about November 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153126.

87.     Plaintiff Nahiz Dalaf Ali is an Iraqi, who was arrested and taken into U.S. custody on or about November 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153124.

88.     Plaintiff Ali Nife Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about November 17, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 1343.

89.     Plaintiff Hasson Ali Chidam Abdualah is an Iraqi, who was arrested and taken into U.S. custody on or about December 16, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 155344.

90.     Plaintiff Nazhan Abdualah Mohamed is an Iraqi, who was arrested and taken into U.S. custody on or about September 20, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 1487.

91.     Plaintiff Ahmed Abdualah Mohamed Abid Al-Badrani is an Iraqi, who was arrested and taken into U.S. custody on or about August 25, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 893.

92.     Plaintiff Nahidh Zedan Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about October 9, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151964.

93.     Plaintiff Faisal Hassan Ajjaj is an Iraqi, who was arrested and taken into U.S. custody on or about October 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151937.

94.     Plaintiff Abduallah Mansour Khammes is an Iraqi, who was arrested and taken into U.S. custody on or about November 2, 2004. He was tortured and otherwise mistreated by

CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 164662.

95.    Plaintiff Mahmoud Yusif Khalaf is an Iraqi, who was arrested and taken into U.S. custody on or about August 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116208.

96.    Plaintiff Khalid Hammad Dahham is an Iraqi, who was arrested and taken into U.S. custody on or about February 11, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 164659.

97.    Plaintiff Shakir Mahmoud Yousif is an Iraqi, who was arrested and taken into U.S. custody on or about August 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116281.

98.    Plaintiff Rasmi Ali Hameed is an Iraqi, who was arrested and taken into U.S. custody on or about August 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116397.

99.    Plaintiff Hatam Ali Hameed is an Iraqi, who was arrested and taken into U.S. custody on or about August 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116780.

100.     Plaintiff Mohammed Ayed Hameed is an Iraqi, who was arrested and taken into U.S. custody on or about August 12, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116398.

101.     Plaintiff Abduallah Saba'a Khamas is an Iraqi, who was arrested and taken into U.S. custody on or about October 9, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151959.

102.     Plaintiff Salih Mahmoud Wadi is an Iraqi, who was arrested and taken into U.S. custody on or about August 5, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 162544.

103.     Plaintiff Malik Ali Mahmoud is an Iraqi, who was arrested and taken into U.S. custody on or about July 16, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in U.S. custody.  He suffered physical and mental harm as a result. His prisoner number was No. 115361.

104.     Plaintiff Ubaid Mahmoud Abduallah is an Iraqi, who was arrested and taken into U.S. custody on or about July 15, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 115372.

105.     Plaintiff Murshid Mohammed Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about November 5, 2003. He was tortured and otherwise mistreated by CACI

and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152909.

106.    Plaintiff Esam Mohammed Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about November 8, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152927.

107.    Plaintiff Mohammed Hassan Ali Al-Azawi is an Iraqi, who was arrested and taken into U.S. custody on or about November 8, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153402.

108.    Plaintiff Talib Abbass Anfous Al-Falahi is an Iraqi, who was arrested and taken into U.S. custody on or about January 14, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 106932.

109.    Plaintiff Abbas Mohammed Jasim Al-Janabi is an Iraqi, who was arrested and taken into U.S. custody on or about January 7, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 169025.

110.    Plaintiff Suja'a Abdual Razaq Jibara'a was taken into U.S. custody on or about February 23, 2004, and tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

111.    Plaintiff Ma'ath Abdualrazaq Al-Mousawi is an Iraqi, who was arrested and taken into U.S. custody on or about April 2, 2003. He was tortured and otherwise mistreated by CACI

and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 806.

112.    Plaintiff Estate of Ali Tah'a Ubaid is the estate and heirs of Ali Tah'a Ubaid, a young Iraqi who was taken into U.S. custody on or about January 3, 2005 and tortured and otherwise mistreated by CACI and its co-conspirators while in custody.  He suffered physical and mental harm as a result.  His prisoner number was No. 168445.  In April 2006, after his release from custody, Mr. Ubaid was killed by unknown assailants in Baghdad.

113.    Plaintiff Hussam Dhahir Sultan is an Iraqi, who was arrested and taken into U.S. custody on or about July 26, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 176580.

114.    Plaintiff Hamid Ahmed Hussani is an Iraqi, who was arrested and taken into U.S. custody on or about January 3, 2005.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 168938.

115.    Plaintiff Shallal Chead Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about January 3, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 168872.

116.    Plaintiff Mohammed Ahmed Mansour Hussain is an Iraqi, who was arrested and taken into U.S. custody on or about December 22, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 168006.

117.    Plaintiff Tahha Abid Hussain Al-Zubaee is an Iraqi, who was arrested and taken into U.S. custody on or about January 3, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 168916.

118.    Plaintiff Mohamed Shihab Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about November 7, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

119.    Plaintiff Estate of Hussain Ali Abid Salim is the estate and heirs of Hussain Ali Abid Salim, an Iraqi man who was arrested on or about April 4, 2004 and died in prison as a result of acts and inactions by CACI and its co-conspirators.  His prisoner number was No. 159800.

120.    Plaintiff Taha Mahmoud Taha Majeed is an Iraqi, who was arrested and taken into U.S. custody on or about June 30, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 161592.

121.    Plaintiff Saleem Faiadh Khalaf Hammeed is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152315.

122.    Plaintiff Ahmed Abbas Kadhim is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 162648.

123.    Plaintiff Ali Faidh Khalaf is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152477.

124.    Plaintiff Amir Mohammed Abduallah is an Iraqi, who was arrested and taken into U.S. custody on or about May 21, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 160879.

125.    Plaintiff Maulood Adna'an is an Iraqi, who was arrested and taken into U.S. custody on or about February 12, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 158981.

126.    Plaintiff Sulajman Merias Ghoteth is an Iraqi, who was arrested and taken into U.S. custody on or about February 13, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 158976.

127.    Plaintiff Nermeen Abbas Salih is an Iraqi, who was arrested and taken into U.S. custody on or about November 26, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

128.    Plaintiff Hazim Anwar Al Nassiry is an Iraqi, who was arrested and taken into U.S. custody on or about January 15, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No.157174.

129.    Plaintiff Abdel Latif is an Iraqi, who was arrested and taken into U.S. custody on or about July 30, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150069.

130.    Plaintiff Fahd Hassan Chiyah is an Iraqi, who was arrested and taken into U.S. custody on or about March 31, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

131.    Plaintiff Mohammed Alao Mahdi is an Iraqi, who was arrested and taken into U.S. custody on or about November 25, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 154674.

132.    Plaintiff Ahmed Abid Rahma Ali is an Iraqi, who was arrested and taken into U.S. custody on or about August 15, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

133.    Plaintiff Abduallah Jamal Shakir Al-Jubory is an Iraqi, who was arrested and taken into U.S. custody on or about August 27, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

134.    Plaintiff Estate of Ahmed Satar Khamass is the estate and heirs of Ahmed Satar Khamass, an Iraqi who was arrested and taken into U.S. custody on or about June 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  After his release from prison, he died because of the injuries he had suffered there.

135.    Plaintiff Hussain Abdualah Huraish Al-Mashdani is an Iraqi, who was arrested and taken into U.S. custody on or about December 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

136.    Plaintiff Abdul Aziz M. Abid Al-Juboori is an Iraqi, who was arrested and taken into U.S. custody on or about December 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 156224.

137.    Plaintiff Raeed Ubae Shilal is an Iraqi, who was arrested and taken into U.S. custody on or about March 9, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 159255.

138.    Plaintiff Thair Obaid Shilal is an Iraqi, who was arrested and taken into U.S. custody on or about February 24, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 159256.

139.    Plaintiff Juma Ayad Awad is an Iraqi, who was arrested and taken into U.S. custody on or about February 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 159399.

140.    Plaintiff Estate of Mohamed Kamel Yahya is the estate and heirs of Mohamed Kamel Yahya, an Iraqi man who was taken into U.S. custody on or about November 8, 2003 and tortured and otherwise mistreated by CACI and its co-conspirators while in custody.  He suffered

physical and mental harm as a result.  His prisoner number was No. 153926.  In July 2007, after his release from custody, Mr. Abbas was killed by unknown assailants in Baghdad.

141.    Plaintiff Najeeb Abbas Aamad Al-Shami is an Iraqi, who was arrested and taken into U.S. custody on or about May 15, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

142.    Plaintiff Hatef Abdal Rahman Aghwan is an Iraqi, who was arrested and taken into U.S. custody on or about August 16, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 115456.

143.    Plaintiff Adel Shawkat Sabri Al-Obaidy is an Iraqi, who was arrested and taken into U.S. custody on or about May 4, 2004 He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116653.

144.    Plaintiff Khudayr Abbas Hassan Al-Tamimi is an Iraqi, who was arrested and taken into U.S. custody on or about June 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 200104.

145.    Plaintiff Adeba Jasim Al Jubori is an Iraqi, who was arrested and taken into U.S. custody on or about June 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

146.    Plaintiff Ali Hussain Ahmed Al Ta'ey is an Iraqi, who was arrested and taken into U.S. custody on or about May 7, 2003. He was tortured and otherwise mistreated by CACI and

its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 161209.

147.    Plaintiff Ibraheem Hammad Abid Atwan is an Iraqi, who was arrested and taken into U.S. custody on or about November 28, 2003.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 670238.

148.    Plaintiff Jasim Faadhil Hamad is an Iraqi, who was arrested and taken into U.S. custody on or about July 26, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150007.

149.    Plaintiff Ahmed Abbass Jawad is an Iraqi, who was arrested and taken into U.S. custody on or about November 7, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152648.

150.    Plaintiff Mohammed Badulla Najim is an Iraqi, who was arrested and taken into U.S. custody on or about September 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

151.    Plaintiff Moafaq Sami Abbas Al-Rawi is an Iraqi, who was arrested and taken into U.S. custody on or about March 1, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

152.    Plaintiff Sami Abbas Al-Rawi is an Iraqi, who was arrested and taken into U.S. custody on or about March 1, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

153.    Plaintiff Abdullah Hassan Mohammed Mustafa is an Iraqi, who was arrested and taken into U.S. custody on or about April 23, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 09392.

154.    Plaintiff Hassan Mustafa Jassim Saloom Al-Faraji is an Iraqi, who was arrested and taken into U.S. custody on or about October 22, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152769.

155.    Plaintiff Mohammed Hassan Alwan Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about January 13, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 157408.

156.    Plaintiff Senad Reja Abdul-Wahib Ayyoub is an Iraqi, who was arrested and taken into U.S. custody on or about December 30, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 156768.

157.    Plaintiff Natheer Nazir Mohammed Abdullah is an Iraqi, who was arrested and taken into U.S. custody on or about September 28, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  His prisoner number was No. 163709.

158.    Plaintiff Mohammed Tomahed Ali Hussain Hussein Farhan Al Obaidi is an Iraqi, who was arrested and taken into U.S. custody on or about September 28, 2004. He was tortured

and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

159.    Plaintiff Jalal Abid Ahmed Nasir is an Iraqi, who was arrested and taken into U.S. custody on or about June 29, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

160.    Plaintiff Adil Nema Uda Shukir is an Iraqi, who was arrested and taken into U.S. custody on or about October 4, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151565.

161.    Plaintiff Ibraheem Abid Ahmed Nasir is an Iraqi, who was arrested and taken into U.S. custody on or about June 29, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

162.    Plaintiff Jamal Abid Ahmed Nasir is an Iraqi, who was arrested and taken into U.S. custody on or about June 29, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

163.    Plaintiff Estate of Nema Uda Shukir Mahmood is the estate and heirs of Jasim Khadar Abbas, an Iraqi man who was taken into U.S. custody on or about October 4, 2003 and tortured and otherwise mistreated by CACI and its co-conspirators while in custody.  He suffered physical and mental harm as a result.  His prisoner number was No. 151566.  In April 2006, after his release from custody, Mr. Mahmood was killed by unknown assailants in Baghdad.

164.    Plaintiff Abid Ahmed Nasir Mufdhi is an Iraqi, who was arrested and taken into U.S. custody on or about June 29, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

165.    Plaintiff Naf'a Ahmed Faidh Thamer is an Iraqi, who was arrested and taken into U.S. custody on or about December 14, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

166.    Plaintiff Abdel Karim Abdul Razzak Abdel Qadir Al-Alainezy is an Iraqi, who was arrested and taken into U.S. custody on or about October 7, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

167.    Plaintiff Sheikh Barakat is an Iraqi, who was arrested and taken into U.S. custody on or about October 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152417.

168.    Plaintiff Basim Khalil Ibrahim Mustaff Al Azawi is an Iraqi, who was arrested and taken into U.S. custody on or about June 18, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 91200101.

169.    Plaintiff Mejbil Ahmed Abid is an Iraqi, who was arrested and taken into U.S. custody on or about September 7, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 178288.

170.    Plaintiff Husam Mejbil Ahmed is an Iraqi, who was arrested and taken into U.S. custody on or about July 10, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 175926.

171.    Plaintiff Omar Talab Dira is an Iraqi, who was arrested and taken into U.S. custody on or about November 2, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 164665.

172.    Plaintiff Nawfal Salim Hummadi is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152649.

173.    Plaintiff Abdualqadir Salim Hummadi is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152468.

174.    Plaintiff Shakir Muteab Raddam Hael is an Iraqi, who was arrested and taken into U.S. custody on or about December 29, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

175.    Plaintiff Laith Sabah Hummadi is an Iraqi, who was arrested and taken into U.S. custody on or about December 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152410.

176.    Plaintiff Qasim Abbass Fayadh is an Iraqi, who was arrested and taken into U.S. custody on or about August 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116075.

177.    Plaintiff Osama Sabbah Hummadi is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152411.

178.    Plaintiff Ra'ad Hatim Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about October 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152416.

179.    Plaintiff Abdul Hafiz is an Iraqi, who was arrested and taken into U.S. custody on or about September 16, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

180.    Plaintiff Abdul Satar Yasin Hamadi is an Iraqi, who was arrested and taken into U.S. custody on or about March 1, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152478.

181.    Plaintiff Akeel Salim Humadi is an Iraqi, who was arrested and taken into U.S. custody on or about June 18, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

182.    Plaintiff Younis Mahdi Ali Al-Ogaidi is an Iraqi, who was arrested and taken into U.S. custody on or about January 8, 2006. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 184408.

183.     Plaintiff Khalid Hussain Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about January 28, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 169819.

184.     Plaintiff Majid Hussain Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about April 2, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 172074.

185.     Plaintiff Estate of Abdualqadir Ali Adi is the estate and heirs of Abdualqadir Ali Adi, an Iraqi man who was taken into U.S. custody on or about July 9, 2003 and tortured and otherwise mistreated by CACI and its co-conspirators while in custody.  He suffered physical and mental harm as a result.  His prisoner number was No. 115048.  In March 2007, after his release from custody, Mr. Abbas was killed by unknown assailants in Baghdad.

186.     Plaintiff Haidar Naji Ibraheem Al-Ubaidi is an Iraqi, who was arrested and taken into U.S. custody on or about March 26, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 200181.

187.     Plaintiff Hussain Jiwad Kadhim Al-Janabi is an Iraqi, who was arrested and taken into U.S. custody on or about January 1, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 22520.

188.     Plaintiff Omer Sa'ad Khalaf is an Iraqi, who was arrested and taken into U.S. custody on or about January 7, 2006. He was tortured and otherwise mistreated by CACI and its

co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 184429.

189.    Plaintiff Mohammed Hikmat Abdualhameed is an Iraqi, who was arrested and taken into U.S. custody on or about October 28, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152677.

190.    Plaintiff Sa'ad Abbass Jasim is an Iraqi, who was arrested and taken into U.S. custody on or about July 27, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 115828.

191.    Plaintiff Ziad Ra'ad Ma'aradh is an Iraqi, who was arrested and taken into U.S. custody on or about November 6, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 165368.

192.    Plaintiff Saif Abid Ibraheem Al-Shujari is an Iraqi, who was arrested and taken into U.S. custody on or about November 4, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 167098.

193.    Plaintiff Usama Hikmat Abdul Hameed is an Iraqi, who was arrested and taken into U.S. custody on or about November 1, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 15538.

194.    Plaintiff Khalel Ibraheem Ismael is an Iraqi, who was arrested and taken into U.S. custody on or about May 12, 2006. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 189034.

195.    Plaintiff Sa'ad Ahmed Nawaf Al-Dulaimi is an Iraqi, who was arrested and taken into U.S. custody on or about July 17, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151896

196.    Plaintiff Salah Mohamed Alwan is an Iraqi, who was arrested and taken into U.S. custody on or about May 19, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

197.    Plaintiff Abdul Rahman Abdul Jalel Al-Marsumi is an Iraqi, who was arrested and taken into U.S. custody on or about July 1, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 616.

198.    Plaintiff Mohamed Ibraheem Dahboosh is an Iraqi, who was arrested and taken into U.S. custody on or about January 16, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 169100.

199.    Plaintiff Dhea'a Sabri Salman is an Iraqi, who was arrested and taken into U.S. custody on or about December 9, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 183207.

200.    Plaintiff Mohamed Saed Hamad Mutar is an Iraqi, who was arrested and taken into U.S. custody on or about January 6, 2006. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 184405.

201.    Plaintiff Ala'a Abid Al-Qadir Salman Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about June 5, 2006. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 300917.

202.    Plaintiff Saed Hameed Dhahir Hamad Al-Ethawi is an Iraqi, who was arrested and taken into U.S. custody on or about July 17, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116148.

203.    Plaintiff Thaer Mohammed Salman Khadhim is an Iraqi, who was arrested and taken into U.S. custody on or about July 17, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 151895.

204.    Plaintiff Amer Abbass Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about December 17, 2004; released after being held for approximately six months without charge; and again arrested on or about April 2, 2007. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 167247.

205.    Plaintiff Ahmed Ali Adi Khalaf is an Iraqi, who was arrested and taken into U.S. custody on or about April 2, 2005. He was tortured and otherwise mistreated by CACI and its co-

conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 172071.

206.    Plaintiff Ibrahim Ali Hassoon Al-Faraji is an Iraqi, who was arrested and taken into U.S. custody on or about January 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 158211.

207.    Plaintiff Ahmed Abduljabar Abass is an Iraqi, who was arrested and taken into U.S. custody on or about January 14, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 163725.

208.    Plaintiff Khalid Abass Karhmash is an Iraqi, who was arrested and taken into U.S. custody on or about August 28, 2003 He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 116296.

209.    Plaintiff Hardan Hashim Jasim is an Iraqi, who was arrested and taken into U.S. custody on or about February 18, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 17443.

210.    Plaintiff Khalid Ahmed Ta'an is an Iraqi, who was arrested and taken into U.S. custody on or about October 17, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152641.

211.    Plaintiff Amir Hardan Hashim is an Iraqi, who was arrested and taken into U.S. custody on or about January 28, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 158062.

212.    Plaintiff Ibraheem Mohammed Ghafri is an Iraqi, who was arrested and taken into U.S. custody in 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 1637225.

213.    Plaintiff Najim Abid Hassan Ali is an Iraqi, who was arrested and taken into U.S. custody on or about November 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153380.

214.    Plaintiff Talib Abid Khalaf is an Iraqi, who was arrested and taken into U.S. custody on or about September 8, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 178494.

215.    Plaintiff Abbas Abdel Ameer Ubeid is an Iraqi, who was arrested and taken into U.S. custody on or about May 17, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

216.    Plaintiff Amer Abdulwahid Muhaysin is an Iraqi, who was arrested and taken into U.S. custody on or about September 11, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150750.

217.    Plaintiff Muayed Jassim Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about June 28, 2004; released on or about July 2, 2004; and again arrested on or about September 9, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

218.    Plaintiff Sadia Ibrahim Zoman is an Iraqi, who was arrested and taken into U.S. custody on or about July 21, 2003, and tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

219.    Plaintiff Firas Majid Hamid is an Iraqi, who was arrested and taken into U.S. custody on or about August 24, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

220.    Plaintiff Ahmed Abdullah Rasheed Al Qaisi is an Iraqi, who was arrested and taken into U.S. custody on or about December 3, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

221.    Plaintiff Mohammed Hamed Sirhan Basheer Al-Mihimdi is an Iraqi, who was arrested and taken into U.S. custody on or about November 5, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 153132.

222.    Plaintiff Haitham Saeed Al-Mallah is an Iraqi, who was arrested and taken into U.S. custody on or around January, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

223.    Plaintiff Mahdi Menzil Fares Sharqy Al-Assafi is an Iraqi, who was arrested and taken into U.S. custody on or about September 13, 2003. He was tortured and otherwise

mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 150752.

224.    Plaintiff Merwan Mohammed Abdullah is an Iraqi, who was arrested and taken into U.S. custody on or about September 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

225.    Plaintiff Ibrahim Mustafa Jassim Saloom Al-Faraji is an Iraqi, who was arrested and taken into U.S. custody on or about October 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152770.

226.    Plaintiff Mohammed Mustafa Jassim Saloom Al-Faraji is an Iraqi, who was arrested and taken into U.S. custody on or about October 23, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 152771.

227.    Plaintiff Nadia Saleh Kurdi is an Iraqi woman, who was arrested and taken into U.S. custody on or about January 7, 2005.  She was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

228.    Plaintiff Ismail Ibrahem Rijab is an Iraqi, who was arrested and taken into U.S. custody on or about January 7, 2005.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

229.    Plaintiff Sufian Ismail Ibraheem is an Iraqi, who was arrested and taken into U.S. custody on or about January 7, 2005.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

230. Plaintiff Mohammed Fulaih Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about December 9, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

231. Plaintiff Ilyass Jasim Mohammed Kathim is an Iraqi, who was arrested and taken into U.S. custody on or about September 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

232. Plaintiff Emad Sabah Muslih is an Iraqi, who was arrested and taken into U.S. custody on or about May 24, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

233. Plaintiff Muslih Mashkor Mahmood is an Iraqi, who was arrested and taken into U.S. custody on or about May 24, 2005. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

234. Plaintiff Mohammed Ali Hussain is an Iraqi, who was arrested and taken into U.S. custody on or about September 29, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

235. Plaintiff Ali Ubeid Kheasara is an Iraqi, who was arrested and taken into U.S. custody on or about August 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

236. Plaintiff Tawfiq Ubeid Kheasara is an Iraqi, who was arrested and taken into U.S. custody on or about August 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

237.    Plaintiff Ahmad Hassan Mhous is an Iraqi, who was arrested and taken into U.S. custody on or about October 13, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

238.    Plaintiff Khalid Khaleel Ibrahim is an Iraqi, who was arrested and taken into U.S. custody on or about June 19, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 200102.

239.    Plaintiff Abdualsalam Jasim Mithgal is an Iraqi, who was arrested and taken into U.S. custody on or about November 16, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 165636.

240.    Plaintiff Bara'a Mohamed Abdualah is an Iraqi, who was arrested and taken into U.S. custody on or about May 21, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 160887.

241.    Plaintiff Ma'ath Emad Suhail is an Iraqi, who was arrested and taken into U.S. custody on or about May 31, 2003. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 8257.

242.    Plaintiff Sa'ad Ali Jabir is an Iraqi, who was arrested and taken into U.S. custody on or about April 7, 2004. He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm. His prisoner number was No. 15900.

243.     Plaintiff Mahmoud Shihab Hassan is an Iraqi, who was arrested and taken into U.S. custody on or about November 7, 2003.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  His prisoner number was No. 152921.

244.     Plaintiff Ahmed Salim Shallal is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.  His prisoner number was No. 14224.

245.     Plaintiff Ali Salim Shallal is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.  His prisoner number was No. 14223.

246.     Plaintiff Ammar Naji Ali Faidh Al-Zubaeya is an Iraqi, who was arrested and taken into U.S. custody on or about December 19, 2003.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.

247.     Plaintiff Khayr Ibraheem Mohammed is an Iraqi, who was arrested and taken into U.S. custody on or about December 16, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  His prisoner number was No. 167251.

248.     Plaintiff Ammar Juma'a Abid is an Iraqi, who was arrested and taken into U.S. custody on or about December 16, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  His prisoner number was No. 167249.

249.     Plaintiff Malik Hassan Mukhlif Abid is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.

250.     Plaintiff Fadel Abid Juda Al-Obaidi is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.

251.     Plaintiff Akeel Mohammed Farhan is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.

252.     Plaintiff Nori Saleem Faza'a is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.

253.     Plaintiff Mohammed Mohsen Jebur Ali is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.

254.     Plaintiff Talib Nusir Murhij is an Iraqi who suffered torture and other mistreatment by CACI and its co-conspirators while in U.S. custody, resulting in physical and mental harm.

255.     Plaintiff Basheer Abbass Kadhum is an Iraqi, who was arrested and taken who was arrested and taken into U.S. custody on or about June 16, 2004.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  His prisoner number was No. 161276.

256.     Plaintiff Mustafa Ismail Aggar is an Iraqi, who was arrested and taken who was arrested and taken into U.S. custody on or about November 1, 2003.  He was tortured and otherwise mistreated by CACI and its co-conspirators while in custody, resulting in physical and mental harm.  His prisoner number was No. 152340.


                                                ___/s/ Susan L. Burke_____
                                                Susan L. Burke (D.C. Bar No. 414939)
William T. O'Neil (D.C. Bar No. 426107)
Katherine R. Hawkins (admitted *pro hac vice*)
BURKE O'NEIL LLC
Telephone:  (215) 487-6590
Facsimile:  (215) 482-0874
sburke@burkeoneilllc.com


Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.
888 West Big Beaver Road
Suite 910
Troy, Michigan 48084
Telephone:  (248) 269-9595
Facsimile:  (248) 269-9119
shereef@akeelvalentine.com


Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 7th Floor
New York, NY 10012
Telephone:  (212) 614-6439
Facsimile:  (212) 614-6499

*Counsel for Plaintiffs*

Date:  December 17, 2007

## CERTIFICATE OF SERVICE

I, Susan L. Burke, do hereby certify that on the 17th day of December, 2007, I

caused true and correct copies of the foregoing document to be served via electronic mail

on the following:

Greg Bowman                              John F. O'Connor
Williams and Connolly                    Steptoe & Johnson LLP
725 12th Street, NW                      1330 Connecticut Avenue, NW
Washington, D.C.  20005                  Washington, D.C.  20036
FBowman@wc.com                           joconnor@steptoe.com
*Counsel for Defendant L-3 Titan Corp.*  *Counsel for CACI Defendants*


___/s/  Susan L. Burke_____
Susan L. Burke