IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILHAM NASSIR IBRAHIM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE TITAN CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 04-01248 (JR) |
| SALEH, *et al.*,<br><br>Plaintiffs,<br>v.<br>THE TITAN CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 05-1165 (JR) |

## [PROPOSED] ORDER

Having considered the motion of L-3 Communications Titan Corporation ("Titan") for entry of a final judgment in its favor pursuant to Federal Rule of Civil Procedure 54(b), the opposition, and reply, and having found that there is no just reason for delay,

ORDERED, that the Clerk is directed to issue final judgment(s) in favor of defendant L-3 Communications Titan Corporation in Civil Actions 04-1248 and 05-1165 pursuant to Rule 54(b).

JAMES ROBERTSON
United States District Judge