UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ILHAM NASSIR IBRAHIM, et al.,    :
                                 :
      Plaintiffs,                :
                                 :
   v.                            :  Civil Action No. 04-1248 (JR)
                                 :
CACI PREMIER TECHNOLOGY, INC.,   :
                                 :
      Defendant.                 :
_____:
SALEH, et al.,                   :
                                 :
      Plaintiffs,                :
                                 :
   v.                            :  Civil Action No. 05-1165 (JR)
                                 :
CACI INTERNATIONAL INC., et al., :
                                 :
      Defendants.                :
```

## ORDER

A memorandum order filed in the above-captioned cases on November 6, 2007 [Dkt. # 137 in 05-1165 and Dkt. # 102 in 04-1248] granted the motions of L-3 Communications Titan Corporation for summary judgment. There is no just reason to delay the entry of final judgment, and the Clerk is directed to do so. Fed. R. Civ. P. 54(b).

                              JAMES ROBERTSON
                         United States District Judge