FILED
DEC 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ILHAM NASSIR IBRAHIM, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 04-1248 (JR) |
| vs. | ) | |
| CACI PREMIER TECHNOLOGY, INC., | ) | |
| _____ | ) | |
| SALEH, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 05-1165 (JR) |
| vs. | ) | |
| CACI INTERNATIONAL INC., et al., | ) | |

## FINAL JUDGMENT

Pursuant to this Court's Memorandum Order dated November 6, 2007,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is granted for defendant L-3 Communications Titan Corporation.

Nancy Mayer-Whittington, Clerk

*Alphaeus L. Richburg*
Alphaeus L. Richburg
Deputy Clerk