IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SALEH, *et al.*,                    )
                                    )
            Plaintiffs,             )
                                    )   Civil Action No. 05-CV-1165 (JR)
        v.                          )
                                    )
TITAN CORP., *et al.*,              )
                                    )
            Defendants.             )
_____)

**[PROPOSED] ORDER**

Having considered the Motion of Defendants CACI International Inc and CACI Premier Technology, Inc. to Dismiss Plaintiffs' Fourth Amended Complaint, as well as any oppositions and replies submitted in connection therewith, the Court finds that the motion is well taken. The Court hereby DISMISSES WITH PREJUDICE Plaintiffs' Fourth Amended Complaint.

SO ORDERED this _____ day of _____, 2008.

                                    _____
                                    JAMES ROBERTSON
                                    UNITED STATES DISTRICT JUDGE