IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-CV-1165 (JR) |
| TITAN CORP., *et al.*, | ) |
| Defendants. | ) |

### NOTICE OF APPEAL

Notice is hereby given that Defendants CACI International Inc and CACI Premier Technology, Inc. (collectively, the "CACI Defendants") appeal to the United States Court of Appeals for the District of Columbia from the Memorandum Order of the District Court entered in this action on November 6, 2007 denying the CACI Defendants' motion for summary judgment on the issue of combatant activities preemption. On December 6, 2007, the District Court entered an order extending the CACI Defendants' deadline for filing a notice of appeal from the November 6, 2007 Memorandum Order through and including January 5, 2008.

Respectfully submitted,

/s/ John F. O'Connor

J. William Koegel, Jr. (Bar No. 323402)
John F. O'Connor (Bar No. 460688)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000

*Attorneys for Defendants CACI International Inc. and CACI PT Inc.*

January 4, 2007