UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ILHAM NASSIR IBRAHIM, *et al.*,　　　:
　　　　　　　　　　　　　　　　　　:
　　　Plaintiffs,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　v.　　　　　　　　　　　　　　　　: Civil Action No. 04-1248 (JR)
　　　　　　　　　　　　　　　　　　:
CACI PREMIER TECHNOLOGY, INC.,　　 :
　　　　　　　　　　　　　　　　　　:
　　　Defendant.　　　　　　　　　　:
_____:
SALEH, *et al.*,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　Plaintiffs,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　v.　　　　　　　　　　　　　　　　: Civil Action No. 05-1165 (JR)
　　　　　　　　　　　　　　　　　　:
CACI INTERNATIONAL INC., *et al.*, :
　　　　　　　　　　　　　　　　　　:
　　　Defendants.　　　　　　　　　 :

## ORDER

Upon consideration of correspondence from counsel for defendant CACI,[1] the Rule 16.3 conference in these cases that had been set for January 17, 2008, will be **taken off the calendar** and will be re-set, if at all, in light of developments in the Court of Appeals. It will thus be unnecessary to decide whether this Court has indeed been completely ousted of jurisdiction, as

---

[1] Counsel are once again advised that our local rules do not allow correspondence with the Court. LCvR 5.1(b). Since rejection of counsel's letter would only result in the same material being re-filed as a motion, however, I will let the letter be filed by *fiat*.

counsel suggests, by defendants' filing notice of a § 1292(b) appeal from an interlocutory order.

                                        JAMES ROBERTSON
                              United States District Judge