UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CACI INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 05-1165 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The plaintiffs, through undersigned counsel, respectfully move for an extension of time from January 15, 2008, until February 1, 2008, to file their opposition to the defendants' Motion To Dismiss the Fourth Amended Complaint. Counsel for defendants continue to take the position that the filing of the notice of appeal has deprived this Court of any jurisdiction, but otherwise to not have any objection to the proposed extension of time.

Respectfully submitted,

  /s/  Susan L. Burke
Susan L. Burke (D.C. Bar No. 414939)
William T. O'Neil (D.C. Bar No. 426107)
Katherine R. Hawkins (admitted *pro hac vice*)
BURKE O'NEIL LLC
Telephone: (215) 487-6590
Facsimile: (215) 482-0874
sburke@burkeoneilllc.com

Shereef Hadi Akeel (admitted *pro hac vice*)
AKEEL & VALENTINE, P.C.

- 2 -

401 South Old Woodward Avenue
Suite 430
Birmingham, MI 48009
Telephone: (248) 594-9595
Facsimile: (248) 594-4477
shereef@akeelvalentine.com

Katherine Gallagher
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
 7th Floor
New York, NY 10012
Telephone: (212) 614-6439
Facsimile: (212) 614-6499
*Counsel for Plaintiffs*