**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SALEH *et al.*,<br>  Plaintiffs,<br><br>  v.<br><br>THE TITAN CORPORATION *et al.*,<br>  Defendants | )<br>)<br>)<br>) Civil Action No. 05-1165 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given this 17th day of January, 2008, that Plaintiffs Haidar Muhsin Saleh, Haj Ali Shallal Abbas Al-Uweissi, Jalel Mahdy Hadood, Umer Abdul Mutalib Abdul Latif, Ahmed Shehab Ahmed, Ahmed Ibrahim Neseif Jassem, Ismael Neisef Jassem Al-Nidawi, Kinan Ismael Neisef Al-Nidawi, Estate of Ibraheim Neisef Jassem, Mustafa, Natheer, Othman, Hassan, Abbas Hassan Mohammed Farhan, Hassan Mohammed Al Azzawi, Burhan Ismail Neisef, Haibat Fakhri Abbas, Hamid Ahmed Khalaf Haref Al-Zeidi, Ahmed Derweesh, Emad Ahmed Abdel Aziz, Mahmoud Shaker Hindy, Jabar Abdul Al-Azawi, Firas Raad Moarath, Abd al Wahab Youss, Hadi Abbass Mohamed, Estate of Jasim Khadar Abbas, Yousef Saldi Mohamed, Khadayer Abbass Mohamed, Ahmed Ubaid Dawood, Ali Jassim Mijbil, Waleed Juma Ali, Abdul Majeed S. Al-Jennabi, Mufeed Al-Anni, Bassam Akram Marougi, Sinaa Abbas Farhad, Ali Al-Jubori, Meheisin Khihdeir, Abdul Mutalib Al-Rawi, Summeiya Khalid Mohammed Sa'eed, Ali A. Hussein, Sebah N. Juma'a, Kamel Abood Khalaf Al Samaraii, Hatem

Shanoon Awda Hussein Al Shammeri, Mukhlas Ibrahim Ali Al-Aalusi, Khalil Ibrahim Hassan Hamad, Estate of Ahmed Abdullah Hassan Mohammed, Omar Jassam Ibrahim Khalaf Matrood, Jassam Ibrahim Khalaf Matrood, Wissam Kudhayar Nouh, Tawfeeq Al-Jubori, Bilal A. Mijbil, Ahmed Salih Nouh, Raa'd A. Al-Jubori, Abdul Rezzaq Abdul Rahman, Abdul Hafeeth Sha'lan Hussein, Hamad Oda Mohammed Ahmed, Ibraheem J. Mustafa, Ali S. Nouh, Abdul Jabbar Abdel Hassan Dagher Al-Humaydi, Abdul Kareem H. Ma'roof, Esam Majid Hassam Al-Samarai, Saad A. Hussein, Setaar J. Jezaa, Mohammed H. Jassim, Abid H. Jassim, Umar Abdulkareem Hussein, Hassan A. Ubeid, Ziyad A. Al-Jennabi, Abdul Qaddir S. Ubeid, Haidar Abdel Rahman Abdel Razzaq, Faisal Abdulla Abdullatif, Estate of Buthaina Khalid Mohammed Sa'eed, Mohammed Mahal Hammadi Al Hassani, Zedan Shenno Habib Mehdi, Ayad Mughaffar Younis, Me'ath Mohammed Aluo, Estate of Mithal Kadhum Al Hassani, Ala'a Juma'a Aid, Akeel Hany Abdulameer, Raheem Abbosi Raheem, Saed Mohammed Najim, Ghani Talib Fadhil, Ali Haraj Ali, Tawfeeq Haraj Ali, Thamer Ahmed Ali, Ahmed Ali Salih, Nahiz Dalaf Ali, Ali Nife Mohammed, Hasson Ali Chidam Abdualah, Nazhan Abdualah Mohamed, Ahmed Abdualah Mohamed Abid Al-Badrani, Nahidh Zedan Hassan, Faisal Hassan Ajjaj, Abduallah Mansour Khammes, Mahmoud Yusif Khalaf, Khalid Hammad Dahham, Shakir Mahmoud Yousif, Rasmi Ali Hameed, Hatam Ali Hameed, Mohammed Ayed Hameed, Abduallah Saba'a Khamas, Salih Mahmoud Wadi, Malik Ali Mahmoud, Ubaid Mahmoud Abduallah, Murshid Mohammed Hassan, Esam Mohammed Hassan, Mohammed Hassan Ali Al-Azawi, Talib Abbass Anfous Al-Falahi, Abbas Mohammed Jasim Al-Janabi, Suja'a Abdual Razaq Jibara'a, Ma'ath Abdualrazaq Al-Mousawi, Estate of Ali Tah'a Ubaid, Hussam Dhahir Sultan, Hamid Ahmed Hussani, Shallal Chead

Mohammed, Mohammed Ahmed Mansour Hussain, Tahha Abid Hussain Al-Zubaee, Mohamed Shihab Hassan, Estate of Hussain Ali Abid Salim, Taha Mahmoud Taha Majeed, Saleem Faiadh Khalaf Hammeed, Ahmed Abbas Kadhim, Ali Faidh Khalaf, Amir Mohammed Abduallah, Maulood Adna'an, Sulajman Merias Ghoteth, Nermeen Abbas Salih, Hazim Anwar Al Nassiry, Abdel Latif, Fahd Hassan Chiyah, Mohammed Alao Mahdi, Ahmed Abid Rahma Ali, Abduallah Jamal Shakir Al-Jubory, Estate of Ahmed Satar Khamass, Hussain Abdualah Huraish Al-Mashdani, Abdul Aziz M. Abid Al-Juboori, Raeed Ubae Shilal, Thair Obaid Shilal, Juma Ayad Awad, Estate of Mohamed Kamel Yahya, Najeeb Abbas Aamad Al-Shami, Hatef Abdal Rahman Aghwan, Adel Shawkat Sabri Al-Obaidy, Khudayr Abbas Hassan Al-Tamimi, Adeba Jasim Al Jubori, Ali Hussain Ahmed Al Ta'ey, Ibraheem Hammad Abid Atwan, Jasim Faadhil Hamad, Ahmed Abbass Jawad, Mohammed Badulla Najim, Moafaq Sami Abbas Al-Rawi, Sami Abbas Al-Rawi, Abdullah Hassan Mohammed Mustafa, Hassan Mustafa Jassim Saloom Al-Faraji, Mohammed Hassan Alwan Mohammed, Senad Reja Abdul-Wahib Ayyoub, Natheer Nazir Mohammed Abdullah, Mohammed Tomahed Ali Hussain Hussein Farhan Al Obaidi, Jalal Abid Ahmed Nasir, Adil Nema Uda Shukir, Ibraheem Abid Ahmed Nasir, Jamal Abid Ahmed Nasir, Estate of Nema Uda Shukir Mahmood, Abid Ahmed Nasir Mufdhi, Naf'a Ahmed Faidh Thamer, Abdel Karim Abdul Razzak Abdel Qadir Al-Alainezy, Sheikh Barakat, Basim Khalil Ibrahim Mustaff Al Azawi, Mejbil Ahmed Abid, Husam Mejbil Ahmed, Omar Talab Dira, Nawfal Salim Hummadi, Abdualqadir Salim Hummadi, Shakir Muteab Raddam Hael, Laith Sabah Hummadi, Qasim Abbass Fayadh, Osama Sabbah Hummadi, Ra'ad Hatim Hassan, Abdul Hafiz, Abdul Satar Yasin Hamadi, Akeel Salim Humadi, Younis Mahdi Ali Al-Ogaidi, Khalid

Hussain Mohammed, Majid Hussain Mohammed, Estate of Abdualqadir Ali Adi, Haidar Naji Ibraheem Al-Ubaidi, Hussain Jiwad Kadhim Al-Janabi, Omer Sa'ad Khalaf, Mohammed Hikmat Abdualhameed, Sa'ad Abbass Jasim, Ziad Ra'ad Ma'aradh, Saif Abid Ibraheem Al-Shujari, Usama Hikmat Abdul Hameed, Khalel Ibraheem Ismael, Sa'ad Ahmed Nawaf Al-Dulaimi, Salah Mohamed Alwan, Abdul Rahman Abdul Jalel Al-Marsumi, Mohamed Ibraheem Dahboosh, Dhea'a Sabri Salman, Mohamed Saed Hamad Mutar, Ala'a Abid Al-Qadir Salman Hassan, Saed Hameed Dhahir Hamad Al-Ethawi, Thaer Mohammed Salman Khadhim, Amer Abbass Mohammed, Ahmed Ali Adi Khalaf, Ibrahim Ali Hassoon Al-Faraji, Ahmed Abduljabar Abass, Khalid Abass Karhmash, Hardan Hashim Jasim, Khalid Ahmed Ta'an, Amir Hardan Hashim, Ibraheem Mohammed Ghafri, Najim Abid Hassan Ali, Talib Abid Khalaf, Abbas Abdel Ameer Ubeid, Amer Abdulwahid Muhaysin, Muayed Jassim Mohammed, Sadia Ibrahim Zoman, Firas Majid Hamid, Ahmed Abdullah Rasheed Al Qaisi, Mohammed Hamed Sirhan Basheer Al-Mihimdi, Haitham Saeed Al-Mallah, Mahdi Menzil Fares Sharqy Al-Assafi, Merwan Mohammed Abdullah, Ibrahim Mustafa Jassim Saloom Al-Faraji, Mohammed Mustafa Jassim Saloom Al-Faraji, Nadia Saleh Kurdi, Ismail Ibrahem Rijab, Sufian Ismail Ibraheem, Mohammed Fulaih Hassan, Ilyass Jasim Mohammed Kathim, Emad Sabah Muslih, Muslih Mashkor Mahmood, Mohammed Ali Hussain, Ali Ubeid Kheasara, Tawfiq Ubeid Kheasara, Ahmad Hassan Mhous, Khalid Khaleel Ibrahim, Abdualsalam Jasim Mithgal, Bara'a Mohamed Abdualah, Ma'ath Emad Suhail, Sa'ad Ali Jabir, Mahmoud Shihab Hassan, Ahmed Salim Shallal, Ali Salim Shallal, Ammar Naji Ali Faidh Al-Zubaeya, Khayr Ibraheem Mohammed, Ammar Juma'a Abid,

4

Malik Hassan Mukhlif Abid, Fadel Abid Juda Al-Obaidi, Akeel Mohammed Farhan, Nori Saleem Faza'a, Mohammed Mohsen Jebur Ali, Talib Nusir Murhij, Basheer Abbass Kadhum, and Mustafa Ismail Aggar, appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 20th day of December, 2007, in favor of the Titan Corporation against said plaintiffs.

                        Respectfully submitted,

                        ___/s/ Susan L. Burke_____
                        Susan L. Burke (D.C. Bar No. 414939)
                        William T. O'Neil (D.C. Bar No. 426107)
                        Katherine R. Hawkins (admitted *pro hac vice*)
                        BURKE O'NEIL LLC
                        Telephone: (215) 487-6590
                        Facsimile: (215) 482-0874
                        sburke@burkeoneilllc.com

                        Shereef Hadi Akeel (admitted *pro hac vice*)
                        AKEEL & VALENTINE, P.L.C.
                        888 West Big Beaver Road
                        Suite 910
                        Troy, Michigan 48084
                        Telephone: (248) 269-9595
                        Facsimile: (248) 269-9119
                        shereef@akeelvalentine.com

                        Katherine Gallagher
                        CENTER FOR CONSTITUTIONAL RIGHTS
                        666 Broadway
                        7th Floor
                        New York, NY 10012
                        Telephone: (212) 614-6439
                        Facsimile: (212) 614-6499

                        *Counsel for Plaintiffs*

Date: January 17, 2008

**CLERK:** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

| | |
|---|---|
| F. Gregory Bowman | J. William Koegel |
| Ari Zymelman | John F. O'Connor |
| Williams and Connolly | Steptoe & Johnson LLP |
| 725 12th Street, NW | 1330 Connecticut Avenue, NW |
| Washington, D.C.  20005 | Washington, D.C.  20036 |
| FBowman@wc.com | joconnor@steptoe.com |
| *Counsel for Defendant L-3 Titan Corp.* | *Counsel for CACI Defendants* |