## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SALEH *et al.*,

    Plaintiffs,

v.

CACI *et al.*,

    Defendants.

) Case No. 05-cv-1165 (JR)

## DECLARATION OF KATHERINE R. HAWKINS

I, Katherine R. Hawkins, hereby declare as follows:

1. I am an attorney for the law firm Burke O'Neil LLC and counsel of record for the plaintiffs in the above-captioned action. This Declaration is being in support of the Torture Victims' Opposition to CACI's Motion to Dismiss the Fourth Amended Complaint.

2. Exhibit A is excerpts from a true copy of the transcript of an interview that the U.S. Army Criminal Investigative Division conducted with Private Charles Graner. Exhibit B is excerpts from a true copy of the transcript of a sworn interview that the U.S. Army Criminal Investigative Division conducted with Sergeant Ivan Frederick. In response to a request from the U.S. Army, I have redacted the names of persons who are not otherwise known to the general public from the text of these two interview transcripts.

4. Exhibit C is excerpts from a true copy of the Record of Trial from the Court Martial of Ivan Frederick.

5. Exhibit D is excerpts from a true copy of the Record of Trial from the Court Martial of Charles Graner.

6. Exhibit E is excerpts from a true copy of the Record of Trial from the Court Martial of Michael Smith.

7. We obtained the materials appended as Exhibits A-E from the United States Army Litigation Division.

8. Exhibit F is a transcript of a press briefing conducted by White House Press Secretary Dana Perino & Dr. Ali Al-Dabbagh, Spokesman for the Government of Iraq, on Oct. 18, 2007. The plaintiffs obtained the document from the White House's official website at the following address:
http://www.whitehouse.gov/news/releases/2007/10/20071018.html

8. I swear under penalty of perjury that the above is true and correct. Executed this first day of February, 2008.

Katherine R. Hawkins