# EXHIBIT A





# United States of America

## DEPARTMENT OF THE ARMY

Washington, DC
PLACE

July 2, 2007
DATE

I HEREBY CERTIFY that the attached documents constitute true and official copies of the statements of Specialist Charles Graner and Ivan Fredrick as contained in Report of Investigation (ROI) 0003-04-CID149-83130-6C. The statements of Specialist Graner and Ivan Frederick were taken during an interview conducted by The Criminal Investigation Command (CID). Copies of the statements are in the official temporary custody of the General Litigation Branch, Litigation Division, Officer of the Judge Advocate General of the Army.

KEVIN K. ROBITAILLE
Lieutenant Colonel, U.S. Army
Chief, General Litigation Branch

I HEREBY CERTIFY that Lieutenant Colonel Kevin K. Robitaille _____, who signed the foregoing certificate, is the Chief, General Litigation Branch, Litigation Division, Office of the Judge Advocate General of the Army. _____, and

that full faith and credit should be given to his certification.



IN TESTIMONY WHEREOF I, __Joyce E. Morrow__,

The Administrative Assistant to the Secretary of the Army, have hereunto caused the seal of the Department of the Army to be affixed this ____2nd____ day of

_____July_____, 2007

By _____

Administrative Assistant.

### RICHARD O. HATCH
### COLONEL, U.S. ARMY
### CHIEF, U.S. ARMY LITIGATION DIVISION

DA FORM 4, FEB 1998

EDITION OF 1 MAR 66 IS OBSOLETE

USAPA-1.00

0003-04-CID149-83130

1    [Interview begins at 1004, 6 April 2005.  Start of Tape 1, Side

2    A.]

3        SA:     Okay.  All right.  Good morning.  My name is ▓▓▓▓▓

4    ▓▓▓▓▓ [phonetic].  I'm a special agent with the U. S. Army US

5    Army's Criminal Investigations Command out of Headquarters, Fort

6    Belvoir, Virginia.  Present today is Mr.----

7        MR. GITTINS:     Charles Gittins.  G-I-T-T-I-N-S.

8        SA:  And ----

9        PVT GRANER:  Private Graner.

10       SA:  Private Graner.  Charles Graner.  I'll be doing the

11   interview today with Private Graner.  This is regarding the Abu

12   Ghraib prison cases.  Again the current time that I have right

13   now is 1004.  Today's date is 6 April in the year 2005.  We are

14   currently at the United States Disciplinary Barracks at Fort

15   Leavenworth, Kansas.  This interview will be conducted between

16   the three of us pursuant to a grant of immunity that has already

17   been given to Private Graner and his attorney, correct?

18       MR. GITTINS:  Correct.

19       SA:  Okay.

20       MR. GITTINS:  In order to testify and cooperate.

21       SA:  That's correct.  Okay.  Today what we'll do is we're

22   going to talk -- talk a little bit about all the circumstances

23   surrounding Abu Ghraib prison and the detainee abuse issues

24   there, and we'll cover quite a few individuals and quite a few

25   topics.  All right.

1

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 329

0003-04-CID149-83130

1    PVT GRANER:  No.  Once it was over I don't think it was

2  talked about.  There were people that were talked about it, but

3  it wasn't a big deal.  It was okay, it happened and then it was

4  over with.

5    SA:  You say she took the photographs of you giving the

6  stitches to the different detainees?

7    PVT GRANER:  No.  The prisoner or the Iraqi corrections

8  officer, who allegedly brought in the weapon for shooter, had

9  got a laceration on his forehead.  DJ, Dan Johnson, I believe,

10  was the CACCI civilian who was in charge of that.  I told him we

11  needed to get a medic over.  He would not allow a medic to get

12  over there.  When asked if anybody knew how to give stitches, I

13  said I can give stitches.  I cleared it with Sergeant Evans, who

14  is one of our medics.  I got all the supplies from him, and when

15  I'd gone back to get my CLS bag from the tier -- because I had

16  to go to the in-processing area where the medic was to get the

17  supplies from him, and then when I went back to the tier to get

18  my CLS bag I brought England along with me.  She hadn't been

19  there when the actual, you know, roughing up of this prisoner

20  happened.

21    SA:  In this picture right here, M91, that's not who you're

22  talking about right?

23    PVT GRANER:  No.

24    SA:  Okay.  So England pretty much just -- she just kind of

25  hung out in the tier then?

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 329

0003-04-CID149-83130

1    PVT GRANER:  Right.

2    SA:  With you?  Didn't really have an official purpose for
3    being there?

4    PVT GRANER:  She was an extra soldier.  There were many,
5    many soldiers that came down and would hang out on -- not the
6    tier per se, but the office.  We had a coffee pot, and we had
7    heat, which is two things that most places in Abu Ghraib didn't
8    have at the time.

9    SA:  Is this the detainee here?  That you're talking about?

10    PVT GRANER:  Right.

11    SA:  This is him?

12    PVT GRANER:  Yes.

13    SA:  Just so we know we're talking about photographs M115,
14    116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128
15    and 129.  And this is the detainee that ----

16    PVT GRANER:  He was, I believe, his number may have been
17    ICO21.  So he was an Iraqi corrections officer who allegedly
18    brought the weapon into Tier 1A.

19    SA:  And how was he injured now?

20    PVT GRANER:  At the direction of a CACCI interrogator,
21    Staff Sergeant Frederick and myself had gone in and basically
22    roughed them up.  The way I remember it happening was we had
23    spun him around and got him dizzy.  He had gone down, and we
24    were to take him to a -- we were supposed to give him a cold
25    shower.  Sergeant Frederick and I put a gooseneck on either side

EXHIBIT 529

0003-04-CID149-83130

1    and as he -- as we were lifting him up he shot to the one -- she

2    shot to the Sergeant Frederick's side, but he also had a sandbag

3    on his head at the time, and he ran right into the top bunk of a

4    metal bunk bed.

5        SA:  And you said a CACCI employee, which employee was that

6    that told you to ----?

7        PVT GRANER:  Don or Daniel Johnson.

8        SA:  And England took these photographs then?

9        PVT GRANER:  Yes.

10       SA:  Was she asked to do that by you?

11       PVT GRANER:  I asked her to do that.

12       SA:  So you asked her to take these photographs.

13       PVT GRANER:  MPs don't give people stitches normally.

14       SA:  All right.  What about the leash incident with Gus?

15   Tell me -- start from the beginning with that and tell me what

16   happened.

17       PVT GRANER:  Okay.  To the beginning of this incident.  Gus

18   had been brought in I think it was the 24th of October on the

19   day shift, approximately 1400 if I'm not mistaken.  And he was

20   placed naked in the isolation cell by the day shift.  When I

21   came on shift at shift change I relieved Sergeant ██████.

22   Sergeant ██████ had informed me that they got a disruptive

23   prisoner and they had him in the isolation cell.  He had taken

24   me down to see Gus prior to leaving, so we went and opened up to

25   cell.  He was down on the cell floor.  And I don't know if you

EXHIBIT 529

0003-04-CID149-83130

1  heard any of Sergeant ███████'s testimony with Gus's, you know
2  the "I will kill you." He hated all things American. And
3  Sergeant ███████ opened the door, and I think he called on "Mr.
4  Burns" at the time and said that -- said something and that was
5  when Gus tried to get out and "I will kill you" and this and
6  that.

7          Gus had a face sheet that I believe it was three times
8  he had attempted to assault staff in the Ganci compound. Where
9  we had the face sheets, we call them face sheets, on the back
10 they would have written or printed information. He spent three
11 nights in a CONEX at various times as that was there punishment
12 out at Ganci. And once Ganci couldn't handle we got everybody's
13 [unintelligible].

14         I had two other dealings with Gus that night, 1745 or
15 so I believe I went to feed him; same thing, you know, "I'll
16 kill you" this and that, shut the door. He was in the isolation
17 cell. Big Steve I believe had come in because it was early. It
18 may have been another MI person, but this was still where we had
19 the main three, which was the -- Smiley, the Yemenese guy; the
20 Piggy guy, I think he was Yemenese also; and Taxi Driver that we
21 were supposed to harass. He was -- Texas Driver I believe was
22 supposed to be -- either Texas Driver or Piggy was supposed to
23 be in the isolation cell. It wasn't supposed to be Gus. Get
24 him out and put my guy in.

25         All right, so I went down to move him again and he got

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 729

0003-04-CID149-83130

1   I don't know who.  And the kids are PTing.  Well, they're

2   online.  They're going to do some push ups.

3       SA:  So these are not adult detainees?  These are juvenile

4   detainees?

5       PVT GRANER:  Juveniles.

6       SA:  Okay.  And photograph M9?

7       PVT GRANER:  M9 is the picture from the floor where

8   Sergeant Frederick's doing push ups with the kids.

9       SA:  So those are the kids and the same thing with M10?

10      PVT GRANER:  Right.

11      SA:  How about photo M11?

12      PVT GRANER:  Photo M11 is a picture of Taxi Cab Driver in

13  his cell.

14      SA:  So that's Taxi in his cell.

15      PVT GRANER:  Right.

16      SA:  How did he get in that position?

17      PVT GRANER:  I put him in that position.

18      SA:  Any reason why?

19      PVT GRANER:  He was one of the people that Big Steve had us

20  harassing.  It started of where you had them standing in

21  position, stripped down with the underwear on his head in lieu

22  of the sand bag.  At the point where he's not going follow what

23  you say then you strung them up.

24      SA:  Okay.  So that's Taxi Driver and him in light.  How

25  about M12?

EXHIBIT 329

0003-04- CID149-83130

1    PVT GRANER:  M12 is a picture of him from the other side.
2    13, same.  M14 and M15 are also of him.

3    SA:  Okay.  And that's Taxi Driver?

4    PVT GRANER:  Right.

5    SA:  How about M16?

6    PVT GRANER:  M16 is also a picture of Taxi Driver.

7    SA:  How about M17?

8    PVT GRANER:  M17 would be a picture inside of the isolation
9    cell, and that would be the prisoner that we had called Piggy.

10    SA:  Okay, so that's Piggy.

11    PVT GRANER:  Also in 18 is a picture from the other side,
12    same prisoner.

13    SA:  Okay.  How about M19?

14    PVT GRANER:  M19 would be a picture of a prisoner we had
15    called Smiley?

16    SA:  Smiley?

17    PVT GRANER:  Yes.

18    SA:  And M20?

19    PVT GRANER:  M20 would also be a picture of Smiley.

20    SA:  What about M21?

21    PVT GRANER:  M21 is a picture of Smiley restrained in his
22    cell.

23    SA:  And M22?

24    PVT GRANER:  M22, yeah, basically the same picture as M21.

25    SA:  And ----

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 229

0008-04 — CID149-83130

1       PVT GRANER:  Right.

2       SA:  As well as 119, 120, 121, 122, is that all from that

3  same incident?

4       PVT GRANER:  Yes.

5       SA:  And then 123, 24, 25 and 26?

6       PVT GRANER:  Still the same incident with the stitches.

7       SA:  Is this the incident where you say one of the MI guys

8  refused to allow the medics in?

9       PVT GRANER:  Yes.

10      SA:  Who was the MI guy that was there?

11      PVT GRANER:  The MI guy that was there was Dan or Don

12  Johnson, and he was a CACCI employee.

13      SA:  And did he have a reason?  Did he give a reason why he

14  refused to let the medics in to treat this detainee?

15      PVT GRANER:  He didn't want anybody from the outside coming

16  up and seeing or talking to any of these prisoners.

17      SA:  And 127, 28, 29 are all of the same incident, correct?

18      PVT GRANER:  Yes.

19      SA:  With the Iraqi correctional officer?

20      PVT GRANER:  Yes.

21      SA:  How about 130?

22      PVT GRANER:  130 is a picture later on with me with the

23  thumbs up, and I had apparently got some blood from the ICO on

24  my --.

25      SA:  And 131 and 132 is that Shitboy?

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

115

EXHIBIT 829

0003-04- CID149-83130

1    And then, you know, I got the explanation; and I believed it

2    happened a second time and it was just okay now it's just SOP,

3    normal stuff, that went on again.

4        SA:  Did you even really know who he was?

5        PVT GRANER:  No.

6        SA:  Okay.  So you never really even knew who Colonel

7    Pappas was?

8        PVT GRANER:  I knew Colonel Pappas was the -- in charge of

9    the MI, but other than that.

10       SA:  You didn't really known him, never had no contact with

11   him?

12       PVT GRANER:  No.

13       SA:  Let's go to the person I know you did have contact

14   with Colonel Jordan?

15       PVT GRANER:  Yes.

16       SA:  Lieutenant Colonel Jordan, tell me about him.

17       PVT GRANER:  I met Colonel Jordan you know probably the day

18   or the second day I started working in 1A, which was 16, 17 or

19   18 October.  My first contact was with Big Steve, but you know

20   Colonel Jordan and Chief ▬▬▬▬ were big people involved in the

21   block.

22       SA:  Was he in charge of the MI?

23       PVT GRANER:  To my understanding he was in charge of MI.  I

24   didn't -- I mean he was the direct, physical in charge of what

25   was going on as far as what was going on Tier 1A and with the MI

EXHIBIT 329

1  after, you know, that's what I do at home.  We were combat
2  support MPs.  With what happened with the people in Bucca, you
3  know, this was just steering us to disaster.  If they -- a state
4  trooper and a corrections lieutenant got in trouble for use of
5  force, what are we?  You know we're just hanging out there.
6  That was clear with them.  Chief ████ had instructed me to
7  follow directions of the Sergeant James Beechner.  He was one of
8  four people that had access, unlimited access, to everybody
9  there as far as 1A and 1B.
10     SA:  When did Beechner get there?
11     PVT GRANER:  I met him like the day after I met Big Steve,
12  which is one of the first days I started working there.  And I
13  had never saw the Sanchez memos until the investigation started,
14  but Beechner basically explained everything that was on there,
15  on what MI was supposed to do and what they weren't supposed to
16  do.  He explained to me using the stress positions.  He also,
17  you know, using the females to embarrass the Iraqis.
18     SA:  Now when you say "explained" did he just talk you
19  through them, or did he just show you hot to?
20     PVT GRANER:  Basically he kind of gave me classes on it,
21  not -- we didn't go over it with prisoners.
22     SA:  So you didn't go over and practice it with a prisoner?
23     PVT GRANER:  No.  There was no practical at the end of the
24  session.
25     SA:  So he just kind of sat down and told you this is what

0003-04-CID149-83130

1    that went on on 1A Colonel Jordan seemed to know about it.

2    Between Sergeant ▓▓▓▓▓ and I he seemed to think we did a good

3    job, whatever we were doing.

4          SA:  Did he know about the dog usage, using the canines

5    down there?

6          PVT GRANER:  The initial, the dog bite with the Iranian, I

7    believe he did.  I gave all the pictures to Sergeant Cardona

8    [phonetic] and he supposedly filled out a dog bite report, which

9    I guess you're supposed to do as canine handler; so to me there

10   wasn't any issue with that.  Towards the end of December, and I

11   don't know if this was one of the times where I had gone back

12   down after shift or I had gone -- or I was still there, I

13   believe, Sergeant Cathcart, which is why don't know how it

14   happened; but Sergeant Cathcart had come down with the dogs and

15   was with Shooter and I think it was both Cardona and Smith.  And

16   that was per MI.  From what I understand Steve had been there

17   with them also, but just having you know Shooter and Sergeant

18   Cathcart together that shouldn't happen, period.  We told them

19   about that to begin with.  Those two are the only dog incidents

20   that I was actually at.  The rest I don't know.  There's -- they

21   had -- I know they had dogs out in the wood shed while I was

22   still on 1A, but I was out in the wood shed one time, and I

23   picked up a prisoner, but other than that the dogs, no, I don't

24   know.

25         SA:  Anything else with Jordan you can think of?  And I

EXHIBIT 32-9

0003-04-CID149-83130

1  eating soap, which never made any sense to me until Froggy's
2  testimony on the -- on camera.  We have had, again, I'm real
3  close with Ambuhl, and after -- and my coffee pot was living
4  down there, so I would go down even though we were off and hang
5  out with them guys for a while.  After we'd come back into the
6  FOB.  One point Sergeant Snider and I -- it was Galum, the Al
7  Qaeda guy, we gave him from a cold shower, and it was me and
8  Sergeant First Class Snider.  And in Arabic -- well, to make
9  things seem like you were doing the right thing I'd always give
10 them a bar of soap because hey, now you're actually showering.
11 And I believe in Arabic both Snider and I told him to wash, and
12 he started eating the bar of soap.  Good Lord, what, you know?
13 And of course, we're yelling at him the whole time, so he's more
14 scared now, and low and behold he vomits the bar or soap up and,
15 you know, pick it up, clean it up in Arabic, whatnot, and he ate
16 it again.  And just didn't know where that came from and
17 apparently that something Steve was doing, but until that
18 happened I didn't know, you know, that; but that's, you know,
19 Snider and I were there.  Snider throughout his sworn statements
20 that I had seen and most of these things were early on right
21 after we got the first group of discovery didn't see anything.
22 I mean basically everything he was there for.  I don't know how
23 long he was there for the seven rioters.  I don't think he was
24 there for the masturbation.  I think he already did leave for
25 that because when I had gone on the B side he was gone.  Gus he

EXHIBIT 229

0003-04-CID149-83130

1   brought him to the ground.

2       SA:  And you said earlier that you didn't see Matthew Smith

3   hit him at all?

4       PVT GRANER:  No.  It was more of just he snatched him up

5   and slammed him down.

6       SA:  Was there at any time that you -- did you go into the

7   cell and start searching while they had him on the ground

8   outside, or any time that you lost contact with him and Matthew

9   Smith at all?

10      PVT GRANER:  I didn't go into the cell until prior to us

11  putting him back.  After we had him with the medic and all I

12  didn't go into the cell until them.

13      SA:  Okay.  So pretty much this guy just kind of went

14  ballistic when the dogs came in then?

15      PVT GRANER:  Yes.

16      SA:  Any other incidents with canine handlers that you

17  recall?

18      PVT GRANER:  No.  We had the incident where -- I can't

19  recall which daughter dog it was.  It may have been both.  It

20  may have been just one.  Sergeant Cathcart had brought a dog or

21  two dogs down onto Shooter with Big Steve with him.  And this

22  was after the dog bite incident.

23      SA:  When did this take place?

24      PVT GRANER:  The dog bite incident with the Iranian was

25  about the 12th of December.  This being after, I can't recall

EXHIBIT 329

0003-04- CID149-83130

1   when Shooter came back from CASH, but it was either the day I,

2   my final day there, or one of the days I came back after I was

3   working, and just been there.  And either Sergeant Cathcart was

4   in charge or Sergeant Cathcart had brought these guys down.

5   Barked at him for a while with Big Steve there.  And then they

6   had gone back.

7        SA:  Let me back up and ask you a quick question here, was

8   Smith and Cardona the only ones that brought the dogs into the

9   tier?  Were they the two that primarily came in there?

10       PVT GRANER:  They're the only two that I had seen as far as

11  them with MI or them with the night of the Iranian.  Of course

12  we had some Navy handlers and maybe one or another Army handler.

13  And I had specifically called them in once one of Thumby's tips

14  right after the shootings.  Supposedly we had a hand grenade or

15  two somewhere in general population.  And I had requested for

16  the canines to come in, and they just walked the tiers.  This

17  was the whole prison.  They didn't actually go into any cells.

18       SA:  And that's what I'm getting at, is Smith and Cardona

19  were the only two that actually used the dogs, continuously

20  going into cells, that type of thing?

21       PVT GRANER:  Right.

22       SA:  Did you ever here about a game that they played at

23  all?

24       PVT GRANER:  Just with -- just during the course of the

25  investigation, not while I was there.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE                   205

EXHIBIT 329

0003-04- CID 149-83130

1       SA:  So not while you were there, but you heard about it

2    during the investigation?

3       PVT GRANER:  About the urine.  Yeah.

4       SA:  Hindsight being 20/20 when you look back at it,

5    hearing about this game, did you -- do you recall seeing

6    anything now that maybe they were planning a game or maybe what

7    -- that was true?

8       PVT GRANER:  Hindsight being 20/20 I can only go back with

9    the experience from the state prison and, you know, when we had

10   problems we brought the search team in and the dogs came in.

11   The handlers let the dogs urinate on the inmates clothing or

12   whatnot in the cell that we were searching, but you know, as far

13   as with those two, no.  I'm not say they're dog handlers and

14   that's what all dog handlers do, maybe; but --

15      SA:  So you really never saw them -- I mean was there ever

16   a time that they came in the tier and just went cell to cell

17   with the dogs?

18      PVT GRANER:  Not while I was there.

19      SA:  Or anything like that?

20      PVT GRANER:  No.  Not while I was there.

21      SA:  How about using the dogs, did you ever hear about them

22   using the dogs on any other detainees, on any of the Bath Party

23   generals or anything like that?

24      PVT GRANER:  Well, they had the dogs out in the woodshed,

25   and that was while I was still there; but I wasn't involved in

EXHIBIT 729

0003-04-CID149-83130

1    that.   We had a -- one of the generals in on the B side, bottom

2    deck, right hand side, first or second cell on the right we had

3    a general.   They were doing a -- loud music and Sergeant

4    Cathcart went in and roughed him up a little bit, but aside from

5    that I believe they used a dog on him, and then they used the

6    dog on Galum, both in his cell and then when --

7          SA:   And Galum is the picture that was known to them as Al

8    Qaeda, right?

9          PVT GRANER:   Yes.

10         SA:   Let's go back to the one too that you talked about

11   with the dogs and Cathcart.   Do you remember; it was Cathcart

12   and who else was there?

13         PVT GRANER:   Steve Stephanowicz was there.

14         SA:   So Stephanowicz was there?

15         PVT GRANER:   Right.

16         SA:   Which dog was it that came in, was it Smith or

17   Cardona?

18         PVT GRANER:   I can't remember if it was one or two.

19         SA:   Do you remember seeing one of two there?

20         PVT GRANER:   I can't remember which dog it was.   I think

21   there might have been both.

22         SA:   And this was on Shooter, right?

23         PVT GRANER:   Yes.

24         SA:   On ▓▓▓▓▓▓▓▓   Now where was ▓▓▓▓▓▓▓▓ when that whole

25   incident started?   Was he in his cell?

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 329

0003-04-CID149-83130

1    PVT GRANER:  He was cuffed to his door.

2    SA:  Okay.  So he -- Shooter's cuffed to the door?

3    PVT GRANER:  Right.

4    SA:  And Cathcart and the canines and Steve come in?

5    PVT GRANER:  Yes.

6    SA:  And what do they do when they come in?

7    PVT GRANER:  They just had the dog run up on the door, as

8    far as barking, jumping at the door, pawing at the door, not

9    allowing the dog to have contact with the prisoner, but scare

10   him.

11   SA:  What happens next?

12   PVT GRANER:  That happened for a while then they had left

13   and back to normal 1A routine.

14   SA:  So they never took Shooter out of the cell?  They just

15   had him run up there getting -- had him -- had the dog go up to

16   where he was and bark or whatever?  They never took him out of

17   his cell or anything?

18   PVT GRANER:  No.  They never pulled him out.

19   SA:  Okay.  And I understand you say Steve was there.  What

20   was Steve saying?  What was he doing while he was there?

21   PVT GRANER:  To the best of my memory he had been by the

22   stairwell by the office on the 1A side.  I don't think he came

23   down the tier.  I had been on the shower side of the -- about

24   halfway down the tier just watching, and Cathcart and the dog

25   handler or both dog handlers were down there and Steve was just

EXHIBIT 329

0003-04-CID149-8313

1    observing.

2        SA:  So he didn't actually go to the door then, Steve

3    didn't?

4        PVT GRANER:  When I was there, no.

5        SA:  Was he yelling out any instructions or telling them

6    what to do or "get closer" or "Okay.  That's enough," or

7    anything like that?

8        PVT GRANER:  I can't recall.  I can't remember.

9        SA:  So you don't remember if he said anything like that?

10   Okay.  Did he leave with the dogs?

11       PVT GRANER:  Yes.

12       SA:  Steve -- he came in with the dogs and he left with

13   them?

14       PVT GRANER:  Cathcart, the dogs or a dog and Steve had

15   left, and there may have been somebody -- there may have been a

16   second person with Steve, but I don't recall who it was.  But

17   most the times he was with one or two other people.

18       SA:  Did you ever see any of the dogs used on any of the

19   juveniles?

20       PVT GRANER:  No.

21       SA:  Never saw any with the juveniles?

22       PVT GRANER:  No.  No.

23       SA:  How about any dog bites other than with the Iranian?

24   Do you know of anybody else who was bitten?

25       PVT GRANER:  We had -- it wasn't a dog bite.  We trained

EXHIBIT 329

0003-04-CID149-83130

1  couple of times and he dealt with someone on the B side.  We had
2  somebody staged up in say cell 79, 75, top left-hand side, but I
3  can't recall anything about him.
4      SA:  Okay.  So other than -- now what was the relationship
5  between Cathcart and Steve?
6      PVT GRANER:  I don't know because it -- from the -- my
7  memory especially after the shooting they got along real well.
8  And then reading from the investigation and hearing from the
9  investigation there was a lot of animosity.  I thought they got
10 along well.
11     SA:  So you thought him and Steve may have gotten along
12 pretty well?
13     PVT GRANER:  Right.
14     SA:  So other than the dog issues here, the photographs
15 that I've showed you, do you know of anything else involving
16 Cathcart?  Did you ever see him slam a detainee, punch a
17 detainee, hit a detainee?
18     PVT GRANER:  No.  We had gone in on the cell with the
19 general, and that was going on more and more after I had left;
20 but specifically me seeing that I can't recall.  Now he may have
21 snatched up a prisoner that was, you know, somebody was
22 escorting, one of the MI was escorting just snatched him up and
23 took him back to his cell; but that was par for the course too.
24 When we got off -- when we took command of the prisoner off the
25 MI you were running back to the cell.  I fell down the steps

0003-04- CID149-83130

1   that?

2       PVT GRANER:   I would imagine so.   I don't know if he

3   specifically saw any pictures, but they were out there.   There

4   was always -- my camera was always there.

5       SA:  And you talked -- did you talk specifically to Rivas

6   about some of the things that was going on?

7       PVT GRANER:   Right.   About -- For example, Krol, just who

8   he was allowed to talk to and, you know, we really didn't want

9   him coming down outside of the -- it's so easy to remember when

10  there was a picture, but he was down there doing -- harassing

11  other prisoners that weren't his that he shouldn't have done.

12  Like I said, without Adel being there we would have never known.

13  It was a whole learning step, and we cleared through, "Hey, what

14  we're doing here is that okay?  Are these guys supposed to do

15  such and such a thing?"  Mi people were bringing soda cans and

16  metal in for these guys are making shanks out of, you know,

17  their eye teeth.   So a lot of things that -- pretty much

18  everything I cleared through Chief ████████.

19      SA:  How about Chief ████████  Do you know him?

20      PVT GRANER:   The name from the investigation I know it;

21  don't know what it's from though.

22      SA:  All right.  Big Steve.

23      PVT GRANER:   Big Steve.

24      SA:  Tell me -- and I know you've talked about Big Steve

25  throughout.  If you had to classify him how would you classify

EXHIBIT 329

0008-04-CID149-83130

1    him?

2          PVT GRANER:  To me he seemed like he was in charge or he

3    was the one who took charge initially.  When we had come into

4    the block I had come in with a correctional officer's mindset of

5    care, custody and control and I'm going to do the least amount

6    of work possible and get paid for it because that's what

7    corrections officers do.  And that lasted for about a day and

8    then I met Big Steve.  "Hey, what are you guys doing?"  Again my

9    one rule was nobody was supposed to talk and if they talk you

10   hang them up to the bars for a while.  "Hey, you know what these

11   guys were doing what the 72nd was doing for us.  They were doing

12   this and that and then you guys, apparently, nobody's briefed

13   you guys in.  This is what you're supposed to be doing with us."

14         Yeah.  Okay.  You know I watched last season's "24"

15   too.  We don't do that stuff.  That's all TV stuff.  And he had

16   talked about what he needed us to do, and I don't know, maybe

17   tugged on the heartstrings, the Taxi Driver, Piggy, and Smiley

18   were all involved in -- I can't remember if it was the Red Cross

19   or the UN bombing in August of 2003, so they were like the high-

20   value target that they wanted information out of.

21   SA:  What did he tell you to do though?  Specifically, what

22   did he tell you to do?  What did he tell you you guys should be

23   doing?

24         PVT GRANER:  It was the yelling and screaming.  There

25   wasn't anything, God, specific at first.  With Taxi Driver he

0003-04 — CID149-83130

```
 1   was supposed to just be stood up in his cell with -- strip him
 2   out and have his underwear on his head and yelling at him,
 3   harass him.  You know, what if he doesn't want to stand there?
 4   Well, cuff him to his bed for x amount of time, and basically
 5   run a sleep plan still being 20 on and 4 off.  The four off,
 6   okay, you know, you can go sleep.  Well, that's when they want
 7   to talk to them.  So you -- for a while or at least for those
 8   guys, initially, they didn't get much sleep starting out.  This
 9   is where I had asked Captain Brinson about if we're supposed to
10   be doing what these guys said.  You know, we work on 1A.  1A is
11   controlled by MI.  We work for MI.  Our mission is to support
12   MI.
13          Big Steve had wanted to know if there was any way that
14   we could blast loud music on the tier about the middle of the
15   night, and we brought one of our loud speakers from the platoon
16   up with us, and brought the loud speaker in and hooked the
17   loudspeaker up to a CD player.  For a while, during the first
18   part of my time there, October, the first week or so, we were
19   doing that and then it was causing too much of a disruption for
20   the other tier.  I mean it was keeping -- it was causing
21   problems for the people on Tier 2, and you know they could take
22   Tier 2 over; so you wanted the least amount of problems.
23   Sergeant ▓▓▓▓▓▓ where our operations area was, you had the
24   Battalion area and then you had the other building right here.
25   I can't remember what was in it when we were there but, you
```

EXHIBIT 329

0003-04-CID149-83130

1  know, she could hear the music in operations from 1A.  You know

2  just start running the dark on what we could do and what we

3  couldn't do.  "Hey, this is what we did are we allowed to do

4  that?"  "Yeah.  Keep doing that," as far as working the sleep

5  plans.  And then that's when the next night Sergeant Beechner

6  comes in and talks to me.  This is what we're supposed to do.  I

7  don't know if he did anything with Sergeant Frederick, but he

8  spent some time with Sergeant Frederick.

9       SA:  Did he ever give you a dir -- or tell you to rough a

10  detainee up?

11       SA:  Sergeant Beechner?

12       SA:  No.  Stephanowicz, Steve Stephanowicz?  Did he ever

13  tell you ----

14       PVT GRANER:  I can't remember ever roughing up, roughing a

15  prisoner up for Steve.  Manhandling them, yeah, but as far --

16  the only prisoners that I can say I roughed up -- the general

17  with Sergeant Cathcart, went and slapped him around; Froggy; and

18  then the fellow that brought the handgun in.  And that was

19  either three or two, three or four times I'd gone down there

20  with that.  Well, three or four times but once we didn't do

21  anything with him.  They had already -- somebody else had

22  already talked with them.  But, specifically, roughing somebody

23  up for Steve I can't recall ever going in and slapping somebody

24  around or roughing somebody up.  Harassing, keeping off-balance,

25  yelling, screaming, stripping out, yeah; but not man hands.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE                234                    EXHIBIT 329

0 0 0 3 — 0 4 — C I D 1 4 9 — 8 3 1

1    SA:  What about anybody else, do you if Steve directed

2    anybody else to rough up a detainee or beat on a detainee or

3    anything like that?

4    PVT GRANER:  A lot of things change after I left, so

5    perhaps -- I don't know.  I don't know anything that Hopacker

6    had done.  He had worked with me a couple nights, as far as, you

7    know, training before he took over for Cathcart's relief; but

8    there might have been something after -- after I was gone

9    because there was -- the way I saw it there was more pressure on

10   those guys to help these guys out and that's when -- there was -

11   - more things happened with more prisoners after I had left than

12   when I was there.

13   SA:  So Steve kind of -- he may have been the man behind

14   the scenes?

15   PVT GRANER:  To me it seemed like he was in charge.  He --

16   you know he walked into the room; he commanded the room.  He was

17   bigger.  He was about my age, a little bit older, so you know

18   the junior MI people to include the staff sergeants because

19   there's a lot of young E6s in the Army looked up to him, drew

20   direction from him.  And I can't remember who the people were,

21   but this again is going through the statements during the

22   investigation that, you know, "So and so, I couldn't get along

23   with this person."  Well, I remember you bending -- as far as MI

24   working with Big Steve.  I remember you bending over backwards

25   helping this guy out or listening to what he said or being there

EXHIBIT 329

0003-04 — CID149-83130

1  with him when you guys worked in the shower or in the back

2  stairwell.  But again everybody jumped ship after January 13th.

3       SA:  What about Tim Dugan?

4       PVT GRANER:  Tim Dugan I believe worked with Steve.  I

5  couldn't identify him for you.

6       SA:  Don't really know much about him?

7       PVT GRANER:  No.  I don't know much about him at all.

8       SA:  What about Etaf?

9       PVT GRANER:  Etaf is, if she's the female, she was the

10  translator for Dan Johnson, Don Johnson, "DJ" as we knew him.

11  And there team consisted of Etaf and him.  I don't -- I think

12  Johnson was the interrogator.  I don't think they had an analyst

13  unless she worked as the analyst too, but she had been there.  I

14  can't recall her doing anything other than smoking, drinking

15  coffee and translating.  That was all up in 4B on the top tier.

16       SA:  What about DJ?

17       PVT GRANER:  DJ was somebody I had not met until either the

18  -- I think it was the night after the shooting.  He was one of

19  the people that we had gone -- I had given him my pistol.  We

20  had expected to have a gun fight in the main corridor of the

21  prison.  We had taken the team to start snatching up some of the

22  ICOs that had come on shift that they wanted to talk to; and

23  they were under the impression that there were weapons in the

24  prison and that we were going to have a gunfight in the hallway.

25  So we snatched up some more IPs or ICOs, and we took them

EXHIBIT 329

0003-04-CID149-83130

```
 1   upstairs.  I'm not sure if we took them upstairs or if we had
 2   them on 1B.  We had some on 1B for a while, and then eventually
 3   they all ended up on the top tier of 1B or 4B.
 4            I can't recall when the first time that I had gone
 5   down there, 4B, but there had been one -- one of the ICOs was in
 6   the far, back, left cell if you're walking from the main
 7   corridor; and he had been in there with Johnson.  And there was
 8   -- the only way I can explain it there was a fellow that looked
 9   like a civilian dressed Enforcer in the cell.  They had a fellow
10   chained to the gate with toe chains, like 5-ton toe chains.  I
11   guess we -- Sergeant Frederick had pulled me aside and we were
12   supposed to go down there and rough this guy up for these guys,
13   but apparently it had already happened.  And I can't remember if
14   that was -- ███████████ [phonetic] I think was the prisoner's
15   name.  And then I had been away from that for a while and then
16   we had -- all of a sudden we had prisoners, had no
17   accountability for them.  I can recall going over to Battalion
18   and pulled out a marking kit and we devised ICO 1 through 40 or
19   whatever just to track them.  And then I may have been gone a
20   day or two, not from the prison but from have no dealings with
21   up there.  That was entirely a Colonel Jordan run show with the
22   ----
23            SA:  Okay.  With the ICOs?
24            PVT GRANER:  ---- with the ICOs.  That was a witch hunt,
25   you know, a guy brought a weapon in and ----
```

O 0 0 3 — 0 4 — CID 1 4 9 — 8 3 1 3 0

1    SA:  So we really didn't know who brought the weapon in,

2  but we just ----

3    PVT GRANER:  No.  Not at that point.  Apparently they knew

4  at one point that ████████ was the fellow that, you know,

5  everybody snitched everybody else out.  He was the one that

6  brought it in.  DJ wanted him to admit it from what I can

7  recall, and he wouldn't do it.  And I can't -- I believe this

8  was before ████ and Cathcart and Mike and I had gone in on

9  Shooter, gone in there and Frederick and I had been in there

10 rough, you know, at the behest of DJ, went in there slamming him

11 around from the walls, slapping them around.  Freddy would cut

12 his breathing off and that happened for a while, and then I went

13 back to the -- you know I still had 1A to run.  We were there

14 for a while and then it was over, went back the next night or

15 the night after, same thing happened.

16        I don't know if it was this night or the third night

17 that I had told Freddy I'm not going down.  He more or less

18 ordered me to go down.  But this night would have been the night

19 where he had the stitches.  Had the stitches in and then it was

20 a few days later that they had called us back in again.

21 Sergeant Frederick had called us back in again, and Sergeant

22 Frederick and I, and apparently we weren't doing enough for DJ;

23 and we had brought -- he had got some ICOs, other ICOs who were

24 held to more or less, I guess, you would say torture.  Fellows

25 who were guards for the -- when Saddam -- when Abu Ghraib was

EXHIBIT 3.29

0003-04-CID149-83130

1   Saddam's Abu Ghraib had come in and we turned it over to those
2   guys.  At one point the power had gone out, and then all of a
3   sudden we had a whole bunch of people upstairs just to make sure
4   we were okay.  And for some reason I'm thinking Sergeant, my
5   ▓▓▓▓▓▓▓▓▓▓, my teammate ▓▓▓▓▓▓▓▓▓ was up there; but I
6   can't remember for sure.  Staff Sergeant ▓▓▓▓ was up there.
7   Staff Sergeant Frederick was there, DJ, Etaf.  We had strung
8   this guy, not strung him up, but we had tied up his legs not
9   knowing what was going to happen and then apparently either a
10  piece of conduit wire or a piece rubber hose was found, giving
11  to the IPs.  They were smacking him on the bottom of his feet
12  and then forcing him to walk.  And apparently that's real
13  painful, and that's the last I had to do with that and I went
14  back to the block.
15      SA:  So you never really got any orders from Dan Johnson,
16  DJ, either then?  He never really like came down and ordered you
17  to rough up or beat up a detainee?
18      PVT GRANER:  I mean once we were up there, yeah.
19      SA:  Once you were up there, but I mean as far as here on
20  1A?
21      PVT GRANER:  Frederick cam to get me.
22      SA:  Yeah.  Okay.  Is there anything else you can think of
23  with DJ or anything?
24      PVT GRANER:  The only contact that I had was with him and
25  then you know I more or less washed my hands of that whole

EXHIBIT 329

0003-04-CID149-83130

1  [Start of Tape 3, Side B.]

2      SA:  Okay.  Just turned the tape over.  We're going to

3  continue.  We was talking about Iraqi Mike.

4      PVT GRANER:  Now, we got him off the block.  I didn't see

5  him again until we started doing CPA or civil affairs missions

6  into Baghdad.  He had been our interpreter a couple of times.

7  And I remember, I believe it was Major ████████ he was a civil

8  affairs fellow from Abu, had just went ballistic over this

9  fellow having the sappys and stuff where some soldiers still had

10 the flack jackets on.

11      So Taxi Cab Driver's injured.  I come into work the

12 next day.  Some -- one of the CACCI people who, the only way I

13 could explain it, looked like Chief ██████, wasn't Chief ██████,

14 had made this huge stink about, you know, "Hey, you don't do

15 this to my people.  You don't touch my guys unless I tell you to

16 touch my guys" and then I did the log book, you know, screw

17 this.  We're not going to do anything.  I'm not looking to get

18 in trouble here.  Steve came back -- that fellow, Steve was with

19 him when this happened.  Steve came back and he had told me,

20 "Don't worry about what he said.  You're doing what I told you

21 and it's okay."  Again with Steve something else had happened

22 and then he had told us that once or twice, and then once the

23 new chow hall had been established and the investigation was on,

24 sometime between the 14th of January and when we rolled out 5

25 February, Big Steve had approached me and said, "Don't worry

0003-04-CID149-83130

1  about what's going on right now.  It's just going to blow over."
2  Obviously it didn't.

3      MR. GITTINS:  [Laughing.]  That's an understatement.
4      PVT GRANER:  Well, pretty much.  I mean when Big Steve
5  said, "Hey, don't worry about this."  Well, God, every time he
6  said don't worry about anything nothing happened.
7      SA:  How about John Israel?
8      PVT GRANER:  John Israel I believe was the translator that
9. worked with Steve a lot.
10     SA:  Was that him?
11     PVT GRANER:  I ----
12     SA:  Don't know?
13     PVT GRANER:  Don't know.
14     SA:  But you believe he was the one that worked with Big
15 Steve?
16     PVT GRANER:  That's who I, just from -- I didn't know
17 Steve's interrogator -- or translator by name at the time, but
18 just afterwards I just assumed that a civilian, goatee, I think
19 the fellow was Egyptian.  I just assumed that was John Israel,
20 but apparently not.
21     SA:  And just for the record I just showed him a photograph
22 I have of John Israel, for clarification purposes.  So you
23 really didn't know a whole lot about Israel then?
24     PVT GRANER:  Didn't know anybody's names.  Like I said none
25 of the prisoners knew my name.  I was either the "sir".  Well, I

0003-04-CID149-83130

1   don't know if I told you that, but you know we didn't wear the
2   nametags.  I had a sterile uniform with Arabic writing the said
3   "The Sir".  As a matter of fact I couldn't stand "Mister
4   Mister".  If you wanted my attention you called me "sir".  I
5   helped you out.  When they would point that they needed the guys
6   with glasses that was me for the most part.  And then once the
7   investigation started all of a sudden everybody knows I live in
8   Union Town, and my name is Graner and whatnot.
9       SA:  Did you ever ----
10      PVT GRANER:  Just to say that so many people blew through
11  and so many people were either in half uniforms or uniforms
12  without name tapes, duct tape over, don't know who they were.
13      SA:  Where did that come from?  Was that just something
14  that you guys started?  Did somebody tell you guys to do that?
15      PVT GRANER:  That was something that the MI was doing, and
16  they had said that because of the -- I don't know if this was
17  Steve or this was -- it may have been Beechner because of the
18  prisoners that we were dealing with, you know, there could be
19  repercussions at home.  You know if they know your name and what
20  your unit is and whatnot, so the last thing I wanted them to
21  know was my name and who I was and again that's ----
22      SA:  It's a moot point now, but ----
23      PVT GRANER:  Yeah.  But and then who people worked for, you
24  know, I didn't know.  I just assumed, you know, Big Steve at
25  first was OGA.  I didn't know, you know, another government

0003-04-CID149-83130

1  agency.  I didn't know who CACCI was, but along the lines one

2  more person, Chile had been a heavyset fellow, dark hair, I

3  would say Italian, he had worked with another heavyset person

4  and supposedly, you know, he had told me that he was the

5  contract worker for the FBI; so low and behold he ends up being

6  the interrogator over the analyst that the fellow in the shower

7  dies with.

8          Not too long after that happens, matter of fact the

9  fellow I think with the sleep plan with the get up on your

10  knees, already stand up, get down on your knees, stand up; those

11  guys are interrogating him in the back stairwell, drug him back

12  unconscious to his cell.  I don't think I told you that prior to

13  this, but that was another thing that -- "Hey, you know, do I

14  need to get this guy medical attention?"  "No.  Don't worry

15  about it."  All right.  He was OGA I didn't worry about it.  You

16  know these guys can kill people, somebody unconscious I'll drag

17  him back to his cell.  It's only going from the stairwell to 14

18  or stairwell to 13.

19      SA:  Describe Chile.  You say Chile was a contract FBI guy

20  or what was he?

21      PVT GRANER:  I say Chile was a contract FBI guy, but

22  apparently he was either CIA man or contract CIA man.  Big,

23  heavyset Italian, and if you know my ex-mother-in-law, you can

24  kind of put your mind to her, but you don't know her so.

25      SA:  No.  I don't know her.

EXHIBIT 329

0003-04-CID149-83130

1  were harassing prisoners, especially, the ones we had in the
2  isolation cell one of the things that we were told, and it was
3  either from Beechner or from Stephanowicz, was the feed them but
4  don't feed them. So they would be in for X amount of time, and
5  then we had to provide a meal for them. And usually that meal
6  would be staged in an MRE wrapper, the outside plastic of the
7  wrapper, everything we just put in. He gave them five minutes
8  or so to eat, but not eat. Just once they came out let them be.
9  Be nice to them. Let them start eating and then start screaming
10 and hollering and whatever. You know and Sergeant Frederick and
11 Cathcart and Sergeant ▇▇▇▇ would usually be down there, and if
12 we had a medic around we would usually have the medic be there
13 with us just to see if this was okay what we were doing. And
14 apparently it was. That would've been whatever medical unit was
15 their early on, and I don't think, like, Sergeant ▇▇▇▇'s unit
16 was the unit because this unit was apparently was relieved. We
17 had -- the unit that was relieved they had come down at one
18 point and there was, I believe, three or four medics and a
19 physician's assistant or a nurse; it was an officer, and I had a
20 prisoner out and was PTing them on an MRE box, stripped naked
21 underneath the fan, and they had asked if they could you know PT
22 him, take over for me while they were there. And I had no
23 problem with that. I did something else while they did that so
24 again, you know; medical knew what was going on, whoever the
25 medical people were.

0003-04- CID149-83130

1    SA:   When you say the medical unit was "relieved" you mean

2    they were relieved of duty or were they replaced by another

3    unit?

4    PVT GRANER:  They were moved through.  I believe we were --

5    we had elements of a medical company or a medical unit and they

6    just rotated.

7    SA:  So it wasn't like they were relieved of duty?

8    PVT GRANER:  They weren't relieved for cause.

9    SA:  Okay.

10   PVT GRANER:  And then I think we had two or three changes

11   of medical people or else they just rotated within the camp.  I

12   don't know how that worked.

13   SA:  Now you say that Beechner and Stephanowicz were the

14   ones that directed you guys to do this?

15   PVT GRANER:  Yes.  I believe so.  I can't -- one of them

16   did.  I can't remember who exactly.

17   SA:  And going back through you said that you feed them but

18   you don't feed them, so in other words, you gave them an MRE

19   with food in it --

20   PVT GRANER:  Right.

21   SA:  -- and as they started eating is when you started

22   yelling and screaming at them so they didn't get a chance to

23   eat, is that what you're saying?

24   PVT GRANER:  Exactly.

25   SA:  Okay.

EXHIBIT 32 9

0003-04- CID 149-8313C

1    PVT GRANER:  Just to tell you they were supposed to get so
2  much rest time.  And that's when MI would come in and
3  interrogate people, so you know they're authorized the rest
4  time.  It's on paper that they got their rest time.  I'm not
5  doing anything with them, but now MI is.
6    SA:  Was any of this documented anywhere?
7    PVT GRANER:  Other then on the clipboards and on Post-it
8  notes, very little was; and of the say I ran 30 sleep plans
9  while I was there, maybe two or three were documented that I
10  actually, physically, had a sheet signed by someone and then --.
11    SA:  So what you're saying is like for the sleep plans you
12  never -- what you're telling me is you never really had any
13  signature, anything signed by anybody of authority saying that
14  this sleep plan was approved?
15    PVT GRANER:  For the vast majority of them, no.
16    SA:  So they, basically, when you say "they", the MI, was
17  there any particular MI people that did this or was --?
18    PVT GRANER:  It was, basically, whoever the handler was if
19  they wanted somebody on a sleep plan, disrupted sleep plan CID,
20  MI, OGA, usually all the OGAs when they came they just
21  automatically went on a sleep plan.
22    SA:  Now explain the "disruptive sleep plan".  Explain
23  that.  How does that work?
24    PVT GRANER:  We would or I would go in.  We'd have a
25  prisoner on the tier and 24 -- in a 24-hour period they were

EXHIBIT 329

0003-04- CID149-83130

1   allowed 4 hours of sleep, so somewhere on my shift they were

2   allowed 2 hours of sleep, and I would not give them 2 hours of

3   sleep concurrent.  I'd break it up with 15 minutes, you know,

4   this is your authorized time to be down.  Not always would I --

5   wasn't physically possible to be over the top of that prisoner

6   the whole time, but as I was making rounds or back and forth if

7   he had laid down I would come and wake him up.  Normally, for

8   something like that I just have them stand in the corner with

9   their hands on their heads.  There wasn't always, you know, he

10  wasn't always out and getting hollered or screamed at.  And if

11  he would, you know, refuse to stand in the corner he was

12  restrained somehow either to the back window or to the bunk or

13  the ladder of the bunk.

14      SA:  So basically it was used to -- in the -- if they had 4

15  hours of sleep that they were supposed get, that was disrupted

16  meaning he may only get 15 minutes here, 20 minutes there?

17      PVT GRANER:  Right.

18      SA:  15 minutes.  Here was never, okay, now he's down for 4

19  hours of sleep?

20      PVT GRANER:  Right.

21      SA:  Was that that authorized or do you know?

22      PVT GRANER:  I have no idea.

23      SA:  Were you told to do it that way by anybody?

24      PVT GRANER:  Yes.

25      SA:  Who told you to do that?

EXHIBIT 329

0003-04-CID149-83130

1    PVT GRANER:  Whoever the handler was.

2    SA:  Usually if it was a sleep plan then it wasn't a

3    disruptive sleep plan at the end of the shift from 02 to 04 I'd

4    leave them alone.  And then that's when I'd take care of my

5    cleaning and housekeeping for the blocks.

6    SA:  If you had to say any one handler, any two handlers

7    that gave you the most direction and do disruptive sleep plans,

8    who were they?

9    PVT GRANER:  Well, a, it was Steve, Big Steve.  And then I

10   couldn't tell you.  There was 5, 6 different MI groups.  I can't

11   remember anyone outside of Staff Sergeant ▇▇▇▇▇▇▇▇ I

12   believe, a redheaded female.  She was one.  And that involved

13   the one person that Major ▇▇▇▇▇▇▇ had requested medical

14   treatment for at one point, but that was earlier on than when he

15   was in the isolation cell.  By and large it was Big Steve and

16   OGA.

17   SA:  You also mentioned that this was a time that MI would

18   interrogate them, what do you mean by that?

19   PVT GRANER:  And if there was the actual sleep plan where

20   it was written when they had schedule sleep periods.  The

21   schedule sleep would be the time when the MI would come in; so

22   you would have, again, they were authorized their sleep and I

23   left them alone, but that's when MI would come in and bring them

24   into the shower, bring them into the storage room or the back

25   stairwell.

EXHIBIT 329

0003-04- CID 149-83130

1      SA:   During the entire time that you worked there how many

2  sleep, written sleep plans, that -- did you see?  How many

3  written sleep plans did you see?

4      PVT GRANER:   To me I believe -- for me I believe there was

5  only three or four.  I'm under the understanding that after I

6  had left they started to get more on paper.  At one point

7  Sergeant Cathcart started to request for more of them to be on

8  paper.  And I don't know if that was to cut down all the

9  unofficial ones that he was running or not.

10     SA:   Do you know who they were supposed to have been

11  approved by?

12     PVT GRANER:   At one point when Sergeant Beechner was there

13  at the beginning I believe he said all the sleep plans and all

14  the isolation plans to bring somebody, not just from general

15  population to the isolation cell but general population to the

16  isolation area, because all of 1A should have been documented

17  and approved.  It should have been from General Sanchez, the

18  theater commander or the area commander.  I believe things were

19  signed off by Colonel Pappas.  I don't know if anything was

20  signed off by Colonel Jordan.

21     SA:   Okay.  Anything else on that particular issue?

22     PVT GRANER:   No.  Along with the things that I had been

23  thinking about while I was -- last night.  At one point Taxi

24  Driver had been medivacd to CASH for I believe appendicitis.

25  And this had been after he had informed us that there was a

EXHIBIT 329

0003-04-CID149-83130

1   weapon on the tier.  And at which point I became very

2   sympathetic of Taxi Driver, you know, he probably saved

3   somebody's life.  He had come back, at the same time Shooter was

4   there too and I believe Steve had gone from the Abu Ghraib to

5   CASH to talk to those people.  Now once Taxi Driver came back he

6   was on pain medication and I believe it was Percocet because I -

7   - just going over the log here it mentions that.  This purchase

8   at just one of the volunteer and mentioned that.  I was, per

9   Steve, not to give the pain medication to Taxi Driver.  On and

10  off throughout the whole time I was there he was one of the main

11  people that they wanted to break or get information from.

12      SA:  Meaning they wanted to break Taxi Cab Driver?

13      PVT GRANER:  Oh yes.  And I had refused not -- we all gave

14  him his medication, and I don't know if that's the reason why I

15  was taken away from the block, but it slowly over time I stopped

16  doing things and then Sergeant Cathcart was more willing to do

17  things like, you know, Sergeant Cathcart became me at the

18  beginning of Oct -- well, the middle of October and I was gone.

19      SA:  When did Steve tell you not to give him the meds?  Do

20  you remember when, what time that was?

21      PVT GRANER:  When he came back from the -- when he came

22  back from CASH.  That first night I was on shift.

23      SA:  Do you remember when that was?  October, November,

24  December?

25      PVT GRANER:  That would have been December, early December.

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 329

0003-04- CID149—83130

1       SA:  Early December?

2       PVT GRANER:  Between probably the 5th and the 10th.

3       SA:  A what exactly does Steve tell you?

4       PVT GRANER:  Steve had come up the first night that he --

5  that Taxi Cab Driver had come back.  That first shift that I

6  worked he had come up and asked me what kind of medication he

7  was on.  I said he was on antibiotic and a pain medication.  And

8  I don't know which they were and aside from just seeing the

9  Percocet and I believe that's what it was; and then he said

10  that, you know, the antibiotics, fine, but don't give him any of

11  his pain medication.  And I told him I can't do that.  And he

12  was visibly upset about that the.  We weren't following or I

13  wasn't following his instruction.

14       SA:  Steve was?

15       PVT GRANER:  Right.

16       SA:  Was anybody else there to witness that or to hear the

17  conversation between you and Steve?

18       PVT GRANER:  I believe Ambuhl was there, but I don't know

19  if she would remember it or not.

20       SA:  Where were you at when this conversation took place?

21       PVT GRANER:  That was in the Tier 1 office on the second

22  deck.

23       SA:  In the Tier 1 office on the second deck.  Okay.  Was

24  that the only time he told you not to give medication to

25  somebody or --

0003-04-CID149-83130

1    PVT GRANER:  He was -- I think that was the only one that

2  he dealt with that ever had medication other than Shooter, but I

3  can't recall anything.

4    SA:  Did he ever give a specific reason why he didn't want

5  him to have the pain medication?

6    PVT GRANER:  No.

7    SA:  Did he say why?

8    PVT GRANER:  No.

9    SA:  Or just don't give it to him?

10    PVT GRANER:  Just don't give it to him, other than he was

11  the handler and myself as the floor officer I was supposed to

12  follow his instructions.

13    SA:  Did you not give him the medication or did you ----

14    PVT GRANER:  No.  I gave him his medication.

15    SA:  ---- actually decide to give it to him?  You gave it

16  to him right?

17    PVT GRANER:  Right.

18    SA:  What else you got?

19    PVT GRANER:  Oh, it was about the medics and then the one

20  issue about Captain Brinson.  I think I brought that up.    SA:

21  Go to the -- talk about the medics first.

22    PVT GRANER:  Well, we had already talked about that.  And

23  then Captain Brinson -- [Phone ringing.] you know pull people

24  for disciplinary reasons put them in a cell, or the isolation

25  cell if it was available.  And that had been the Twitch I

0003-04-CID149-83130

1  in the room in the one garbage bag that said don't get wet on
2  the photographs.  The, you know, our company chain of command
3  was aware of it and was aware within -- also within 12 hours
4  that it was something that may have been a weapon and dangerous
5  and they couldn't do anything about it because the MPs weren't
6  in charge, MI was in charge of 1A.
7         December 6.  Taxi Driver returned from CASH at 03.
8  And as a matter of -- okay.  [REDACTED] returned from CASH.  His
9  medication on shelf.  Now, I had said that Big Steve had
10 approached me that evening that he came back.  He probably
11 talked to me when he came back since he came back on my shift.
12 I was thinking that he came back on the day shift.  And then the
13 next shift, although the date's not noted, talks about him
14 receiving Percocet.
15    SA:  So that date that you just talked about, which was 6
16 December?
17    PVT GRANER:  Right.
18    SA:  That's when Taxi Cab Driver came back from the CASH?
19    PVT GRANER:  Right.
20    SA:  And that's the date that Steve came to you, meaning
21 Steve Stephanowicz, came to you and said, "Don't give him the
22 pain medication"?
23    PVT GRANER:  Yes because the -- obviously according to the
24 log book I was off, and Sergeant Joyner was working, so it was
25 within the day that Taxi Driver had come back, so it was

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 329

0003-04 - CID149—83130

1   probably on the 6th of December.

2       SA:  Had Steve or anybody else every approached you and

3   told you not to give medications to the detainees?

4       PVT GRANER:  No because there was nobody that had pain

5   medication.

6       SA:  No.  I mean any medication?

7       PVT GRANER:  Oh, no, not to my knowledge.

8       SA: .So that was first time that Steve had ever did that?

9       PVT GRANER:  Right.  And then Shooter, I wasn't there for

10  him; and he -- I know he -- well, I was there for a few days

11  with him, obviously, but I would imagine he was on pain

12  medication.  I don't know if he received it or not.

13      SA:  And he was one of Steve's?

14      PVT GRANER:  He was one of Steve's high-value people, and I

15  don't know if it was before then or after the shooting because I

16  can recall -- well, he had been on the block earlier when we

17  first took over the prison and then he was removed.  And I don't

18  remember him from being there.  Others did.  I think Cathcart

19  and Ambuhl had.  He had come back, and he wasn't somebody that -

20  - he had come back on the daylight shift, so we didn't have him

21  out PTing at nights, so he was nobody to me.  As a matter of

22  fact, three, four days before the shooting we had a power outage

23  and I had him out with a pair of shackles on and he was filling

24  up water bottles for the prisoners on the blocks; so he was, you

25  know, I had no concern over him and then all of a sudden he's

EXHIBIT 329

0003-04-CID149-83130

1  the shooter, and now he's, you know, a big priority for the

2  prison.  And then I can't recall anything else in the log after

3  this.

4          You have the canine incident and then after I'm gone

5  there's -- Specialist ██████████ has a few entries where, again,

6  it talks about the special treatments and this is -- that's

7  coming from Lieutenant Colonel Jordan.  You have it highlighted

8  and I think the next page will have treat the person nice.  This

9  person's being cooperative, so treat him nice.

10         And then somewhere it talks about what had happened

11  with the one prisoner they had in restraints, and I didn't have

12  any involvement with that.  That was right about the time the

13  investigation was on.

14     SA:  And just going back to with the special treatment that

15  could've been either or; it could've been either treat the guy

16  real good or treat the guy real bad?

17     PVT GRANER:  When special treatment was said for me it was

18  treat them bad, and usually somebody would come in.  I mean Pt

19  them or just, you know, treat them like garbage, don't pay

20  attention to them while he's there; or if he's asking for

21  something, you know, be ignorant to him.  Usually if special

22  treatment went, meant to treat them good they would tell you to

23  treat them good and they would give you specifics.

24     SA:  Was there ever a time where MI, anybody from MI, told

25  you to abuse a detainee, whoop his ass, beat him up, throw him

EXHIBIT 329

0003-04- CID149-83130

1 down steps, anything like that?  Did they ever -- did anybody
2 ever tell you to do that kind of thing?

3       PVT GRANER:  As far as beat up, that would have been the
4 Cruise and the MI female, Spencer.

5       SA:  Spencer?  Okay.

6       PVT GRANER:  With Froggy and it wasn't "beat up".  Well, I
7 guess it was beat up.

8       SA:  Just rough him up is what they're saying

9       PVT GRANER:  Right.  And with DJ and with the IP that
10 brought the weapon into the prison.

11      SA:  So DJ told you to rough him up?

12      PVT GRANER:  Yes.  And then again when we didn't rough up
13 to standard he pulled in the other IPs and had them do it.  As
14 far as, yes, somebody told me to throw somebody down the
15 stairwell and I believe it was a joke.  It was Sergeant
16 ███████'s, two of Sergeant ███████'s people, because I
17 believe Sergeant ███████ was like a shift leader or however
18 they designated it.  And I see, you know, that's something I
19 can't do, and I think I had talked about I had fallen down a
20 flight of steps with a prisoner and that had been that night.
21 And that's what it had been; him and I had fallen down this
22 flight of steps.  The only thing we had to clean with was water
23 and usually Sergeant Joyner would, again, like I would clean
24 before the end of my shift.  He would clean before the end of
25 his shift, and the water was standing water, but to snatch

0003-04-CID149-83130

1  officer either for the State of Nevada or for the county prison
2  that Las Vegas is within; but as far as who he is, I don't know.
3      SA:  Don't know who he is.  Okay.
4      PVT GRANER:  So that's -- initially that's what we had
5  started to do or that's what I did.  Somebody was talking, we'd
6  cuff them tot he bars.  When Sergeant Beechner had got there it
7  was refined.  And that you could either cuff him to the bars
8  since we had the window and the bars, cuff them to the bars or
9  cuff them to the window.  And I would start out on the door, and
10 then usually everybody stopped talking after that, when they
11 became stress positions, and that would be for about 30 minutes.
12 If, you know, somebody was still being abusive or talking I'd
13 pull him out, PT him and then cuff him to the back window.
14     SA:  So it really wasn't that MI came over and handcuff him
15 to the bars?
16     PVT GRANER:  Well, this ----
17     SA:  Go ahead.  I'm sorry.  Continue.
18     PVT GRANER:  Yeah.  Now that was for the talking and that
19 was at the direction of Beechner.  Now, individually, like, for
20 Big Steve, his prisoner Taxi Cab Driver didn't want to stand
21 after a while because we had him standing in the sleep
22 management program.  We didn't know about at the beginning.  We
23 were working our way through.  If he wouldn't stand just cuff
24 him to the bed.  And that had, I guess, became SOP, and then
25 with the OGA, the Saudis, that had come in that was my direction

EXHIBIT 329

0003-04-CID149-8313

1   from the OGA people to cuff them to the bunks and leave them
2   standing all night and then into the next day.

3       SA:  So like with Taxi Cab Driver, Big Steve did tell you
4   if he won't stand just handcuff him to the bed?

5       PVT GRANER:  Right.

6       SA:  But for the most part the handcuffing was pretty much
7   you guys had directive that there was to be no ----

8       PVT GRANER:  For the talking.

9       SA:  Yeah.  From the talking.  So if they were talking that
10  was part of the punishment just handcuff them to the bed?

11      PVT GRANER:  Right.

12      SA:  Or handcuff them to the bars or whatever, but wasn't
13  really MI driven, and that was just an approach that -- in other
14  words, what I'm saying is let's just say Detainee X starts
15  talking.  You just go say, okay, I got him; kind of like okay,
16  this is step one of the SOP.  "If you're talking I'm handcuffing
17  you to the bars?

18      PVT GRANER:  Right.

19      SA:  It wasn't as if MI came down and said, "Okay.  Now go
20  handcuff him to the bars or anything like that"?  It was kind of
21  SOP then?

22      PVT GRANER:  Right.  And MI was aware of that practice.

23      SA:  They knew what was going with it?  So it was kind of
24  an unofficial SOP then is what you're saying?

25      PVT GRANER:  That was one of the throughout this whole --

0003-04- CID149-8313

1    yes, unofficial, unwritten policy.

2        SA:  So there was really no written policy for you to do
3    that?

4        PVT GRANER:  And -- no.  And throughout the investigation
5    that's basically the one thing that everybody admits that they
6    saw and that was one.

7        SA:  How about the underwear on the head?  And I know we
8    went through the photographs and you told me that was Taxi
9    Driver or whatever.  Where did that come from?

10       PVT GRANER:  That was specifically Steve and just Taxi
11   Driver, just like the tether.  The tether happened once with
12   Gus; the underwear happened once with Taxi Driver.  Now word of
13   mouth from I'm trying to think -- there was another prior
14   service Marine corporal that worked during the day and then from
15   Ambuhl with Galum, Big Steve had devised some type of outfit for
16   him; and he had had it on.  He brought it in, put it on Galum,
17   some type of female outfit; and then I don't know if it was
18   somebody said -- it had been too outrageous that they had told
19   him to pull it off of him.  Now Galum, although I had not been
20   there, Cathcart and Ambuhl and the rest had been directed to
21   restrain him to the bars from MI.

22       SA:  And Galum is "Al Qaeda"?

23       PVT GRANER:  Galum is Al Qaeda.  There's a picture of that
24   somewhere I believe.

25       SA:  You say that Taxi Cab Driver was the only one that

C003-04- CID149-8?13(

1    really had underwear put on his head that you know of?

2         PVT GRANER:  Right.

3         SA:  So the detainee that's up on the MRE box with the

4    underwear on his head, is that Taxi Cab Driver.  I want to make

5    sure, and I might be a little bit off key here, but I just want

6    to make sure.

7         PVT GRANER:  By the door and he's standing on two?

8       . SA:  Yeah.  He was standing on two, it looked like two MRE

9    boxes.

10        PVT GRANER:  He was wearing them.

11        SA:  Okay.  Let me see and go through here real quick and

12   see if I can find them.

13        PVT GRANER:  There's one in his cell, handcuffed to the

14   bars -- or not the bars, but the ladder and he was wearing

15   female underwear.  That's Taxi Cab Driver.

16        SA:  This is Taxi Cab Driver her?  Okay and that's photo

17   M11 and M12, 13, 14, and 15.  These are Taxi Cab Driver, right?

18        PVT GRANER:  Right.

19        SA:  And M16.  And that was Steve Stephanowicz telling you

20   to put hose on his head?

21        PVT GRANER:  Right.

22        SA:  Did he provide the underwear?

23        PVT GRANER:  There were all -- Taxi Driver already had

24   them.

25        SA:  He already had them.  Do you know where he got them

EXHIBIT 329

0003-04-CID149-83130

1      SA:  Well, let me ----

2      PVT GRANER:  My understanding is you can be in there for up

3    to 3 days, and then you had to have at least a 24-hour rest

4    period just being left alone completely.  At first it was Piggy

5    had been like that on and off.  It seemed like he'd have been in

6    there for a week, and then later on in November Smiley was,

7    again one of Steve's prisoners, started off for the three days

8    and he may have been in there for six, may have been in there

9    for nine.  I can't recall.  He was in there for three or six

10   days.

11     SA:  If they were in their past the three days was that

12   directed by somebody or?

13     PVT GRANER:  Whoever was the handler was I believe, you

14   know.

15     SA:  Let's use Piggy for example.  You say Piggy was in

16   there.  Was he in there for more than three days at a time

17   without a break?

18     PVT GRANER:  He had maybe a half a day break and then he

19   went back in.

20     PVT GRANER:  Who directed he go back in?

21     SA:  That was Steve?

22     PVT GRANER:  Same thing with -- well I can't say same thing

23   with Smiley the second time, just Steve handled him at the

24   beginning when I first got there, and I believe he -- throughout

25   the whole time, just like he had handled Taxi Cab Driver the

EXHIBIT 329

0003-04- CID149-8313

1  whole time I was there; but I can't specifically recall that
2  Steve had him in there for the three days and beyond.

3      SA:  Whit Piggy he did though?

4      PVT GRANER:  Yes.

5      SA:  Did you ever see anything written from anybody or from
6  Steve or was that word of mouth from Steve saying put him back
7  in their?

8      PVT GRANER:  For him initially going in I had paperwork and
9  then I can't recall having paperwork until later on, end of
10  November.

11     SA:  What about is that the same thing with the diet and
12  sleep plans?

13     PVT GRANER:  Basically, yes.

14     SA:  Let me ask you a question, were you guys ever told to
15  not feed a prisoner or to tamper with the prisoner's food?

16     PVT GRANER:  We never tampered with -- "we" again me, my
17  shift never tampered with anybody's food.  Feeding them Iraqi
18  food, the food that the rest of the prison got was supposed to
19  be a reward, as opposed to getting an MRE.  And that was -- the
20  handlers would come in and tell you to put their guy on it or
21  take them off and there was just a list on the clipboard of who
22  had Iraqi food and who had MREs.  And basically it was the same,
23  but it had changed.

24     SA:  Okay.  Let me ----

25     PVT GRANER:  But to not feed somebody other than like I had

EXHIBIT 329