# EXHIBIT B

```
                     SWORN STATEMENT
----------------------------------------------------------------
File Number   :  0003-04-CID149-83130
Location      :  Camp Arifjan, Kuwait
Date          :  3 Nov 04 ILF      Time: 1315 ILF
Statement of  :  FREDERICK, II, Ivan Lowell
SSN           :  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                Grade/Status: PVT/E1
Org/Address   :  HHC, 16th MP Brigade, Camp Victory, Iraq
----------------------------------------------------------------
```

I, Ivan Lowell Frederick, II, want to make the following statement under oath:
I first met SPC Charles GRANER about Jun/Jul 02 at Carlisle Barracks, PA. We both were activated after 9/11, but were in different companies. I knew who he was cause I saw him and his name tag, but I didn't know anything about him. I didn't know he was in corrections or that we had anything in common. There was no conversation or anything while we were at Carlisle. In fact, I'm not sure of the date, but his company, which was the 363rd MP Company, relieved the 372nd MP Company at Carlisle, but we both were based out of the same building. My company started out as the quick reaction force, then as the threat went down, we went to garrison law and order. I don't know what GRANER's mission was while at Carlisle. That was pretty much what I know of him from Carlisle. The next time I saw him was February 2003 when we started mobilizing to deploy to Iraq. He was a lateral transfer into the 372nd from his company. I was transferred from 2nd Platoon as a squad leader to HQ's in the operations section. We began our mobilization at our reserve center for about 3 days. Our reserve center is Cresaptown, MD and GRANER was there as well. He was also in HQ's platoon, but I don't know what his job was. I know he was in the operations section. He was a Corporal at that time. We didn't hang out or anything like that, we talked about work and getting ready to deploy. My first impression of GRANER was that he was arrogant, loud and obnioux type person. His tone of voice, the stories he talked about, stuff like that. For example, and I have to jump forward a little bit to Al Hilla, he talked about putting OC spray in a fellow officers coffee. I can't recall anything specific back when we started mobilizing cause that was a long time ago. When we started mobilizing, I believe he worked for SFC ███████ or SFC ███████, but I'm not sure. At Cresaptown, we didn't talk or anything when we were there, other than maybe speaking and about work. We were there 3-4 days, then we went on to Fort Lee, VA. Once we got to Fort Lee, we started our normal processing. I was rooming with an E7 and E8 and he was rooming with SSG

INITIALS ILF

FOR OFFICIAL USE ONLY    FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 258

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

talking and I believe I walked inside the steel booth because I wanted to see the guys that was captured with Saddam. When I came back out and I asked CARDONA and K9 SMITH if they were going to use their dogs and they yes, as long as the dogs had a muzzle on. While we were talking, one of the interrogators went to brief another interrogator. I went inside the steel again and was watching them talk to the detainee through the one way glass and they let the dog bark outside the door. Then the dogs left and I don't know where they went, I was still inside watching the interrogation. Then after that, they sat the detainee real close to the door, then they opened the door and the two dogs, CARDONA and K9 SMITH, were at a 45 degree angle outside the door and the dogs were barking. I don't know if the dogs were muzzled or not, but I do recall either CARDONA or K9 SMITH saying something about they didn't have muzzle with them before they got started. That's basically it for that night. The detainee got scared and was trying to move away from the door, but they wouldn't let him move away from the door.
Q. Do you recall who the Staff Sergeant was from MI?
A. I can't think of his name, but he was a white male, about 6' tall, 170-180 pounds, I can see him but I can't think of his name. It'll come to me shortly.
Q. Did the dogs ever enter the booth?
A. No.
Q. Who were the interrogators inside the booth at the time this occurred?
A. I'm pretty sure JOHNSON was one of them. The analysis, I'm not sure who it was and the interpreter was ETAF. I'm pretty sure she was there because she always worked with JOHNSON.
Q. How do you know JOHNSON and ETAF?
A. I knew JOHNSON and STEVE by name and ETAF. The others I may recognize them, but I didn't know them, but I did know these three, JOHNSON, ETAF and STEVE.
Q. Is STEVE's real name STEVE STEFANOWICZ?
A. Yes, that him.
Q. And what is JOHNSON's first name?
A. DAN. Also the Staff Sergeant is SSG ▓▓▓▓, he was there talking to COL PAPPAS and CARDONA and K9 SMITH.
Q. How do you know COL PAPPAS?
A. I saw his name on his DCU's. I've never personally met him at all.
Q. When you say he came into the parking area, where did he come from?

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

A. He came from the MI building that was right behind the steel booth. He was by himself.
Q. How long was the conversation with COL PAPPAS?
A. Maybe 5-10 minutes.
Q. Was this the only time you saw the dogs used at the interrogation booths?
A. Yes, pretty sure that was it.
Q. Where was COL PAPPAS during the interrogation and when the dogs were there?
A. I don't believe he was anywhere around. I don't remember seeing him in the booth.
Q. Were the dogs used in the hardsite any other time other than when the detainee was bitten?
A. Yes. A lot of times, we would have the dogs walked through for show. There were several detainees like "TRIGER" that were behavior problems, so we would cuff their hands up real high on he bars and just let the dog bark at them.
Q. Who would do this?
A. I would, GRANER, I don't know if CATHCART ever handcuffed them, but he was around a couple times, STEVE would be there every once in awhile, and CARDONA and K9 SMITH were the two dog handlers that did this for us.
Q. How much did STEVE participate in this activity?
A. He would stand back and watch and verbally taunt them, especially the one supposedly Al Qaida guy. This was one of STEVE's guys. After the guy had been there for a few minutes with the dogs, STEVE would have the dogs move back then he would interrogate the guy.
Q. What was CATHCART's role in this?
A. He was pretty much an observer, I don't recall him ever participating at all. There were a couple other MI guys that saw it, but I can't remember their names. One of the MI guys was about 5'10", 170-180, white male, light brown hair, and the other guy was also a white male, about 6' tall, 180 pounds. I can't remember them too well.
Q. Do you know who the Al Qaida guy is?
A. I don't know him by name, but I know what he looks like?
Q. I have just shown you a picture, H-1, is this the Al Qaida guy?
A. Yes, that's him.
Q. What was CARDONA and K9 SMITH like?
A. They seem OK, maybe a little over confidence, but they were alright.

INITIALS ILF

Page 45 of 119

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

FOR OFFICIAL USE ONLY

EXHIBIT 258

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

Q. What about the photograph of detainee ▓▓▓▓▓?
A. I think GRANER named him "BIG BIRD" but I'm not sure.
Q. What about detainee ▓▓▓▓ and ▓▓▓▓?
A. I don't recognize them.
Q. OK, let's go back to the Al Qaida guy. To your knowledge, did you ever see this detainee being beat up, abused or anything like that?
A. No, just the loud music, the dog and sleep deprivation.
Q. Did anyone ever tell you to abuse this detainee?
A. STEVE told me to treat him like shit, use the dogs on him, and loud music.
Q. Did STEVE tell you this personally?
A. Yes, he did. We were in 1A and he told me to do this.
Q. When was this?
A. I wanna say sometime in December 2003, but I'm not sure.
Q. OK, the time is currently 1811, 26 Oct 04, and we will end this segment of the interview. We will continue about 0900, 27 Oct 04 and we'll start with the Al Qaida guy. Is this OK with you?
A. Yes.
Q. Good morning, today I 27 Oct 04, the current time is 0947. Are you ready to begin for today?
A. Yes.
Q. OK, yesterday we left off talking about the Al-Quid guy. Explain to me what you know about Al Qaida guy and STEVE.
A. I know STEVE was his handler and he was in 1A. I watched STEVE, for a brief few minutes, but STEVE never let us, the MP's listen. He would go inside one of the isolation cells and close the door. He would be in there for a few minutes.
Q. How do you know the Al-Qaida guy?
A. Well, he was in 1A and STEVE called him "AQ". During conversations with STEVE, he told me "AQ" had something to do with Al-Qaida, that he was a bad guy, that he was from Jordan or one of those countries. I remember seeing him in the tier. This is the detainee STEVE wanted the dog put on the most.
Q. Did STEVE tell you to put the dogs on this detainee?
A. Yes, he said put the dogs on "AQ" every chance we got.
Q. What did he mean by put the dogs on him?
A. To use the dogs to bark at him, scare him, intimidate him.
Q. Did STEVE ever tell you to hit, punch or abuse the detainee?
A. No, he just basically wanted us to use the dog on him, to treat him like shit.
Q. Were the dogs ever used on this detainee?

INITIALS ILF                                            Page 49 of 119
            FOR OFFICIAL USE ONLY
                                                        EXHIBIT _____

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

A. Yes.
Q. Explain how they were used and when?
A. It had to be around the beginning of December and one time, the detainee was in his cell and we let the dog go in half way and bark at him. There was another time we pulled "AQ" out into the middle of the floor and let the dog bark at him.
Q. Who was controlling the dog?
A. It was CARDONA and K9 SMITH. They were the one's that helped us in the tier.
Q. Were the dogs muzzled at all?
A. No.
Q. Was STEVE present when this occurred?
A. Yes, he was there. One time he watched from on the top tier because he didn't want "AQ" to know he was there.
Q. When this type activity was happening, did STEVE give any specific guidance or direction as to what he wanted you guys to do?
A. Yes, like for example he would tell us to put "AQ" in this position or that position, then put the dogs on him. Then he would tell them to pull the dogs off, then he would go in the cell, shut the door, and I guess interrogate him.
Q. Could you hear what was being said or see what he was doing inside the cell?
A. No.
Q. How many times did this occur with the dogs and this detainee?
A. I know two times for sure cause I was there, but I can't say how many times. For about a week there, I'm not sure, but I believe it was after they caught Saddam, this was routine for about a week.
Q. Did you see anyone punch "AQ" in the head?
A. No.
Q. Did you see either of the dogs bite him at all?
A. No.
Q. Do you recall if "AQ" was on any type of sleep management program?
A. Yes, he was.
Q. Do you know how long that lasted?
A. I'm not sure, but for some reason, 72 hours stands out. I want to say they let him rest for like a day, then give him another 72 hours. The sleep management plan was 72 hours, then 24 hours off. That was generally how they did it. I don't know if that's how they did it for "AQ" or not.

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

Q. Was loud music used at all?
A. Yes. One of the guys had a big radio like a boom box and they would put it in the corner between the inner gate and the outer steel door, turn it up loud, and leave it. It was mostly like hard rock and it played for long periods of time. Sometimes "AQ" would be handcuffed to the bars standing up and the doctor came and said something about his feet swelling, so they said he could be handcuffed to the bars sitting down, but not standing up.
Q. How did the doctor get involved in this?
A. I don't know, but I believe CATHCART called him. Now, I don't know what happened, but I heard something happened between CATHCART and STEVE after the doctor was called. I'm pretty sure CATHCART is the one that called in the doctor.
Q. Do you know if they forced "AQ" to eat anything?
A. No.
Q. Did you ever hear about anyone eating soap?
A. No, not that I can recall.
Q. Do you ever recall seeing a barrel or similar object that would have been big enough to make someone stand in some water?
A. No, not that I recall.
Q. Do you ever recall seeing any detainee in a position in water?
A. No.
Q. Your shift was 12 hours long, from 1600 to 0400, correct?
A. Yes.
Q. Of this time, how much time would you say you spent in your office during the workday?
A. I would say about 7 hours. I'd play a few card games on the computer, do paperwork, that type of stuff. Some times I'd go to the TOC, use the phone, go use the internet, stuff like that. We ate on site, between 1700-1800 and I always ate in my office.
Q. Talking about "AQ", do you recall him having any injuries or wounds to his buttocks?
A. No.
Q. Did you have any detainees down there that had a wound or injury to his butt?
A. Just the one. Well, there was two. The first, I don't remember his name, but they were brought him out of Ganci and wanted me to keep him overnight, then they would transfer him to another camp the next day. I went and talked to Chief ▓▓▓▓ first to clarify it as I was told the only detainees in 1A/1B was MI holds. Chief ▓▓▓▓ and I went and talked to COL PAPPAS

INITIALS ILF

Page 51 of 119

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

Q. What kind of clothes did STEVE normally wear?
A. He wore civilian clothes. I want to say he wore like khaki pants or blue jeans or Dockers. Sometimes he wore like a fleece jacket, I believe it was black if I recall right. I can't recall anything else about what he wore.
Q. What was your relationship with STEVE?
A. We knew each other and were associates, but it wasn't like we were best friends or anything like that. He said he was with Navy Intelligence or something like that before, but I don't remember exactly what he said.
Q. Is there anything else you can tell me about "AQ" right now?
A. Nothing comes to mind.
Q. OK, I'm gonna show you a series of pictures and I want you to tell me what you see, OK?
A. OK. In picture M-174, I don't think that's "AQ". That is CARDONA with the IBA on, then there is K9 SMITH, ▓▓▓▓, then the interrogator, I believe his name was ▓▓▓ or something like that, that's me with my head turned, CATHCART, then SPC ▓▓▓▓▓. That's "AQ" in picture H-1, that's the guy that got shot in the butt supposedly by MAJ DINENNA in picture H-2, then that's "AQ" and SMITH in Z-1, I don't know who the soldier is but that's "AQ" in Z-2, then in Z-3, that's "AQ", SMITH and I don't know who that is with the black jacket on, then that's "AQ" in Z-4, "AQ" and SMITH in Z-5, and CATHCART, "AQ" and SMITH's dog in Z-6.
Q. OK, let's move on to another topic. I have just shown you a picture of a detainee, ▓▓▓▓▓▓▓. Does that detainee look familiar to you?
A. No, not right off hand.
Q. Did you ever see any detainees chained to the bed and suspended in the air off the floor?
A. No.
Q. Do you know anyone named Abu HAMED?
A. Detainees often referred to ADEL as HAMED.
Q. Was SNIDER ever involved in hitting, punching, kicking, or tying detainees up that you saw or know of?
A. SNIDER did a lot of yelling at them. I never saw him hit anybody or anything like that, but he did a lot of yelling.
Q. The times that he would be yelling, is this while others are hitting or abusing the detainees?
A. No to my knowledge. Wait, let me back up a minute, earlier you asked me about a white male, blond hair working in the tier. SNIDER was a white male with blond hair and he wore glasses. He

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

would do most of his yelling when we would bring detainees in but he wasn't around when we were hitting them and all that stuff that I recall.

Q. Did he know about all that stuff, that it was going on?
A. Yes, I think he knew about some of it because he was down there a lot. He had to know about some of it just from being down there. He spent most of his time in 1B.
Q. Did NAHKLA have any nicknames that you recall?
A. Yes, I believe it was "HAMID" or something like that.
Q. Were there any brooms in the tier that you recall?
A. There was one broom, like a push broom. It was kept locked in one of the closets in 1B.
Q. OK, let's talk about the incident where you covered the nose and mouth of a detainee. Explain to me how this happened.
A. OK, JOHNSON and I had the same type relationship as me and STEVE. When we would talk, he would ask me about my training and stuff and I told him I knew how to use pressure points and stuff like that. So during the Iraqi Police round-up after the shooting in the tier, it was total chaos. It was civilian and MI interrogators running everywhere. The dogs were going crazy and it was chaos. They took THUMBY, a detainee, outside and they brought all the Iraqi Police out so "THUMBY" could identify who was FEDAYEEN. Then they locked up, I believe 45 Iraqi Police that "THUMBY" identified. During the next few days, they were interrogating them, trying to find out who brought the weapon into the tier. They kept them just above my office, in 4B, so I went up to do a security check. JOHNSON was in there interrogating one of the Iraqi Police. ETAF was in there with him. I was just standing outside the door and he could see me. So JOHNSON told the Iraqi Police guy if he didn't start cooperating, he was going to send me in. It started off as a show of force. I would just stomp in the room, get real close to him, breath real hard, I believe I slapped the wall or bed real hard, just make a commotion. This all went on for a couple nights and I only did it with this one Iraqi Police. Now, one night, a couple nights later, JOHNSON came up and talked to me and asked me to show him pressure points. He said the guy would not answer him so he wanted to put some pressure on him. So I showed him a few. I showed him one under the cheek bone, one under the nose, under the chin and behind the ear. I think I showed him one on he wrist too. Now, the way it worked was he would be questioning the guy and if he didn't answer, JOHNSON would say he was going to have me come in the room. That was my

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

key to come in the room. So I would walk in and stand by the guy, slap something, make a commotion, that type of thing. So maybe twice, I would put my hand around the guys shoulder like he was my buddy. When I did this the guy would start talking and JOHNSON would tell him to shut up and when he didn't, I would cover his nose and mouth with my hand. I would put my hand over his mouth and pinch his nose and I would hold it about 5 seconds, no more than 10 seconds, then release. I did this 2-3 times with this guy.
Q. So JOHNSON knew you were going to cover his mouth and nose?
A. Yes, he knew. After the first time, he definitely knew.
Q. Did he tell you to do this?
A. He didn't the first time, but he did the second and third time, then he asked me to show him how to do it and he did it a couple times while I was there.
Q. When you covered his mouth, what did JOHNSON do?
A. He would be yelling at him, asking him questions. He knew the guy couldn't answer because I had his mouth closed, so when he asked a question, I would let go. Now, the guy did try to remove my hands.
Q. Did this restrict the guys breathing?
A. Yes.
Q. How many times did JOHNSON do this?
A. About twice.
Q. Did you ever apply any pressure points on this guy?
A. Yes, I did.
Q. Where and how many?
A. I used the ones I told you about earlier a few times each.
Q. Did JOHNSON ever apply any pressure points to the guy?
A. I can't recall if he did or not.
Q. And ETAF is present right?
A. Yes.
Q. Did she know what was going on between you and JOHNSON?
A. Yes, she knew. I'm pretty sure she was there when JOHNSON and I talked about it.
Q. Did she ever touch this guy or do anything to the guy?
A. No. She just kept interpreting for JOHNSON.
Q. Did she ever comment about it afterwards?
A. No.
Q. Did she ever show any disapproval of the techniques being used?
A. No, the whole time she acted normal. She wasn't upset or anything like that at all.

INITIALS ILF

Page 55 of 119

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

FOR OFFICIAL USE ONLY

EXHIBIT 258

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

Q. Did JOHNSON ever hit this guy?
A. I can't say for sure, but I believe he may have. I wasn't up there the whole time.
Q. How long were you there helping JOHNSON?
A. Maybe 30 minutes at a time a couple different times.
Q. So would you say you, JOHNSON and ETAF had a non-verbal or verbal agreement to do this with this guy?
A. Yes. It actually started out with me giving this guy PT, up/down's, push-ups, stuff like that and it progressed to the pressure point stuff. Me and JOHNSON had a verbal agreement and then me, JOHNSON and ETAF had a non-verbal agreement is the best way to explain it.
Q. Is there any other information about this that you would like to provide?
A. Yes, with this same guy, a couple days after the pressure point deal, I was up there and JOHNSON let a couple of the other Iraqi Police interrogate the Iraqi Police I was dealing with. One of the guys he let interrogate had something to do with the police, I believe he was an investigator. Now, he didn't tell me this was what they were going to do, but I suspected they were going to interrogate him like they did under Saddam, so I left. I saw a video once how they did it under Saddam and I didn't want anything to do with that so I left.
Q. Describe JOHNSON's demeanor?
A. He was very aggressive and confident in his skills. For example, he yelled and screamed a lot, he walked around like he was the man, he would tell detainees how good he was, things like that. To me, he was a little bit on the side that he didn't care and would pull all the stops if he had to.
Q. OK, are there any other incidents that you recall that we haven't discussed so far?
A. No, not that I can recall at the moment.
Q. OK, do you recall who would have replaced GRANER in the hardsite when he wasn't working?
A. It would have been CATHCART or ▓▓▓▓▓. CATHCART was already there and ▓▓▓▓▓ came in late November 2003.
Q. Do you recall a detainee getting his chin busted in the hardsite?
A. Yes, there was one time in 1A. I didn't see what happened, but a detainee got his chin busted. I had my back to them, but GRANER was handling this detainee. We had just got like 5 detainees in and I was trying to strip search one detainee. GRANER was there doing another detainee. I had my back to

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

don't know anything he did. GRANER said he did, but I don't know any details.
Q. What about SPENCER?
A. She had the one incident with a detainee we call "FROGGY". This was the one she and CRUZ were interrogating him and I asked CRUZ if he wanted us to yell at him a little bit and he said yes, so we went in and yelled at him some. This was in 1B and happened I believe in November 2003.
Q. Do you recall her stripping a detainee and making him walk back to the tier naked?
A. I heard about it, but I didn't see it. I think that was I believe Camp Vigilant not the hardsite.
Q. In all the folks we have talked about so far, is there anything that we don't know that is important, something that may have occurred while at Al Hilla, Kuwait, even back at Fort Lee, VA?
A. No, nothing that I can recall right now.
Q. Of all the incidents identified and under investigation, how many were directed by MI personnel?
A. MI never came down and directed us beat or hurt any of the detainees. Now they did ask us to PT some of the detainees, sleep management programs when they were approved, we executed them, take a detainees clothes. Now STEVE is the one I recall that gave specific instructions. STEVE would tell me to treat certain detainees like shit, use the dogs on them, stuff like that.
Q. When did you first meet STEVE?
A. Probably early to mid November 2003 down in the hardsite.
Q. What was his position?
A. All I knew was he was a civilian interrogator.
Q. What did he tell you in regards to the treatment of detainees?
A. He told me personally to treat certain detainees like shit, use the dogs on certain detainees and he would sometimes be there directing as we carried it out.
Q. How often did you speak to him about detainee treatment?
A. I would say a couple three times a week, mostly at night cause that's when our shift worked.
Q. Were you and STEVE good friends?
A. Just associates, not good friends, we didn't hang out or anything like that.
Q. When he told you to do these things, was anyone else present?

INITIALS ILF

Page 84 of 119

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 258

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

A. Yes, sometimes GRANER would be there but a lot of times he would relay the information directly to GRANER.
Q. Was he and GRANER good friends?
A. I don't know.
Q. Did you ever see him abuse any detainees?
A. No, I never saw him physically touch one but he yelled a lot at them.
Q. Was he ever present when the dogs were used?
A. Yes, the time they used them on "AQ". I talked about that awhile back I believe.
Q. What about DAN JOHNSON?
A. I first met him after the IP round-up after the shooting. He was another interrogator. I talked about him too earlier.
Q. Was there any other time, other than what you have already talked about, that he gave you directions to do anything to detainees?
A. No.
Q. Was he and GRANER friends?
A. No.
Q. What about SPENCER, what was her role at the prison?
A. She was just an interrogator, military interrogator.
Q. What was your relationship with her?
A. We were casual friends, nothing close. She used to come over and watch football because we had the big screen TV but that was it.
Q. Did you and her ever kiss?
A. No. A lot of people thought we had something but we didn't. There was a female Sergeant, I don't recall her name, but she thought we had a close personal relationship.
Q. Was ▓▓▓ her name.
A. Yes, that's her name. From my understanding, ▓▓▓ and SPENCER didn't get along.
Q. Did she ever kiss you on the cheek or lips?
A. Not on the lips but she did kiss me on the cheek. Let me explain it, SPENCER was Italian and that's how Italians greet each other. It was much, just a kiss on the cheek and I gave her one back.
Q. Was this a regular greeting?
A. No, that was only a couple times. Like after the shooting incident, she ran up to my office and gave me a hug, then a kiss on the cheek and said she was glad nobody got hurt. Then another time I went over to her unit's dayroom and ended up helping her hang some Christmas decorations.

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

A. I don't know but I would say probably LTC JORDAN because he always brought them in the back door of 1A/1B. I never knew who they were, other than they were in the prison. Even Task Force 121 would bring them in. I had a problem with them carrying their weapons in the tier. One of them had a problem with giving up their weapons and locking them in the office while they were there.
Q. Did you ever witness any OGA personnel abusing any detainees?
A. No.
Q. How did OGA do their interrogations?
A. Well they either went behind closed doors or they took them completely out the facility, but they never let us see them doing interrogations. They would put them in vehicles and take them off Abu Ghraib. The vehicle's windows were so dark, you couldn't see anything inside.
Q. Did OGA personnel ever direct you or any other to do anything to the detainees?
A. No, not to me. I only talked to them once. I wasn't down there so I never really knew when they were bringing them in or out. I know they were in and out at least 6-7 times that I know of.
Q. Do you know SGT PROVANCE?
A. No, don't know him.
Q. As a whole, did MI direct you and the people working in the hardsite to abuse any detainees?
A. Yes, STEVE told us to use the dogs and was there directing with "AQ". We had MI tell us to take away clothes, give them PT, take away cigarettes and stuff like that, but nothing that I was charged with was directed by MI. They never told us to put them in the pyramid and all the other stuff. Now there were times that MI people were involved and we've already talked about that, but it wasn't as if they came down and gave us a direct order to hurt the detainees. I would have to say that once I learned the 72nd had them in female underwear, I took it to another level.
Q. What was the relationship between those working in the hardsite, MI and the medical personnel who responded to the hardsite?
A. I don't know if the medical people ever reported what they did in the hardsite or not. We called them a lot for inmates faking injuries, colds, diarrhea, for when the detainees got injured, like the cut on the chin and ear, but I don't know if they reported it.

INITIALS ILF                                              Page 87 of 119
               FOR OFFICIAL USE ONLY
               FOR OFFICIAL USE ONLY
               LAW ENFORCEMENT SENSITIVE                  EXHIBIT SS8

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

Q. OK, today is 29 Oct 04 and its about 1000. Are you ready to begin?
A. Yes.
Q. Have you ever heard of an interpreter named ISRAEL?
A. I've heard of him, but I don't know who he is. Maybe if I saw a picture, I'd know who he was, but I don't recall who he is.
Q. The times you were with STEVE, did he have an interpreter present?
A. There was always someone with him, but who it was, I don't know. Maybe if I saw a picture I could say, but I don't know.
Q. Have you ever heard the phrase "the gloves are coming off"?
A. No, not until I saw that memo when I was preparing for my trial. Before that, no I hadn't heard of that.
Q. Did any MI folks say anything to you about new rules regarding interrogations or any drastic changes regarding interrogations?
A. No. The only thing I can say is it seemed like at one point, they got more aggressive, they were doing more interrogations, they wanted more things done.
Q. What do you mean by they wanted more things done?
A. Like, there was more sleep deprivation, loud music came into play, they did more interrogations. I want to say this all started around the 1st of November 2003.
Q. Were you and other MP's asked to do more as a result?
A. Yes, they had more sleep deprivation, the loud music, that's when we were asked to treat them like shit, specific detainees. The abuse of the detainees started rising at this point too, the stuff done by the MP's in the tier. You know, I don't want to say for sure, but I think STEVE may have said something about the gloves coming off, but I can't say for sure.
Q. Did any other MI personnel say anything to you about increasing activities regarding the detainees?
A. Not that I can think of.
Q. OK, before we go on, let me cover some other questions I need to clear up, OK?
A. OK.
Q. In regards to the Iraqi Police officer that you used the pressure points on, do you recall his name, what he looked like or anything about him?
A. He was about 5'8", 180 pounds, dark skinned, kind of chunky. If I recall right, he was one of their supervisors working in the hardsite.

INITIALS ILF

Page 89 of 119
FOR OFFICIAL USE ONLY
FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 258

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

Q. This is the one you and JOHNSON used the pressure points on, right?
A. Yes. I got it, his name is ▓▓▓▓▓▓▓▓▓, that's the IP's name. I remember his name because he was the one everybody thought brought the weapon in the tier the night of the shooting. JOHNSON, we called him "DJ" was the one interrogating him.
Q. How did he react when the pressure points were applied?
A. He acted like they hurt, he was trying to pull away. When I did it, as soon as I saw it was hurting him, I'd pull away. When "DJ" did it, he would hold his longer. I know it hurt just from his expression and trying to pull away.
Q. Let's talk a little bit about the detainee you and GRANER were escorting where you say GRANER ratcheted down on the detainee's wrist with the goose neck come-along technique. How do you know how much pressure GRANER was applying?
A. Well, when GRANER wrenched down on his wrist, he yell out and I knew he was in pain. He kind of raised up real fast, then bent back down and that's when he hit his head on the bunk. You have photographs of him with the busted forehead right in the center of his forehead.
Q. OK, let's talk about ghost detainees for a minute. Who told you how to handle the OGA or ghost detainees?
A. It either came from LTC JORDAN or that Task Force that brought them in. I wasn't there personally but that's who brought them in and I had a board in my office that just said how many we had.
Q. Did you treat them any different than the other detainees?
A. The only thing I recall was they didn't get Iraqi food, just MRE's and I didn't bother them or go talk to them. Basically, we just left them in their cells and waited for someone to come get them. There were times we'd be looking for a detainee, all over the camps and the detainee would be one of the ghost detainees and nobody would even know he was there. Now, when I came on shift, they would tell me how many we had, now many new we had received and we even accounted for them in our log book. All we'd do was say how many we had, we had no paperwork on them at all. If I remember right, I don't think I even had to call them in to battalion when I called my counts in.
Q. And you said earlier that LTC JORDAN primarily brought these detainees in, how do you know that?
A. When the numbers changed, I'd ask GRANER about it and he'd say LTC JORDAN came in and took one out, or that task force had

INITIALS ILF

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

A. Yes, that's correct. I don't know all the details about it, but DINENNA is the person who shot him.
Q. OK, let's continue.
A. OK, Z-1 through Z-6 is all "AQ". In Z-1, that's "AQ" and K9 SMITH, Z-2 is someone standing above "AQ", I'm not sure who it is, Z-3 is "AQ", K9 SMITH, and another soldier with black boots. Z-4 is K9 SMITH's dog barking at "AQ" and he's got a hood on now. Z-5 is K9 SMITH and "AQ" and Z-6 is CATHCART holding "AQ" and K9 SMITH's dog.
Q. Were you there for these photographs?
A. I'm not sure.
Q. Do you know if STEVE was there?
A. I don't know if this is the same incident or not, but I know I was there and he was there for the same thing with "AQ". I was there for one incident when the same thing happened to "AQ", but I don't know if this is it or not. In the one where I was there, STEVE was there and directing what was happening because he was upstairs looking over the railing, then he came downstairs when we put "AQ' in the cell.
Q. Did the K9 handlers always carry weapons in the hardsite?
A. Yes, they did.
Q. Was weapons authorized in the hardsite?
A. After the shooting, yes, I allowed them in. Prior to the shooting, no. Prior to the shooting, the weapons were locked in the cage in the 1A/1B office and I kept mine in my office.
Q. Was CATHCART an active participant in the incident when you were there with STEVE?
A. I believe so. He was basically standing around watching and yelling at "AQ" and holding him so he couldn't run away.
Q. Are these photographs of the incident when you were there?
A. I don't think so. I don't recall anybody taking photographs that time.
Q. What was the purpose of the dogs in this scenario?
A. It was to intimidate the detainee. STEVE really liked using the dogs. STEVE called it the "Doggie Dance". Some people said I called it that, but I didn't, that was STEVE.
Q. OK, we have covered all the photographs, is there anything else you want to add to this portion right now?
A. Not that I can think of.
Q. There is a photograph of "DJ" ad ETAF with a detainee sitting backwards in a white chair. Do you have any knowledge of this incident?

INITIALS ILF

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY         EXHIBIT 25Y

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

A. Yes, that's ▮▮▮. That is one of the nights that he was interrogating him. I don't know if it was the night I covered ▮▮▮ nose and mouth or not, but that's who that is in the chair in that stress position.
Q. Did "DJ" use that position a lot?
A. That was the only time I saw him do it.
Q. When you were there and covered his mouth, was he in that position?
A. No, he wasn't. He was standing up when I covered his mouth.
Q. Were you present with the K9 bit ETAF?
A. I was there but I didn't witness it. That was the night of the IP round-up and it was the Navy handler's dog that bit her.
Q. In your opinion, is it possible NAKHLA could have raped a juvenile in one of the cells and nobody knows about it or seen it?
A. Yes, that's possible.
Q. Why do you say its possible?
A. NAKHLA was very feminine acting. I don't know if he was homosexual or not, but he was very feminine acting. In 1A/1B, depending on the day and time of day, it could be very noisy. It would not have been common to hear screams or yelling, especially in 1B side, cause that's where all the juveniles were.
Q. Was one of the females guards close to NAKHLA?
A. If it was, it would be either HARMAN or AMBUHL. It would not have been ENGLAND, she was stuck on GRANER.
Q. Did either of the every say anything to you about him having sex with one of the juvenile inmates?
A. No.
Q. Was it common practice to cover cell doors with bed sheets?
A. No, it was just that one night. This was early in October 2003 and GRANER said he covered the cell doors to keep the detainees from talking back and forth and some Sergeant Major came in and said he had to take them down?
Q. Do you know what Sergeant Major that would have been?
A. I have no clue.
Q. OK, the current time is 1700, 29 Oct 04, and we will stop at this point today.
A. OK.
Q. OK, the current time is 1330, 30 Oct 04, are you ready to continue?
A. Yes.

INITIALS ILF

Page 110 of 119
FOR OFFICIAL USE ONLY
FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE                EXHIBIT 258

STATEMENT OF Ivan Lowell FREDERICK, II, TAKEN AT Camp Arifjan, Kuwait, DATED 3 Nov 04, CONTINUED:

---

AFFIDAVIT
---

I, IVAN LOWELL FREDERICK, II, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 119. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Ivan L. Frederick II_
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this day of 3 November 2004 at Camp Arifjan, Kuwait.

_[signature]_
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

Article 136, UCMJ
_____
(Authority to Administer Oath)

INV _____
(Name/Signature of Witness)

_____
(Address of Witness)

INITIALS ILF

Page 119 of 119

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY
LAW ENFORCEMENT SENSITIVE

EXHIBIT 25Y