# EXHIBIT E

ORIGINAL

Verbatim [1]

# RECORD OF TRIAL [2]

(and accompanying papers)

of

| SMITH, Michael J. | | SGT |
|---|---|---|
| (Name: Last, First, Middle Initial) | (Social Security Number) | (Rank) |
| HHC, United States Army Garrison, Fort Myer, VA  22211 | U.S. Army | Fort Myer, VA 22211 |
| (Unit/command Name) | (Branch of Service) | (Station or Ship) |

By

**Convened by**  GENERAL **COURT-MARTIAL**

Commander
(Title of Convening Authority)

Headquarters, Military District of Washington
(Unit/Command of Convening Authority)

**Tried at**

Fort Meade, MD 20715   **on**   13-22 March 2006
(Place or Places of Trial)        (Date or Dates of Trial)

Companion Cases:

VOLUME II OF VOLUMES: VIII

US ARMY JUDICIARY
2007 APR 27 P 4:51
RECEIVED
CLERK OF COURT

[1] Insert "verbatim" or "summarized" as appropriate. (This form will be used by the Army and Navy for verbatim records of trial only.)
[2] See inside back cover for instructions as to preparation and arrangement.

**DD Form 490, OCT 84**     Previous editions are obsolete.     **Front Cover**

20060541

1   **PRIVATE IVAN FREDRICK, U.S. Army, was called as a witness for the**
2   **prosecution, was sworn, and testified as follows:**
3                           DIRECT EXAMINATION
4   **Questions by the assistant trial counsel:**
5       Q.    Would you please state your name and rank for the record?
6       A.    Ivan Fredrick, II, and I'm a private.
7       Q.    All right. Could you please describe your background for
8   the panel?
9       A.    I was born and raised in Maryland—western part of Maryland.
10  My last two years of high school, I graduated from a small school in
11  West Virginia. And my two main employers have been—I joined the
12  military my senior year in high school. And after joining the
13  National Guard my senior year in high school in high school—and
14  coming back from basic training, I had a couple of employers—working
15  for Bausch and Lomb. And later in '95—1995, I changed my MOS to a 95
16  Bravo and joined the—and that's where I began my employment as a BK
17  Department of Corrections.
18      Q.    Okay, lets break that up just a little bit. So you joined
19  the Army National Guard upon graduating from high school, is that
20  correct?
21      A.    Yes, sir.
22      Q.    What was your MOS at that time?
23      A.    A 12 Bravo, Combat Engineer.

1    Q.    In Tier 1 Alpha?

2    A.    Yes, sir.

3    Q.    Okay, so we're in Tier 1 Alpha when this is happening, is
4    that correct?

5    A.    Yes, sir.

6    Q.    Prosecution Exhibit 23, what's that a photograph of?

7    A.    That's the same—the same picture of the detainee "AQ" and
8    Sergeant Smith's dog.

9    Q.    What's Sergeant Smith's dog doing at this point?

10   A.    He was barking at the detainee.  And I think actually he
11   pulled the sandbag off his head.

12   Q.    Prosecution Exhibit 24, what's that a photograph of?

13   A.    That's the same picture taken from the second tier of Tier
14   1 Alpha.

15   Q.    Now this detainee, who was nicknamed "Al Qaeda," he was a
16   detainee down in Tier 1 Alpha, is that correct?

17   A.    Yes, sir.

18   Q.    How was the detainee reacting with the dogs?  How did this
19   particular detainee react to dogs?

20   A.    He was kind of scared of the dog, also.

21   Q.    Was he screaming?

22   A.    Yes, sir.

23   Q.    Yelling?

1   A.   Yes, sir.
2   Q.   By your observations did he appear terrified?
3   A.   Yes, sir.
4   Q.   Who was this detainee's interrogator?
5   A.   Big Steve.
6   Q.   Do you know Big Steve's last name?
7   A.   Yeah, but I can't pronounce it.
8   Q.   All right, what's it start with?
9   A.   An "S."
10  Q.   Can you describe Big Steve? What did he look like?
11  A.   He's approximately 6 feet, 6 inches tall, 250-260 pounds.
12  Q.   Was he present when those dogs—when these photographs were
13 taken?
14  A.   Yes, sir.
15  Q.   All right, where was he?
16  A.   He was standing observing from the top tier.
17  Q.   Was Sergeant Cardona present as well?
18  A.   I believe so, yes.
19  Q.   Did Sergeant Cardona use his dog against this detainee as
20 well?
21  A.   I don't remember.

1  Q.  On a previous occasion were you with Sergeant Smith and
2  Sergeant Cardona when they were asked to participate in an
3  interrogation?
4  A.  Yes, sir.
5  Q.  Do you remember generally when that was?
6  A.  It was approximately the 13th or 14th of December, the
7  night that Saddam was captured.
8  Q.  Describe that situation?
9  A.  There were three people that were brought in with Saddam.
10 And—so that they—we was down in the hallway and I had the bite sleeve
11 on to allow the dog to bite me.  And Staff Sergeant Aston from the
12 military intelligence section was observing also.  And after we got
13 done and he came up and approached us, asked if they were interested
14 in using the dogs during interrogations.  And Sergeant Smith and
15 Sergeant Cardona said, yeah, get permission from Colonel Pappas
16 first.
17 Q.  Okay.  And so what happened after that?
18 A.  They—that's when I went in to see the two people—the three
19 people that were brought in with Saddam into the steel interrogation
20 booth.  And Sergeant Aston went inside and got Colonel Pappas and had
21 a little chat with him.  And Sergeant Smith and Sergeant Cardona
22 stand outside in the little parking lot area.

1    Q.   And did Sergeant Smith and Sergeant Cardona come back to
2  you and tell you about the conversation?
3    A.   Well, when I came back out of the interrogation booth, I
4  seen them standing there, and they were done talking with Colonel
5  Pappas.  And I asked them if they were going to use the dogs?  And
6  they said, yes.
7    Q.   And what did they tell you about what they had been told
8  about using the dogs?
9    A.   They said it was all right.  Colonel Pappas authorized the
10 use of the dogs as long as there was muzzles involved.
11   Q.   Now you mentioned that you went and actually watched the
12 interrogations, is that correct?
13   A.   Yes, sir.
14   Q.   All right, describe "booth steel?"  What did the
15 interrogation booths look like?
16   A.   The steel was a steel CONEX that had approximately three or
17 four rooms on the outside with doors.  And on the inside in the
18 middle was a hallway that you could stand and had a one-way mirror or
19 glass that you could see and witness the interrogations.
20   Q.   So you were watching the interrogations through those?
21   A.   Yes, sir.
22   Q.   And that's when you walked out and talking to Sergeant
23 Cardona and Sergeant Smith?

1   A.   Yes, sir.

2   Q.   You actually see them use the dogs that night?

3   A.   Yes, sir.

4   Q.   How did that happen?

5   A.   They was interrogating one gentleman—one Iraqi detainee.
6   And they had him sitting in a chair right next to the door. And when
7   they come by and let the dog bark with the door closed. And the next
8   them they talked to him a little bit more—interrogated him, and then
9   they came back by and they opened up the door and let the detainee
10  see the dogs up close.

11  Q.   Did the dogs ever go into the interrogation booths?

12  A.   No, sir.

13  Q.   Now with these interrogations—lets go back to the one with
14  Al Qaeda, it was Steve Stefanewicz, he was the interrogator, is that
15  correct?

16  A.   Yes, sir.

17  Q.   And he was the one watching all this happen, is that
18  correct?

19  A.   Yes, sir.

20  Q.   Did he actually go in and interrogate Al Qaeda after this
21  occurred?

22  A.   Yes, sir. He would instruct us to stop, and we would stop,
23  and he would say put the inmate back in the little holding cell there

1  that didn't have no windows and anything.  And then he would come
2  down the steps and go in and talk to him—shut the door behind him.
3      Q.   Now prior to him going in, did he tell Sergeant Cardona to
4  do something with his dog with that small holding cell?
5      ADC: Objection, Your Honor.  Hearsay.
6      ATC: 801(d)(2), Your Honor.
7      MJ:  Say the question again.
8      ATC: Before he went in to interrogate in that small
9  interrogation room, did he tell Sergeant Cardona to do something with
10 his dog?
11     MJ:  Who's he?
12     ATC: Steve Stefanewicz.
13     ADC: Your Honor, there's two things I'd like to address to the
14 government's response----
15     MJ:  Hold on.  Hold on.
16     ATC: Actually, Your Honor, I'll withdraw the question.  I'd
17 forgotten that we'd done something earlier.
18     MJ:  Very well.  Next question.
19 **Questions by the assistant trial counsel continue:**
20     Q.   Now did you witness Sergeant Cardona do something with his
21 dog in the isolation cell?
22     A.   Yes, sir.
23     Q.   What did he do?

1   A.   The leash was approximately 6 or 8 feet long. And he
2   allowed the dog to go in and he shut the door to where it couldn't
3   reach the inmate. He was several feet from the detainee. And he
4   would tell the dog just to watch the detainee.
5   Q.   And so Sergeant Cardona's standing outside in the hallway
6   of the tier?
7   A.   Yes, sir.
8   Q.   Is that right? The dog's in the cell?
9   A.   Yes, sir.
10  Q.   And he's holding—and the door is shut?
11  A.   Yes, sir.
12  Q.   And Steve Stevanowicz, when does he come down and
13  interrogate?
14  A.   He would come down in between. Like when we pulled the dog
15  off, he would come down in between and go in the room and talk to
16  him.
17  Q.   Steve Stevanowicz was in charge of this particular
18  detainee?
19  A.   From my knowledge, yes, sir.
20  MJ:  Which one's this?
21  ATC: The one referred to as Al Qaeda, Prosecution Exhibits 22
22  through 24.

1   Q.   Okay. So to put down everything was—the events that was of
2   importance with the detainees?
3   A.   Yes, sir.
4   Q.   Okay. So that everybody would know what had happened?
5   A.   Yes, sir.
6   Q.   And you had told Sergeant Smith and Sergeant Cardona before
7   you went down to see detainee Bollendia that he was a dangerous
8   individual, correct?
9   A.   I don't remember that.
10  Q.   Okay, do you remember telling them that he was sometimes a
11  violent individual?
12  A.   No. I don't remember that, sir.
13  Q.   What did you tell them? Do you remember?
14  A.   I just remember telling them that there was a detainee that
15  pushed a window out. And that there—it was possible that he might
16  have a grenade or some kind of firearms.
17  Q.   And you wanted them to come down and assist with the cell
18  search?
19  A.   Yes, sir.
20  Q.   Okay. Okay, lets move—to talk about the detainee that you
21  described earlier as AQ. Who was AQ?
22  A.   I don't know his real name. I just know him by nickname.
23  Q.   And his nickname was?

1      A.    AQ, short for Al Qaeda.

2      Q.    And did you tell Sergeant Smith and Sergeant Cardona why
3   that detainee was there?

4      A.    I was told by his interrogators, Big Steve, that he was a
5   member of Al Qaeda.

6      Q.    And Big Steve told you that he had permission to use the
7   dogs in the interrogation didn't he?

8      A.    Yes, sir.

9      Q.    And so he told you to tell the dog handler, Sergeant Smith,
10  to come down for the interrogation, didn't he?

11     A.    Yes, sir. He said any chance you get, put the dogs on this
12  guy, AQ.

13     Q.    And you in turn relayed that order to Specialist Smith at
14  the time?

15     A.    Yes, sir.

16     Q.    And you told him to use the dogs in the—during—so that
17  Steve could interrogate this guy?

18     A.    Yes, sir.

19     Q.    And Steve Stefanewicz, the interrogator, actually put that
20  into his interrogator notes didn't he?

21     ATC: Objection, Your Honor. Basis for knowledge?

22     ADC: He can either answer the question or he can't, sir. If he
23  can't answer it, then he can say he can't answer it.

469

1      MJ:  Do you know the answer?

2      WIT: No, sir, I don't.

3      MJ:  I'll accept that as the answer. Move on.

4      ADC: Yes, sir.

5  **Questions by the assistant defense counsel continue:**

6      Q.  I'm showing you again what's been marked as Prosecution
7  Exhibit 22 [placing the exhibit on the monitor]. That's the
8  interrogation of Al Qaeda that you just described, correct?

9      A.  Yes, sir.

10     Q.  And in that photograph you see Sergeant Smith, his hands
11  are right near the collar on this dog aren't they?

12     A.  Yes, sir.

13     Q.  He has positive control and he's watching his dog isn't he?

14     A.  Yes, sir.

15     Q.  And Steve was there telling him to do this, correct?

16     A.  Yes, sir.

17     Q.  Prosecution Exhibit 24 [placing the exhibit on the monitor
18  and removing the previous exhibit]. Again, Sergeant Smith's hands
19  are right on his dog, correct?

20     A.  Yes, sir.

21     Q.  So that dog isn't—he's got them right by—near the collar,
22  correct?

23     A.  Yes, sir.

1       Q.      Now you stated earlier you remember testifying in the
2    Article 32 hearing in this case.  Do you remember at that time saying
3    that the only thing you remember from the interrogation of Al-
4    Juhayshi is that the dog barked at him, correct?
5       A.      During that night?
6       Q.      Yes.
7       A.      Yes, sir.
8       Q.      Okay.  So the dog came up and barked at him just like we
9    saw in those photos?
10      A.      Yes, sir.
11      Q.      And, again, they were doing what they were told to do by
12   you and Steve Stevanowicz, correct?
13      A.      Yes, sir.
14      Q.      All right, I'd like to move to the 14 December incident
15   that you talked about with Sergeant Aston and Colonel Pappas.  Who
16   was Colonel Pappas?
17      A.      Colonel Pappas was the commander of Abu Ghraib.
18      Q.      So he was everybody's boss so to speak?
19      A.      Yes, sir.
20      Q.      And just to be clear, you witnessed the conversation that
21   he had with Sergeant Aston and the dog handlers?
22      A.      I seen them—they were in conversation.  But what they said,
23   I was not clear.  I did not hear that.

1  Q. Okay. So, again, you weren't trying to hide this incident,
2  you went and called the medics?
3  A. Yes, sir.
4  Q. And you've got immunity and clemency in your case for
5  testifying in all these cases, correct?
6  A. Yes, sir.
7  Q. In fact, the prosecutors wrote a nice little letter for you
8  for your clemency didn't they?
9  A. Yes, sir.
10 Q. And—to help get you time off on your sentence in return for
11 your testimony?
12 A. Yes, sir.
13 Q. And that was in this case and Sergeant Cardona's case and
14 some of the other cases?
15 A. Yes, sir.
16 Q. Okay. And you now have immunity?
17 A. Yes, sir.
18 Q. Okay. And on the—lets move to the incident with the guy
19 you called the general. At that point you told Sergeant Smith that
20 he had been giving you problems as well—acting up, correct?
21 A. I don't remember that statement. I just remember that he
22 was—it was passed on the log that he was to have the dog put on him
23 also because he wasn't cooperating with his interrogations.

475

1    Q.    And who told you that?

2    A.    Big Steve.

3    Q.    Okay. So Big Steve said to use dogs on him as well?

4    A.    Yes, sir.

5    Q.    And so you took the dogs down to him and took him out of
6    his cell, correct?

7    A.    Yes, sir.

8    Q.    And you sat him down on the floor and the dogs barked at
9    him, correct?

10   A.    Yes, sir.

11   Q.    And the dogs didn't bite him?

12   A.    No, sir.

13   Q.    And he had no reaction to the dogs whatsoever, correct?

14   A.    No, sir.

15   Q.    So he wasn't scared or anything?

16   A.    No, sir.

17   Q.    And he was a Ba'ath Party general, correct?

18   A.    From my understanding, yes.

19   Q.    And that's what you told the dog handlers?

20   A.    Yes, sir.

21   Q.    And he was captured around the 14th, around the same time
22   as Saddam Hussein, correct?

23   A.    Yes, sir.