IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALEH, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>TITAN CORP., *et al.*,<br><br>    Defendants. | Civil Action No. 05-CV-1165 (JR) |

## [PROPOSED] ORDER

Having considered the Motion of Defendants CACI International Inc and CACI Premier Technology, Inc. to Adjourn Briefing Schedule on Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint, as well as any oppositions and replies submitted in connection therewith, the Court finds that the motion is well taken. The Court hereby adjourns the briefing schedule on the CACI Defendants' motion to dismiss Plaintiffs' Fourth Amended Complaint until thirty days after the final resolution of all pending appeals in the present action, including any appeal that may be permitted as a result of Defendants' pending petition for permission to appeal.

  SO ORDERED this _____ day of _____, 2008.

                     _____
                     JAMES ROBERTSON
                     UNITED STATES DISTRICT JUDGE