IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SALEH, *et al.*,

        Plaintiffs,

v.

TITAN CORP., *et al.*,

        Defendants.

Civil Action No. 05-CV-1165 (JR)

## ORDER

Having considered the Motion of Defendants CACI International Inc and CACI Premier Technology, Inc. to Adjourn Briefing Schedule on Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Complaint, as well as any oppositions and replies submitted in connection therewith, the Court finds that the motion is well taken. The Court hereby adjourns the briefing schedule on the CACI Defendants' motion to dismiss Plaintiffs' Fourth Amended Complaint until thirty days after the final resolution of all pending appeals in the present action, including any appeal that may be permitted as a result of Defendants' pending petition for permission to appeal.

SO ORDERED this 7th day of February, 2008.

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE