# United States Court of Appeals
### For The District of Columbia Circuit

**No. 08-8002**  September Term, 2007

05cv01165

Filed On: March 17, 2008

In re: CACI International Inc. and CACI Premier Technology, Inc.,
      Petitioners

**BEFORE:**  Henderson, Rogers, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b), the opposition thereto, the reply, and the letter filed pursuant to Fed. R. App. P. 28(j), it is

**ORDERED** that the petition be granted. See 28 U.S.C. § 1292(b). Approval of the petition is without prejudice to reconsideration by the merits panel.

The Clerk is directed to transmit a certified copy of this order to the district court. The district court will file the order as a notice of appeal pursuant to Fed. R. App. P. 5 and collect the mandatory docketing fee from appellants. Upon payment of the fee, the district court is to certify and transmit the preliminary record to this court, after which the case will proceed in the normal course.

**Per Curiam**

RECEIVED
MAR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT